Keith J. Wesley (State Bar No. 229276)
kwesley@bgrfirm.com
Noah S. Helpern (State Bar No. 254023)
nhelpern@bgrfirm.com
David D. Kim (State Bar No. 293445)
dkim@bgrfirm.com
**BROWNE GEORGE ROSS**
**O'BRIEN ANNAGUEY & ELLIS LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff EVOX Productions, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

EVOX PRODUCTIONS, LLC, a Delaware limited liability company,

Plaintiff,

vs.

LEMBERG LAW LLC, a Connecticut limited liability company; and SERGEI LEMBERG, an individual,

Defendants.

Case No.

**COMPLAINT FOR DAMAGES FOR:**

**1. COPYRIGHT INFRINGEMENT**

**2. VIOLATION OF THE DIGITAL MILLENNIUM COPYRIGHT ACT**

**DEMAND FOR JURY TRIAL**

1894296.3

Plaintiff EVOX Productions, LLC ("EVOX") alleges, with personal knowledge as to its own actions, and upon information and belief as to those of others, as follows:

## INTRODUCTION

1. EVOX has been in business for over twenty years, licensing high-quality photo, video and interactive automotive vehicle imagery. It has created a library with over one million unique images and videos that is widely recognized as the best quality and most comprehensive of its kind in the United States. Its library includes pictures of over 9,000 makes and models of cars that have been sold in the United States from 2000 to the present. Each image in the library was created as a work-for-hire by an EVOX employee or agent. In order to protect its investment and valuable intellectual property, EVOX owns registered copyrights in the images in its library. A copyright registration may include multiple still images for a car, including exterior spins and interior panoramas.

2. EVOX licenses its images—sometimes individually, sometimes as a group of several images, and sometimes as the entire library—to a variety of licensees. EVOX's largest segment of revenue comes from automotive dealers, which license EVOX images for, among other uses, advertising specific vehicles available in their inventory and for dealership training materials.

3. Defendant Sergei Lemberg ("Lemberg") is an attorney who owns and operates Lemberg Law LLC (the "Firm"; and collectively with Lemberg, "Defendants"), a law firm in Wilton, Connecticut. Defendants represent consumers nationwide in cases involving automobile lemon law, debt harassment, robocalls and texts, identity theft, background check errors, unpaid overtime, and personal injury, both in individual and class action cases. On their website, www.lemberglaw.com (the "Website"), Defendants tout that, since the Firm's founding 15 years ago, they have helped more than 30,000 consumers recover over $250 million.

4. The Website identifies "lemon law" as one of Defendants' practice areas, discusses consumers' lemon law rights and various states' lemon laws (including California law), and publishes over 500 blog posts identifying problems, consumer complaints, and potential lemon law issues related to certain vehicle makes, models, and model years. Most, if not all, of the blog posts included an image of the affected vehicles. Many of the vehicle images used on the Website were EVOX's copyrighted works, obtained, used, and published without a license by Defendants.

5. EVOX never licensed the use of its photographs on the Firm's Website. Nevertheless, EVOX's investigation has revealed that **Defendants' Website publicly displayed no fewer than 154 separate copyrighted EVOX images** for use on the Website and in connection with the blog posts regarding lemon law issues. Defendants have engaged in widespread and blatant infringement of EVOX's copyrighted works.

## PARTIES

6. EVOX is a Delaware limited liability company with its principal place of business at 2363 E. Pacifica Place, Rancho Dominguez, California.

7. The Firm is a Connecticut limited liability company with its principal place of business in Wilton, Connecticut.

8. Lemberg is an attorney who founded and owns the Firm and controls its business and operations, including the Website. On information and belief, Lemberg resides in Connecticut.

## JURISDICTION AND VENUE

9. This Court has subject matter jurisdiction over the infringement of United States copyrights pursuant to 17 U.S.C. § 501 *et seq*. and 28 U.S.C. §§ 1331 and 1338(a).

10. This Court has subject matter jurisdiction over violations of the Digital Millennium Copyright Act ("DMCA") pursuant to 17 U.S.C. § 1202 *et seq*. and 28

U.S.C. §§ 1331 and 1338(a).

11. This Court has personal jurisdiction over Defendants because: (1) Defendants regularly conduct business in California, including representing California clients in California courts; (2) Defendants solicit "lemon law" clients that are residents of California through their Website and blog posts published therein, including a webpage specifically advertising legal services related to California lemon laws;[1] and (3) Defendants' copyright infringement caused harm to EVOX in this District.

12. Under 28 U.S.C. §§ 1391 and 1400, venue is proper in this district because a substantial part of the property that is the subject of the action is situated within the district and Defendants or their agent reside or may be found within this district.

## LEMBERG'S BLATANT COPYRIGHT INFRINGEMENT

13. Since 2000, EVOX has created and licensed high-quality digital photographs and other images of car makes and models in the United States.

14. EVOX owns the copyrights to more than one million photographs and other images of cars.

15. EVOX licenses its images—individually and in groups—to numerous licensees, including to many automotive dealers and associated businesses.

16. EVOX, however, never licensed any of its copyrighted images for use on LEMBERG's Website.

17. That did not stop Defendants from using EVOX images on their Website without any license or authorization. While conducting its standard intellectual property enforcement investigation, **EVOX discovered 154 unique**

---

1 *See, e.g.*, https://lemberglaw.com/lemon-law/state/ca-california-lemon-law-lawyer-attorney/ (webpage is entitled "California Lemon Law Info – CA Lemon Law Attorneys" and states "We've fixed thousands of lemon problems. Message or call 855-301-2100 today.")

**EVOX images being displayed on the Website and hosted on Defendants' servers, all without authorization.** (See Exhibit A for examples of EVOX images used without authorization.) EVOX's investigation is ongoing and discovery has not yet been taken. It is possible the infringement reaches even beyond these 154 images—this number simply reflects what EVOX was able to uncover to date.

18. Defendants used these EVOX images on their Website and in their blog posts in order to advertise their legal services relating to lemon law disputes, including specifically within California. Defendants apparently believed that their use of EVOX's high-quality images on the Website would further their goal of obtaining lucrative business in California and nationwide.

19. EVOX was able to discover this infringement in part because EVOX's images display information that identify EVOX as the copyright owner, including the phrase "© EVOX IMAGES." The copyrighted images unlawfully displayed on the Website were, on information and belief, authentic EVOX images. At least one infringing image contained the EVOX logo in the lower right corner. It was apparent on the face of the image that it was EVOX's intellectual property. On information and belief, other images displayed on the Website were altered to remove or omit a similar EVOX logo in the lower right corner.

20. On information and belief, Defendants' unauthorized and infringing use of EVOX images was intended for search engine optimization ("SEO") purposes, *i.e.*, to increase traffic to the Website by obtaining better online search engine results and maximizing the number of potential clients viewing the Website's advertisements of their legal services related to lemon law disputes, including specifically in California. Defendants engaged in unauthorized and infringing use of EVOX images to do so; it used EVOX images as beacons to draw web and search traffic to the Website.

21. That Defendants knew about and directed the unauthorized use of the EVOX images as an SEO tactic is evidenced by Defendants' conduct in changing

the electronic filenames assigned to the images by EVOX to allow EVOX to identify its works. EVOX uses a standard filename format that identifies the vehicle number assigned by EVOX, the image size, and the shot number (representing the subject of the photograph, *e.g.* of a steering wheel or a rear-view mirror). Defendants stripped the EVOX images of this identifying filename information, instead giving each file a new title that impeded EVOX's efforts to identify and discover Defendants' infringing use and that corresponded to the blog post Defendants intended to promote by each infringing use of EVOX's images.

22. Moreover, Defendants, on information and belief, altered or removed the copyright notice on many of EVOX's images prior to engaging in infringing use of those images on the Website. Defendants used, distributed, transmitted, and displayed EVOX's photos with the knowledge that the copyright management information had been removed or altered without EVOX's permission.

23. As the founder and owner of the Firm—a relatively small firm of, on information and belief, approximately ten to twenty employees during the relevant time period—Lemberg controlled the Firm, made all key decisions regarding its business and advertising, and had a large personal financial stake in its performance.

24. Defendants were perfectly within their rights to promote their legal services related to automobiles and lemon law disputes. Defendants had no right, however, to use over one hundred fifty copyrighted EVOX images without authorization to advertise their legal services and drive Internet traffic to their Website. Defendants knew that the high quality of EVOX images would increase the appeal of the Website's blog posts and advertisements for their legal services, and they selected EVOX images to use—without authorization, and with alterations to EVOX's copyright notices—for that purpose.

**COUNT ONE**

**(Copyright Infringement, 17 U.S.C. § 501 *et seq*.)**

**Against All Defendants**

25. EVOX re-alleges the allegations contained in the preceding paragraphs.

26. Each of EVOX's photos is an original pictorial work and constitutes copyrightable subject matter under 17 U.S.C. §§ 101 and 102.

27. Each of EVOX's photos at issue in this action has been registered with the United States Copyright Office.

28. EVOX did not authorize Defendants (or anyone) to copy, display, distribute or transmit EVOX's photos on the Defendants' Website.

29. Defendants have infringed EVOX's copyrights in at least 154 images through the copying, public display, distribution or transmission of EVOX's photos.

30. Lemberg, the founder and owner of the Firm, has been the conscious force behind Defendants' infringement.

31. Defendants' infringement has been willful. Defendants were aware they were using EVOX's photos without authorization from EVOX or recklessly disregarded EVOX's rights in EVOX's photos. Defendants' willful intent is evidenced by, among other things, steps taken by Defendants to use EVOX images for SEO purposes and alterations made to EVOX's images to remove copyright notices and information.

32. EVOX has been damaged by Defendants' willful infringement in a sum to be determined.

**COUNT TWO**

**(Violations of the Digital Millennium Copyright Act)**

**Against All Defendants**

33. EVOX re-alleges the allegations contained in the preceding paragraphs.

34. EVOX embedded copyright management information in EVOX's photos, including through the distinctive filename structure that identified EVOX as

the copyright owner and allowed EVOX to track the use of its works.

35. In violation of 17 U.S.C. § 1202(b), Defendants have knowingly—and with the intent to induce, enable, facilitate, or conceal infringement—removed or altered identifying information about the copyright owner of EVOX's photos in connection with their use, distribution, display, and transmission of EVOX's photos. Defendants have also distributed EVOX's photos via their Website while knowing that information about EVOX as the copyright owner has been removed or altered without authority of EVOX.

36. Lemberg, the founder and owner of the Firm, has been the conscious force behind Defendants' DMCA violations.

37. EVOX has been damaged by Defendants' actions in a sum to be determined.

## PRAYER FOR RELIEF

WHEREAS, EVOX prays for the following relief against Defendants:

a. For maximum statutory damages in the amount of $150,000 with respect to each copyrighted work infringed, or such other amounts as may be proper pursuant to 17 U.S.C. § 504(c). Alternatively, EVOX, at its election, is entitled to damages and/or wrongful profits pursuant to 17 U.S.C. § 504(b) for each separate infringement.

b. For maximum statutory damages in the amount of $25,000 per violation of 17 U.S.C. § 1202.

c. For pre- and post-judgment interest.

d. For EVOX's costs in this action, including reasonable attorney's fees, pursuant to 17 U.S.C. § 505 and 17 U.S.C. § 1203(b).

e. That the Court award EVOX such other and further relief as is just and proper.

DATED: October 1. 2021

Keith J. Wesley
Noah S. Helpern
David D. Kim

By ______________________
David D. Kim
Attorneys for EVOX Productions, LLC

**JURY DEMAND**

EVOX demands a trial by jury on all issues so triable.

DATED: October 1. 2021

Keith J. Wesley
Noah S. Helpern
David D. Kim

By ______________________
David D. Kim
Attorneys for EVOX Productions, LLC

# EXHIBIT A

| VA 1-930-081 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2017/12/2015-Ford-Explorer-problems-complaints-lemon.png | 9863_st0640_089.jpg |
| **VA 1-973-062** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Colorado-problems-complaints-lemon-400x282.png | 10553_st0640_089.jpg |
| **VA 1-973-129** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Porsche-Cayenne-problems-complaints-lemon-e1582566395551.png | 10459_cc0640_032_2Y.jpg |
| **VA 1-973-893** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-Cadillac-Escalade-problems-complaints-lemon.png | 10567_st0640_046.jpg |
| **VA 1-974-853** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-Chevrolet-Chevy-Surburban-problems-complaints-lemon-400x282.png | 10605_st0640_089.jpg |
| **VA 1-980-158** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2019-Jeep-Wrangler-problems-complaints-lemon.png | 10734_st0640_089.jpg |
| **VA 1-981-051** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/11/2017-Dodge-Journey-problems-complaints-lemon.png | 10674_st0640_046.jpg |

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
VA 1-930-081

**Effective date of registration:**
November 5, 2014

## Title

**Title of Work:** VIF9863 2015 Ford Explorer Limited Equipment Group 302A/Dual Panel Moonroof/Trailer Tow Pkg Class III 4 Door SUV (137 photographs and 3 audio visual works in a single unit of publication)

**Contents Titles:** 9863_cc0640_001_BT.jpg; 9863_cc0640_001_H5.jpg; 9863_cc0640_001_H9.jpg; 9863_cc0640_001_J4.jpg; 9863_cc0640_001_J7.jpg; 9863_cc0640_001_RR.jpg; 9863_cc0640_001_UG.jpg; 9863_cc0640_001_UH.jpg; 9863_cc0640_001_UX.jpg; 9863_cc0640_001_YZ.jpg; 9863_cc0640_014_BT.jpg; 9863_cc0640_014_H5.jpg; 9863_cc0640_014_H9.jpg
9863_cc0640_014_J4.jpg; 9863_cc0640_014_J7.jpg; 9863_cc0640_014_RR.jpg; 9863_cc0640_014_UG.jpg; 9863_cc0640_014_UH.jpg; 9863_cc0640_014_UX.jpg; 9863_cc0640_014_YZ.jpg; 9863_cc0640_032_BT.jpg; 9863_cc0640_032_H5.jpg; 9863_cc0640_032_H9.jpg; 9863_cc0640_032_J4.jpg; 9863_cc0640_032_J7.jpg; 9863_cc0640_032_RR.jpg
9863_cc0640_032_UG.jpg; 9863_cc0640_032_UH.jpg; 9863_cc0640_032_UX.jpg; 9863_cc0640_032_YZ.jpg; 9863_ex036_480.mov; 9863_hdspin_mp4-0320.mp4; 9863_inzm_480.mov; 9863_sl0640_abs_001.jpg; 9863_sl0640_rea_001.jpg; 9863_sp0640_001.jpg; 9863_sp0640_002.jpg; 9863_sp0640_003.jpg; 9863_sp0640_004.jpg; 9863_sp0640_005.jpg
9863_sp0640_006.jpg; 9863_sp0640_007.jpg; 9863_sp0640_008.jpg; 9863_sp0640_009.jpg; 9863_sp0640_010.jpg; 9863_sp0640_011.jpg; 9863_sp0640_012.jpg; 9863_sp0640_013.jpg; 9863_sp0640_014.jpg; 9863_sp0640_015.jpg; 9863_sp0640_016.jpg; 9863_sp0640_017.jpg; 9863_sp0640_018.jpg; 9863_sp0640_019.jpg; 9863_sp0640_020.jpg
9863_sp0640_021.jpg; 9863_sp0640_022.jpg; 9863_sp0640_023.jpg; 9863_sp0640_024.jpg; 9863_sp0640_025.jpg; 9863_sp0640_026.jpg; 9863_sp0640_027.jpg; 9863_sp0640_028.jpg; 9863_sp0640_029.jpg; 9863_sp0640_030.jpg; 9863_sp0640_031.jpg; 9863_sp0640_032.jpg; 9863_sp0640_033.jpg; 9863_sp0640_034.jpg; 9863_sp0640_035.jpg
9863_sp0640_036.jpg; 9863_st0640_037.jpg; 9863_st0640_039.jpg; 9863_st0640_040.jpg; 9863_st0640_042.jpg; 9863_st0640_043.jpg; 9863_st0640_044.jpg; 9863_st0640_045.jpg; 9863_st0640_046.jpg; 9863_st0640_049.jpg; 9863_st0640_050.jpg; 9863_st0640_051.jpg; 9863_st0640_052.jpg; 9863_st0640_053.jpg; 9863_st0640_057.jpg



https://www.lemberglaw.com/wp-content/uploads/2017/12/2015-Ford-Explorer-problems-complaints-lemon.png




9863_st0640_089.jpg

**Project: Lemberglaw Item #246058.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2015-ford-explorer-problems-complaints-lemon/ | | 144.png | 144.png | 144.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2017/12/2015-Ford-Explorer-problems-complaints-lemon.png | 02/25/2021 09:15:13 |





# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 1-973-062**
**Effective Date of Registration:**
September 17, 2015

## Title

**Title of Work:** VIF10553 2016 Chevrolet Colorado LT Leather Appointed Jet Black Seat Trim/Chevy MyLink/Luxury Pkg/LT Convenience Pkg/Safety Pkg/7-Speaker BOSE Audio System Feature/All Weather Floor Mats/Polished Exhaust Tip crew cab 4 Door pickup (136 photographs and 22 audio visual works in a single unit of publication)

**Content Title:** 10553_cc0640_001_86U.jpg; 10553_cc0640_001_9V5.jpg; 10553_cc0640_001_EVOX01.jpg; 10553_cc0640_001_EVOX02.jpg; 10553_cc0640_001_G7C.jpg; 10553_cc0640_001_G7J.jpg; 10553_cc0640_001_G7P.jpg; 10553_cc0640_001_G7Z.jpg; 10553_cc0640_001_GAN.jpg; 10553_cc0640_001_GAZ.jpg; 10553_cc0640_001_GBA.jpg; 10553_cc0640_001_GBV.jpg

10553_cc0640_001_GWX.jpg; 10553_cc0640_014_86U.jpg; 10553_cc0640_014_9V5.jpg; 10553_cc0640_014_EVOX01.jpg; 10553_cc0640_014_EVOX02.jpg; 10553_cc0640_014_G7C.jpg; 10553_cc0640_014_G7J.jpg; 10553_cc0640_014_G7P.jpg; 10553_cc0640_014_G7Z.jpg; 10553_cc0640_014_GAN.jpg; 10553_cc0640_014_GAZ.jpg; 10553_cc0640_014_GBA.jpg

10553_cc0640_014_GBV.jpg; 10553_cc0640_014_GWX.jpg; 10553_cc0640_032_86U.jpg; 10553_cc0640_032_9V5.jpg; 10553_cc0640_032_EVOX01.jpg; 10553_cc0640_032_EVOX02.jpg; 10553_cc0640_032_G7C.jpg; 10553_cc0640_032_G7J.jpg; 10553_cc0640_032_G7P.jpg; 10553_cc0640_032_G7Z.jpg; 10553_cc0640_032_GAN.jpg; 10553_cc0640_032_GAZ.jpg

10553_cc0640_032_GBA.jpg; 10553_cc0640_032_GBV.jpg; 10553_cc0640_032_GWX.jpg; 10553_cx036_480.mov; 10553_hdspin_mp4-0320.mp4; 10553_inzm_480.mov; 10553_S24_001_mp4-0320.mp4; 10553_S57_001_mp4-0320.mp4; 10553_S58_001_mp4-0320.mp4; 10553_S59_001_mp4-0320.mp4; 10553_S61_001_mp4-0320.mp4; 10553_S62_001_mp4-0320.mp4

10553_S63_001_mp4-0320.mp4; 10553_S64_001_mp4-0320.mp4; 10553_S65_001_mp4-0320.mp4; 10553_S66_001_mp4-0320.mp4; 10553_S68_001_mp4-0320.mp4; 10553_S70_001_mp4-0320.mp4; 10553_S75_001_mp4-0320.mp4; 10553_S76_001_mp4-0320.mp4; 10553_S77_001_mp4-0320.mp4; 10553_S78_001_mp4-0320.mp4; 10553_S80_001_mp4-0320.mp4

10553_S81_001_mp4-0320.mp4; 10553_S82_001_mp4-0320.mp4; 10553_sl0640_abs_001.jpg; 10553_sl0640_rca_001.jpg; 10553_sp0640_001.jpg; 10553_sp0640_002.jpg; 10553_sp0640_003.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Colorado-problems-complaints-lemon-400x282.png




10553_st0640_089.jpg

**Project: Lemberglaw Item #245947.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Silverado 3500HD | https://www.lemberglaw.com/2018-chevrolet-chevy-colorado-problems-complaints-lemon/ | 33.png | 33.png | 33.png | 33.jpeg | 33.png | 33.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Colorado-problems-complaints-lemon-400x282.png | 02/25/2021 08:23:21 |








Page 1/1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 1-973-129**
**Effective Date of Registration:**
August 13, 2015

## Title

**Title of Work:** VIF10459 2016 Porsche Cayenne GTS Roof Rails/Seat Ventilation/ParkAssist(Front and Rear)with Surround View/BOSE Surround Sound System/Adaptive Sport Seats with Memory Pkg/Premium Pkg Plus/Infotainment Pkg w/HD Radio/Sport Chrono Pkg/21 in. Cayenne SportEdition Wheels in Platinum Satin 4 Door SUV (140 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 10459_ce0640_001_0L.jpg; 10459_ce0640_001_0Q.jpg; 10459_ce0640_001_2T.jpg; 10459_ce0640_001_2Y.jpg; 10459_ce0640_001_4T.jpg; 10459_ce0640_001_7L.jpg; 10459_ce0640_001_9Q.jpg; 10459_ce0640_001_A1.jpg; 10459_ce0640_001_EVOX01.jpg; 10459_ce0640_001_R7.jpg; 10459_ce0640_001_S2.jpg; 10459_ce0640_001_Y8.jpg; 10459_ce0640_014_0L.jpg

10459_ce0640_014_0Q.jpg; 10459_ce0640_014_2T.jpg; 10459_ce0640_014_2Y.jpg; 10459_ce0640_014_4T.jpg; 10459_ce0640_014_7L.jpg; 10459_ce0640_014_9Q.jpg; 10459_ce0640_014_A1.jpg; 10459_ce0640_014_EVOX01.jpg; 10459_ce0640_014_R7.jpg; 10459_ce0640_014_S2.jpg; 10459_ce0640_014_Y8.jpg; 10459_ce0640_032_0L.jpg; 10459_ce0640_032_0Q.jpg

10459_ce0640_032_2T.jpg; 10459_ce0640_032_2Y.jpg; 10459_ce0640_032_4T.jpg; 10459_ce0640_032_7L.jpg; 10459_ce0640_032_9Q.jpg; 10459_ce0640_032_A1.jpg; 10459_ce0640_032_EVOX01.jpg; 10459_ce0640_032_R7.jpg; 10459_ce0640_032_S2.jpg; 10459_ce0640_032_Y8.jpg; 10459_ex036_480.mov; 10459_hdspin_mp4-0320.mp4; 10459_inzm_480.mov

10459_S24_001_mp4-0320.mp4; 10459_S57_001_mp4-0320.mp4; 10459_S58_001_mp4-0320.mp4; 10459_S59_001_mp4-0320.mp4; 10459_S60_001_mp4-0320.mp4; 10459_S61_001_mp4-0320.mp4; 10459_S62_001_mp4-0320.mp4; 10459_S63_001_mp4-0320.mp4; 10459_S64_001_mp4-0320.mp4; 10459_S65_001_mp4-0320.mp4; 10459_S66_001_mp4-0320.mp4

10459_S67_001_mp4-0320.mp4; 10459_S68_001_mp4-0320.mp4; 10459_S69_001_mp4-0320.mp4; 10459_S70_001_mp4-0320.mp4; 10459_S71_001_mp4-0320.mp4; 10459_S72_001_mp4-0320.mp4; 10459_S75_001_mp4-0320.mp4; 10459_S76_001_mp4-0320.mp4; 10459_S77_001_mp4-0320.mp4; 10459_S78_001_mp4-0320.mp4; 10459_S80_001_mp4-0320.mp4



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Porsche-Cayenne-problems-complaints-lemon-e1582566395551.png




10459_cc0640_032_2Y.jpg

**Project: Lemberglaw Item #245988.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Porsche Cayenne | https://www.lemberglaw.com/2018-porsche-cayenne-problems-complaints-lemon/ | | 74.png | 74.png | 74.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Porsche-Cayenne-problems-complaints-lemon-e1582566395551.png | 02/25/2021 08:42:20 |







Page 1/1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**

**VA 1-973-893**

**Effective Date of Registration:**
September 29, 2015

## Title

**Title of Work:** VIF10567 2016 Cadillac Escalade Luxury Rear Seat Entertainment System/22 in. Dual 7 Spoke Ultra-Bright Finish Aluminum Wheels/Dark Granite Metallic 4 Door SUV (136 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 10567_cc0640_001_EVOX01.jpg; 10567_cc0640_001_EVOX02.jpg; 10567_cc0640_001_G1W.jpg; 10567_cc0640_001_G7U.jpg; 10567_cc0640_001_GAN.jpg; 10567_cc0640_001_GBA.jpg; 10567_cc0640_001_GWT.jpg; 10567_cc0640_001_GWX.jpg; 10567_cc0640_001_GXG.jpg; 10567_cc0640_014_EVOX01.jpg; 10567_cc0640_014_EVOX02.jpg; 10567_cc0640_014_G1W.jpg

10567_cc0640_014_G7U.jpg; 10567_cc0640_014_GAN.jpg; 10567_cc0640_014_GBA.jpg; 10567_cc0640_014_GWT.jpg; 10567_cc0640_014_GWX.jpg; 10567_cc0640_014_GXG.jpg; 10567_cc0640_032_EVOX01.jpg; 10567_cc0640_032_EVOX02.jpg; 10567_cc0640_032_G1W.jpg; 10567_cc0640_032_G7U.jpg; 10567_cc0640_032_GAN.jpg; 10567_cc0640_032_GBA.jpg

10567_cc0640_032_GWT.jpg; 10567_cc0640_032_GWX.jpg; 10567_cc0640_032_GXG.jpg; 10567_ex036_480.mov; 10567_hdspin_mp4-0320.mp4; 10567_inzm_480.mov; 10567_S24_001_mp4-0320.mp4; 10567_S57_001_mp4-0320.mp4; 10567_S58_001_mp4-0320.mp4; 10567_S59_001_mp4-0320.mp4; 10567_S61_001_mp4-0320.mp4; 10567_S62_001_mp4-0320.mp4

10567_S63_001_mp4-0320.mp4; 10567_S64_001_mp4-0320.mp4; 10567_S65_001_mp4-0320.mp4; 10567_S66_001_mp4-0320.mp4; 10567_S68_001_mp4-0320.mp4; 10567_S70_001_mp4-0320.mp4; 10567_S71_001_mp4-0320.mp4; 10567_S72_001_mp4-0320.mp4; 10567_S74_001_mp4-0320.mp4; 10567_S75_001_mp4-0320.mp4; 10567_S76_001_mp4-0320.mp4

10567_S77_001_mp4-0320.mp4; 10567_S78_001_mp4-0320.mp4; 10567_S80_001_mp4-0320.mp4; 10567_S81_001_mp4-0320.mp4; 10567_S82_001_mp4-0320.mp4; 10567_sl0640_abs_001.jpg; 10567_sl0640_rea_001.jpg; 10567_sp0640_001.jpg; 10567_sp0640_002.jpg; 10567_sp0640_003.jpg; 10567_sp0640_004.jpg; 10567_sp0640_005.jpg; 10567_sp0640_006.jpg

10567_sp0640_007.jpg; 10567_sp0640_008.jpg; 10567_sp0640_009.jpg; 10567_sp0640_010.jpg; 10567_sp0640_011.jpg; 10567_sp0640_012.jpg; 10567_sp0640_013.jpg; 10567_sp0640_014.jpg; 10567_sp0640_015.jpg; 10567_sp0640_016.jpg; 10567_sp0640_017.jpg; 10567_sp0640_018.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-Cadillac-Escalade-problems-complaints-lemon.png




10567_st0640_046.jpg

**Project: Lemberglaw Item #245915.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Cadillac Escalade ESV | https://www.lemberglaw.com/2017-cadillac-escalade-problems-complaints-lemon/ | 1.png | 1.png | 1.png | 1.jpeg | 1.png | 1.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-Cadillac-Escalade-problems-complaints-lemon.png | 02/25/2021 08:08:58 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**VA 1-974-853**
**Effective Date of Registration:**
October 22, 2015

## Title

**Title of Work:** VIF10605 2016 Chevrolet Suburban LT 20 in. Polished Aluminum Wheels/Chevy Mylink Audio System/Front, Rear and Third Row Premium/Chrome Exhaust Tip 4 Door SUV (132 photographs and 23 audio visual works in a single unit of publication)

**Content Title:** 10605_cc0540_001_G1C.jpg; 10605_cc0640_001_G1E.jpg; 10605_cc0540_001_G1W.jpg; 10605_cc0640_001_G7U.jpg; 10605_cc0540_001_GAN.jpg; 10605_cc0640_001_GAZ.jpg; 10605_cc0640_001_GBA.jpg; 10605_cc0640_001_GWT.jpg; 10605_cc0540_001_GWX.jpg; 10605_cc0640_001_GXG.jpg; 10605_cc0540_014_G1C.jpg; 10605_cc0640_014_G1E.jpg

10605_cc0540_014_G1W.jpg; 10605_cc0640_014_G7U.jpg; 10605_cc0540_014_GAN.jpg; 10605_cc0640_014_GAZ.jpg; 10605_cc0640_014_GBA.jpg; 10605_cc0640_014_GWT.jpg; 10605_cc0540_014_GWX.jpg; 10605_cc0640_014_GXG.jpg; 10605_cc0540_032_G1C.jpg; 10605_cc0640_032_G1E.jpg; 10605_cc0540_032_G1W.jpg; 10605_cc0640_032_G7U.jpg

10605_cc0540_032_GAN.jpg; 10605_cc0640_032_GAZ.jpg; 10605_cc0540_032_GBA.jpg; 10605_cc0640_032_GWT.jpg; 10605_cc0640_032_GWX.jpg; 10605_cc0640_032_GXG.jpg; 10605_ex036_480.mov; 10605_hdspin_mp4-0320.mp4; 10605_inzm_480.mov; 10605_S24_001_mp4-0320.mp4; 10605_S57_001_mp4-0320.mp4; 10605_S58_001_mp4-0320.mp4

10605_S59_001_mp4-0320.mp4; 10605_S61_001_mp4-0320.mp4; 10605_S62_001_mp4-0320.mp4; 10605_S63_001_mp4-0320.mp4; 10605_S64_001_mp4-0320.mp4; 10605_S65_001_mp4-0320.mp4; 10605_S66_001_mp4-0320.mp4; 10605_S68_001_mp4-0320.mp4; 10605_S70_001_mp4-0320.mp4; 10605_S71_001_mp4-0320.mp4; 10605_S75_001_mp4-0320.mp4

10605_S76_001_mp4-0320.mp4; 10605_S77_001_mp4-0320.mp4; 10605_S78_001_mp4-0320.mp4; 10605_S80_001_mp4-0320.mp4; 10605_S81_001_mp4-0320.mp4; 10605_S82_001_mp4-0320.mp4; 10605_sl0640_abs_001.jpg; 10605_sl0640_rea_001.jpg; 10605_sp0640_001.jpg; 10605_sp0640_002.jpg; 10605_sp0640_003.jpg; 10605_sp0640_004.jpg

10605_sp0640_005.jpg; 10605_sp0640_006.jpg; 10605_sp0640_007.jpg; 10605_sp0640_008.jpg; 10605_sp0640_009.jpg; 10605_sp0640_010.jpg; 10605_sp0640_011.jpg; 10605_sp0640_012.jpg; 10605_sp0640_013.jpg; 10605_sp0640_014.jpg; 10605_sp0640_015.jpg; 10605_sp0640_016.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-Chevrolet-Chevy-Surburban-problems-complaints-lemon-400x282.png




10605_st0640_089.jpg

**Project: Lemberglaw Item #245919.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Suburban 1500 | https://www.lemberglaw.com/2017-chevrolet-suburban-problems-complaints-lemon/ | | 5.png | 5.png | 5.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-Chevrolet-Chevy-Surburban-problems-complaints-lemon-400x282.png | 02/25/2021 08:10:47 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**

**VA 1-980-158**

**Effective Date of Registration:**
December 03, 2015

## Title

**Title of Work:** VIF10734 2016 Jeep Wrangler Unlimited Sport Sport S Pkg 24S/Connectivity Group/5-Speed Auto Trans/3.73 Front Rear Axle Ratios/Trac-Lok Diff Rear Axle/Freedom Top/Sirius XM 4 Door SUV (121 photographs and 24 audio visual works in a single unit of publication)

**Content Title:** 10734_cc0640_001_PAU.jpg; 10734_cc0640_001_PBJ.jpg; 10734_cc0640_001_PGK.jpg; 10734_cc0640_001_PRC.jpg; 10734_cc0640_001_PSC.jpg; 10734_cc0640_001_PSQ.jpg; 10734_cc0640_001_PTA.jpg; 10734_cc0640_001_PW7.jpg; 10734_cc0640_001_PX8.jpg; 10734_cc0640_014_PAU.jpg; 10734_cc0640_014_PBJ.jpg; 10734_cc0640_014_PGK.jpg

10734_cc0640_014_PRC.jpg; 10734_cc0640_014_PSC.jpg; 10734_cc0640_014_PSQ.jpg; 10734_cc0640_014_PTA.jpg; 10734_cc0640_014_PW7.jpg; 10734_cc0640_014_PX8.jpg; 10734_cc0640_032_PAU.jpg; 10734_cc0640_032_PBJ.jpg; 10734_cc0640_032_PGK.jpg; 10734_cc0640_032_PRC.jpg; 10734_cc0640_032_PSC.jpg; 10734_cc0640_032_PSQ.jpg

10734_cc0640_032_PTA.jpg; 10734_cc0640_032_PW7.jpg; 10734_cc0640_032_PX8.jpg; 10734_ex036_480.mov; 10734_hdspin_mp4-0320.mp4; 10734_inzm_480.mov; 10734_S24_001_mp4-0320.mp4; 10734_S57_001_mp4-0320.mp4; 10734_S58_001_mp4-0320.mp4; 10734_S59_001_mp4-0320.mp4; 10734_S60_001_mp4-0320.mp4, 10734_S61_001_mp4-0320.mp4

10734_S62_001_mp4-0320.mp4; 10734_S63_001_mp4-0320.mp4; 10734_S64_001_mp4-0320.mp4; 10734_S66_001_mp4-0320.mp4; 10734_S68_001_mp4-0320.mp4; 10734_S70_001_mp4-0320.mp4; 10734_S71_001_mp4-0320.mp4; 10734_S72_001_mp4-0320.mp4; 10734_S75_001_mp4-0320.mp4; 10734_S76_001_mp4-0320.mp4; 10734_S77_001_mp4-0320.mp4

10734_S78_001_mp4-0320.mp4; 10734_S80_001_mp4-0320.mp4; 10734_S81_001_mp4-0320.mp4; 10734_S82_001_mp4-0320.mp4; 10734_sl0640_abs_001.jpg; 10734_sl0640_rea_001.jpg; 10734_sp0640_001.jpg; 10734_sp0640_002.jpg; 10734_sp0640_003.jpg; 10734_sp0640_004.jpg; 10734_sp0640_005.jpg; 10734_sp0640_006.jpg; 10734_sp0640_007.jpg

10734_sp0640_008.jpg; 10734_sp0640_009.jpg; 10734_sp0640_010.jpg; 10734_sp0640_011.jpg; 10734_sp0640_012.jpg; 10734_sp0640_013.jpg; 10734_sp0640_014.jpg; 10734_sp0640_015.jpg; 10734_sp0640_016.jpg; 10734_sp0640_017.jpg; 10734_sp0640_018.jpg; 10734_sp0640_019.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/07/2019-Jeep-Wrangler-problems-complaints-lemon.png




10734_st0640_089.jpg

**Project: Lemberglaw Item #246020.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Jeep Wrangler JK | https://www.lemberglaw.com/2019-jeep-wrangler-problems-complaints-lemon/ | 106.png | 106.png | 106.png | 106.jpeg | 106.png | 106.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2019-Jeep-Wrangler-problems-complaints-lemon.png | 02/25/2021 08:57:35 |








Page 1/1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**

**VA 1-981-051**

**Effective Date of Registration:**
November 23, 2015

## Title

**Title of Work:** VIF10674 2016 Dodge Journey SE Customer Preferred Pkg 22F/Flexible Seating Group/Radio 4.3/Uconnect Voice Command with Bluetooth 4 Door CUV (114 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 10674_cc0640_001_PAU.jpg; 10674_cc0640_001_PRM.jpg; 10674_cc0640_001_PSC.jpg; 10674_cc0640_001_PW3.jpg; 10674_cc0640_001_PWH.jpg; 10674_cc0640_001_PX8.jpg; 10674_cc0640_014_PAU.jpg; 10674_cc0640_014_PRM.jpg; 10674_cc0640_014_PSC.jpg; 10674_cc0640_014_PW3.jpg; 10674_cc0640_014_PWH.jpg; 10674_cc0640_014_PX8.jpg

10674_cc0640_032_PAU.jpg; 10674_cc0640_032_PRM.jpg; 10674_cc0640_032_PSC.jpg; 10674_cc0640_032_PW3.jpg; 10674_cc0640_032_PWH.jpg; 10674_cc0640_032_PX8.jpg; 10674_ex036_480.mov; 10674_hdspin_mp4-0320.mp4; 10674_inzm_480.mov; 10674_S24_001_mp4-0320.mp4; 10674_S57_001_mp4-0320.mp4; 10674_S58_001_mp4-0320.mp4

10674_S59_001_mp4-0320.mp4; 10674_S60_001_mp4-0320.mp4; 10674_S61_001_mp4-0320.mp4; 10674_S62_001_mp4-0320.mp4; 10674_S63_001_mp4-0320.mp4; 10674_S64_001_mp4-0320.mp4; 10674_S65_001_mp4-0320.mp4; 10674_S66_001_mp4-0320.mp4; 10674_S68_001_mp4-0320.mp4; 10674_S70_001_mp4-0320.mp4; 10674_S71_001_mp4-0320.mp4

10674_S72_001_mp4-0320.mp4; 10674_S75_001_mp4-0320.mp4; 10674_S76_001_mp4-0320.mp4; 10674_S77_001_mp4-0320.mp4; 10674_S78_001_mp4-0320.mp4; 10674_S80_001_mp4-0320.mp4; 10674_S81_001_mp4-0320.mp4; 10674_S82_001_mp4-0320.mp4; 10674_sl0640_abs_001.jpg; 10674_sl0640_rca_001.jpg; 10674_sp0640_001.jpg; 10674_sp0640_002.jpg

10674_sp0640_003.jpg; 10674_sp0640_004.jpg; 10674_sp0640_005.jpg; 10674_sp0640_006.jpg; 10674_sp0640_007.jpg; 10674_sp0640_008.jpg; 10674_sp0640_009.jpg; 10674_sp0640_010.jpg; 10674_sp0640_011.jpg; 10674_sp0640_012.jpg; 10674_sp0640_013.jpg; 10674_sp0640_014.jpg; 10674_sp0640_015.jpg; 10674_sp0640_016.jpg

10674_sp0640_017.jpg; 10674_sp0640_018.jpg; 10674_sp0640_019.jpg; 10674_sp0640_020.jpg; 10674_sp0640_021.jpg; 10674_sp0640_022.jpg; 10674_sp0640_023.jpg; 10674_sp0640_024.jpg; 10674_sp0640_025.jpg; 10674_sp0640_026.jpg; 10674_sp0640_027.jpg; 10674_sp0640_028.jpg; 10674_sp0640_029.jpg; 10674_sp0640_030.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/11/2017-Dodge-Journey-problems-complaints-lemon.png




10674_st0640_046.jpg

**Project: Lemberglaw Item #245920.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Dodge Journey | https://www.lemberglaw.com/2017-dodge-journey-problems-complaints-lemon/ | 6.png | 6.png | 6.png | 6.jpeg | 6.png | 6.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/11/2017-Dodge-Journey-problems-complaints-lemon.png | 02/25/2021 08:11:16 |








| VA 1-988-331 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-BMW-X1-problems-complaints-lemon.png | 10908_st0640_159.jpg |
| **VA 1-990-161** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-GMC-Yukon-problems-complaints-lemon-400x282.png | 10903_st0640_089.jpg |
| **VA 1-997-959** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Hyundai-Elantra-problems-complaints-lemon.png | 11069_st0640_046.jpg |
| **VA 1-999-914** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2018/12/2017-Toyota-RAV4-problems-complaints-lemon.png | 11135_st0640_046.jpg |
| **VA 2-010-484** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Lexus-RX350-problems-complaints-lemon.png | 11159_cc0640_032_223.jpg |
| **VA 2-011-361** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/08/2019-Chrysler-Pacifica-problems-complaints-lemon.png | 11178_st0640_046.jpg |
| **VA 2-011-869** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2018/11/2017-Subaru-Outback-problems-complaints-lemon-1.png | 11142_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**
**VA 1-988-331**
**Effective Date of Registration:**
February 04, 2016

## Title

**Title of Work:** VIF10908 2016 BMW X1 xDrive28i Driver Assist Pkg/Mineral Grey Metallic 4 Door CUV (131 photographs and 3 audio visual works in a single unit of publication)

**Content Title:** 10908_cc0640_001_300.jpg; 10908_cc0640_001_475.jpg; 10908_cc0640_001_668.jpg; 10908_cc0640_001_A83.jpg; 10908_cc0640_001_A96.jpg; 10908_cc0640_001_B39.jpg; 10908_cc0640_001_B45.jpg; 10908_cc0640_001_B53.jpg; 10908_cc0640_001_C07.jpg; 10908_cc0640_001_C10.jpg; 10908_cc0640_001_C29.jpg; 10908_cc0640_014_300.jpg

10908_cc0640_014_475.jpg; 10908_cc0640_014_668.jpg; 10908_cc0640_014_A83.jpg; 10908_cc0640_014_A96.jpg; 10908_cc0640_014_B39.jpg; 10908_cc0640_014_B45.jpg; 10908_cc0640_014_B53.jpg; 10908_cc0640_014_C07.jpg; 10908_cc0640_014_C10.jpg; 10908_cc0640_014_C29.jpg; 10908_cc0640_032_300.jpg; 10908_cc0640_032_475.jpg

10908_cc0640_032_668.jpg; 10908_cc0640_032_A83.jpg; 10908_cc0640_032_A96.jpg; 10908_cc0640_032_B39.jpg; 10908_cc0640_032_B45.jpg; 10908_cc0640_032_B53.jpg; 10908_cc0640_032_C07.jpg; 10908_cc0640_032_C10.jpg; 10908_cc0640_032_C29.jpg; 10908_ex036_480.mov; 10908_hdspin_mp4-0320.mp4; 10908_inzn_480.mov; 10908_sl0640_abs_001.jpg

10908_sl0640_rea_001.jpg; 10908_sp0640_001.jpg; 10908_sp0640_002.jpg; 10908_sp0640_003.jpg; 10908_sp0640_004.jpg; 10908_sp0640_005.jpg; 10908_sp0640_006.jpg; 10908_sp0640_007.jpg; 10908_sp0640_008.jpg; 10908_sp0640_009.jpg; 10908_sp0640_010.jpg; 10908_sp0640_011.jpg; 10908_sp0640_012.jpg; 10908_sp0640_013.jpg

10908_sp0640_014.jpg; 10908_sp0640_015.jpg; 10908_sp0640_016.jpg; 10908_sp0640_017.jpg; 10908_sp0640_018.jpg; 10908_sp0640_019.jpg; 10908_sp0640_020.jpg; 10908_sp0640_021.jpg; 10908_sp0640_022.jpg; 10908_sp0640_023.jpg; 10908_sp0640_024.jpg; 10908_sp0640_025.jpg; 10908_sp0640_026.jpg; 10908_sp0640_027.jpg

10908_sp0640_028.jpg; 10908_sp0640_029.jpg; 10908_sp0640_030.jpg; 10908_sp0640_031.jpg; 10908_sp0640_032.jpg; 10908_sp0640_033.jpg; 10908_sp0640_034.jpg; 10908_sp0640_035.jpg; 10908_sp0640_036.jpg; 10908_st0640_037.jpg; 10908_st0640_039.jpg; 10908_st0640_040.jpg; 10908_st0640_042.jpg; 10908_st0640_043.jpg

10908_st0640_044.jpg; 10908_st0640_045.jpg; 10908_st0640_046.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-BMW-X1-problems-complaints-lemon.png




10908_st0640_159.jpg

**Project: Lemberglaw Item #245942.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | BMW X1 | https://www.lemberglaw.com/2018-bmw-x1-problems-complaints-lemon/ | 28.png | 28.png | 28.png | 28.jpeg | 28.png | 28.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-BMW-X1-problems-complaints-lemon.png | 02/25/2021 08:21:00 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 1-990-161**
**Effective Date of Registration:**
February 03, 2016

## Title

**Title of Work:** VIF10903 2016 GMC Yukon Denali Open Road Pkg/22 in. Wheels Aluminum with Painted Inserts/Crimson Red Tintcoat 4 Door SUV (139 photographs and 3 audio visual works in a single unit of publication)

**Content Title:** 10903_cc0640_001_G1C.jpg; 10903_cc0640_001_G1E.jpg; 10903_cc0640_001_G1W.jpg; 10903_cc0640_001_G7U.jpg; 10903_cc0640_001_GAN.jpg; 10903_cc0640_001_GAZ.jpg; 10903_cc0640_001_GBA.jpg; 10903_cc0640_001_GC8.jpg; 10903_cc0640_001_GWT.jpg; 10903_cc0640_001_GWX.jpg; 10903_cc0640_001_GXG.jpg; 10903_cc0640_014_G1C.jpg

10903_cc0640_014_G1E.jpg; 10903_cc0640_014_G1W.jpg; 10903_cc0640_014_G7U.jpg; 10903_cc0640_014_GAN.jpg; 10903_cc0640_014_GAZ.jpg; 10903_cc0640_014_GBA.jpg; 10903_cc0640_014_GC8.jpg; 10903_cc0640_014_GWT.jpg; 10903_cc0640_014_GWX.jpg; 10903_cc0640_014_GXG.jpg; 10903_cc0640_032_G1C.jpg; 10903_cc0640_032_G1E.jpg

10903_cc0640_032_G1W.jpg; 10903_cc0640_032_G7U.jpg; 10903_cc0640_032_GAN.jpg; 10903_cc0640_032_GAZ.jpg; 10903_cc0640_032_GBA.jpg; 10903_cc0640_032_GC8.jpg; 10903_cc0640_032_GWT.jpg; 10903_cc0640_032_GWX.jpg; 10903_cc0640_032_GXG.jpg; 10903_cx036_480.mov; 10903_hdspin_mp4-0320.mp4; 10903_inzm_480.mov; 10903_sl0640_abs_001.jpg

10903_sl0640_rea_001.jpg; 10903_sp0640_001.jpg; 10903_sp0640_002.jpg; 10903_sp0640_003.jpg; 10903_sp0640_004.jpg; 10903_sp0640_005.jpg; 10903_sp0640_006.jpg; 10903_sp0640_007.jpg; 10903_sp0640_008.jpg; 10903_sp0640_009.jpg; 10903_sp0640_010.jpg; 10903_sp0640_011.jpg; 10903_sp0640_012.jpg; 10903_sp0640_013.jpg

10903_sp0640_014.jpg; 10903_sp0640_015.jpg; 10903_sp0640_016.jpg; 10903_sp0640_017.jpg; 10903_sp0640_018.jpg; 10903_sp0640_019.jpg; 10903_sp0640_020.jpg; 10903_sp0640_021.jpg; 10903_sp0640_022.jpg; 10903_sp0640_023.jpg; 10903_sp0640_024.jpg; 10903_sp0640_025.jpg; 10903_sp0640_026.jpg; 10903_sp0640_027.jpg

10903_sp0640_028.jpg; 10903_sp0640_029.jpg; 10903_sp0640_030.jpg; 10903_sp0640_031.jpg; 10903_sp0640_032.jpg; 10903_sp0640_033.jpg; 10903_sp0640_034.jpg; 10903_sp0640_035.jpg; 10903_sp0640_036.jpg; 10903_st0640_037.jpg; 10903_st0640_039.jpg; 10903_st0640_040.jpg; 10903_st0640_042.jpg; 10903_st0640_043.jpg

10903_st0640_044.jpg; 10903_st0640_045.jpg; 10903_st0640_046.jpg;




https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-GMC-Yukon-problems-complaints-lemon-400x282.png




10903_st0640_089.jpg

**Project: Lemberglaw Item #245925.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | GMC Terrain | https://www.lemberglaw.com/2017-gmc-yukon-problems-complaints-lemon/ | | 11.png | 11.png | 11.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-GMC-Yukon-problems-complaints-lemon-400x282.png | 02/25/2021 08:13:21 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 1-997-959**
**Effective Date of Registration:**
March 11, 2016

## Title

**Title of Work:** VIF11069 2017 Hyundai Elantra Limited Tech Pkg/Carpeted Floor Mats/Cargo Net/Cargo Tray/First Aid 4 Door sedan (133 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11069_cc0640_001_8S.jpg; 11069_cc0640_001_EVOX01.jpg; 11069_cc0640_001_EVOX02.jpg; 11069_cc0640_001_EVOX03.jpg; 11069_cc0640_001_EVOX04.jpg; 11069_cc0640_001_EVOX05.jpg; 11069_cc0640_001_NKA.jpg; 11069_cc0640_001_S3.jpg; 11069_cc0640_001_VU.jpg; 11069_cc0640_001_W8.jpg; 11069_cc0640_001_Y8.jpg; 11069_cc0640_014_8S.jpg

11069_cc0640_014_EVOX01.jpg; 11069_cc0640_014_EVOX02.jpg; 11069_cc0640_014_EVOX03.jpg; 11069_cc0640_014_EVOX04.jpg; 11069_cc0640_014_EVOX05.jpg; 11069_cc0640_014_NKA.jpg; 11069_cc0640_014_S3.jpg; 11069_cc0640_014_VU.jpg; 11069_cc0640_014_W8.jpg; 11069_cc0640_014_Y8.jpg; 11069_cc0640_032_8S.jpg; 11069_cc0640_032_EVOX01.jpg

11069_cc0640_032_EVOX02.jpg; 11069_cc0640_032_EVOX03.jpg; 11069_cc0640_032_EVOX04.jpg; 11069_cc0640_032_EVOX05.jpg; 11069_cc0640_032_NKA.jpg; 11069_cc0640_032_S3.jpg; 11069_cc0640_032_VU.jpg; 11069_cc0640_032_W8.jpg; 11069_cc0640_032_Y8.jpg; 11069_ex036_480.mov; 11069_hdspin_mp4-0320.mp4; 11069_inzm_480.mov

11069_S24_001_mp4-0320.mp4; 11069_S57_001_mp4-0320.mp4; 11069_S58_001_mp4-0320.mp4; 11069_S59_001_mp4-0320.mp4; 11069_S60_001_mp4-0320.mp4; 11069_S61_001_mp4-0320.mp4; 11069_S62_001_mp4-0320.mp4; 11069_S63_001_mp4-0320.mp4; 11069_S64_001_mp4-0320.mp4; 11069_S65_001_mp4-0320.mp4; 11069_S66_001_mp4-0320.mp4

11069_S67_001_mp4-0320.mp4; 11069_S68_001_mp4-0320.mp4; 11069_S69_001_mp4-0320.mp4; 11069_S70_001_mp4-0320.mp4; 11069_S71_001_mp4-0320.mp4; 11069_S72_001_mp4-0320.mp4; 11069_S75_001_mp4-0320.mp4; 11069_S76_001_mp4-0320.mp4; 11069_S77_001_mp4-0320.mp4; 11069_S78_001_mp4-0320.mp4; 11069_S80_001_mp4-0320.mp4

11069_S81_001_mp4-0320.mp4; 11069_S82_001_mp4-0320.mp4; 11069_sl0640_abs_001.jpg; 11069_sl0640_rea_001.jpg; 11069_sp0640_001.jpg; 11069_sp0640_002.jpg; 11069_sp0640_003.jpg; 11069_sp0640_004.jpg; 11069_sp0640_005.jpg; 11069_sp0640_006.jpg; 11069_sp0640_007.jpg; 11069_sp0640_008.jpg; 11069_sp0640_009.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Hyundai-Elantra-problems-complaints-lemon.png




11069_st0640_046.jpg

**Project: Lemberglaw Item #245965.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Hyundai Elantra | https://www.lemberglaw.com/2018-hyundai-elantra-problems-complaints-lemon/ | 51.png | 51.png | 51.png | 51.jpeg | 51.png | 51.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Hyundai-Elantra-problems-complaints-lemon.png | 02/25/2021 08:31:36 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**

**VA 1-999-914**

**Effective Date of Registration:**
April 11, 2016

## Title

**Title of Work:** VIF11135 2016 Toyota RAV4 Limited Advanced Tech Pkg/Special Color/Preferred Accessory Pkg/Carpet/Cargo Mat Set Cargo Net First Aid Kit 4 Door CUV (131 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11135_cc0640_001_040.jpg; 11135_cc0640_001_070.jpg; 11135_cc0640_001_1D6.jpg; 11135_cc0640_001_1G3.jpg; 11135_cc0640_001_202.jpg; 11135_cc0640_001_3R3.jpg; 11135_cc0640_001_4R8.jpg; 11135_cc0640_001_8X7.jpg; 11135_cc0640_001_9AH.jpg; 11135_cc0640_014_040.jpg; 11135_cc0640_014_070.jpg; 11135_cc0640_014_1D6.jpg

11135_cc0640_014_1G3.jpg; 11135_cc0640_014_202.jpg; 11135_cc0640_014_3R3.jpg; 11135_cc0640_014_4R8.jpg; 11135_cc0640_014_8X7.jpg; 11135_cc0640_014_9AH.jpg; 11135_cc0640_032_040.jpg; 11135_cc0640_032_070.jpg; 11135_cc0640_032_1D6.jpg; 11135_cc0640_032_1G3.jpg; 11135_cc0640_032_202.jpg; 11135_cc0640_032_3R3.jpg

11135_cc0640_032_4R8.jpg; 11135_cc0640_032_8X7.jpg; 11135_cc0640_032_9AH.jpg; 11135_ex036_480.mov; 11135_hdspin_mp4-0320.mp4; 11135_inzm_480.mov; 11135_S24_001_mp4-0320.mp4; 11135_S57_001_mp4-0320.mp4; 11135_S58_001_mp4-0320.mp4; 11135_S59_001_mp4-0320.mp4; 11135_S60_001_mp4-0320.mp4; 11135_S61_001_mp4-0320.mp4

11135_S62_001_mp4-0320.mp4; 11135_S63_001_mp4-0320.mp4; 11135_S64_001_mp4-0320.mp4; 11135_S65_001_mp4-0320.mp4; 11135_S66_001_mp4-0320.mp4; 11135_S67_001_mp4-0320.mp4; 11135_S68_001_mp4-0320.mp4; 11135_S69_001_mp4-0320.mp4; 11135_S70_001_mp4-0320.mp4; 11135_S71_001_mp4-0320.mp4; 11135_S72_001_mp4-0320.mp4

11135_S62_001_mp4-0320.mp4; 11135_S63_001_mp4-0320.mp4; 11135_S64_001_mp4-0320.mp4; 11135_S65_001_mp4-0320.mp4; 11135_S66_001_mp4-0320.mp4; 11135_S67_001_mp4-0320.mp4; 11135_S68_001_mp4-0320.mp4; 11135_S69_001_mp4-0320.mp4; 11135_S70_001_mp4-0320.mp4; 11135_S71_001_mp4-0320.mp4; 11135_S72_001_mp4-0320.mp4

11135_S75_001_mp4-0320.mp4; 11135_S76_001_mp4-0320.mp4; 11135_S77_001_mp4-0320.mp4; 11135_S78_001_mp4-0320.mp4; 11135_S80_001_mp4-0320.mp4; 11135_S81_001_mp4-0320.mp4; 11135_S82_001_mp4-0320.mp4; 11135_sl0640_abs_001.jpg;



https://www.lemberglaw.com/wp-content/uploads/2018/12/2017-Toyota-RAV4-problems-complaints-lemon.png




11135_st0640_046.jpg

**Project: Lemberglaw Item #245933.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Audi S6 | https://www.lemberglaw.com/2017-toyota-rav4-problems-complaints-lemon/ | | 19.png | 19.png | 19.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2018/12/2017-Toyota-RAV4-problems-complaints-lemon.png | 02/25/2021 08:16:53 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 2-010-484**
**Effective Date of Registration:**
July 15, 2016

## Title

**Title of Work:** VIF11159 2016 Lexus RX RX 350 F Sport Blind Spot Monitor w/Rear-Cross Traffic Alert and Pano View Monitor/Color Heads Up Display/Lexus Safety System+ with Tripple Beam LED Headlamps/Touch Free Power Rear Door/Pano Moonroof/12.3 Nav System/Mark Levinson 15-Speker Premium Audio Pkg/Intuitive Park Assist/F Sport Heated Steering Wheel/Cargo Net Cargo Mat Wheel Locks and Key glove 4 Door CUV (136 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11159_cc0640_001_083.jpg; 11159_cc0640_001_085.jpg; 11159_cc0640_001_1H9.jpg; 11159_cc0640_001_1J4.jpg; 11159_cc0640_001_212.jpg; 11159_cc0640_001_223.jpg; 11159_cc0640_001_3R1.jpg; 11159_cc0640_001_4U7.jpg; 11159_cc0640_001_4X2.jpg; 11159_cc0640_001_8X5.jpg; 11159_cc0640_014_083.jpg; 11159_cc0640_014_085.jpg

11159_cc0640_014_1H9.jpg; 11159_cc0640_014_1J4.jpg; 11159_cc0640_014_212.jpg; 11159_cc0640_014_223.jpg; 11159_cc0640_014_3R1.jpg; 11159_cc0640_014_4U7.jpg; 11159_cc0640_014_4X2.jpg; 11159_cc0640_014_8X5.jpg; 11159_cc0640_032_083.jpg; 11159_cc0640_032_085.jpg; 11159_cc0640_032_1H9.jpg; 11159_cc0640_032_1J4.jpg

11159_cc0640_032_212.jpg; 11159_cc0640_032_223.jpg; 11159_cc0640_032_3R1.jpg; 11159_cc0640_032_4U7.jpg; 11159_cc0640_032_4X2.jpg; 11159_cc0640_032_8X5.jpg; 11159_ex036_480.mov; 11159_hdspin_mp4-0320.mp4; 11159_inzm_480.mov; 11159_S24_001_mp4-0320.mp4; 11159_S57_001_mp4-0320.mp4; 11159_S58_001_mp4-0320.mp4

11159_S59_001_mp4-0320.mp4; 11159_S60_001_mp4-0320.mp4; 11159_S61_001_mp4-0320.mp4; 11159_S62_001_mp4-0320.mp4; 11159_S63_001_mp4-0320.mp4; 11159_S64_001_mp4-0320.mp4; 11159_S65_001_mp4-0320.mp4; 11159_S66_001_mp4-0320.mp4; 11159_S67_001_mp4-0320.mp4; 11159_S68_001_mp4-0320.mp4; 11159_S69_001_mp4-0320.mp4

11159_S70_001_mp4-0320.mp4; 11159_S71_001_mp4-0320.mp4; 11159_S72_001_mp4-0320.mp4; 11159_S75_001_mp4-0320.mp4; 11159_S76_001_mp4-0320.mp4; 11159_S77_001_mp4-0320.mp4; 11159_S78_001_mp4-0320.mp4; 11159_S80_001_mp4-0320.mp4; 11159_S81_001_mp4-0320.mp4; 11159_S82_001_mp4-0320.mp4; 11159_sl0640_abs_001.jpg

11159_sl0640_rca_001.jpg; 11159_sp0640_001.jpg; 11159_sp0640_002.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Lexus-RX350-problems-complaints-lemon.png




11159_cc0640_032_223.jpg

**Project: Lemberglaw Item #245972.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Lexus IS | https://www.lemberglaw.com/2018-lexus-rx350-problems-complaints-lemon/ | 58.png | 58.png | 58.png | 58.jpeg | 58.png | 58.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Lexus-RX350-problems-complaints-lemon.png | 02/25/2021 08:34:51 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 2-011-361**
**Effective Date of Registration:**
July 21, 2016

## Title

**Title of Work:** VIF11178 2017 Chrysler Pacifica Touring-L Plus Customer preferred Pkg 25J/20 Speaker Harman Kardon Sound Group/Tire and Wheel Group/8-Pass Seating/KeySense/Uconnect 8.4 Nav 5 Door minivan (132 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11178_cc0640_001_EVOX01.jpg; 11178_cc0640_001_EVOX02.jpg; 11178_cc0640_001_PAU.jpg; 11178_cc0640_001_PBX.jpg; 11178_cc0640_001_PRV.jpg; 11178_cc0640_001_PSC.jpg; 11178_cc0640_001_PUV.jpg; 11178_cc0640_001_PW7.jpg; 11178_cc0640_001_PXR.jpg; 11178_cc0640_014_EVOX01.jpg; 11178_cc0640_014_EVOX02.jpg; 11178_cc0640_014_PAU.jpg

11178_cc0640_014_PBX.jpg; 11178_cc0640_014_PRV.jpg; 11178_cc0640_014_PSC.jpg; 11178_cc0640_014_PUV.jpg; 11178_cc0640_014_PW7.jpg; 11178_cc0640_014_PXR.jpg; 11178_cc0640_032_EVOX01.jpg; 11178_cc0640_032_EVOX02.jpg; 11178_cc0640_032_PAU.jpg; 11178_cc0640_032_PBX.jpg; 11178_cc0640_032_PRV.jpg; 11178_cc0640_032_PSC.jpg

11178_cc0640_032_PUV.jpg; 11178_cc0640_032_PW7.jpg; 11178_cc0640_032_PXR.jpg; 11178_ex036_480.mov; 11178_hdspin_mp4-0320.mp4; 11178_inzm_480.mov; 11178_S24_001_mp4-0320.mp4; 11178_S57_001_mp4-0320.mp4; 11178_S58_001_mp4-0320.mp4; 11178_S59_001_mp4-0320.mp4; 11178_S60_001_mp4-0320.mp4; 11178_S61_001_mp4-0320.mp4

11178_S62_001_mp4-0320.mp4; 11178_S63_001_mp4-0320.mp4; 11178_S64_001_mp4-0320.mp4; 11178_S65_001_mp4-0320.mp4; 11178_S66_001_mp4-0320.mp4; 11178_S68_001_mp4-0320.mp4; 11178_S69_001_mp4-0320.mp4; 11178_S70_001_mp4-0320.mp4; 11178_S71_001_mp4-0320.mp4; 11178_S72_001_mp4-0320.mp4; 11178_S74_001_mp4-0320.mp4

11178_S75_001_mp4-0320.mp4; 11178_S76_001_mp4-0320.mp4; 11178_S77_001_mp4-0320.mp4; 11178_S78_001_mp4-0320.mp4; 11178_S80_001_mp4-0320.mp4; 11178_S81_001_mp4-0320.mp4; 11178_S82_001_mp4-0320.mp4; 11178_sl0640_abs_001.jpg; 11178_sl0640_rea_001.jpg; 11178_sp0640_001.jpg; 11178_sp0640_002.jpg; 11178_sp0640_003.jpg

11178_sp0640_004.jpg; 11178_sp0640_005.jpg; 11178_sp0640_006.jpg; 11178_sp0640_007.jpg; 11178_sp0640_008.jpg; 11178_sp0640_009.jpg; 11178_sp0640_010.jpg; 11178_sp0640_011.jpg; 11178_sp0640_012.jpg; 11178_sp0640_013.jpg; 11178_sp0640_014.jpg; 11178_sp0640_015.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/08/2019-Chrysler-Pacifica-problems-complaints-lemon.png




11178_st0640_046.jpg

**Project: Lemberglaw Item #246013.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chrysler Pacifica Hybrid | https://www.lemberglaw.com/2019-chrysler-pacifica-problems-complaints-lemon/ | 99.png | 99.png | 99.png | 99.jpeg | 99.png | 99.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/08/2019-Chrysler-Pacifica-problems-complaints-lemon.png | 02/25/2021 08:54:13 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 2-011-869**
**Effective Date of Registration:**
July 25, 2016

## Title

**Title of Work:** VIF11142 2017 Subaru Outback 2.5i Touring 4 Door wagon (134 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11142_cc0640_001_C1S.jpg; 11142_cc0640_001_D4S.jpg; 11142_cc0640_001_G1U.jpg; 11142_cc0640_001_H1Q.jpg; 11142_cc0640_001_H2Q.jpg; 11142_cc0640_001_K1X.jpg; 11142_cc0640_001_K3X.jpg; 11142_cc0640_001_K4X.jpg; 11142_cc0640_001_K6U.jpg; 11142_cc0640_001_K7U.jpg; 11142_cc0640_014_C1S.jpg; 11142_cc0640_014_D4S.jpg

11142_cc0640_014_G1U.jpg; 11142_cc0640_014_H1Q.jpg; 11142_cc0640_014_H2Q.jpg; 11142_cc0640_014_K1X.jpg; 11142_cc0640_014_K3X.jpg; 11142_cc0640_014_K4X.jpg; 11142_cc0640_014_K6U.jpg; 11142_cc0640_014_K7U.jpg; 11142_cc0640_032_C1S.jpg; 11142_cc0640_032_D4S.jpg; 11142_cc0640_032_G1U.jpg; 11142_cc0640_032_H1Q.jpg

11142_cc0640_032_H2Q.jpg; 11142_cc0640_032_K1X.jpg; 11142_cc0640_032_K3X.jpg; 11142_cc0640_032_K4X.jpg; 11142_cc0640_032_K6U.jpg; 11142_cc0640_032_K7U.jpg; 11142_cx036_480.mov; 11142_hdspin_mp4-0320.mp4; 11142_inzm_480.mov; 11142_S24_001_mp4-0320.mp4; 11142_S57_001_mp4-0320.mp4; 11142_S58_001_mp4-0320.mp4

11142_S59_001_mp4-0320.mp4; 11142_S60_001_mp4-0320.mp4; 11142_S61_001_mp4-0320.mp4; 11142_S62_001_mp4-0320.mp4; 11142_S63_001_mp4-0320.mp4; 11142_S64_001_mp4-0320.mp4; 11142_S65_001_mp4-0320.mp4; 11142_S66_001_mp4-0320.mp4; 11142_S67_001_mp4-0320.mp4; 11142_S68_001_mp4-0320.mp4; 11142_S69_001_mp4-0320.mp4

11142_S70_001_mp4-0320.mp4; 11142_S71_001_mp4-0320.mp4; 11142_S72_001_mp4-0320.mp4; 11142_S75_001_mp4-0320.mp4; 11142_S76_001_mp4-0320.mp4; 11142_S77_001_mp4-0320.mp4; 11142_S78_001_mp4-0320.mp4; 11142_S80_001_mp4-0320.mp4; 11142_S81_001_mp4-0320.mp4; 11142_S82_001_mp4-0320.mp4; 11142_sl0640_abs_001.jpg

11142_sl0640_rea_001.jpg; 11142_sp0640_001.jpg; 11142_sp0640_002.jpg; 11142_sp0640_003.jpg; 11142_sp0640_004.jpg; 11142_sp0640_005.jpg; 11142_sp0640_006.jpg; 11142_sp0640_007.jpg; 11142_sp0640_008.jpg; 11142_sp0640_009.jpg; 11142_sp0640_010.jpg; 11142_sp0640_011.jpg; 11142_sp0640_012.jpg; 11142_sp0640_013.jpg



https://www.lemberglaw.com/wp-content/uploads/2018/11/2017-Subaru-Outback-problems-complaints-lemon-1.png




11142_st0640_089.jpg

**Project: Lemberglaw Item #245931.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Subaru Legacy | https://www.lemberglaw.com/2017-subaru-outback-problems-complaints-lemon/ | | 17.png | 17.png | 17.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2018/11/2017-Subaru-Outback-problems-complaints-lemon-1.png | 02/25/2021 08:16:05 |






| VA 2-012-796 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/04/2017-Cadillac-XT5-problems-complaints-lemon-400x239.png | 11213_cc0640_032_GAN.jp |
| https://www.lemberglaw.com/wp-content/uploads/2019/04/2017-Cadillac-XT5-problems-complaints-lemon.png | 11213_sp0640_032.jpg |
| **VA 2-015-761** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2017-Ford-Expedition-problems-complaints-lemon-400x282.png | 11325_st0640_159.jpg |
| **VA 2-020-423** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Infiniti-Q60-problems-complaints-lemon.png | 11400_cc0640_032_RAY.jpg |
| **VA 2-022-579** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Volvo-XC90-problems-complaints-lemon-400x256.png | 11421_st0640_046.jpg |
| **VA 2-022-740** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2017-Nissan-Armada-problems-complaints-lemon.png | 11441_st0640_089.jpg |
| **VA 2-022-968** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2018/10/2017-Dodge-Ram-1500-problems-complaints-lemon.png | 11510_st0640_089.jpg |
| **VA 2-022-974** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Dodge-Ram-2500-problems-complaints-lemon.png | 11511_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**
**VA 2-012-796**
**Effective Date of Registration:**
July 27, 2016

## Title

**Title of Work:** VIF11213 2017 Cadillac XT5 Silver Coast Metallic 4 Door CUV (117 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11213_cc0640_001_G1E.jpg; 11213_cc0640_001_G1M.jpg; 11213_cc0640_001_G1W.jpg; 11213_cc0640_001_GAN.jpg; 11213_cc0640_001_GB8.jpg; 11213_cc0640_001_GWT.jpg; 11213_cc0640_001_GXG.jpg; 11213_cc0640_014_G1E.jpg; 11213_cc0640_014_G1M.jpg; 11213_cc0640_014_G1W.jpg; 11213_cc0640_014_GAN.jpg; 11213_cc0640_014_GB8.jpg

11213_cc0640_014_GWT.jpg; 11213_cc0640_014_GXG.jpg; 11213_cc0640_032_G1E.jpg; 11213_cc0640_032_G1M.jpg; 11213_cc0640_032_G1W.jpg; 11213_cc0640_032_GAN.jpg; 11213_cc0640_032_GB8.jpg; 11213_cc0640_032_GWT.jpg; 11213_cc0640_032_GXG.jpg; 11213_cx036_480.mov; 11213_hdspin_mp4-0320.mp4; 11213_inzm_480.mov

11213_S24_001_mp4-0320.mp4; 11213_S57_001_mp4-0320.mp4; 11213_S58_001_mp4-0320.mp4; 11213_S59_001_mp4-0320.mp4; 11213_S60_001_mp4-0320.mp4; 11213_S61_001_mp4-0320.mp4; 11213_S62_001_mp4-0320.mp4; 11213_S63_001_mp4-0320.mp4; 11213_S64_001_mp4-0320.mp4; 11213_S65_001_mp4-0320.mp4; 11213_S66_001_mp4-0320.mp4

11213_S68_001_mp4-0320.mp4; 11213_S70_001_mp4-0320.mp4; 11213_S71_001_mp4-0320.mp4; 11213_S72_001_mp4-0320.mp4; 11213_S75_001_mp4-0320.mp4; 11213_S76_001_mp4-0320.mp4; 11213_S77_001_mp4-0320.mp4; 11213_S78_001_mp4-0320.mp4; 11213_S80_001_mp4-0320.mp4; 11213_S81_001_mp4-0320.mp4; 11213_S82_001_mp4-0320.mp4

11213_sl0640_abs_001.jpg; 11213_sl0640_rea_001.jpg; 11213_sp0640_001.jpg; 11213_sp0640_002.jpg; 11213_sp0640_003.jpg; 11213_sp0640_004.jpg; 11213_sp0640_005.jpg; 11213_sp0640_006.jpg; 11213_sp0640_007.jpg; 11213_sp0640_008.jpg; 11213_sp0640_009.jpg; 11213_sp0640_010.jpg; 11213_sp0640_011.jpg; 11213_sp0640_012.jpg

11213_sp0640_013.jpg; 11213_sp0640_014.jpg; 11213_sp0640_015.jpg; 11213_sp0640_016.jpg; 11213_sp0640_017.jpg; 11213_sp0640_018.jpg; 11213_sp0640_019.jpg; 11213_sp0640_020.jpg; 11213_sp0640_021.jpg; 11213_sp0640_022.jpg; 11213_sp0640_023.jpg; 11213_sp0640_024.jpg; 11213_sp0640_025.jpg; 11213_sp0640_026.jpg

11213_sp0640_027.jpg; 11213_sp0640_028.jpg; 11213_sp0640_029.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/04/2017-Cadillac-XT5-problems-complaints-lemon-400x239.png




11213_cc0640_032_GAN.jpg

**Project: Lemberglaw Item #245916.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Cadillac SRX Crossover | https://www.lemberglaw.com/2017-cadillac-xt5-problems-complaints-lemon/ | 2.png | 2.png | 2.png | 2.jpeg | 2.png | 2.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/04/2017-Cadillac-XT5-problems-complaints-lemon-400x239.png | 02/25/2021 08:09:26 |










https://www.lemberglaw.com/wp-content/uploads/2019/04/2017-Cadillac-XT5-problems-complaints-lemon.png




11213_sp0640_032.jpg

**Project: Lemberglaw Item #245917.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Cadillac CT5 | https://www.lemberglaw.com/2017-cadillac-xt5-problems-complaints-lemon/ | 3.png | 3.png | 3.png | 3.jpeg | 3.png | 3.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/04/2017-Cadillac-XT5-problems-complaints-lemon.png | 02/25/2021 08:09:53 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

United States Register of Copyrights and Director

**Registration Number**

**VA 2-015-761**

**Effective Date of Registration:**
August 29, 2016

## Title

**Title of Work:** VIF11325 2017 Ford Expedition EL Limited Equipment Group 301A/Blind Spot Info System 4 Door SUV (159 photographs and 29 audio visual works in a single unit of publication)

**Content Title:** 11325_in0320_L.mov; 11325_ex036_L.mov; 11325_cc0640_001_G1-H5.jpg; 11325_cc0640_001_G1.jpg; 11325_cc0640_001_GN-H5.jpg; 11325_cc0640_001_GN.jpg; 11325_cc0640_001_H7-H5.jpg; 11325_cc0640_001_H7.jpg; 11325_cc0640_001_J7.jpg; 11325_cc0640_001_N1-H5.jpg; 11325_cc0640_001_N1.jpg; 11325_cc0640_001_PQ.jpg; 11325_cc0640_001_RR-H5.jpg

11325_cc0640_001_RR.jpg; 11325_cc0640_001_UG-H5.jpg; 11325_cc0640_001_UG.jpg; 11325_cc0640_001_UX.jpg; 11325_cc0640_001_Z1.jpg; 11325_cc0640_014_G1-H5.jpg; 11325_cc0640_014_G1.jpg; 11325_cc0640_014_GN-H5.jpg; 11325_cc0640_014_GN.jpg; 11325_cc0640_014_H7-H5.jpg; 11325_cc0640_014_H7.jpg; 11325_cc0640_014_J7.jpg

11325_cc0640_014_N1-H5.jpg; 11325_cc0640_014_N1.jpg; 11325_cc0640_014_PQ.jpg; 11325_cc0640_014_RR-H5.jpg; 11325_cc0640_014_RR.jpg; 11325_cc0640_014_UG-H5.jpg; 11325_cc0640_014_UG.jpg; 11325_cc0640_014_UX.jpg; 11325_cc0640_014_Z1.jpg; 11325_cc0640_032_G1-H5.jpg; 11325_cc0640_032_G1.jpg; 11325_cc0640_032_GN-H5.jpg

11325_cc0640_032_GN.jpg; 11325_cc0640_032_H7-H5.jpg; 11325_cc0640_032_H7.jpg; 11325_cc0640_032_J7.jpg; 11325_cc0640_032_N1-H5.jpg; 11325_cc0640_032_N1.jpg; 11325_cc0640_032_PQ.jpg; 11325_cc0640_032_RR-H5.jpg; 11325_cc0640_032_RR.jpg; 11325_cc0640_032_UG-H5.jpg; 11325_cc0640_032_UG.jpg; 11325_cc0640_032_UX.jpg

11325_cc0640_032_Z1.jpg; 11325_ex036_480.mov; 11325_hdspin_mp4-0320.mp4; 11325_inzm_480.mov; 11325_S24_001_mp4-0320.mp4; 11325_S57_001_mp4-0320.mp4; 11325_S58_001_mp4-0320.mp4; 11325_S59_001_mp4-0320.mp4; 11325_S60_001_mp4-0320.mp4; 11325_S61_001_mp4-0320.mp4; 11325_S62_001_mp4-0320.mp4; 11325_S63_001_mp4-0320.mp4

11325_S64_001_mp4-0320.mp4; 11325_S65_001_mp4-0320.mp4; 11325_S66_001_mp4-0320.mp4; 11325_S67_001_mp4-0320.mp4; 11325_S68_001_mp4-0320.mp4; 11325_S69_001_mp4-0320.mp4; 11325_S70_001_mp4-0320.mp4; 11325_S71_001_mp4-0320.mp4; 11325_S72_001_mp4-0320.mp4; 11325_S75_001_mp4-0320.mp4;



https://www.lemberglaw.com/wp-content/uploads/2019/10/2017-Ford-Expedition-problems-complaints-lemon-400x282.png




11325_st0640_159.jpg

**Project: Lemberglaw Item #245923.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Ford Escape Hybrid | https://www.lemberglaw.com/2017-ford-expedition-problems-complaints-lemon/ | | 9.png | 9.png | 9.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/10/2017-Ford-Expedition-problems-complaints-lemon-400x282.png | 02/25/2021 08:12:27 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-020-423**
**Effective Date of Registration:**
September 07, 2016

## Title

**Title of Work:** VIF11400 2017 Infiniti Q60 3.0t Premium Premium Plus Package/Cargo Package/Illuminated Kick Plates 2 Door coupe (123 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11400_cc0640_001_EVOX01.jpg; 11400_cc0640_001_EVOX02.jpg; 11400_cc0640_001_K23.jpg; 11400_cc0640_001_KAD.jpg; 11400_cc0640_001_KH3.jpg; 11400_cc0640_001_QAB.jpg; 11400_cc0640_001_RAY.jpg; 11400_cc0640_001_RBP.jpg; 11400_cc0640_014_EVOX01.jpg; 11400_cc0640_014_EVOX02.jpg; 11400_cc0640_014_K23.jpg; 11400_cc0640_014_KAD.jpg

11400_cc0640_014_KH3.jpg; 11400_cc0640_014_QAB.jpg; 11400_cc0640_014_RAY.jpg; 11400_cc0640_014_RBP.jpg; 11400_cc0640_032_EVOX01.jpg; 11400_cc0640_032_EVOX02.jpg; 11400_cc0640_032_K23.jpg; 11400_cc0640_032_KAD.jpg; 11400_cc0640_032_KH3.jpg; 11400_cc0640_032_QAB.jpg; 11400_cc0640_032_RAY.jpg; 11400_cc0640_032_RBP.jpg

11400_ext36_480.mov; 11400_hdspin_mp4-0320.mp4; 11400_inzm_480.mov; 11400_S24_001_mp4-0320.mp4; 11400_S57_001_mp4-0320.mp4; 11400_S58_001_mp4-0320.mp4; 11400_S59_001_mp4-0320.mp4; 11400_S60_001_mp4-0320.mp4; 11400_S61_001_mp4-0320.mp4; 11400_S62_001_mp4-0320.mp4; 11400_S63_001_mp4-0320.mp4; 11400_S64_001_mp4-0320.mp4

11400_S65_001_mp4-0320.mp4; 11400_S66_001_mp4-0320.mp4; 11400_S67_001_mp4-0320.mp4; 11400_S68_001_mp4-0320.mp4; 11400_S69_001_mp4-0320.mp4; 11400_S70_001_mp4-0320.mp4; 11400_S71_001_mp4-0320.mp4; 11400_S72_001_mp4-0320.mp4; 11400_S75_001_mp4-0320.mp4; 11400_S76_001_mp4-0320.mp4; 11400_S77_001_mp4-0320.mp4

11400_S78_001_mp4-0320.mp4; 11400_S80_001_mp4-0320.mp4; 11400_S81_001_mp4-0320.mp4; 11400_S82_001_mp4-0320.mp4; 11400_sl0640_abs_001.jpg; 11400_sl0640_rca_001.jpg; 11400_sp0640_001.jpg; 11400_sp0640_002.jpg; 11400_sp0640_003.jpg; 11400_sp0640_004.jpg; 11400_sp0640_005.jpg; 11400_sp0640_006.jpg; 11400_sp0640_007.jpg

11400_sp0640_008.jpg; 11400_sp0640_009.jpg; 11400_sp0640_010.jpg; 11400_sp0640_011.jpg; 11400_sp0640_012.jpg; 11400_sp0640_013.jpg; 11400_sp0640_014.jpg; 11400_sp0640_015.jpg; 11400_sp0640_016.jpg; 11400_sp0640_017.jpg; 11400_sp0640_018.jpg; 11400_sp0640_019.jpg; 11400_sp0640_020.jpg; 11400_sp0640_021.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Infiniti-Q60-problems-complaints-lemon.png




11400_cc0640_032_RAY.jpg

**Project: Lemberglaw Item #245967.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Infiniti I | https://www.lemberglaw.com/2018-infiniti-q60-problems-complaints-lemon/ | 53.png | 53.png | 53.png | 53.jpeg | 53.png | 53.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Infiniti-Q60-problems-complaints-lemon.png | 02/25/2021 08:32:35 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-022-579**
**Effective Date of Registration:**
November 11, 2016

## Title

**Title of Work:** VIF11421 2017 Volvo XC90 T5 Momentum Momentum Plus Package/Vision Package/Leather Upholstery/Metallic Paint/Protection PKG Plus/Heated Front Seats/2nd Row Center Booster/ 4 Door SUV (139 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11421_cc0640_001_467.jpg; 11421_cc0640_001_477.jpg; 11421_cc0640_001_492.jpg; 11421_cc0640_001_612.jpg; 11421_cc0640_001_614.jpg; 11421_cc0640_001_700.jpg; 11421_cc0640_001_707.jpg; 11421_cc0640_001_711.jpg; 11421_cc0640_001_714.jpg; 11421_cc0640_001_717.jpg; 11421_cc0640_001_719.jpg; 11421_cc0640_001_720.jpg

11421_cc0640_014_467.jpg; 11421_cc0640_014_477.jpg; 11421_cc0640_014_492.jpg; 11421_cc0640_014_612.jpg; 11421_cc0640_014_614.jpg; 11421_cc0640_014_700.jpg; 11421_cc0640_014_707.jpg; 11421_cc0640_014_711.jpg; 11421_cc0640_014_714.jpg; 11421_cc0640_014_717.jpg; 11421_cc0640_014_719.jpg; 11421_cc0640_014_720.jpg

11421_cc0640_032_467.jpg; 11421_cc0640_032_477.jpg; 11421_cc0640_032_492.jpg; 11421_cc0640_032_612.jpg; 11421_cc0640_032_614.jpg; 11421_cc0640_032_700.jpg; 11421_cc0640_032_707.jpg; 11421_cc0640_032_711.jpg; 11421_cc0640_032_714.jpg; 11421_cc0640_032_717.jpg; 11421_cc0640_032_719.jpg; 11421_cc0640_032_720.jpg

11421_ex036_480.mov; 11421_hdspin_mp4-0320.mp4; 11421_inzm_480.mov; 11421_S24_001_mp4-0320.mp4; 11421_S57_001_mp4-0320.mp4; 11421_S58_001_mp4-0320.mp4; 11421_S59_001_mp4-0320.mp4; 11421_S60_001_mp4-0320.mp4; 11421_S61_001_mp4-0320.mp4; 11421_S62_001_mp4-0320.mp4; 11421_S63_001_mp4-0320.mp4; 11421_S64_001_mp4-0320.mp4

11421_S65_001_mp4-0320.mp4; 11421_S66_001_mp4-0320.mp4; 11421_S67_001_mp4-0320.mp4; 11421_S68_001_mp4-0320.mp4; 11421_S69_001_mp4-0320.mp4; 11421_S70_001_mp4-0320.mp4; 11421_S71_001_mp4-0320.mp4; 11421_S72_001_mp4-0320.mp4; 11421_S75_001_mp4-0320.mp4; 11421_S76_001_mp4-0320.mp4; 11421_S77_001_mp4-0320.mp4

11421_S78_001_mp4-0320.mp4; 11421_S80_001_mp4-0320.mp4; 11421_S81_001_mp4-0320.mp4; 11421_S82_001_mp4-0320.mp4; 11421_sl0640_abs_001.jpg; 11421_sl0640_rea_001.jpg; 11421_sp0640_001.jpg; 11421_sp0640_002.jpg; 11421_sp0640_003.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Volvo-XC90-problems-complaints-lemon-400x256.png




11421_st0640_046.jpg

**Project: Lemberglaw Item #246005.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Volvo XC60 T6 | https://www.lemberglaw.com/2018-volvo-xc90-problems-complaints-lemon/ | 91.png | 91.png | 91.png | 91.jpeg | 91.png | 91.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Volvo-XC90-problems-complaints-lemon-400x256.png | 02/25/2021 08:50:21 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-022-740**
**Effective Date of Registration:**
November 14, 2016

## Title

**Title of Work:** VIF11441 2017 Nissan Armada Platinum Roof Rails Cross Bars/Carpeted Floor Mats/Illuminated Kick Plates 4 Door SUV (130 photographs and 28 audio visual works in a single unit of publication)

**Content Title:** 11441_cc0640_001_BW5.jpg; 11441_cc0640_001_CAU.jpg; 11441_cc0640_001_EVOX01.jpg; 11441_cc0640_001_K23.jpg; 11441_cc0640_001_KAD.jpg; 11441_cc0640_001_KH3.jpg; 11441_cc0640_001_QAB.jpg; 11441_cc0640_014_BW5.jpg; 11441_cc0640_014_CAU.jpg; 11441_cc0640_014_EVOX01.jpg; 11441_cc0640_014_K23.jpg; 11441_cc0640_014_KAD.jpg

11441_cc0640_014_KH3.jpg; 11441_cc0640_014_QAB.jpg; 11441_cc0640_032_BW5.jpg; 11441_cc0640_032_CAU.jpg; 11441_cc0640_032_EVOX01.jpg; 11441_cc0640_032_K23.jpg; 11441_cc0640_032_KAD.jpg; 11441_cc0640_032_KH3.jpg; 11441_cc0640_032_QAB.jpg; 11441_ex036_480.mov; 11441_hdspin_mp4-0320.mp4; 11441_inzm_480.mov

11441_S24_001_mp4-0320.mp4; 11441_S57_001_mp4-0320.mp4; 11441_S58_001_mp4-0320.mp4; 11441_S59_001_mp4-0320.mp4; 11441_S60_001_mp4-0320.mp4; 11441_S61_001_mp4-0320.mp4; 11441_S62_001_mp4-0320.mp4; 11441_S63_001_mp4-0320.mp4; 11441_S64_001_mp4-0320.mp4; 11441_S65_001_mp4-0320.mp4; 11441_S66_001_mp4-0320.mp4

11441_S67_001_mp4-0320.mp4; 11441_S68_001_mp4-0320.mp4; 11441_S69_001_mp4-0320.mp4; 11441_S70_001_mp4-0320.mp4; 11441_S71_001_mp4-0320.mp4; 11441_S72_001_mp4-0320.mp4; 11441_S74_001_mp4-0320.mp4; 11441_S75_001_mp4-0320.mp4; 11441_S76_001_mp4-0320.mp4; 11441_S77_001_mp4-0320.mp4; 11441_S78_001_mp4-0320.mp4

11441_S80_001_mp4-0320.mp4; 11441_S81_001_mp4-0320.mp4; 11441_S82_001_mp4-0320.mp4; 11441_sl0640_abs_001.jpg; 11441_sl0640_rea_001.jpg; 11441_sp0640_001.jpg; 11441_sp0640_002.jpg; 11441_sp0640_003.jpg; 11441_sp0640_004.jpg; 11441_sp0640_005.jpg; 11441_sp0640_006.jpg; 11441_sp0640_007.jpg; 11441_sp0640_008.jpg

11441_sp0640_009.jpg; 11441_sp0640_010.jpg; 11441_sp0640_011.jpg; 11441_sp0640_012.jpg; 11441_sp0640_013.jpg; 11441_sp0640_014.jpg; 11441_sp0640_015.jpg; 11441_sp0640_016.jpg; 11441_sp0640_017.jpg; 11441_sp0640_018.jpg; 11441_sp0640_019.jpg; 11441_sp0640_020.jpg; 11441_sp0640_021.jpg; 11441_sp0640_022.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/01/2017-Nissan-Armada-problems-complaints-lemon.png




11441_st0640_089.jpg

**Project: Lemberglaw Item #245929.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Altima | https://www.lemberglaw.com/2017-nissan-armada-problems-complaints-lemon/ | 15.png | 15.png | 15.png | 15.jpeg | 15.png | 15.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2017-Nissan-Armada-problems-complaints-lemon.png | 02/25/2021 08:15:12 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-022-968**
**Effective Date of Registration:**
November 21, 2016

## Title

**Title of Work:** VIF11510 2017 RAM 1500 Big Horn Premium Cloth Bucket Seats/Customer Preferred Package 27S/Protection Group/Trailer Tow Mirror and Brake Control Group/8-/speed Automatic 8HP70 Transmission/3.92 Rear Axle Ratio/Anti-Spin Differential Rear Axle/5.7-Liter V8 HEMI MDS VVT Engine/Rear Window Defroster/32-Gallon Fuel Tank/Uconnect 8.4 NAV /Spray-In Bedliner ext cab 4 Door pickup (185 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11510_cc0640_001_P06.jpg; 11510_cc0640_001_P12.jpg; 11510_cc0640_001_P61.jpg; 11510_cc0640_001_P62.jpg; 11510_cc0640_001_P63.jpg; 11510_cc0640_001_P64.jpg; 11510_cc0640_001_P68.jpg; 11510_cc0640_001_P69.jpg; 11510_cc0640_001_P71.jpg; 11510_cc0640_001_P72.jpg; 11510_cc0640_001_P73.jpg; 11510_cc0640_001_P74.jpg

11510_cc0640_001_P81.jpg; 11510_cc0640_001_PAR.jpg; 11510_cc0640_001_PAU.jpg; 11510_cc0640_001_PB8.jpg; 11510_cc0640_001_PBU.jpg; 11510_cc0640_001_PCL.jpg; 11510_cc0640_001_PGC.jpg; 11510_cc0640_001_PGW.jpg; 11510_cc0640_001_PGZ.jpg; 11510_cc0640_001_PL1.jpg; 11510_cc0640_001_PR4.jpg; 11510_cc0640_001_PRV.jpg

11510_cc0640_001_PS2.jpg; 11510_cc0640_001_PTW.jpg; 11510_cc0640_001_PW7.jpg; 11510_cc0640_001_PX8.jpg; 11510_cc0640_001_PXR.jpg; 11510_cc0640_001_PYB.jpg; 11510_cc0640_014_P06.jpg; 11510_cc0640_014_P12.jpg; 11510_cc0640_014_P61.jpg; 11510_cc0640_014_P62.jpg; 11510_cc0640_014_P63.jpg; 11510_cc0640_014_P64.jpg

11510_cc0640_014_P68.jpg; 11510_cc0640_014_P69.jpg; 11510_cc0640_014_P71.jpg; 11510_cc0640_014_P72.jpg; 11510_cc0640_014_P73.jpg; 11510_cc0640_014_P74.jpg; 11510_cc0640_014_P81.jpg; 11510_cc0640_014_PAR.jpg; 11510_cc0640_014_PAU.jpg; 11510_cc0640_014_PB8.jpg; 11510_cc0640_014_PBU.jpg; 11510_cc0640_014_PCL.jpg

11510_cc0640_014_PGC.jpg; 11510_cc0640_014_PGW.jpg; 11510_cc0640_014_PGZ.jpg; 11510_cc0640_014_PL1.jpg; 11510_cc0640_014_PR4.jpg; 11510_cc0640_014_PRV.jpg; 11510_cc0640_014_PS2.jpg; 11510_cc0640_014_PTW.jpg; 11510_cc0640_014_PW7.jpg; 11510_cc0640_014_PX8.jpg; 11510_cc0640_014_PXR.jpg; 11510_cc0640_014_PYB.jpg

11510_cc0640_032_P06.jpg; 11510_cc0640_032_P12.jpg;




https://www.lemberglaw.com/wp-content/uploads/2018/10/2017-Dodge-Ram-1500-problems-complaints-lemon.png




11510_st0640_089.jpg

**Project: Lemberglaw Item #245921.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Cadillac CTS-V | https://www.lemberglaw.com/2017-dodge-ram-1500-problems-complaints-lemon/ | | 7.png | 7.png | 7.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2018/10/2017-Dodge-Ram-1500-problems-complaints-lemon.png | 02/25/2021 08:11:41 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-022-974**

**Effective Date of Registration:**
November 21, 2016

## Title

**Title of Work:** VIF11511 2017 RAM 2500 Laramie Leather Trimmed Bucket Seats/Laramie Package 2FH/Protection Group/Sport Appearance Group/5th Wheel / Gooseneck Towing Prep Group/220-Amp Alternator/Anti-Spin Differential Rear Axle/6.7-Liter I6 Cummins Turbo Diesel Engine/Rear Window Defroster/Power Folding Black Trailer Tow Mirrors with Memory/Power Sunroof/Keyless Enter 'n Go/Instrument Panel Mounted Auxiliary Switches/Center High-Mount Stop Lamp w/ Cargo View Camera/Black Tubular Side Steps/Uconnect 8.4 NAV/Auto Level Rear Air Suspension/Power Adjustable Pedals with Memory/Remote Start System (N/A Manual Transmission)/Spray-In Bedliner crew+ cab 4 Door pickup (264 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 11511_cc0640_001_P06.jpg; 11511_cc0640_001_P12.jpg; 11511_cc0640_001_P61.jpg; 11511_cc0640_001_P62.jpg; 11511_cc0640_001_P63.jpg; 11511_cc0640_001_P64.jpg; 11511_cc0640_001_P68.jpg; 11511_cc0640_001_P69.jpg; 11511_cc0640_001_P71.jpg; 11511_cc0640_001_P72.jpg; 11511_cc0640_001_P73.jpg; 11511_cc0640_001_P74.jpg

11511_cc0640_001_P81.jpg; 11511_cc0640_001_PAR-PS2.jpg; 11511_cc0640_001_PAR-PXR.jpg; 11511_cc0640_001_PAR.jpg; 11511_cc0640_001_PAU-PS2.jpg; 11511_cc0640_001_PAU-PXR.jpg; 11511_cc0640_001_PAU.jpg; 11511_cc0640_001_PB8.jpg; 11511_cc0640_001_PBU-PS2.jpg; 11511_cc0640_001_PBU.jpg; 11511_cc0640_001_PCL-PS2.jpg

11511_cc0640_001_PCL-PXR.jpg; 11511_cc0640_001_PCL.jpg; 11511_cc0640_001_PGC.jpg; 11511_cc0640_001_PGW.jpg; 11511_cc0640_001_PGZ-PS2.jpg; 11511_cc0640_001_PGZ-PWL.jpg; 11511_cc0640_001_PGZ.jpg; 11511_cc0640_001_PL1.jpg; 11511_cc0640_001_PR4-PS2.jpg; 11511_cc0640_001_PR4-PXR.jpg; 11511_cc0640_001_PR4.jpg

11511_cc0640_001_PRV-PS2.jpg; 11511_cc0640_001_PRV-PWL.jpg; 11511_cc0640_001_PRV-PXR.jpg; 11511_cc0640_001_PRV.jpg; 11511_cc0640_001_PS2-PXR.jpg; 11511_cc0640_001_PS2.jpg; 11511_cc0640_001_PTW-PS2.jpg; 11511_cc0640_001_PTW-PWL.jpg; 11511_cc0640_001_PTW.jpg; 11511_cc0640_001_PW7-PS2.jpg; 11511_cc0640_001_PW7-PWL.jpg

11511_cc0640_001_PW7-PXR.jpg; 11511_cc0640_001_PW7.jpg; 11511_cc0640_001_PWQ-PS2.jpg; 11511_cc0640_001_PWQ-PWL.jpg; 11511_cc0640_001_PWQ.jpg; 11511_cc0640_001_PX8.jpg; 11511_cc0640_001_PXR-PS2.jpg; 11511_cc0640_001_PXR-PWL.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Dodge-Ram-2500-problems-complaints-lemon.png




11511_st0640_089.jpg

**Project: Lemberglaw Item #245954.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Dodge Ram 4500 | https://www.lemberglaw.com/2018-dodge-ram-2500-problems-complaints-lemon/ | 40.png | 40.png | 40.png | 40.jpeg | 40.png | 40.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Dodge-Ram-2500-problems-complaints-lemon.png | 02/25/2021 08:26:38 |








| VA 2-022-998 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/11/2017-Kia-Forte-problems-complaints-lemon-400x249.png | 11404_st0640_046.jpg |
| **VA 2-023-000** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Camaro-problems-complaints-lemon.png | 11393_st0640_089.jpg |
| **VA 2-023-137** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/08/2017-Ford-F-250-problems-complaints-lemon-400x282.png | 11536_st0640_089.jpg |
| **VA 2-024-390** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Murano-problems-complaints-lemon.png | 11675_st0640_046.jpg |
| **VA 2-024-461** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/01/2017-Toyota-Corolla-problems-complaints-lemon-400x233.png | 11595_st0640_046.jpg |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Toyota-Corolla-problems-complaints-lemon.png | 11595_cc0640_032_3R3.jpg |
| **VA 2-024-465** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Armada-problems-complaints-lemon.png | 11600_cc0640_032_BW5.jp |
| **VA 2-024-494** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-Prius-problems-complaints-lemon.png | 11516_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-022-998**
**Effective Date of Registration:**
November 10, 2016

## Title

**Title of Work:** VIF11404 2017 Kia Forte LX 4 Door sedan (117 photographs and 24 audio visual works in a single unit of publication)

**Content Title:** 11404_cc0640_001_4SS.jpg; 11404_cc0640_001_ABP.jpg; 11404_cc0640_001_B2R.jpg; 11404_cc0640_001_B4N.jpg; 11404_cc0640_001_MBN.jpg; 11404_cc0640_001_R4R.jpg; 11404_cc0640_001_SWP.jpg; 11404_cc0640_001_U4G.jpg; 11404_cc0640_001_UD.jpg; 11404_cc0640_014_4SS.jpg; 11404_cc0640_014_ABP.jpg; 11404_cc0640_014_B2R.jpg

11404_cc0640_014_B4N.jpg; 11404_cc0640_014_MBN.jpg; 11404_cc0640_014_R4R.jpg; 11404_cc0640_014_SWP.jpg; 11404_cc0640_014_U4G.jpg; 11404_cc0640_014_UD.jpg; 11404_cc0640_032_4SS.jpg; 11404_cc0640_032_ABP.jpg; 11404_cc0640_032_B2R.jpg; 11404_cc0640_032_B4N.jpg; 11404_cc0640_032_MBN.jpg; 11404_cc0640_032_R4R.jpg

11404_cc0640_032_SWP.jpg; 11404_cc0640_032_U4G.jpg; 11404_cc0640_032_UD.jpg; 11404_ex036_480.mov; 11404_hdspin_mp4-0320.mp4; 11404_inzm_480.mov; 11404_S24_001_mp4-0320.mp4; 11404_S57_001_mp4-0320.mp4; 11404_S58_001_mp4-0320.mp4; 11404_S59_001_mp4-0320.mp4; 11404_S60_001_mp4-0320.mp4; 11404_S61_001_mp4-0320.mp4

11404_S62_001_mp4-0320.mp4; 11404_S63_001_mp4-0320.mp4; 11404_S64_001_mp4-0320.mp4; 11404_S66_001_mp4-0320.mp4; 11404_S68_001_mp4-0320.mp4; 11404_S70_001_mp4-0320.mp4; 11404_S71_001_mp4-0320.mp4; 11404_S72_001_mp4-0320.mp4; 11404_S75_001_mp4-0320.mp4; 11404_S76_001_mp4-0320.mp4; 11404_S77_001_mp4-0320.mp4

11404_S78_001_mp4-0320.mp4; 11404_S80_001_mp4-0320.mp4; 11404_S81_001_mp4-0320.mp4; 11404_S82_001_mp4-0320.mp4; 11404_sl0640_abs_001.jpg; 11404_sl0640_rec_001.jpg; 11404_sp0640_001.jpg; 11404_sp0640_002.jpg; 11404_sp0640_003.jpg; 11404_sp0640_004.jpg; 11404_sp0640_005.jpg; 11404_sp0640_006.jpg; 11404_sp0640_007.jpg

11404_sp0640_008.jpg; 11404_sp0640_009.jpg; 11404_sp0640_010.jpg; 11404_sp0640_011.jpg; 11404_sp0640_012.jpg; 11404_sp0640_013.jpg; 11404_sp0640_014.jpg; 11404_sp0640_015.jpg; 11404_sp0640_016.jpg; 11404_sp0640_017.jpg; 11404_sp0640_018.jpg; 11404_sp0640_019.jpg; 11404_sp0640_020.jpg; 11404_sp0640_021.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/11/2017-Kia-Forte-problems-complaints-lemon-400x249.png




11404_st0640_046.jpg

**Project: Lemberglaw Item #245928.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Kia Forte 5-Door | https://www.lemberglaw.com/2017-kia-forte-problems-complaints-lemon/ | 14.png | 14.png | 14.png | 14.jpeg | 14.png | 14.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/11/2017-Kia-Forte-problems-complaints-lemon-400x249.png | 02/25/2021 08:14:44 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-023-000**
**Effective Date of Registration:**
November 09, 2016

## Title

**Title of Work:** VIF11393 2017 Chevrolet Camaro 2LT RS Package/Engine, 3.6 V6, DI, VVT/8-Speed Automatic Transmission W/ Remote Vehicle Start/Chevrolet Mylink Audio System W/ Navigation, 8 in. Diagonal Touchscreen/Heavy-Duty Cooling And Brake Package/Floor Mats, All Weather Front And Rear/Black Front And Rear Bowtie 2 Door coupe (125 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 11393_cc0640_014_G7E.jpg; 11393_cc0640_014_G7Q.jpg; 11393_cc0640_014_GAN.jpg; 11393_cc0640_014_GAZ.jpg; 11393_cc0640_014_GB8.jpg; 11393_cc0640_014_GBA.jpg; 11393_cc0640_014_GD1.jpg; 11393_cc0640_014_GGB.jpg; 11393_cc0640_032_G7C.jpg; 11393_cc0640_032_G7D.jpg; 11393_cc0640_032_G7E.jpg; 11393_cc0640_032_G7Q.jpg

11393_cc0640_032_GAN.jpg; 11393_cc0640_032_GAZ.jpg; 11393_cc0640_032_GB8.jpg; 11393_cc0640_032_GBA.jpg; 11393_cc0640_032_GD1.jpg; 11393_cc0640_032_GGB.jpg; 11393_cx036_480.mov; 11393_hdspin_mp4-0320.mp4; 11393_inzm_480.mov; 11393_S24_001_mp4-0320.mp4; 11393_S57_001_mp4-0320.mp4; 11393_S58_001_mp4-0320.mp4

11393_S59_001_mp4-0320.mp4; 11393_S60_001_mp4-0320.mp4; 11393_S61_001_mp4-0320.mp4; 11393_S62_001_mp4-0320.mp4; 11393_S63_001_mp4-0320.mp4; 11393_S64_001_mp4-0320.mp4; 11393_S65_001_mp4-0320.mp4; 11393_S66_001_mp4-0320.mp4; 11393_S68_001_mp4-0320.mp4; 11393_S69_001_mp4-0320.mp4; 11393_S70_001_mp4-0320.mp4

11393_S71_001_mp4-0320.mp4; 11393_S72_001_mp4-0320.mp4; 11393_S75_001_mp4-0320.mp4; 11393_S76_001_mp4-0320.mp4; 11393_S77_001_mp4-0320.mp4; 11393_S78_001_mp4-0320.mp4; 11393_S80_001_mp4-0320.mp4; 11393_S81_001_mp4-0320.mp4; 11393_S82_001_mp4-0320.mp4; 11393_sl0640_abs_001.jpg; 11393_sl0640_ren_001.jpg; 11393_sp0640_001.jpg

11393_sp0640_002.jpg; 11393_sp0640_003.jpg; 11393_sp0640_004.jpg; 11393_sp0640_005.jpg; 11393_sp0640_006.jpg; 11393_sp0640_007.jpg; 11393_sp0640_008.jpg; 11393_sp0640_009.jpg; 11393_sp0640_010.jpg; 11393_sp0640_011.jpg; 11393_sp0640_012.jpg; 11393_sp0640_013.jpg; 11393_sp0640_014.jpg; 11393_sp0640_015.jpg

11393_sp0640_016.jpg; 11393_sp0640_017.jpg; 11393_sp0640_018.jpg; 11393_sp0640_019.jpg; 11393_sp0640_020.jpg; 11393_sp0640_021.jpg; 11393_sp0640_022.jpg; 11393_sp0640_023.jpg; 11393_sp0640_024.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Camaro-problems-complaints-lemon.png




11393_st0640_089.jpg

**Project: Lemberglaw Item #245946.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Camaro | https://www.lemberglaw.com/2018-chevrolet-camaro-problems-complaints-lemon/ | 32.png | 32.png | 32.png | 32.jpeg | 32.png | 32.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Camaro-problems-complaints-lemon.png | 02/25/2021 08:22:53 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-023-137**
**Effective Date of Registration:**
November 22, 2016

## Title

**Title of Work:** VIF11536 2017 Ford F-250 SD XLT Preferred Equipment Pkg.603A/6.7L Power Stroke V8 Diesel/3.31 Electronic Locking Axle/XLT Premium Package/Navigation System/Electronic Shift On The Fly/Backglass Defrost/5TH Wheel Hitch Prep Package/Powerscope Trailer Tow Mirror/Blis (Blind Spot Info System)/LED Box Lighting/Ultimate Trailer Tow Camera/Cloth 40/Console/40 Seat crew cab 4 Door pickup (121 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11536_cc0640_001_G1.jpg; 11536_cc0640_001_H5.jpg; 11536_cc0640_001_J7.jpg; 11536_cc0640_001_N1.jpg; 11536_cc0640_001_PQ.jpg; 11536_cc0640_001_UX.jpg; 11536_cc0640_001_Z1.jpg; 11536_cc0640_014_G1.jpg; 11536_cc0640_014_H5.jpg; 11536_cc0640_014_J7.jpg; 11536_cc0640_014_N1.jpg; 11536_cc0640_014_PQ.jpg; 11536_cc0640_014_UX.jpg

11536_cc0640_014_Z1.jpg; 11536_cc0640_032_G1.jpg; 11536_cc0640_032_H5.jpg; 11536_cc0640_032_J7.jpg; 11536_cc0640_032_N1.jpg; 11536_cc0640_032_PQ.jpg; 11536_cc0640_032_UX.jpg; 11536_cc0640_032_Z1.jpg; 11536_cx036_480.mov; 11536_hdspin_mp4-0320.mp4; 11536_inzm_480.mov; 11536_S24_001_mp4-0320.mp4; 11536_S57_001_mp4-0320.mp4

11536_S58_001_mp4-0320.mp4; 11536_S59_001_mp4-0320.mp4; 11536_S61_001_mp4-0320.mp4; 11536_S62_001_mp4-0320.mp4; 11536_S63_001_mp4-0320.mp4; 11536_S64_001_mp4-0320.mp4; 11536_S65_001_mp4-0320.mp4; 11536_S66_001_mp4-0320.mp4; 11536_S68_001_mp4-0320.mp4; 11536_S69_001_mp4-0320.mp4; 11536_S70_001_mp4-0320.mp4

11536_S71_001_mp4-0320.mp4; 11536_S72_001_mp4-0320.mp4; 11536_S75_001_mp4-0320.mp4; 11536_S76_001_mp4-0320.mp4; 11536_S77_001_mp4-0320.mp4; 11536_S78_001_mp4-0320.mp4; 11536_S80_001_mp4-0320.mp4; 11536_S81_001_mp4-0320.mp4; 11536_S82_001_mp4-0320.mp4; 11536_sl0640_abs_001.jpg; 11536_sl0640_rea_001.jpg; 11536_sp0640_001.jpg

11536_sp0640_002.jpg; 11536_sp0640_003.jpg; 11536_sp0640_004.jpg; 11536_sp0640_005.jpg; 11536_sp0640_006.jpg; 11536_sp0640_007.jpg; 11536_sp0640_008.jpg; 11536_sp0640_009.jpg; 11536_sp0640_010.jpg; 11536_sp0640_011.jpg; 11536_sp0640_012.jpg; 11536_sp0640_013.jpg; 11536_sp0640_014.jpg; 11536_sp0640_015.jpg

11536_sp0640_016.jpg; 11536_sp0640_017.jpg; 11536_sp0640_018.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/08/2017-Ford-F-250-problems-complaints-lemon-400x282.png




11536_st0640_089.jpg

**Project: Lemberglaw Item #245924.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Ford F-350 SD DRW | https://www.lemberglaw.com/2017-ford-f250-problems-complaints-lemon/ | 10.png | 10.png | 10.png | 10.jpeg | 10.png | 10.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/08/2017-Ford-F-250-problems-complaints-lemon-400x282.png | 02/25/2021 08:12:55 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-024-390**

**Effective Date of Registration:**
December 09, 2016

## Title

**Title of Work:** VIF11675 2017 Nissan Murano Platinum Splash Guards/Technology Package/Carpeted Floor Mats And Cargo Mat 4 Door CUV (129 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11675_cc0640_001_CAJ.jpg; 11675_cc0640_001_EAW.jpg; 11675_cc0640_001_G41.jpg; 11675_cc0640_001_K23.jpg; 11675_cc0640_001_KAD.jpg; 11675_cc0640_001_NAH.jpg; 11675_cc0640_001_QAB.jpg; 11675_cc0640_001_RBG.jpg; 11675_cc0640_014_CAJ.jpg; 11675_cc0640_014_EAW.jpg; 11675_cc0640_014_G41.jpg; 11675_cc0640_014_K23.jpg

11675_cc0640_014_KAD.jpg; 11675_cc0640_014_NAH.jpg; 11675_cc0640_014_QAB.jpg; 11675_cc0640_014_RBG.jpg; 11675_cc0640_032_CAJ.jpg; 11675_cc0640_032_EAW.jpg; 11675_cc0640_032_G41.jpg; 11675_cc0640_032_K23.jpg; 11675_cc0640_032_KAD.jpg; 11675_cc0640_032_NAH.jpg; 11675_cc0640_032_QAB.jpg; 11675_cc0640_032_RBG.jpg

11675_ex036_480.mov; 11675_hdspin_mp4-0320.mp4; 11675_inzm_480.mov; 11675_S24_001_mp4-0320.mp4; 11675_S57_001_mp4-0320.mp4; 11675_S58_001_mp4-0320.mp4; 11675_S59_001_mp4-0320.mp4; 11675_S60_001_mp4-0320.mp4; 11675_S61_001_mp4-0320.mp4; 11675_S62_001_mp4-0320.mp4; 11675_S63_001_mp4-0320.mp4; 11675_S64_001_mp4-0320.mp4

11675_S65_001_mp4-0320.mp4; 11675_S66_001_mp4-0320.mp4; 11675_S67_001_mp4-0320.mp4; 11675_S68_001_mp4-0320.mp4; 11675_S69_001_mp4-0320.mp4; 11675_S70_001_mp4-0320.mp4; 11675_S71_001_mp4-0320.mp4; 11675_S72_001_mp4-0320.mp4; 11675_S75_001_mp4-0320.mp4; 11675_S76_001_mp4-0320.mp4; 11675_S77_001_mp4-0320.mp4

11675_S78_001_mp4-0320.mp4; 11675_S80_001_mp4-0320.mp4; 11675_S81_001_mp4-0320.mp4; 11675_S82_001_mp4-0320.mp4; 11675_sl0640_abs_001.jpg; 11675_sl0640_rca_001.jpg; 11675_sp0640_001.jpg; 11675_sp0640_002.jpg; 11675_sp0640_003.jpg; 11675_sp0640_004.jpg; 11675_sp0640_005.jpg; 11675_sp0640_006.jpg; 11675_sp0640_007.jpg

11675_sp0640_008.jpg; 11675_sp0640_009.jpg; 11675_sp0640_010.jpg; 11675_sp0640_011.jpg; 11675_sp0640_012.jpg; 11675_sp0640_013.jpg; 11675_sp0640_014.jpg; 11675_sp0640_015.jpg; 11675_sp0640_016.jpg; 11675_sp0640_017.jpg; 11675_sp0640_018.jpg; 11675_sp0640_019.jpg; 11675_sp0640_020.jpg; 11675_sp0640_021.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Murano-problems-complaints-lemon.png




11675_st0640_046.jpg

**Project: Lemberglaw Item #245983.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Murano | https://www.lemberglaw.com/2018-nissan-murano-problems-complaints-lemon/ | 69.png | 69.png | 69.png | 69.jpeg | 69.png | 69.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Murano-problems-complaints-lemon.png | 02/25/2021 08:40:07 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-024-461**
**Effective Date of Registration:**
November 29, 2016

## Title

**Title of Work:** VIF11595 2017 Toyota Corolla LE Carpet/Trunk Mat Set 4 Door sedan (126 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11595_cc0640_001_040.jpg; 11595_cc0640_001_070.jpg; 11595_cc0640_001_1F7.jpg; 11595_cc0640_001_1F9.jpg; 11595_cc0640_001_1G2.jpg; 11595_cc0640_001_209.jpg; 11595_cc0640_001_221.jpg; 11595_cc0640_001_3P2.jpg; 11595_cc0640_001_3R3.jpg; 11595_cc0640_001_8W7.jpg; 11595_cc0640_014_040.jpg; 11595_cc0640_014_070.jpg

11595_cc0640_014_1F7.jpg; 11595_cc0640_014_1F9.jpg; 11595_cc0640_014_1G2.jpg; 11595_cc0640_014_209.jpg; 11595_cc0640_014_221.jpg; 11595_cc0640_014_3P2.jpg; 11595_cc0640_014_3R3.jpg; 11595_cc0640_014_8W7.jpg; 11595_cc0640_032_040.jpg; 11595_cc0640_032_070.jpg; 11595_cc0640_032_1F7.jpg; 11595_cc0640_032_1F9.jpg

11595_cc0640_032_1G2.jpg; 11595_cc0640_032_209.jpg; 11595_cc0640_032_221.jpg; 11595_cc0640_032_3P2.jpg; 11595_cc0640_032_3R3.jpg; 11595_cc0640_032_8W7.jpg; 11595_ex036_480.mov; 11595_hdspin_mp4-0320.mp4; 11595_inzm_480.mov; 11595_S24_001_mp4-0320.mp4; 11595_S57_001_mp4-0320.mp4; 11595_S58_001_mp4-0320.mp4

11595_S59_001_mp4-0320.mp4; 11595_S60_001_mp4-0320.mp4; 11595_S61_001_mp4-0320.mp4; 11595_S62_001_mp4-0320.mp4; 11595_S63_001_mp4-0320.mp4; 11595_S64_001_mp4-0320.mp4; 11595_S65_001_mp4-0320.mp4; 11595_S66_001_mp4-0320.mp4; 11595_S68_001_mp4-0320.mp4; 11595_S70_001_mp4-0320.mp4; 11595_S71_001_mp4-0320.mp4

11595_S72_001_mp4-0320.mp4; 11595_S75_001_mp4-0320.mp4; 11595_S76_001_mp4-0320.mp4; 11595_S77_001_mp4-0320.mp4; 11595_S78_001_mp4-0320.mp4; 11595_S80_001_mp4-0320.mp4; 11595_S81_001_mp4-0320.mp4; 11595_S82_001_mp4-0320.mp4; 11595_sl0640_abs_001.jpg; 11595_sl0640_rea_001.jpg; 11595_sp0640_001.jpg; 11595_sp0640_002.jpg

11595_sp0640_003.jpg; 11595_sp0640_004.jpg; 11595_sp0640_005.jpg; 11595_sp0640_006.jpg; 11595_sp0640_007.jpg; 11595_sp0640_008.jpg; 11595_sp0640_009.jpg; 11595_sp0640_010.jpg; 11595_sp0640_011.jpg; 11595_sp0640_012.jpg; 11595_sp0640_013.jpg; 11595_sp0640_014.jpg; 11595_sp0640_015.jpg; 11595_sp0640_016.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/01/2017-Toyota-Corolla-problems-complaints-lemon-400x233.png




11595_st0640_046.jpg

**Project: Lemberglaw Item #245932.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Camry Solara | https://www.lemberglaw.com/2017-toyota-corolla-problems-complaints-lemon/ | | 18.png | 18.png | 18.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/01/2017-Toyota-Corolla-problems-complaints-lemon-400x233.png | 02/25/2021 08:16:28 |








https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Toyota-Corolla-problems-complaints-lemon.png




11595_cc0640_032_3R3.jpg

**Project: Lemberglaw Item #246059.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2019-toyota-corolla-problems-complaints-lemon/ | | 145.png | 145.png | 145.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Toyota-Corolla-problems-complaints-lemon.png | 02/25/2021 09:15:40 |






# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-024-465**

**Effective Date of Registration:**
November 29, 2016

## Title

**Title of Work:** VIF11600 2017 Nissan Armada SV Carpeted Floor Mats/Driver Package 4 Door SUV (126 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 11600_cc0640_001_BW5.jpg; 11600_cc0640_001_CAS.jpg; 11600_cc0640_001_CAU.jpg; 11600_cc0640_001_K23.jpg; 11600_cc0640_001_KAD.jpg; 11600_cc0640_001_KH3.jpg; 11600_cc0640_001_QAB.jpg; 11600_cc0640_014_BW5.jpg; 11600_cc0640_014_CAS.jpg; 11600_cc0640_014_CAU.jpg; 11600_cc0640_014_K23.jpg; 11600_cc0640_014_KAD.jpg

11600_cc0640_014_KH3.jpg; 11600_cc0640_014_QAB.jpg; 11600_cc0640_032_BW5.jpg; 11600_cc0640_032_CAS.jpg; 11600_cc0640_032_CAU.jpg; 11600_cc0640_032_K23.jpg; 11600_cc0640_032_KAD.jpg; 11600_cc0640_032_KH3.jpg; 11600_cc0640_032_QAB.jpg; 11600_ex036_480.mov; 11600_hotspin_mp4-0320.mp4; 11600_inzm_480.mov

11600_S24_001_mp4-0320.mp4; 11600_S57_001_mp4-0320.mp4; 11600_S58_001_mp4-0320.mp4; 11600_S59_001_mp4-0320.mp4; 11600_S60_001_mp4-0320.mp4; 11600_S61_001_mp4-0320.mp4; 11600_S62_001_mp4-0320.mp4; 11600_S63_001_mp4-0320.mp4; 11600_S64_001_mp4-0320.mp4; 11600_S65_001_mp4-0320.mp4; 11600_S66_001_mp4-0320.mp4

11600_S68_001_mp4-0320.mp4; 11600_S69_001_mp4-0320.mp4; 11600_S70_001_mp4-0320.mp4; 11600_S71_001_mp4-0320.mp4; 11600_S72_001_mp4-0320.mp4; 11600_S75_001_mp4-0320.mp4; 11600_S76_001_mp4-0320.mp4; 11600_S77_001_mp4-0320.mp4; 11600_S78_001_mp4-0320.mp4; 11600_S80_001_mp4-0320.mp4; 11600_S81_001_mp4-0320.mp4

11600_S82_001_mp4-0320.mp4; 11600_sl0640_abs_001.jpg; 11600_sl0640_rea_001.jpg; 11600_sp0640_001.jpg; 11600_sp0640_002.jpg; 11600_sp0640_003.jpg; 11600_sp0640_004.jpg; 11600_sp0640_005.jpg; 11600_sp0640_006.jpg; 11600_sp0640_007.jpg; 11600_sp0640_008.jpg; 11600_sp0640_009.jpg; 11600_sp0640_010.jpg; 11600_sp0640_011.jpg

11600_sp0640_012.jpg; 11600_sp0640_013.jpg; 11600_sp0640_014.jpg; 11600_sp0640_015.jpg; 11600_sp0640_016.jpg; 11600_sp0640_017.jpg; 11600_sp0640_018.jpg; 11600_sp0640_019.jpg; 11600_sp0640_020.jpg; 11600_sp0640_021.jpg; 11600_sp0640_022.jpg; 11600_sp0640_023.jpg; 11600_sp0640_024.jpg; 11600_sp0640_025.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Armada-problems-complaints-lemon.png




11600_cc0640_032_BW5.jpg

**Project: Lemberglaw Item #245982.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Armada | https://www.lemberglaw.com/2018-nissan-armada-problems-complaints-lemon/ | 68.png | 68.png | 68.png | 68.jpeg | 68.png | 68.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Armada-problems-complaints-lemon.png | 02/25/2021 08:39:38 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-024-494**
**Effective Date of Registration:**
November 21, 2016

## Title

**Title of Work:** VIF11516 2017 Toyota Prius Two Eco 8A. Shifter Panel Applique/CF. Carpeted Floor Mats/Carpet Cargo Mat 5 Door hatchback (120 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11516_cc0640_001_040.jpg; 11516_cc0640_001_070.jpg; 11516_cc0640_001_1F7.jpg; 11516_cc0640_001_1G3.jpg; 11516_cc0640_001_218.jpg; 11516_cc0640_001_3T7.jpg; 11516_cc0640_001_781.jpg; 11516_cc0640_001_8W7.jpg; 11516_cc0640_014_040.jpg; 11516_cc0640_014_070.jpg; 11516_cc0640_014_1F7.jpg; 11516_cc0640_014_1G3.jpg

11516_cc0640_014_218.jpg; 11516_cc0640_014_3T7.jpg; 11516_cc0640_014_781.jpg; 11516_cc0640_014_8W7.jpg; 11516_cc0640_032_040.jpg; 11516_cc0640_032_070.jpg; 11516_cc0640_032_1F7.jpg; 11516_cc0640_032_1G3.jpg; 11516_cc0640_032_218.jpg; 11516_cc0640_032_3T7.jpg; 11516_cc0640_032_781.jpg; 11516_cc0640_032_8W7.jpg

11516_ex036_480.mov; 11516_hdspin_mp4-0320.mp4; 11516_inzm_480.mov; 11516_S24_001_mp4-0320.mp4; 11516_S57_001_mp4-0320.mp4; 11516_S58_001_mp4-0320.mp4; 11516_S59_001_mp4-0320.mp4; 11516_S60_001_mp4-0320.mp4; 11516_S61_001_mp4-0320.mp4; 11516_S62_001_mp4-0320.mp4; 11516_S63_001_mp4-0320.mp4; 11516_S64_001_mp4-0320.mp4

11516_S65_001_mp4-0320.mp4; 11516_S66_001_mp4-0320.mp4; 11516_S68_001_mp4-0320.mp4; 11516_S70_001_mp4-0320.mp4; 11516_S71_001_mp4-0320.mp4; 11516_S72_001_mp4-0320.mp4; 11516_S75_001_mp4-0320.mp4; 11516_S76_001_mp4-0320.mp4; 11516_S77_001_mp4-0320.mp4; 11516_S78_001_mp4-0320.mp4; 11516_S80_001_mp4-0320.mp4

11516_S81_001_mp4-0320.mp4; 11516_S82_001_mp4-0320.mp4; 11516_sl0640_abs_001.jpg; 11516_sl0640_rea_001.jpg; 11516_sp0640_001.jpg; 11516_sp0640_002.jpg; 11516_sp0640_003.jpg; 11516_sp0640_004.jpg; 11516_sp0640_005.jpg; 11516_sp0640_006.jpg; 11516_sp0640_007.jpg; 11516_sp0640_008.jpg; 11516_sp0640_009.jpg; 11516_sp0640_010.jpg

11516_sp0640_011.jpg; 11516_sp0640_012.jpg; 11516_sp0640_013.jpg; 11516_sp0640_014.jpg; 11516_sp0640_015.jpg; 11516_sp0640_016.jpg; 11516_sp0640_017.jpg; 11516_sp0640_018.jpg; 11516_sp0640_019.jpg; 11516_sp0640_020.jpg; 11516_sp0640_021.jpg; 11516_sp0640_022.jpg; 11516_sp0640_023.jpg; 11516_sp0640_024.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-Prius-problems-complaints-lemon.png




11516_st0640_089.jpg

**Project: Lemberglaw Item #245998.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Prius | https://www.lemberglaw.com/2018-toyota-prius-problems-complaints-lemon/ | 84.png | 84.png | 84.png | 84.jpeg | 84.png | 84.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-Prius-problems-complaints-lemon.png | 02/25/2021 08:46:50 |








| VA 2-024-526 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/01/2017-Nissan-Titan-problems-complaints-lemon.png | 11485_st0640_046.jpg |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Nissan-Titan-XD-problems-complaints-lemon.png | 11485_cc0640_032_CAJ.jpg |
| **VA 2-024-795** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Lincoln-Continental-problems-complaints-lemon.png | 11574_st0640_046.jpg |
| **VA 2-024-815** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Jeep-Grand-Cherokee-problems-complaints-lemon.png | 11483_st0640_046.jpg |
| **VA 2-024-966** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/08/2017-Ford-Edge-problems-complaints-lemon-400x276.png | 11697_cc0640_032_UX.jpg |
| **VA 2-026-099** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-Jeep-Renegade-problems-complaints-lemon.png | 11720_st0640_046.jpg |
| **VA 2-054-769** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Toyota-CHR-problems-complaints-lemon-400x288.png | 12007_st0640_046.jpg |
| **VA 2-054-822** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2018/01/2017-honda-crv-problems-complaints-lemon.png | 11795_st0640_089.jpg |

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-024-526**

**Effective Date of Registration:**
November 16, 2016

## Title

**Title of Work:** VIP11485 2017 Nissan Titan XD SV Splash Guards/Floor Mats crew cab 4 Door pickup (128 photographs and 24 audio visual works in a single unit of publication)

**Content Title:** 11485_cc0640_001_CAJ.jpg; 11485_cc0640_001_CAU.jpg; 11485_cc0640_001_EAZ.jpg; 11485_cc0640_001_G41.jpg; 11485_cc0640_001_K23.jpg; 11485_cc0640_001_KAC.jpg; 11485_cc0640_001_KAD.jpg; 11485_cc0640_001_NAH.jpg; 11485_cc0640_001_QAB.jpg; 11485_cc0640_001_QAK.jpg; 11485_cc0640_001_RAY.jpg; 11485_cc0640_014_CAJ.jpg

11485_cc0640_014_CAU.jpg; 11485_cc0640_014_EAZ.jpg; 11485_cc0640_014_G41.jpg; 11485_cc0640_014_K23.jpg; 11485_cc0640_014_KAC.jpg; 11485_cc0640_014_KAD.jpg; 11485_cc0640_014_NAH.jpg; 11485_cc0640_014_QAB.jpg; 11485_cc0640_014_QAK.jpg; 11485_cc0640_014_RAY.jpg; 11485_cc0640_032_CAJ.jpg; 11485_cc0640_032_CAU.jpg

11485_cc0640_032_EAZ.jpg; 11485_cc0640_032_G41.jpg; 11485_cc0640_032_K23.jpg; 11485_cc0640_032_KAC.jpg; 11485_cc0640_032_KAD.jpg; 11485_cc0640_032_NAH.jpg; 11485_cc0640_032_QAB.jpg; 11485_cc0640_032_QAK.jpg; 11485_cc0640_032_RAY.jpg; 11485_cx026_480.mov; 11485_hdspin_mp4-0320.mp4; 11485_mzm_480.mov

11485_S24_001_mp4-0320.mp4; 11485_S57_001_mp4-0320.mp4; 11485_S58_001_mp4-0320.mp4; 11485_S59_001_mp4-0320.mp4; 11485_S61_001_mp4-0320.mp4; 11485_S62_001_mp4-0320.mp4; 11485_S63_001_mp4-0320.mp4; 11485_S64_001_mp4-0320.mp4; 11485_S65_001_mp4-0320.mp4; 11485_S66_001_mp4-0320.mp4; 11485_S68_001_mp4-0320.mp4

11485_S70_001_mp4-0320.mp4; 11485_S71_001_mp4-0320.mp4; 11485_S72_001_mp4-0320.mp4; 11485_S75_001_mp4-0320.mp4; 11485_S76_001_mp4-0320.mp4; 11485_S77_001_mp4-0320.mp4; 11485_S78_001_mp4-0320.mp4; 11485_S80_001_mp4-0320.mp4; 11485_S81_001_mp4-0320.mp4; 11485_S82_001_mp4-0320.mp4; 11485_sl0640_abs_001.jpg

11485_sl0640_usa_001.jpg; 11485_sp0640_001.jpg; 11485_sp0640_002.jpg; 11485_sp0640_003.jpg; 11485_sp0640_004.jpg; 11485_sp0640_005.jpg; 11485_sp0640_006.jpg; 11485_sp0640_007.jpg; 11485_sp0640_008.jpg; 11485_sp0640_009.jpg; 11485_sp0640_010.jpg; 11485_sp0640_011.jpg; 11485_sp0640_012.jpg; 11485_sp0640_013.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/01/2017-Nissan-Titan-problems-complaints-lemon.png




11485_st0640_046.jpg

**Project: Lemberglaw Item #245930.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Titan XD | https://www.lemberglaw.com/2017-nissan-titan-problems-complaints-lemon/ | 16.png | 16.png | 16.png | 16.jpeg | 16.png | 16.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/01/2017-Nissan-Titan-problems-complaints-lemon.png | 02/25/2021 08:15:41 |











https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Nissan-Titan-XD-problems-complaints-lemon.png




11485_cc0640_032_CAJ.jpg

**Project: Lemberglaw Item #246062.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2018-nissan-titan-xd-problems-complaints-lemon/ | | 148.png | 148.png | 148.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Nissan-Titan-XD-problems-complaints-lemon.png | 02/25/2021 09:17:09 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-024-795**
**Effective Date of Registration:**
November 28, 2016

## Title

**Title of Work:** VIF11574 2017 Lincoln Continental Premiere 100A Equipment Group 100A 4 Door sedan (136 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11574_cc0640_001_A2.jpg; 11574_cc0640_001_G1.jpg; 11574_cc0640_001_GN.jpg; 11574_cc0640_001_HW.jpg; 11574_cc0640_001_J7.jpg; 11574_cc0640_001_N1.jpg; 11574_cc0640_001_N5.jpg; 11574_cc0640_001_R3.jpg; 11574_cc0640_001_RR.jpg; 11574_cc0640_001_UG.jpg; 11574_cc0640_001_UX.jpg; 11574_cc0640_001_W9.jpg; 11574_cc0640_001_XF.jpg

11574_cc0640_014_A2.jpg; 11574_cc0640_014_G1.jpg; 11574_cc0640_014_GN.jpg; 11574_cc0640_014_HW.jpg; 11574_cc0640_014_J7.jpg; 11574_cc0640_014_N1.jpg; 11574_cc0640_014_N5.jpg; 11574_cc0640_014_R3.jpg; 11574_cc0640_014_RR.jpg; 11574_cc0640_014_UG.jpg; 11574_cc0640_014_UX.jpg; 11574_cc0640_014_W9.jpg; 11574_cc0640_014_XF.jpg

11574_cc0640_032_A2.jpg; 11574_cc0640_032_G1.jpg; 11574_cc0640_032_GN.jpg; 11574_cc0640_032_HW.jpg; 11574_cc0640_032_J7.jpg; 11574_cc0640_032_N1.jpg; 11574_cc0640_032_N5.jpg; 11574_cc0640_032_R3.jpg; 11574_cc0640_032_RR.jpg; 11574_cc0640_032_UG.jpg; 11574_cc0640_032_UX.jpg; 11574_cc0640_032_W9.jpg; 11574_cc0640_032_XF.jpg

11574_ex036_480.mov; 11574_hdspin_mp4-0320.mp4; 11574_inzm_480.mov; 11574_S24_001_mp4-0320.mp4; 11574_S57_001_mp4-0320.mp4; 11574_S58_001_mp4-0320.mp4; 11574_S59_001_mp4-0320.mp4; 11574_S60_001_mp4-0320.mp4; 11574_S61_001_mp4-0320.mp4; 11574_S62_001_mp4-0320.mp4; 11574_S63_001_mp4-0320.mp4; 11574_S64_001_mp4-0320.mp4

11574_S65_001_mp4-0320.mp4; 11574_S66_001_mp4-0320.mp4; 11574_S68_001_mp4-0320.mp4; 11574_S70_001_mp4-0320.mp4; 11574_S71_001_mp4-0320.mp4; 11574_S72_001_mp4-0320.mp4; 11574_S75_001_mp4-0320.mp4; 11574_S76_001_mp4-0320.mp4; 11574_S77_001_mp4-0320.mp4; 11574_S78_001_mp4-0320.mp4; 11574_S80_001_mp4-0320.mp4

11574_S81_001_mp4-0320.mp4; 11574_S82_001_mp4-0320.mp4; 11574_sl0640_abs_001.jpg; 11574_sl0640_rea_001.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Lincoln-Continental-problems-complaints-lemon.png




11574_st0640_046.jpg

**Project: Lemberglaw Item #245973.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Lincoln Continental | https://www.lemberglaw.com/2018-lincoln-continental-problems-complaints-lemon/ | 59.png | 59.png | 59.png | 59.jpeg | 59.png | 59.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Lincoln-Continental-problems-complaints-lemon.png | 02/25/2021 08:35:21 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-024-815**
**Effective Date of Registration:**
November 16, 2016

## Title

**Title of Work:** VIF11483 2017 Jeep Grand Cherokee Trailhawk Customer Preferred Package 23J/Trailhawk Luxury Group/Jeep Active Safety Group/Uconnect 8.4 Nav/Blind Spot and Cross Path Detection 4 Door SUV (141 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11483_cc0640_001_PAU.jpg; 11483_cc0640_001_PBU.jpg; 11483_cc0640_001_PGR.jpg; 11483_cc0640_001_PRM.jpg; 11483_cc0640_001_PRV.jpg; 11483_cc0640_001_PSC.jpg; 11483_cc0640_001_PSQ.jpg; 11483_cc0640_001_PTW.jpg; 11483_cc0640_001_PW7.jpg; 11483_cc0640_001_PWD.jpg; 11483_cc0640_001_PXJ.jpg; 11483_cc0640_014_PAU.jpg

11483_cc0640_014_PBU.jpg; 11483_cc0640_014_PGR.jpg; 11483_cc0640_014_PRM.jpg; 11483_cc0640_014_PRV.jpg; 11483_cc0640_014_PSC.jpg; 11483_cc0640_014_PSQ.jpg; 11483_cc0640_014_PTW.jpg; 11483_cc0640_014_PW7.jpg; 11483_cc0640_014_PWD.jpg; 11483_cc0640_014_PXJ.jpg; 11483_cc0640_032_PAU.jpg; 11483_cc0640_032_PBU.jpg

11483_cc0640_032_PGR.jpg; 11483_cc0640_032_PRM.jpg; 11483_cc0640_032_PRV.jpg; 11483_cc0640_032_PSC.jpg; 11483_cc0640_032_PSQ.jpg; 11483_cc0640_032_PTW.jpg; 11483_cc0640_032_PW7.jpg; 11483_cc0640_032_PWD.jpg; 11483_cc0640_032_PXJ.jpg; 11483_cx036_480.mov; 11483_hdspin_mp4-0320.mp4; 11483_inzm_480.mov

11483_S24_001_mp4-0320.mp4; 11483_S57_001_mp4-0320.mp4; 11483_S58_001_mp4-0320.mp4; 11483_S59_001_mp4-0320.mp4; 11483_S60_001_mp4-0320.mp4; 11483_S61_001_mp4-0320.mp4; 11483_S62_001_mp4-0320.mp4; 11483_S63_001_mp4-0320.mp4; 11483_S64_001_mp4-0320.mp4; 11483_S65_001_mp4-0320.mp4; 11483_S66_001_mp4-0320.mp4

11483_S67_001_mp4-0320.mp4; 11483_S68_001_mp4-0320.mp4; 11483_S69_001_mp4-0320.mp4; 11483_S70_001_mp4-0320.mp4; 11483_S71_001_mp4-0320.mp4; 11483_S72_001_mp4-0320.mp4; 11483_S75_001_mp4-0320.mp4; 11483_S76_001_mp4-0320.mp4; 11483_S77_001_mp4-0320.mp4; 11483_S78_001_mp4-0320.mp4; 11483_S80_001_mp4-0320.mp4

11483_S81_001_mp4-0320.mp4; 11483_S82_001_mp4-0320.mp4; 11483_sl0640_abs_001.jpg; 11483_sl0640_rea_001.jpg; 11483_sp0640_001.jpg; 11483_sp0640_002.jpg; 11483_sp0640_003.jpg; 11483_sp0640_004.jpg; 11483_sp0640_005.jpg; 11483_sp0640_006.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Jeep-Grand-Cherokee-problems-complaints-lemon.png




11483_st0640_046.jpg

**Project: Lemberglaw Item #245968.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Jeep Grand Cherokee | https://www.lemberglaw.com/2018-jeep-grand-cherokee-problems-complaints-lemon/ | 54.png | 54.png | 54.png | 54.jpeg | 54.png | 54.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Jeep-Grand-Cherokee-problems-complaints-lemon.png | 02/25/2021 08:33:04 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-024-966**

**Effective Date of Registration:**
December 14, 2016

## Title

**Title of Work:** VIF11697 2017 Ford Edge SEL Equipment Group 201A/White Platinum Met Tri-Coat/Utility Package/Technology Package/Panoramic Vista Roof/18 in. Polished Aluminum Wheels 4 Door CUV (132 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11697_cc0640_001_C7.jpg; 11697_cc0640_001_G1.jpg; 11697_cc0640_001_GN.jpg; 11697_cc0640_001_J7.jpg; 11697_cc0640_001_N1.jpg; 11697_cc0640_001_R3.jpg; 11697_cc0640_001_RR.jpg; 11697_cc0640_001_UG.jpg; 11697_cc0640_001_UX.jpg; 11697_cc0640_001_YZ.jpg; 11697_cc0640_014_C7.jpg; 11697_cc0640_014_G1.jpg; 11697_cc0640_014_GN.jpg

11697_cc0640_014_J7.jpg; 11697_cc0640_014_N1.jpg; 11697_cc0640_014_R3.jpg; 11697_cc0640_014_RR.jpg; 11697_cc0640_014_UG.jpg; 11697_cc0640_014_UX.jpg; 11697_cc0640_014_YZ.jpg; 11697_cc0640_032_C7.jpg; 11697_cc0640_032_G1.jpg; 11697_cc0640_032_GN.jpg; 11697_cc0640_032_J7.jpg; 11697_cc0640_032_N1.jpg; 11697_cc0640_032_R3.jpg

11697_cc0640_032_RR.jpg; 11697_cc0640_032_UG.jpg; 11697_cc0640_032_UX.jpg; 11697_cc0640_032_YZ.jpg; 11697_ex036_480.mov; 11697_hdspin_mp4-0320.mp4; 11697_inzm_480.mov; 11697_S24_001_mp4-0320.mp4; 11697_S57_001_mp4-0320.mp4; 11697_S58_001_mp4-0320.mp4; 11697_S59_001_mp4-0320.mp4; 11697_S60_001_mp4-0320.mp4

11697_S61_001_mp4-0320.mp4; 11697_S62_001_mp4-0320.mp4; 11697_S63_001_mp4-0320.mp4; 11697_S64_001_mp4-0320.mp4; 11697_S65_001_mp4-0320.mp4; 11697_S66_001_mp4-0320.mp4; 11697_S67_001_mp4-0320.mp4; 11697_S68_001_mp4-0320.mp4; 11697_S69_001_mp4-0320.mp4; 11697_S70_001_mp4-0320.mp4; 11697_S71_001_mp4-0320.mp4

11697_S72_001_mp4-0320.mp4; 11697_S75_001_mp4-0320.mp4; 11697_S76_001_mp4-0320.mp4; 11697_S77_001_mp4-0320.mp4; 11697_S78_001_mp4-0320.mp4; 11697_S80_001_mp4-0320.mp4; 11697_S81_001_mp4-0320.mp4; 11697_S82_001_mp4-0320.mp4; 11697_sl0640_abs_001.jpg; 11697_sl0640_res_001.jpg; 11697_sp0640_001.jpg; 11697_sp0640_002.jpg

11697_sp0640_003.jpg; 11697_sp0640_004.jpg; 11697_sp0640_005.jpg; 11697_sp0640_006.jpg; 11697_sp0640_007.jpg; 11697_sp0640_008.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/08/2017-Ford-Edge-problems-complaints-lemon-400x276.png




11697_cc0640_032_UX.jpg

**Project: Lemberglaw Item #245922.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Ford Focus Electric | https://www.lemberglaw.com/2017-ford-edge-problems-complaints-lemon/ | | 8.png | 8.png | 8.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/08/2017-Ford-Edge-problems-complaints-lemon-400x276.png | 02/25/2021 08:12:04 |







Page 1/1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**VA 2-026-099**
Effective Date of Registration:
January 09, 2017

## Title

**Title of Work:** VIF11720 2017 Jeep Renegade Sport Customer Preferred Package 27A/Sport Appearance Group/Passive Entry Remote Start Package/Power and Air Group/2.4-Liter I4 MultiAir Engine 4 Door CUV (127 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11720_cc0640_001_PAU.jpg; 11720_cc0640_001_PB1.jpg; 11720_cc0640_001_PDS.jpg; 11720_cc0640_001_PJK.jpg; 11720_cc0640_001_PKP.jpg; 11720_cc0640_001_PRX.jpg; 11720_cc0640_001_PSN.jpg; 11720_cc0640_001_PTA.jpg; 11720_cc0640_001_PWV.jpg; 11720_cc0640_001_PX8.jpg; 11720_cc0640_001_PYB.jpg; 11720_cc0640_014_PAU.jpg

11720_cc0640_014_PB1.jpg; 11720_cc0640_014_PDS.jpg; 11720_cc0640_014_PJK.jpg; 11720_cc0640_014_PKP.jpg; 11720_cc0640_014_PRX.jpg; 11720_cc0640_014_PSN.jpg; 11720_cc0640_014_PTA.jpg; 11720_cc0640_014_PWV.jpg; 11720_cc0640_014_PX8.jpg; 11720_cc0640_014_PYB.jpg; 11720_cc0640_032_PAU.jpg; 11720_cc0640_032_PB1.jpg

11720_cc0640_032_PDS.jpg; 11720_cc0640_032_PJK.jpg; 11720_cc0640_032_PKP.jpg; 11720_cc0640_032_PRX.jpg; 11720_cc0640_032_PSN.jpg; 11720_cc0640_032_PTA.jpg; 11720_cc0640_032_PWV.jpg; 11720_cc0640_032_PX8.jpg; 11720_cc0640_032_PYB.jpg; 11720_ex036_480.mov; 11720_hdspin_mp4-0320.mp4; 11720_inzm_480.mov

11720_S24_001_mp4-0320.mp4; 11720_S57_001_mp4-0320.mp4; 11720_S58_001_mp4-0320.mp4; 11720_S59_001_mp4-0320.mp4; 11720_S60_001_mp4-0320.mp4; 11720_S61_001_mp4-0320.mp4; 11720_S62_001_mp4-0320.mp4; 11720_S63_001_mp4-0320.mp4; 11720_S64_001_mp4-0320.mp4; 11720_S65_001_mp4-0320.mp4; 11720_S66_001_mp4-0320.mp4

11720_S68_001_mp4-0320.mp4; 11720_S70_001_mp4-0320.mp4; 11720_S71_001_mp4-0320.mp4; 11720_S72_001_mp4-0320.mp4; 11720_S75_001_mp4-0320.mp4; 11720_S76_001_mp4-0320.mp4; 11720_S77_001_mp4-0320.mp4; 11720_S78_001_mp4-0320.mp4; 11720_S80_001_mp4-0320.mp4; 11720_S81_001_mp4-0320.mp4; 11720_S82_001_mp4-0320.mp4

11720_sl0640_abs_001.jpg; 11720_sl0640_rea_001.jpg; 11720_sp0640_001.jpg; 11720_sp0640_002.jpg; 11720_sp0640_003.jpg; 11720_sp0640_004.jpg; 11720_sp0640_005.jpg; 11720_sp0640_006.jpg; 11720_sp0640_007.jpg; 11720_sp0640_008.jpg; 11720_sp0640_009.jpg;




https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-Jeep-Renegade-problems-complaints-lemon.png




11720_st0640_046.jpg

**Project: Lemberglaw Item #245927.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Jeep Renegade | https://www.lemberglaw.com/2017-jeep-renegade-problems-complaints-lemon/ | 13.png | 13.png | 13.png | 13.jpeg | 13.png | 13.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2017-Jeep-Renegade-problems-complaints-lemon.png | 02/25/2021 08:14:17 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-054-769**
**Effective Date of Registration:**
May 30, 2017

## Title

**Title of Work:** VIF12007 2018 Toyota CH R XLE Premium Part Shortage Rear Bumper Garnish/CE Carpeted Floor Mats And Cargo Mat 4 Door CUV (126 photographs and 3 audio visual works in a single unit of publication)

**Content Title:** 12007_cc0640_001_070.jpg; 12007_cc0640_001_1G3.jpg; 12007_cc0640_001_1K0.jpg; 12007_cc0640_001_209.jpg; 12007_cc0640_001_2NE.jpg; 12007_cc0640_001_2NG.jpg; 12007_cc0640_001_2NJ.jpg; 12007_cc0640_001_3T3.jpg; 12007_cc0640_001_8X2.jpg; 12007_cc0640_014_070.jpg; 12007_cc0640_014_1G3.jpg; 12007_cc0640_014_1K0.jpg

12007_cc0640_014_209.jpg; 12007_cc0640_014_2NE.jpg; 12007_cc0640_014_2NG.jpg; 12007_cc0640_014_2NJ.jpg; 12007_cc0640_014_3T3.jpg; 12007_cc0640_014_8X2.jpg; 12007_cc0640_032_070.jpg; 12007_cc0640_032_1G3.jpg; 12007_cc0640_032_1K0.jpg; 12007_cc0640_032_209.jpg; 12007_cc0640_032_2NE.jpg; 12007_cc0640_032_2NG.jpg

12007_cc0640_032_2NJ.jpg; 12007_cc0640_032_3T3.jpg; 12007_cc0640_032_8X2.jpg; 12007_ex0736_480.mov; 12007_hdspin_mp4-0320.mp4; 12007_inzm_480.mov; 12007_sl0640_abs_001.jpg; 12007_sl0640_rea_001.jpg; 12007_sp0640_001.jpg; 12007_sp0640_002.jpg; 12007_sp0640_003.jpg; 12007_sp0640_004.jpg; 12007_sp0640_005.jpg

12007_sp0640_006.jpg; 12007_sp0640_007.jpg; 12007_sp0640_008.jpg; 12007_sp0640_009.jpg; 12007_sp0640_010.jpg; 12007_sp0640_011.jpg; 12007_sp0640_012.jpg; 12007_sp0640_013.jpg; 12007_sp0640_014.jpg; 12007_sp0640_015.jpg; 12007_sp0640_016.jpg; 12007_sp0640_017.jpg; 12007_sp0640_018.jpg; 12007_sp0640_019.jpg

12007_sp0640_020.jpg; 12007_sp0640_021.jpg; 12007_sp0640_022.jpg; 12007_sp0640_023.jpg; 12007_sp0640_024.jpg; 12007_sp0640_025.jpg; 12007_sp0640_026.jpg; 12007_sp0640_027.jpg; 12007_sp0640_028.jpg; 12007_sp0640_029.jpg; 12007_sp0640_030.jpg; 12007_sp0640_031.jpg; 12007_sp0640_032.jpg; 12007_sp0640_033.jpg

12007_sp0640_034.jpg; 12007_sp0640_035.jpg; 12007_sp0640_036.jpg; 12007_st0640_037.jpg; 12007_st0640_039.jpg; 12007_st0640_040.jpg; 12007_st0640_042.jpg; 12007_st0640_043.jpg; 12007_st0640_044.jpg; 12007_st0640_045.jpg; 12007_st0640_046.jpg; 12007_st0640_049.jpg; 12007_st0640_050.jpg; 12007_st0640_051.jpg

12007_st0640_053.jpg; 12007_st0640_057.jpg; 12007_st0640_059.jpg; 12007_st0640_061.jpg; 12007_st0640_062.jpg; 12007_st0640_063.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Toyota-CHR-problems-complaints-lemon-400x288.png




12007_st0640_046.jpg

**Project: Lemberglaw Item #245996.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Ford C-Max Hybrid | https://www.lemberglaw.com/2018-toyota-chr-problems-complaints-lemon/ | | 82.png | 82.png | 82.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Toyota-CHR-problems-complaints-lemon-400x288.png | 02/25/2021 08:45:51 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-054-822**
**Effective Date of Registration:**
January 20, 2017

## Title

**Title of Work:** VIF11795 2017 Honda CR-V EX-L with Honda Satellite-Linked Navigation System 4 Door CUV (131 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11795_cc0640_001_BK.jpg; 11795_cc0640_001_BS.jpg; 11795_cc0640_001_EVOX01.jpg; 11795_cc0640_001_EVOX02.jpg; 11795_cc0640_001_EVOX03.jpg; 11795_cc0640_001_EVOX04.jpg; 11795_cc0640_001_RA.jpg; 11795_cc0640_001_SX.jpg; 11795_cc0640_001_WA.jpg; 11795_cc0640_014_BK.jpg; 11795_cc0640_014_BS.jpg; 11795_cc0640_014_EVOX01.jpg

11795_cc0640_014_EVOX02.jpg; 11795_cc0640_014_EVOX03.jpg; 11795_cc0640_014_EVOX04.jpg; 11795_cc0640_014_RA.jpg; 11795_cc0640_014_SX.jpg; 11795_cc0640_014_WA.jpg; 11795_cc0640_032_BK.jpg; 11795_cc0640_032_BS.jpg; 11795_cc0640_032_EVOX01.jpg; 11795_cc0640_032_EVOX02.jpg; 11795_cc0640_032_EVOX03.jpg; 11795_cc0640_032_EVOX04.jpg

11795_cc0640_032_RA.jpg; 11795_cc0640_032_SX.jpg; 11795_cc0640_032_WA.jpg; 11795_cx056_480.mov; 11795_hdspin_mp4-0320.mp4; 11795_inzm_480.mov; 11795_S24_001_mp4-0320.mp4; 11795_S57_001_mp4-0320.mp4; 11795_S58_001_mp4-0320.mp4; 11795_S59_001_mp4-0320.mp4; 11795_S60_001_mp4-0320.mp4; 11795_S61_001_mp4-0320.mp4

11795_S62_001_mp4-0320.mp4; 11795_S63_001_mp4-0320.mp4; 11795_S64_001_mp4-0320.mp4; 11795_S65_001_mp4-0320.mp4; 11795_S66_001_mp4-0320.mp4; 11795_S67_001_mp4-0320.mp4; 11795_S68_001_mp4-0320.mp4; 11795_S69_001_mp4-0320.mp4; 11795_S70_001_mp4-0320.mp4; 11795_S71_001_mp4-0320.mp4; 11795_S72_001_mp4-0320.mp4

11795_S75_001_mp4-0320.mp4; 11795_S76_001_mp4-0320.mp4; 11795_S77_001_mp4-0320.mp4; 11795_S78_001_mp4-0320.mp4; 11795_S80_001_mp4-0320.mp4; 11795_S81_001_mp4-0320.mp4; 11795_S82_001_mp4-0320.mp4; 11795_sl0640_abs_001.jpg; 11795_sl0640_rea_001.jpg; 11795_sp0640_001.jpg; 11795_sp0640_002.jpg; 11795_sp0640_003.jpg

11795_sp0640_018.jpg; 11795_sp0640_019.jpg; 11795_sp0640_020.jpg; 11795_sp0640_021.jpg; 11795_sp0640_022.jpg; 11795_sp0640_023.jpg; 11795_sp0640_024.jpg; 11795_sp0640_025.jpg; 11795_sp0640_026.jpg; 11795_sp0640_027.jpg; 11795_sp0640_028.jpg; 11795_sp0640_029.jpg; 11795_sp0640_030.jpg; 11795_sp0640_031.jpg



https://www.lemberglaw.com/wp-content/uploads/2018/01/2017-honda-crv-problems-complaints-lemon.png




11795_st0640_089.jpg

**Project: Lemberglaw Item #245926.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Honda CR-V | https://www.lemberglaw.com/2017-honda-crv-complaints-class-action-investigation/ | 12.png | 12.png | 12.png | 12.jpeg | 12.png | 12.jpeg | https://www.lemberglaw.com/wp-content/uploads/2018/01/2017-honda-crv-problems-complaints-lemon.png | 02/25/2021 08:13:50 |








| VA 2-054-843 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Honda-Pilot-problems-complaints-lemon.png | 11747_st0640_046.jpg |
| **VA 2-054-846** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Trax-problems-complaints-lemon.png | 11743_st0640_089.jpg |
| **VA 2-055-048** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-4Runner-problems-complaints-lemon.png | 11927_st0640_159.jpg |
| **VA 2-055-054** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Subaru-Crosstrek-problems-complaints-lemon-400x300.png | 11935_st0640_046.jpg |
| **VA 2-055-072** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Chevy-Chevrolet-Silverado-3500-problems-complaints-lemon-e1581007595628.png | 12010_st0640_089.jpg |
| **VA 2-055-252** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Audi-Q5-problems-complaints-lemon.png | 11996_st0640_089.jpg |
| **VA 2-055-341** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/11/2018-Chevrolet-Chevy-Bolt-EV-problems-complaints-issues-lemon.png | 11851_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-054-843**
**Effective Date of Registration:**
January 12, 2017

## Title

**Title of Work:** VIF11747 2017 Honda Pilot Touring 4 Door SUV (144 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11747_cc0640_001_BH.jpg; 11747_cc0640_001_BK.jpg; 11747_cc0640_001_BS.jpg; 11747_cc0640_001_BX.jpg; 11747_cc0640_001_GO.jpg; 11747_cc0640_001_GX.jpg; 11747_cc0640_001_GY.jpg; 11747_cc0640_001_RX.jpg; 11747_cc0640_001_SI.jpg; 11747_cc0640_001_SX.jpg; 11747_cc0640_001_WA.jpg; 11747_cc0640_001_WB.jpg; 11747_cc0640_014_BH.jpg

11747_cc0640_014_BK.jpg; 11747_cc0640_014_BS.jpg; 11747_cc0640_014_BX.jpg; 11747_cc0640_014_GO.jpg; 11747_cc0640_014_GX.jpg; 11747_cc0640_014_GY.jpg; 11747_cc0640_014_RX.jpg; 11747_cc0640_014_SI.jpg; 11747_cc0640_014_SX.jpg; 11747_cc0640_014_WA.jpg; 11747_cc0640_014_WB.jpg; 11747_cc0640_032_BH.jpg; 11747_cc0640_032_BK.jpg

11747_cc0640_032_BS.jpg; 11747_cc0640_032_BX.jpg; 11747_cc0640_032_GO.jpg; 11747_cc0640_032_GX.jpg; 11747_cc0640_032_GY.jpg; 11747_cc0640_032_RX.jpg; 11747_cc0640_032_SI.jpg; 11747_cc0640_032_SX.jpg; 11747_cc0640_032_WA.jpg; 11747_cc0640_032_WB.jpg; 11747_ext36_480.mov; 11747_hdspin_mp4-0320.mp4; 11747_inzm_480.mov

11747_S24_001_mp4-0320.mp4; 11747_S57_001_mp4-0320.mp4; 11747_S58_001_mp4-0320.mp4; 11747_S59_001_mp4-0320.mp4; 11747_S60_001_mp4-0320.mp4; 11747_S61_001_mp4-0320.mp4; 11747_S62_001_mp4-0320.mp4; 11747_S63_001_mp4-0320.mp4; 11747_S64_001_mp4-0320.mp4; 11747_S65_001_mp4-0320.mp4; 11747_S66_001_mp4-0320.mp4

11747_S67_001_mp4-0320.mp4; 11747_S68_001_mp4-0320.mp4; 11747_S69_001_mp4-0320.mp4; 11747_S70_001_mp4-0320.mp4; 11747_S71_001_mp4-0320.mp4; 11747_S72_001_mp4-0320.mp4; 11747_S75_001_mp4-0320.mp4; 11747_S76_001_mp4-0320.mp4; 11747_S77_001_mp4-0320.mp4; 11747_S78_001_mp4-0320.mp4; 11747_S80_001_mp4-0320.mp4

11747_S81_001_mp4-0320.mp4; 11747_S82_001_mp4-0320.mp4; 11747_sl0640_abs_001.jpg; 11747_sl0640_rea_001.jpg; 11747_sp0640_001.jpg; 11747_sp0640_002.jpg; 11747_sp0640_003.jpg; 11747_sp0640_004.jpg; 11747_sp0640_005.jpg; 11747_sp0640_006.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Honda-Pilot-problems-complaints-lemon.png




11747_st0640_046.jpg

**Project: Lemberglaw Item #245964.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Honda CR-V | https://www.lemberglaw.com/2018-honda-pilot-problems-complaints-lemon/ | | 50.png | 50.png | 50.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Honda-Pilot-problems-complaints-lemon.png | 02/25/2021 08:31:08 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-054-846**
**Effective Date of Registration:**
January 11, 2017

## Title

**Title of Work:** VIF11743 2017 Chevrolet Trax LS 4 Door CUV (116 photographs and 23 audio visual works in a single unit of publication)

**Content Title:** 11743_cc0640_001_G7C.jpg; 11743_cc0640_001_G7Q.jpg; 11743_cc0640_001_G7T.jpg; 11743_cc0640_001_GAN.jpg; 11743_cc0640_001_GAZ.jpg; 11743_cc0640_001_GB0.jpg; 11743_cc0640_001_GGQ.jpg; 11743_cc0640_001_GTS.jpg; 11743_cc0640_014_G7C.jpg; 11743_cc0640_014_G7Q.jpg; 11743_cc0640_014_G7T.jpg; 11743_cc0640_014_GAN.jpg

11743_cc0640_014_GAZ.jpg; 11743_cc0640_014_GB0.jpg; 11743_cc0640_014_GGQ.jpg; 11743_cc0640_014_GTS.jpg; 11743_cc0640_032_G7C.jpg; 11743_cc0640_032_G7Q.jpg; 11743_cc0640_032_G7T.jpg; 11743_cc0640_032_GAN.jpg; 11743_cc0640_032_GAZ.jpg; 11743_cc0640_032_GB0.jpg; 11743_cc0640_032_GGQ.jpg; 11743_cc0640_032_GTS.jpg

11743_ex036_480.mov; 11743_hdspin_mp4-0320.mp4; 11743_inzm_480.mov; 11743_S24_001_mp4-0320.mp4; 11743_S57_001_mp4-0320.mp4; 11743_S58_001_mp4-0320.mp4; 11743_S59_001_mp4-0320.mp4; 11743_S60_001_mp4-0320.mp4; 11743_S61_001_mp4-0320.mp4; 11743_S62_001_mp4-0320.mp4; 11743_S63_001_mp4-0320.mp4; 11743_S65_001_mp4-0320.mp4

11743_S66_001_mp4-0320.mp4; 11743_S68_001_mp4-0320.mp4; 11743_S70_001_mp4-0320.mp4; 11743_S71_001_mp4-0320.mp4; 11743_S72_001_mp4-0320.mp4; 11743_S75_001_mp4-0320.mp4; 11743_S77_001_mp4-0320.mp4; 11743_S78_001_mp4-0320.mp4; 11743_S80_001_mp4-0320.mp4; 11743_S81_001_mp4-0320.mp4; 11743_S82_001_mp4-0320.mp4

11743_sl0640_abs_001.jpg; 11743_sl0640_rea_001.jpg; 11743_sp0640_001.jpg; 11743_sp0640_002.jpg; 11743_sp0640_003.jpg; 11743_sp0640_004.jpg; 11743_sp0640_005.jpg; 11743_sp0640_006.jpg; 11743_sp0640_007.jpg; 11743_sp0640_008.jpg; 11743_sp0640_009.jpg; 11743_sp0640_010.jpg; 11743_sp0640_011.jpg; 11743_sp0640_012.jpg

11743_sp0640_013.jpg; 11743_sp0640_014.jpg; 11743_sp0640_015.jpg; 11743_sp0640_016.jpg; 11743_sp0640_017.jpg; 11743_sp0640_018.jpg; 11743_sp0640_019.jpg; 11743_sp0640_020.jpg; 11743_sp0640_021.jpg; 11743_sp0640_022.jpg; 11743_sp0640_023.jpg; 11743_sp0640_024.jpg; 11743_sp0640_025.jpg; 11743_sp0640_026.jpg

11743_sp0640_027.jpg; 11743_sp0640_028.jpg; 11743_sp0640_029.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Trax-problems-complaints-lemon.png




11743_st0640_089.jpg

**Project: Lemberglaw Item #245951.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Tracker | https://www.lemberglaw.com/2018-chevrolet-trax-problems-complaints-lemon/ | 37.png | 37.png | 37.png | 37.jpeg | 37.png | 37.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Trax-problems-complaints-lemon.png | 02/25/2021 08:25:05 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-055-048**

**Effective Date of Registration:**
May 09, 2017

## Title

**Title of Work:** VIF11927 2017 Toyota 4Runner Limited FC. Special Color/TS Leather-Trimmed 50/50 Split Fold-Flat Third-Row Seating And Sliding Second-Row w/ Passenger-Side One-Touch Acces To Third-Row With Third-Row Curtain Shield Airbags/5A. Cargo Cover/C7. Convenience Package/Exhaust Tip,Wheel Locks,Roof Rack Cross Bars/MF. Mudguards 4 Door SUV (113 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 11927_cc0640_001_040.jpg; 11927_cc0640_001_070.jpg; 11927_cc0640_001_1F7.jpg; 11927_cc0640_001_1G3.jpg; 11927_cc0640_001_1H5.jpg; 11927_cc0640_001_218.jpg; 11927_cc0640_001_3R3.jpg; 11927_cc0640_001_8S6.jpg; 11927_cc0640_014_040.jpg; 11927_cc0640_014_070.jpg; 11927_cc0640_014_1F7.jpg; 11927_cc0640_014_1G3.jpg

11927_cc0640_014_218.jpg; 11927_cc0640_014_8S6.jpg; 11927_cc0640_032_070.jpg; 11927_cc0640_032_1G3.jpg; 11927_cc0640_032_1H5.jpg; 11927_cc0640_032_218.jpg; 11927_cc0640_032_3R3.jpg; 11927_cc0640_032_8S6.jpg; 11927_ex036_480.mov; 11927_hdspin_mp4-0320.mp4; 11927_inzm_480.mov; 11927_S24_001_mp4-0320.mp4

11927_S57_001_mp4-0320.mp4; 11927_S58_001_mp4-0320.mp4; 11927_S59_001_mp4-0320.mp4; 11927_S60_001_mp4-0320.mp4; 11927_S61_001_mp4-0320.mp4; 11927_S62_001_mp4-0320.mp4; 11927_S63_001_mp4-0320.mp4; 11927_S64_001_mp4-0320.mp4; 11927_S65_001_mp4-0320.mp4; 11927_S66_001_mp4-0320.mp4; 11927_S67_001_mp4-0320.mp4

11927_S68_001_mp4-0320.mp4; 11927_S69_001_mp4-0320.mp4; 11927_S70_001_mp4-0320.mp4; 11927_S72_001_mp4-0320.mp4; 11927_S75_001_mp4-0320.mp4; 11927_S76_001_mp4-0320.mp4; 11927_S77_001_mp4-0320.mp4; 11927_S78_001_mp4-0320.mp4; 11927_S80_001_mp4-0320.mp4; 11927_S81_001_mp4-0320.mp4; 11927_S82_001_mp4-0320.mp4

11927_sl0640_abs_001.jpg; 11927_sl0640_rea_001.jpg; 11927_sp0640_001.jpg; 11927_sp0640_002.jpg; 11927_sp0640_004.jpg; 11927_sp0640_005.jpg; 11927_sp0640_007.jpg; 11927_sp0640_008.jpg; 11927_sp0640_009.jpg; 11927_sp0640_011.jpg; 11927_sp0640_012.jpg; 11927_sp0640_013.jpg; 11927_sp0640_016.jpg; 11927_sp0640_017.jpg

11927_sp0640_018.jpg; 11927_sp0640_020.jpg; 11927_sp0640_021.jpg; 11927_sp0640_023.jpg; 11927_sp0640_024.jpg; 11927_sp0640_025.jpg; 11927_sp0640_027.jpg; 11927_sp0640_028.jpg; 11927_sp0640_029.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-4Runner-problems-complaints-lemon.png




11927_st0640_159.jpg

**Project: Lemberglaw Item #245994.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota 4Runner | https://www.lemberglaw.com/2018-toyota-4runner-problems-complaints-lemon/ | 80.png | 80.png | 80.png | 80.jpeg | 80.png | 80.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-4Runner-problems-complaints-lemon.png | 02/25/2021 08:45:07 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-054**
**Effective Date of Registration:**
May 22, 2017

## Title

**Title of Work:** VIP-11935 2018 Subaru Crosstrek 2.0i Premium Eyesight/Moonroof 4 Door CUV (123 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 11935_cc0640_001_61K.jpg; 11935_cc0640_001_D4S.jpg; 11935_cc0640_001_G1U.jpg; 11935_cc0640_001_J8U.jpg; 11935_cc0640_001_K1X.jpg; 11935_cc0640_001_M1Y.jpg; 11935_cc0640_001_PAE.jpg; 11935_cc0640_001_PAF.jpg; 11935_cc0640_014_61K.jpg; 11935_cc0640_014_D4S.jpg; 11935_cc0640_014_G1U.jpg; 11935_cc0640_014_J8U.jpg

11935_cc0640_014_K1X.jpg; 11935_cc0640_014_M1Y.jpg; 11935_cc0640_014_PAE.jpg; 11935_cc0640_014_PAF.jpg; 11935_cc0640_032_61K.jpg; 11935_cc0640_032_D4S.jpg; 11935_cc0640_032_G1U.jpg; 11935_cc0640_032_J8U.jpg; 11935_cc0640_032_K1X.jpg; 11935_cc0640_032_M1Y.jpg; 11935_cc0640_032_PAE.jpg; 11935_cc0640_032_PAF.jpg

11935_ex036_480.mov; 11935_hdspin_mp4-0320.mp4; 11935_inzm_480.mov; 11935_S24_001_mp4-0320.mp4; 11935_S57_001_mp4-0320.mp4; 11935_S58_001_mp4-0320.mp4; 11935_S59_001_mp4-0320.mp4; 11935_S60_001_mp4-0320.mp4; 11935_S61_001_mp4-0320.mp4; 11935_S62_001_mp4-0320.mp4; 11935_S63_001_mp4-0320.mp4; 11935_S64_001_mp4-0320.mp4

11935_S65_001_mp4-0320.mp4; 11935_S66_001_mp4-0320.mp4; 11935_S67_001_mp4-0320.mp4; 11935_S68_001_mp4-0320.mp4; 11935_S70_001_mp4-0320.mp4; 11935_S71_001_mp4-0320.mp4; 11935_S72_001_mp4-0320.mp4; 11935_S75_001_mp4-0320.mp4; 11935_S76_001_mp4-0320.mp4; 11935_S77_001_mp4-0320.mp4; 11935_S78_001_mp4-0320.mp4

11935_S80_001_mp4-0320.mp4; 11935_S81_001_mp4-0320.mp4; 11935_S82_001_mp4-0320.mp4; 11935_sl0640_abs_001.jpg; 11935_sl0640_rea_001.jpg; 11935_sp0640_001.jpg; 11935_sp0640_002.jpg; 11935_sp0640_003.jpg; 11935_sp0640_004.jpg; 11935_sp0640_005.jpg; 11935_sp0640_006.jpg; 11935_sp0640_007.jpg; 11935_sp0640_008.jpg

11935_sp0640_009.jpg; 11935_sp0640_010.jpg; 11935_sp0640_011.jpg; 11935_sp0640_012.jpg; 11935_sp0640_013.jpg; 11935_sp0640_014.jpg; 11935_sp0640_015.jpg; 11935_sp0640_016.jpg; 11935_sp0640_017.jpg; 11935_sp0640_018.jpg; 11935_sp0640_019.jpg; 11935_sp0640_020.jpg; 11935_sp0640_021.jpg; 11935_sp0640_022.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Subaru-Crosstrek-problems-complaints-lemon-400x300.png




11935_st0640_046.jpg

**Project: Lemberglaw Item #246030.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Subaru Crosstrek Hybrid | https://www.lemberglaw.com/2019-subaru-crosstrek-problems-complaints-lemon/ | | 116.png | 116.png | 116.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Subaru-Crosstrek-problems-complaints-lemon-400x300.png | 02/25/2021 09:02:21 |






# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-072**
**Effective Date of Registration:**
June 08, 2017

## Title

**Title of Work:** VIF12010 2017 Chevrolet Silverado 3500HD LTZ DRW Duramax Plus Package/17 in. Ploished Aluminum Wheels/Seats, Front Full Feature Leather Appointed Buckets & Center Console, Floor w/ USB Ports, And Wireless Charging/Underseat Storage/17 in. All-Terrain Blackwall Tires/Black Bowtie Emblems Package/Underbody Shields/LED Lighting, Cargo Box/Movable Upper Tie Downs (4)/Camper/5TH Wheel Trailer Wiring Provisions crew cab 4 Door pickup (147 photographs and 24 audio visual works in a single unit of publication)

**Content Title:** 12010_cc0640_001_9V5.jpg; 12010_cc0640_001_9V9.jpg; 12010_cc0640_001_9W3.jpg; 12010_cc0640_001_9W4.jpg; 12010_cc0640_001_G1C.jpg; 12010_cc0640_001_G1E.jpg; 12010_cc0640_001_G1F.jpg; 12010_cc0640_001_G1K.jpg; 12010_cc0640_001_G7C.jpg; 12010_cc0640_001_G7T.jpg; 12010_cc0640_001_GAN.jpg; 12010_cc0640_001_GAZ.jpg

12010_cc0640_001_GBA.jpg; 12010_cc0640_001_GMU.jpg; 12010_cc0640_001_GPA.jpg; 12010_cc0640_001_GXG.jpg; 12010_cc0640_014_9V5.jpg; 12010_cc0640_014_9V9.jpg; 12010_cc0640_014_9W3.jpg; 12010_cc0640_014_9W4.jpg; 12010_cc0640_014_G1C.jpg; 12010_cc0640_014_G1E.jpg; 12010_cc0640_014_G1F.jpg; 12010_cc0640_014_G1K.jpg

12010_cc0640_014_G7C.jpg; 12010_cc0640_014_G7T.jpg; 12010_cc0640_014_GAN.jpg; 12010_cc0640_014_GAZ.jpg; 12010_cc0640_014_GBA.jpg; 12010_cc0640_014_GMU.jpg; 12010_cc0640_014_GPA.jpg; 12010_cc0640_014_GXG.jpg; 12010_cc0640_032_9V5.jpg; 12010_cc0640_032_9V9.jpg; 12010_cc0640_032_9W3.jpg; 12010_cc0640_032_9W4.jpg

12010_cc0640_032_G1C.jpg; 12010_cc0640_032_G1E.jpg; 12010_cc0640_032_G1F.jpg; 12010_cc0640_032_G1K.jpg; 12010_cc0640_032_G7C.jpg; 12010_cc0640_032_G7T.jpg; 12010_cc0640_032_GAN.jpg; 12010_cc0640_032_GAZ.jpg; 12010_cc0640_032_GBA.jpg; 12010_cc0640_032_GMU.jpg; 12010_cc0640_032_GPA.jpg; 12010_cc0640_032_GXG.jpg

12010_cx036_480.mov; 12010_hdspin_mp4-0320.mp4; 12010_inzm_480.mov; 12010_S24_001_mp4-0320.mp4; 12010_S57_001_mp4-0320.mp4; 12010_S58_001_mp4-0320.mp4; 12010_S59_001_mp4-0320.mp4; 12010_S61_001_mp4-0320.mp4; 12010_S62_001_mp4-0320.mp4; 12010_S63_001_mp4-0320.mp4; 12010_S64_001_mp4-0320.mp4; 12010_S65_001_mp4-0320.mp4



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Chevy-Chevrolet-Silverado-3500-problems-complaints-lemon-e1581007595628.png




12010_st0640_089.jpg

**Project: Lemberglaw Item #245949.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Silverado 3500 | https://www.lemberglaw.com/2018-chevrolet-silverado-3500-chevy-problems-complaints-lemon/ | | 35.png | 35.png | 35.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Chevy-Chevrolet-Silverado-3500-problems-complaints-lemon-e1581007595628.png | 02/25/2021 08:24:08 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-252**
**Effective Date of Registration:**
May 30, 2017

## Title

**Title of Work:** VIP11996 2018 Audi Q5 Premium 2.0 TFSI Manhattan Gray Metallic/Panoramic Sunroof/Heated Front Seats/Cargo Cover/Audi Cargo Box/Audi First Aid Kit 4 Door SUV (153 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 11996_cc0640_001_0C.jpg; 11996_cc0640_001_0E.jpg; 11996_cc0640_001_2D.jpg; 11996_cc0640_001_A2.jpg; 11996_cc0640_001_D2.jpg; 11996_cc0640_001_EVOX01.jpg; 11996_cc0640_001_H1.jpg; 11996_cc0640_001_L5.jpg; 11996_cc0640_001_T7.jpg; 11996_cc0640_001_T9.jpg; 11996_cc0640_001_W1.jpg; 11996_cc0640_014_0C.jpg; 11996_cc0640_014_0E.jpg

11996_cc0640_014_2D.jpg; 11996_cc0640_014_A2.jpg; 11996_cc0640_014_D2.jpg; 11996_cc0640_014_EVOX01.jpg; 11996_cc0640_014_H1.jpg; 11996_cc0640_014_L5.jpg; 11996_cc0640_014_T7.jpg; 11996_cc0640_014_T9.jpg; 11996_cc0640_014_W1.jpg; 11996_cc0640_032_0C.jpg; 11996_cc0640_032_0E.jpg; 11996_cc0640_032_2D.jpg; 11996_cc0640_032_A2.jpg

11996_cc0640_032_D2.jpg; 11996_cc0640_032_EVOX01.jpg; 11996_cc0640_032_H1.jpg; 11996_cc0640_032_L5.jpg; 11996_cc0640_032_T7.jpg; 11996_cc0640_032_T9.jpg; 11996_cc0640_032_W1.jpg; 11996_ex036_480.mov; 11996_hdspin_mp4-0320.mp4; 11996_inzm_480.mov; 11996_S24_001_mp4-0320.mp4; 11996_S57_001_mp4-0320.mp4

11996_S58_001_mp4-0320.mp4; 11996_S59_001_mp4-0320.mp4; 11996_S60_001_mp4-0320.mp4; 11996_S61_001_mp4-0320.mp4; 11996_S62_001_mp4-0320.mp4; 11996_S63_001_mp4-0320.mp4; 11996_S64_001_mp4-0320.mp4; 11996_S65_001_mp4-0320.mp4; 11996_S66_001_mp4-0320.mp4; 11996_S67_001_mp4-0320.mp4; 11996_S68_001_mp4-0320.mp4

11996_S70_001_mp4-0320.mp4; 11996_S71_001_mp4-0320.mp4; 11996_S72_001_mp4-0320.mp4; 11996_S75_001_mp4-0320.mp4; 11996_S76_001_mp4-0320.mp4; 11996_S77_001_mp4-0320.mp4; 11996_S78_001_mp4-0320.mp4; 11996_S80_001_mp4-0320.mp4; 11996_S81_001_mp4-0320.mp4; 11996_S82_001_mp4-0320.mp4; 11996_sl0640_abs_001.jpg

11996_sl0640_rea_001.jpg; 11996_sp0640_001.jpg; 11996_sp0640_002.jpg; 11996_sp0640_003.jpg; 11996_sp0640_004.jpg; 11996_sp0640_005.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Audi-Q5-problems-complaints-lemon.png




11996_st0640_089.jpg

**Project: Lemberglaw Item #245938.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Audi Q5 | https://www.lemberglaw.com/2018-audi-q5-problems-complaints-lemon/ | 24.png | 24.png | 24.png | 24.jpeg | 24.png | 24.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Audi-Q5-problems-complaints-lemon.png | 02/25/2021 08:19:11 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-341**
**Effective Date of Registration:**
March 14, 2017

## Title

**Title of Work:** VIF11851 2017 Chevrolet Bolt Ev LT 5 Door hatchback (119 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11851_cc0640_001_G7Q.jpg; 11851_cc0640_001_GAN.jpg; 11851_cc0640_001_GAZ.jpg; 11851_cc0640_001_GB8.jpg; 11851_cc0640_001_GD1.jpg; 11851_cc0640_001_GGB.jpg; 11851_cc0640_001_GGQ.jpg; 11851_cc0640_001_GPJ.jpg; 11851_cc0640_014_G7Q.jpg; 11851_cc0640_014_GAN.jpg; 11851_cc0640_014_GAZ.jpg; 11851_cc0640_014_GB8.jpg

11851_cc0640_014_GD1.jpg; 11851_cc0640_014_GGB.jpg; 11851_cc0640_014_GGQ.jpg; 11851_cc0640_014_GPJ.jpg; 11851_cc0640_032_G7Q.jpg; 11851_cc0640_032_GAN.jpg; 11851_cc0640_032_GAZ.jpg; 11851_cc0640_032_GB8.jpg; 11851_cc0640_032_GD1.jpg; 11851_cc0640_032_GGB.jpg; 11851_cc0640_032_GGQ.jpg; 11851_cc0640_032_GPJ.jpg

11851_ex036_480.mov; 11851_hdspin_mp4-0320.mp4; 11851_inzm_480.mov; 11851_S74_001_mp4-0320.mp4; 11851_S57_001_mp4-0320.mp4; 11851_S58_001_mp4-0320.mp4; 11851_S59_001_mp4-0320.mp4; 11851_S60_001_mp4-0320.mp4; 11851_S61_001_mp4-0320.mp4; 11851_S62_001_mp4-0320.mp4; 11851_S63_001_mp4-0320.mp4; 11851_S64_001_mp4-0320.mp4

11851_S65_001_mp4-0320.mp4; 11851_S66_001_mp4-0320.mp4; 11851_S68_001_mp4-0320.mp4; 11851_S70_001_mp4-0320.mp4; 11851_S71_001_mp4-0320.mp4; 11851_S72_001_mp4-0320.mp4; 11851_S75_001_mp4-0320.mp4; 11851_S76_001_mp4-0320.mp4; 11851_S77_001_mp4-0320.mp4; 11851_S78_001_mp4-0320.mp4; 11851_S80_001_mp4-0320.mp4

11851_S81_001_mp4-0320.mp4; 11851_S82_001_mp4-0320.mp4; 11851_sl0640_aes_001.jpg; 11851_sl0640_res_001.jpg; 11851_sp0640_001.jpg; 11851_sp0640_002.jpg; 11851_sp0640_003.jpg; 11851_sp0640_004.jpg; 11851_sp0640_005.jpg; 11851_sp0640_006.jpg; 11851_sp0640_007.jpg; 11851_sp0640_008.jpg; 11851_sp0640_009.jpg; 11851_sp0640_010.jpg

11851_sp0640_011.jpg; 11851_sp0640_012.jpg; 11851_sp0640_013.jpg; 11851_sp0640_014.jpg; 11851_sp0640_015.jpg; 11851_sp0640_016.jpg; 11851_sp0640_017.jpg; 11851_sp0640_018.jpg; 11851_sp0640_019.jpg; 11851_sp0640_020.jpg; 11851_sp0640_021.jpg; 11851_sp0640_022.jpg; 11851_sp0640_023.jpg; 11851_sp0640_024.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/11/2018-Chevrolet-Chevy-Bolt-EV-problems-complaints-issues-lemon.png




11851_st0640_089.jpg

**Project: Lemberglaw Item #245945.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Bolt Ev | https://www.lemberglaw.com/2018-chevrolet-bolt-ev-problems-complaints-lemon/ | 31.png | 31.png | 31.png | 31.jpeg | 31.png | 31.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/11/2018-Chevrolet-Chevy-Bolt-EV-problems-complaints-issues-lemon.png | 02/25/2021 08:22:26 |








| VA 2-055-365 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Subaru-Crosstrek-problems-complaints-lemon-400x282.png | 11969_st0640_089.jpg |
| **VA 2-055-375** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Subaru-Legacy-problems-complaints-lemon.png | 11895_st0640_089.jpg |
| **VA 2-055-398** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-GMC-Sierra-3500-problems-complaints-lemon-400x234.png | 11914_st0640_089.jpg |
| **VA 2-055-411** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Audi-S5-problems-complaints-lemon-400x276.png | 11988_sp0640_032.jpg |
| **VA 2-055-418** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Alfa-Romeo-Giulia-problems-complaints-lemon-400x282.png | 11883_st0640_089.jpg |
| **VA 2-055-427** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-GMC-Sierra-2500-problems-complaints-lemon-400x245.png | 11901_st0640_089.jpg |
| **VA 2-055-438** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Maserati-Levante-problems-complaints-lemon.png | 11836_cc0640_032_268.jpg |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Maserati-Levante-problems-complaints-lemon-400x239.png | 11836_sp0640_032.jpg |

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-365**
**Effective Date of Registration:**
May 18, 2017

## Title

**Title of Work:** VIF11969 2018 Subaru Crosstrek 2.0i 4 Door CUV (120 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11969_cc0640_001_61K.jpg; 11969_cc0640_001_D4S.jpg; 11969_cc0640_001_G1U.jpg; 11969_cc0640_001_H2Q.jpg; 11969_cc0640_001_J8U.jpg; 11969_cc0640_001_K1X.jpg; 11969_cc0640_001_PAE.jpg; 11969_cc0640_001_PAF.jpg; 11969_cc0640_014_61K.jpg; 11969_cc0640_014_D4S.jpg; 11969_cc0640_014_G1U.jpg; 11969_cc0640_014_H2Q.jpg

11969_cc0640_014_J8U.jpg; 11969_cc0640_014_K1X.jpg; 11969_cc0640_014_PAE.jpg; 11969_cc0640_014_PAF.jpg; 11969_cc0640_032_61K.jpg; 11969_cc0640_032_D4S.jpg; 11969_cc0640_032_G1U.jpg; 11969_cc0640_032_H2Q.jpg; 11969_cc0640_032_J8U.jpg; 11969_cc0640_032_K1X.jpg; 11969_cc0640_032_PAE.jpg; 11969_cc0640_032_PAF.jpg

11969_ex036_480.mov; 11969_hdspin_mp4-0320.mp4; 11969_inzm_480.mov; 11969_S24_001_mp4-0320.mp4; 11969_S57_001_mp4-0320.mp4; 11969_S58_001_mp4-0320.mp4; 11969_S59_001_mp4-0320.mp4; 11969_S60_001_mp4-0320.mp4; 11969_S61_001_mp4-0320.mp4; 11969_S62_001_mp4-0320.mp4; 11969_S63_001_mp4-0320.mp4; 11969_S64_001_mp4-0320.mp4

11969_S65_001_mp4-0320.mp4; 11969_S66_001_mp4-0320.mp4; 11969_S68_001_mp4-0320.mp4; 11969_S70_001_mp4-0320.mp4; 11969_S71_001_mp4-0320.mp4; 11969_S72_001_mp4-0320.mp4; 11969_S75_001_mp4-0320.mp4; 11969_S76_001_mp4-0320.mp4; 11969_S77_001_mp4-0320.mp4; 11969_S78_001_mp4-0320.mp4; 11969_S80_001_mp4-0320.mp4

11969_S81_001_mp4-0320.mp4; 11969_S82_001_mp4-0320.mp4; 11969_sl0640_abs_001.jpg; 11969_sl0640_rea_001.jpg; 11969_sp0640_001.jpg; 11969_sp0640_002.jpg; 11969_sp0640_003.jpg; 11969_sp0640_004.jpg; 11969_sp0640_005.jpg; 11969_sp0640_006.jpg; 11969_sp0640_007.jpg; 11969_sp0640_008.jpg; 11969_sp0640_009.jpg; 11969_sp0640_010.jpg

11969_sp0640_011.jpg; 11969_sp0640_012.jpg; 11969_sp0640_013.jpg; 11969_sp0640_014.jpg; 11969_sp0640_015.jpg; 11969_sp0640_016.jpg; 11969_sp0640_017.jpg; 11969_sp0640_018.jpg; 11969_sp0640_019.jpg; 11969_sp0640_020.jpg; 11969_sp0640_021.jpg; 11969_sp0640_022.jpg; 11969_sp0640_023.jpg; 11969_sp0640_024.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Subaru-Crosstrek-problems-complaints-lemon-400x282.png




11969_st0640_089.jpg

**Project: Lemberglaw Item #245990.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Subaru XV Crosstrek Hybrid | https://www.lemberglaw.com/2018-subaru-crosstrek-problems-complaints-lemon/ | | 76.png | 76.png | 76.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Subaru-Crosstrek-problems-complaints-lemon-400x282.png | 02/25/2021 08:43:12 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**VA 2-055-375**
**Effective Date of Registration:**
April 19, 2017

## Title

**Title of Work:** VIF11895 2018 Subaru Legacy 2.5i Premium Eyesight/Moonroof/Navigation System 4 Door sedan (125 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11895_cc0640_001_D4S.jpg; 11895_cc0640_001_G1U.jpg; 11895_cc0640_001_H1Q.jpg; 11895_cc0640_001_H2Q.jpg; 11895_cc0640_001_K1X.jpg; 11895_cc0640_001_K3X.jpg; 11895_cc0640_001_K6U.jpg; 11895_cc0640_001_K7U.jpg; 11895_cc0640_014_D4S.jpg; 11895_cc0640_014_G1U.jpg; 11895_cc0640_014_H1Q.jpg; 11895_cc0640_014_H2Q.jpg

11895_cc0640_014_K1X.jpg; 11895_cc0640_014_K3X.jpg; 11895_cc0640_014_K6U.jpg; 11895_cc0640_014_K7U.jpg; 11895_cc0640_032_D4S.jpg; 11895_cc0640_032_G1U.jpg; 11895_cc0640_032_H1Q.jpg; 11895_cc0640_032_H2Q.jpg; 11895_cc0640_032_K1X.jpg; 11895_cc0640_032_K3X.jpg; 11895_cc0640_032_K6U.jpg; 11895_cc0640_032_K7U.jpg

11895_ex036_480.mov; 11895_hdspin_mp4-0320.mp4; 11895_inzm_480.mov; 11895_S24_001_mp4-0320.mp4; 11895_S57_001_mp4-0320.mp4; 11895_S58_001_mp4-0320.mp4; 11895_S59_001_mp4-0320.mp4; 11895_S60_001_mp4-0320.mp4; 11895_S61_001_mp4-0320.mp4; 11895_S62_001_mp4-0320.mp4; 11895_S63_001_mp4-0320.mp4; 11895_S64_001_mp4-0320.mp4

11895_S65_001_mp4-0320.mp4; 11895_S66_001_mp4-0320.mp4; 11895_S67_001_mp4-0320.mp4; 11895_S68_001_mp4-0320.mp4; 11895_S69_001_mp4-0320.mp4; 11895_S70_001_mp4-0320.mp4; 11895_S71_001_mp4-0320.mp4; 11895_S72_001_mp4-0320.mp4; 11895_S75_001_mp4-0320.mp4; 11895_S76_001_mp4-0320.mp4; 11895_S77_001_mp4-0320.mp4

11895_S78_001_mp4-0320.mp4; 11895_S80_001_mp4-0320.mp4; 11895_S81_001_mp4-0320.mp4; 11895_S82_001_mp4-0320.mp4; 11895_sl0640_abs_001.jpg; 11895_sl0640_rea_001.jpg; 11895_sp0640_001.jpg; 11895_sp0640_002.jpg; 11895_sp0640_003.jpg; 11895_sp0640_004.jpg; 11895_sp0640_005.jpg; 11895_sp0640_006.jpg; 11895_sp0640_007.jpg

11895_sp0640_008.jpg; 11895_sp0640_009.jpg; 11895_sp0640_010.jpg; 11895_sp0640_011.jpg; 11895_sp0640_012.jpg; 11895_sp0640_013.jpg; 11895_sp0640_014.jpg; 11895_sp0640_015.jpg; 11895_sp0640_016.jpg; 11895_sp0640_017.jpg; 11895_sp0640_018.jpg; 11895_sp0640_019.jpg; 11895_sp0640_020.jpg; 11895_sp0640_021.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Subaru-Legacy-problems-complaints-lemon.png




11895_st0640_089.jpg

**Project: Lemberglaw Item #245992.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Subaru Legacy | https://www.lemberglaw.com/2018-subaru-legacy-problems-complaints-lemon/ | 78.png | 78.png | 78.png | 78.jpeg | 78.png | 78.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Subaru-Legacy-problems-complaints-lemon.png | 02/25/2021 08:44:10 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-055-398**

**Effective Date of Registration:**
April 12, 2017

## Title

**Title of Work:** VIF11914 2017 GMC Sierra 3500HD SRW SLT Duramax Plus Package/6 in. Tubular Chrome Assist Steps/Heated And Vented Seats Driver & Front Passenger/Seats,Front Full Feature Leather Appointed Buckets,Center Console,Floor w/ USB Ports/Driver Alert Package/Head Curtain Air Bags For Front And Rear Outboard Occupants And Seat-Mounted Side Impact Air Bags For The Driver And Right Front Passenger/Dark Slate Metallic/Off-Road Suspension Package/Underseat Storage/18 in. All Terrain Blackwall Tires/Switch, High Idle/Floor Mats,All Weather Front And Rear/Heated Steering Wheel/Camper 5TH Wheel Trailer Wiring Provisions/ crew cab 4 Door pickup (152 photographs and 24 audio visual works in a single unit of publication)

**Content Title:** 11914_cc0640_001_9V5.jpg; 11914_cc0640_001_9V9.jpg; 11914_cc0640_001_9W3.jpg; 11914_cc0640_001_9W4.jpg; 11914_cc0640_001_G1C.jpg; 11914_cc0640_001_G1E.jpg; 11914_cc0640_001_G1F.jpg; 11914_cc0640_001_G1K.jpg; 11914_cc0640_001_G7C.jpg; 11914_cc0640_001_G7T.jpg; 11914_cc0640_001_GAN.jpg; 11914_cc0640_001_GAZ.jpg

11914_cc0640_001_GBA.jpg; 11914_cc0640_001_GJB.jpg; 11914_cc0640_001_GMU.jpg; 11914_cc0640_001_GPA.jpg; 11914_cc0640_001_GXG.jpg; 11914_cc0640_014_9V5.jpg; 11914_cc0640_014_9V9.jpg; 11914_cc0640_014_9W3.jpg; 11914_cc0640_014_9W4.jpg; 11914_cc0640_014_G1C.jpg; 11914_cc0640_014_G1E.jpg; 11914_cc0640_014_G1F.jpg

11914_cc0640_014_G1K.jpg; 11914_cc0640_014_G7C.jpg; 11914_cc0640_014_G7T.jpg; 11914_cc0640_014_GAN.jpg; 11914_cc0640_014_GAZ.jpg; 11914_cc0640_014_GBA.jpg; 11914_cc0640_014_GJB.jpg; 11914_cc0640_014_GMU.jpg; 11914_cc0640_014_GPA.jpg; 11914_cc0640_014_GXG.jpg; 11914_cc0640_032_9V5.jpg; 11914_cc0640_032_9V9.jpg

11914_cc0640_032_9W3.jpg; 11914_cc0640_032_9W4.jpg; 11914_cc0640_032_G1C.jpg; 11914_cc0640_032_G1E.jpg; 11914_cc0640_032_G1F.jpg; 11914_cc0640_032_G1K.jpg; 11914_cc0640_032_G7C.jpg; 11914_cc0640_032_G7T.jpg; 11914_cc0640_032_GAN.jpg; 11914_cc0640_032_GAZ.jpg; 11914_cc0640_032_GBA.jpg; 11914_cc0640_032_GJB.jpg

11914_cc0640_032_GMU.jpg; 11914_cc0640_032_GPA.jpg; 11914_cc0640_032_GXG.jpg; 11914_ex036_480.mov; 11914_hdspin_mp4-0320.mp4; 11914_inzm_480.mov; 11914_S24_001_mp4-0320.mp4; 11914_S57_001_mp4-0320.mp4; 11914_S58_001_mp4-0320.mp4;




https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-GMC-Sierra-3500-problems-complaints-lemon-400x234.png




11914_st0640_089.jpg

**Project: Lemberglaw Item #245961.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | GMC Sierra 2500HD | https://www.lemberglaw.com/2018-gmc-sierra-3500-problems-complaints-lemon/ | 47.png | 47.png | 47.png | 47.jpeg | 47.png | 47.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-GMC-Sierra-3500-problems-complaints-lemon-400x234.png | 02/25/2021 08:29:48 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-411**
**Effective Date of Registration:**
April 28, 2017

## Title

**Title of Work:** VIF11988 2018 Audi S5 3.0 TFSI Premium Plus Florett Silver Metallic/Navigation Package/S Sport Package/Fine Nappa Leather Interior/Bang & Olufsen Sound System With 3D Sound/19 in. Wheel Package/Carbon Atlas Inlays 2 Door coupe (123 photographs and 27 audio-visual works in a single unit of publication)

**Content Title:** 11988_cc0640_001_0E.jpg; 11988_cc0640_001_2D.jpg; 11988_cc0640_001_2Y.jpg; 11988_cc0640_001_6Y.jpg; 11988_cc0640_001_A2.jpg; 11988_cc0640_001_L5.jpg; 11988_cc0640_001_Q6.jpg; 11988_cc0640_001_T9.jpg; 11988_cc0640_001_Y1.jpg; 11988_cc0640_014_0E.jpg; 11988_cc0640_014_2D.jpg; 11988_cc0640_014_2Y.jpg; 11988_cc0640_014_6Y.jpg

11988_cc0640_014_A2.jpg; 11988_cc0640_014_L5.jpg; 11988_cc0640_014_Q6.jpg; 11988_cc0640_014_T9.jpg; 11988_cc0640_014_Y1.jpg; 11988_cc0640_032_0E.jpg; 11988_cc0640_032_2D.jpg; 11988_cc0640_032_2Y.jpg; 11988_cc0640_032_6Y.jpg; 11988_cc0640_032_A2.jpg; 11988_cc0640_032_L5.jpg; 11988_cc0640_032_Q6.jpg; 11988_cc0640_032_T9.jpg

11988_cc0640_032_Y1.jpg; 11988_cx036_480.mov; 11988_hdspin_mp4-0320.mp4; 11988_inzm_480.mov; 11988_S24_001_mp4-0320.mp4; 11988_S57_001_mp4-0320.mp4; 11988_S58_001_mp4-0320.mp4; 11988_S59_001_mp4-0320.mp4; 11988_S60_001_mp4-0320.mp4; 11988_S61_001_mp4-0320.mp4; 11988_S62_001_mp4-0320.mp4; 11988_S63_001_mp4-0320.mp4

11988_S64_001_mp4-0320.mp4; 11988_S65_001_mp4-0320.mp4; 11988_S66_001_mp4-0320.mp4; 11988_S67_001_mp4-0320.mp4; 11988_S68_001_mp4-0320.mp4; 11988_S69_001_mp4-0320.mp4; 11988_S70_001_mp4-0320.mp4; 11988_S71_001_mp4-0320.mp4; 11988_S72_001_mp4-0320.mp4; 11988_S75_001_mp4-0320.mp4; 11988_S76_001_mp4-0320.mp4

11988_S77_001_mp4-0320.mp4; 11988_S78_001_mp4-0320.mp4; 11988_S80_001_mp4-0320.mp4; 11988_S81_001_mp4-0320.mp4; 11988_S82_001_mp4-0320.mp4; 11988_sl0640_abs_001.jpg; 11988_sl0640_rea_001.jpg; 11988_sp0640_001.jpg; 11988_sp0640_002.jpg; 11988_sp0640_003.jpg; 11988_sp0640_004.jpg; 11988_sp0640_005.jpg; 11988_sp0640_006.jpg

11988_sp0640_007.jpg; 11988_sp0640_008.jpg; 11988_sp0640_009.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Audi-S5-problems-complaints-lemon-400x276.png




11988_sp0640_032.jpg

**Project: Lemberglaw Item #245939.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Audi S5 Cabriolet | https://www.lemberglaw.com/2018-audi-s5-problems-complaints-lemon/ | | 25.png | 25.png | 25.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Audi-S5-problems-complaints-lemon-400x276.png | 02/25/2021 08:19:33 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-418**
**Effective Date of Registration:**
April 12, 2017

## Title

**Title of Work:** VIF11883 2017 Alfa Romeo Giulia Quadrifoglio Driver Assistance Dynamic Package/19 in. Dark Tecnico Wheels/Montecarlo Blue Metallic 4 Door sedan (137 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 11883_cc0640_001_PAD.jpg; 11883_cc0640_001_PAH.jpg; 11883_cc0640_001_PBS.jpg; 11883_cc0640_001_PCX.jpg; 11883_cc0640_001_PD3.jpg; 11883_cc0640_001_PG1.jpg; 11883_cc0640_001_PNM.jpg; 11883_cc0640_001_PR9.jpg; 11883_cc0640_001_PRR.jpg; 11883_cc0640_001_PRZ.jpg; 11883_cc0640_001_PWP.jpg; 11883_cc0640_001_PXL.jpg

11883_cc0640_001_PXN.jpg; 11883_cc0640_014_PAD.jpg; 11883_cc0640_014_PAH.jpg; 11883_cc0640_014_PBS.jpg; 11883_cc0640_014_PCX.jpg; 11883_cc0640_014_PD3.jpg; 11883_cc0640_014_PG1.jpg; 11883_cc0640_014_PNM.jpg; 11883_cc0640_014_PR9.jpg; 11883_cc0640_014_PRR.jpg; 11883_cc0640_014_PRZ.jpg; 11883_cc0640_014_PWP.jpg

11883_cc0640_014_PXL.jpg; 11883_cc0640_014_PXN.jpg; 11883_cc0640_032_PAD.jpg; 11883_cc0640_032_PAH.jpg; 11883_cc0640_032_PBS.jpg; 11883_cc0640_032_PCX.jpg; 11883_cc0640_032_PD3.jpg; 11883_cc0640_032_PG1.jpg; 11883_cc0640_032_PNM.jpg; 11883_cc0640_032_PR9.jpg; 11883_cc0640_032_PRR.jpg; 11883_cc0640_032_PRZ.jpg

11883_cc0640_032_PWP.jpg; 11883_cc0640_032_PXL.jpg; 11883_cc0640_032_PXN.jpg; 11883_ex036_480.mov; 11883_hdspin_mp4-0320.mp4; 11883_inzm_480.mov; 11883_S24_001_mp4-0320.mp4; 11883_S57_001_mp4-0320.mp4; 11883_S58_001_mp4-0320.mp4; 11883_S59_001_mp4-0320.mp4; 11883_S60_001_mp4-0320.mp4; 11883_S61_001_mp4-0320.mp4

11883_S62_001_mp4-0320.mp4; 11883_S63_001_mp4-0320.mp4; 11883_S64_001_mp4-0320.mp4; 11883_S65_001_mp4-0320.mp4; 11883_S66_001_mp4-0320.mp4; 11883_S68_001_mp4-0320.mp4; 11883_S69_001_mp4-0320.mp4; 11883_S70_001_mp4-0320.mp4; 11883_S71_001_mp4-0320.mp4; 11883_S72_001_mp4-0320.mp4; 11883_S75_001_mp4-0320.mp4

11883_S76_001_mp4-0320.mp4; 11883_S77_001_mp4-0320.mp4; 11883_S78_001_mp4-0320.mp4; 11883_S80_001_mp4-0320.mp4; 11883_S81_001_mp4-0320.mp4; 11883_S82_001_mp4-0320.mp4; 11883_sl0640_abs_001.jpg; 11883_sl0640_rea_001.jpg; 11883_sp0640_001.jpg; 11883_sp0640_002.jpg; 11883_sp0640_003.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Alfa-Romeo-Giulia-problems-complaints-lemon-400x282.png




11883_st0640_089.jpg

**Project: Lemberglaw Item #245934.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | BMW M Coupe | https://www.lemberglaw.com/2018-alfa-romeo-giulia-problems-complaints-lemon/ | 20.png | 20.png | 20.png | 20.jpeg | 20.png | 20.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Alfa-Romeo-Giulia-problems-complaints-lemon-400x282.png | 02/25/2021 08:17:21 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-055-427**

**Effective Date of Registration:**
May 05, 2017

## Title

**Title of Work:** VIF11901 2017 GMC Sierra 2500HD SLT 2500HD SLT Gas Premium Plus Package/Quicksilver Metallic/Off-Road Suspension Package/18 in. All-Terrain Blackwall Tires/Camper-5TH Wheel Trailer Wiring Provisions ext cab 4 Door pickup (140 photographs and 24 audio visual works in a single unit of publication)

**Content Title:** 11901_cc0640_001_9V5.jpg; 11901_cc0640_001_9V9.jpg; 11901_cc0640_001_9W3.jpg; 11901_cc0640_001_9W4.jpg; 11901_cc0640_001_G1E.jpg; 11901_cc0640_001_G1K.jpg; 11901_cc0640_001_G7C.jpg; 11901_cc0640_001_G7T.jpg; 11901_cc0640_001_GAN.jpg; 11901_cc0640_001_GAZ.jpg; 11901_cc0640_001_GBA.jpg; 11901_cc0640_001_GJB.jpg

11901_cc0640_001_GMU.jpg; 11901_cc0640_001_GPA.jpg; 11901_cc0640_014_9V5.jpg; 11901_cc0640_014_9V9.jpg; 11901_cc0640_014_9W3.jpg; 11901_cc0640_014_9W4.jpg; 11901_cc0640_014_G1E.jpg; 11901_cc0640_014_G1K.jpg; 11901_cc0640_014_G7C.jpg; 11901_cc0640_014_G7T.jpg; 11901_cc0640_014_GAN.jpg; 11901_cc0640_014_GAZ.jpg

11901_cc0640_014_GBA.jpg; 11901_cc0640_014_GJB.jpg; 11901_cc0640_014_GMU.jpg; 11901_cc0640_014_GPA.jpg; 11901_cc0640_032_9V5.jpg; 11901_cc0640_032_9V9.jpg; 11901_cc0640_032_9W3.jpg; 11901_cc0640_032_9W4.jpg; 11901_cc0640_032_G1E.jpg; 11901_cc0640_032_G1K.jpg; 11901_cc0640_032_G7C.jpg; 11901_cc0640_032_G7T.jpg

11901_cc0640_032_GAN.jpg; 11901_cc0640_032_GAZ.jpg; 11901_cc0640_032_GBA.jpg; 11901_cc0640_032_GJB.jpg; 11901_cc0640_032_GMU.jpg; 11901_cc0640_032_GPA.jpg; 11901_ex036_480.mov; 11901_fcspin_mp4-0320.mp4; 11901_inznr_480.mov; 11901_S24_001_mp4-0320.mp4; 11901_S57_001_mp4-0320.mp4; 11901_S58_001_mp4-0320.mp4

11901_S59_001_mp4-0320.mp4; 11901_S61_001_mp4-0320.mp4; 11901_S62_001_mp4-0320.mp4; 11901_S63_001_mp4-0320.mp4; 11901_S64_001_mp4-0320.mp4; 11901_S65_001_mp4-0320.mp4; 11901_S66_001_mp4-0320.mp4; 11901_S68_001_mp4-0320.mp4; 11901_S69_001_mp4-0320.mp4; 11901_S70_001_mp4-0320.mp4; 11901_S71_001_mp4-0320.mp4

11901_S75_001_mp4-0320.mp4; 11901_S76_001_mp4-0320.mp4; 11901_S77_001_mp4-0320.mp4; 11901_S78_001_mp4-0320.mp4; 11901_S80_001_mp4-0320.mp4; 11901_S81_001_mp4-0320.mp4;




https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-GMC-Sierra-2500-problems-complaints-lemon-400x245.png




11901_st0640_089.jpg

**Project: Lemberglaw Item #245960.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | GMC Sierra 3500HD | https://www.lemberglaw.com/2018-gmc-sierra-2500-problems-complaints-lemon/ | 46.png | 46.png | 46.png | 46.jpeg | 46.png | 46.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-GMC-Sierra-2500-problems-complaints-lemon-400x245.png | 02/25/2021 08:29:20 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-438**
**Effective Date of Registration:**
February 27, 2017

## Title

**Title of Work:** VIF11836 2017 Maserati Levante Upgraded Upholstery Gr.A Leather 4 Door SUV (146 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 11836_cc0640_001_216.jpg; 11836_cc0640_001_268.jpg; 11836_cc0640_001_406.jpg; 11836_cc0640_001_426.jpg; 11836_cc0640_001_513.jpg; 11836_cc0640_001_571.jpg; 11836_cc0640_001_672.jpg; 11836_cc0640_001_815.jpg; 11836_cc0640_001_817.jpg; 11836_cc0640_001_820.jpg; 11836_cc0640_001_EVOX01.jpg; 11836_cc0640_001_EVOX02.jpg

11836_cc0640_001_EVOX03.jpg; 11836_cc0640_014_216.jpg; 11836_cc0640_014_268.jpg; 11836_cc0640_014_406.jpg; 11836_cc0640_014_426.jpg; 11836_cc0640_014_513.jpg; 11836_cc0640_014_571.jpg; 11836_cc0640_014_672.jpg; 11836_cc0640_014_815.jpg; 11836_cc0640_014_817.jpg; 11836_cc0640_014_820.jpg; 11836_cc0640_014_EVOX01.jpg

11836_cc0640_014_EVOX02.jpg; 11836_cc0640_014_EVOX03.jpg; 11836_cc0640_032_216.jpg; 11836_cc0640_032_268.jpg; 11836_cc0640_032_406.jpg; 11836_cc0640_032_426.jpg; 11836_cc0640_032_513.jpg; 11836_cc0640_032_571.jpg; 11836_cc0640_032_672.jpg; 11836_cc0640_032_815.jpg; 11836_cc0640_032_817.jpg; 11836_cc0640_032_820.jpg

11836_cc0640_032_EVOX01.jpg; 11836_cc0640_032_EVOX02.jpg; 11836_cc0640_032_EVOX03.jpg; 11836_exll36_480.mov; 11836_hdspin_mp4-0320.mp4; 11836_inzm_480.mov; 11836_S74_001_mp4-0320.mp4; 11836_S57_001_mp4-0320.mp4; 11836_S58_001_mp4-0320.mp4; 11836_S59_001_mp4-0320.mp4; 11836_S60_001_mp4-0320.mp4; 11836_S61_001_mp4-0320.mp4

11836_S62_001_mp4-0320.mp4; 11836_S63_001_mp4-0320.mp4; 11836_S64_001_mp4-0320.mp4; 11836_S65_001_mp4-0320.mp4; 11836_S66_001_mp4-0320.mp4; 11836_S68_001_mp4-0320.mp4; 11836_S69_001_mp4-0320.mp4; 11836_S70_001_mp4-0320.mp4; 11836_S71_001_mp4-0320.mp4; 11836_S72_001_mp4-0320.mp4; 11836_S75_001_mp4-0320.mp4

11836_S76_001_mp4-0320.mp4; 11836_S77_001_mp4-0320.mp4; 11836_S78_001_mp4-0320.mp4; 11836_S80_001_mp4-0320.mp4; 11836_S81_001_mp4-0320.mp4; 11836_S82_001_mp4-0320.mp4; 11836_sl0640_abs_001.jpg; 11836_sl0640_rea_001.jpg; 11836_sp0640_001.jpg; 11836_sp0640_002.jpg; 11836_sp0640_003.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Maserati-Levante-problems-complaints-lemon.png




11836_cc0640_032_268.jpg

**Project: Lemberglaw Item #245974.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Maserati Levante | https://www.lemberglaw.com/2018-maserati-levante-problems-complaints-lemon/ | 60.png | 60.png | 60.png | 60.jpeg | 60.png | 60.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Maserati-Levante-problems-complaints-lemon.png | 02/25/2021 08:35:49 |










https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Maserati-Levante-problems-complaints-lemon-400x239.png




11836_sp0640_032.jpg

**Project: Lemberglaw Item #246067.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2018-maserati-levante-problems-complaints-lemon/ | | 153.png | 153.png | 153.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Maserati-Levante-problems-complaints-lemon-400x239.png | 02/25/2021 09:19:24 |






| VA 2-055-440 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Subaru-WRX-problems-complaints-lemon-400x187.png | 11834_sp0640_024.jpg |
| **VA 2-055-460** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/01/2017-Chevrolet-Chevy-Bolt-problems-complaints-lemon-400x282.png | 11816_st0640_089.jpg |
| **VA 2-063-067** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2019-Alfa-Romeo-Stelvio-problems-complaints-issues-lemon.png | 12164_st0640_046.jpg |
| **VA 2-063-629** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/11/2018-Toyota-Avalon-problems-complaints-issues-lemon-400x212.png | 12139_st0640_089.jpg |
| **VA 2-063-699** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-GMC-Terrain-problems-complaints-lemon.png | 12178_st0640_046.jpg |
| **VA 2-064-727** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Volvo-XC60-problems-complaints-lemon.png | 12191_st0640_046.jpg |
| **VA 2-065-003** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Genesis-G80-problems-complaints-lemon-400x239.png | 12037_cc0640_032_N5M.jp |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Genesis-G80-problems-complaints-lemon.png | 12037_cc0640_032_V6S.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-055-440**
**Effective Date of Registration:**
February 27, 2017

## Title

**Title of Work:** VIF11834 2018 Subaru WRX STI Limited 4 Door sedan (123 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 11834_cc0640_001_61K.jpg; 11834_cc0640_001_D4S.jpg; 11834_cc0640_001_G1U.jpg, 11834_cc0640_001_K1X.jpg; 11834_cc0640_001_K3X.jpg; 11834_cc0640_001_K7X.jpg; 11834_cc0640_001_M7Y.jpg; 11834_cc0640_014_61K.jpg; 11834_cc0640_014_D4S.jpg; 11834_cc0640_014_G1U.jpg; 11834_cc0640_014_K1X.jpg; 11834_cc0640_014_K3X.jpg

11834_cc0640_014_K7X.jpg; 11834_cc0640_014_M7Y.jpg; 11834_cc0640_032_61K.jpg; 11834_cc0640_032_D4S.jpg; 11834_cc0640_032_G1U.jpg; 11834_cc0640_032_K1X.jpg; 11834_cc0640_032_K3X.jpg; 11834_cc0640_032_K7X.jpg; 11834_cc0640_032_M7Y.jpg; 11834_ex036_480.mov; 11834_hdspin_mp4-0320.mp4; 11834_inzm_480.mov

11834_S74_001_mp4-0320.mp4; 11834_S57_001_mp4-0320.mp4; 11834_S58_001_mp4-0320.mp4; 11834_S59_001_mp4-0320.mp4; 11834_S60_001_mp4-0320.mp4; 11834_S61_001_mp4-0320.mp4; 11834_S62_001_mp4-0320.mp4; 11834_S63_001_mp4-0320.mp4; 11834_S64_001_mp4-0320.mp4; 11834_S65_001_mp4-0320.mp4; 11834_S66_001_mp4-0320.mp4

11834_S67_001_mp4-0320.mp4; 11834_S68_001_mp4-0320.mp4; 11834_S69_001_mp4-0320.mp4; 11834_S70_001_mp4-0320.mp4; 11834_S71_001_mp4-0320.mp4; 11834_S72_001_mp4-0320.mp4; 11834_S75_001_mp4-0320.mp4; 11834_S76_001_mp4-0320.mp4; 11834_S77_001_mp4-0320.mp4; 11834_S78_001_mp4-0320.mp4; 11834_S80_001_mp4-0320.mp4

11834_S81_001_mp4-0320.mp4; 11834_S82_001_mp4-0320.mp4; 11834_sl0640_abs_001.jpg; 11834_sl0640_rea_001.jpg; 11834_sp0640_001.jpg; 11834_sp0640_002.jpg; 11834_sp0640_003.jpg; 11834_sp0640_004.jpg; 11834_sp0640_005.jpg; 11834_sp0640_006.jpg; 11834_sp0640_007.jpg; 11834_sp0640_008.jpg, 11834_sp0640_009.jpg; 11834_sp0640_010.jpg

11834_sp0640_011.jpg; 11834_sp0640_012.jpg; 11834_sp0640_013.jpg; 11834_sp0640_014.jpg; 11834_sp0640_015.jpg; 11834_sp0640_016.jpg; 11834_sp0640_017.jpg; 11834_sp0640_018.jpg; 11834_sp0640_019.jpg; 11834_sp0640_020.jpg; 11834_sp0640_021.jpg; 11834_sp0640_022.jpg; 11834_sp0640_023.jpg; 11834_sp0640_024.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Subaru-WRX-problems-complaints-lemon-400x187.png




11834_sp0640_024.jpg

**Project: Lemberglaw Item #245993.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Subaru Impreza WRX | https://www.lemberglaw.com/2018-subaru-wrx-problems-complaints-lemon/ | 79.png | 79.png | 79.png | 79.jpeg | 79.png | 79.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Subaru-WRX-problems-complaints-lemon-400x187.png | 02/25/2021 08:44:38 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-055-460**

**Effective Date of Registration:**
February 23, 2017

## Title

**Title of Work:** VIF11816 2017 Chevrolet Bolt Ev Premier DC Fast Charging Provisions/Driver Confidence II Package/Infotainment Package, Incl/Orange Burst Metallic 5 Door hatchback (125 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 11816_cc0640_001_G7Q.jpg; 11816_cc0640_001_GAN.jpg; 11816_cc0640_001_GAZ.jpg; 11816_cc0640_001_GB8.jpg; 11816_cc0640_001_GD1.jpg; 11816_cc0640_001_GGB.jpg; 11816_cc0640_001_GGQ.jpg; 11816_cc0640_001_GPJ.jpg; 11816_cc0640_014_G7Q.jpg; 11816_cc0640_014_GAN.jpg; 11816_cc0640_014_GAZ.jpg; 11816_cc0640_014_GB8.jpg

11816_cc0640_014_GD1.jpg; 11816_cc0640_014_GGB.jpg; 11816_cc0640_014_GGQ.jpg; 11816_cc0640_014_GPJ.jpg; 11816_cc0640_032_G7Q.jpg; 11816_cc0640_032_GAN.jpg; 11816_cc0640_032_GAZ.jpg; 11816_cc0640_032_GB8.jpg; 11816_cc0640_032_GD1.jpg; 11816_cc0640_032_GGB.jpg; 11816_cc0640_032_GGQ.jpg; 11816_cc0640_032_GPJ.jpg

11816_ex036_480.mov; 11816_hdspin_mp4-0320.mp4; 11816_inzm_480.mov; 11816_S24_001_mp4-0320.mp4; 11816_S57_001_mp4-0320.mp4; 11816_S58_001_mp4-0320.mp4; 11816_S59_001_mp4-0320.mp4; 11816_S60_001_mp4-0320.mp4; 11816_S61_001_mp4-0320.mp4; 11816_S62_001_mp4-0320.mp4; 11816_S63_001_mp4-0320.mp4; 11816_S64_001_mp4-0320.mp4

11816_S65_001_mp4-0320.mp4; 11816_S66_001_mp4-0320.mp4; 11816_S68_001_mp4-0320.mp4; 11816_S70_001_mp4-0320.mp4; 11816_S71_001_mp4-0320.mp4; 11816_S72_001_mp4-0320.mp4; 11816_S75_001_mp4-0320.mp4; 11816_S76_001_mp4-0320.mp4; 11816_S77_001_mp4-0320.mp4; 11816_S78_001_mp4-0320.mp4; 11816_S80_001_mp4-0320.mp4

11816_S81_001_mp4-0320.mp4; 11816_S82_001_mp4-0320.mp4; 11816_sl0640_abs_001.jpg; 11816_sl0640_rea_001.jpg; 11816_sp0640_001.jpg; 11816_sp0640_002.jpg; 11816_sp0640_003.jpg; 11816_sp0640_004.jpg; 11816_sp0640_005.jpg; 11816_sp0640_006.jpg; 11816_sp0640_007.jpg; 11816_sp0640_008.jpg; 11816_sp0640_009.jpg; 11816_sp0640_010.jpg

11816_sp0640_011.jpg; 11816_sp0640_012.jpg; 11816_sp0640_013.jpg; 11816_sp0640_014.jpg; 11816_sp0640_015.jpg; 11816_sp0640_016.jpg; 11816_sp0640_017.jpg; 11816_sp0640_018.jpg; 11816_sp0640_019.jpg; 11816_sp0640_020.jpg; 11816_sp0640_021.jpg; 11816_sp0640_022.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/01/2017-Chevrolet-Chevy-Bolt-problems-complaints-lemon-400x282.png




11816_st0640_089.jpg

**Project: Lemberglaw Item #245918.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Express 1500 | https://www.lemberglaw.com/2017-chevrolet-bolt-problems-complaints-lemon/ | | 4.png | 4.png | 4.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/01/2017-Chevrolet-Chevy-Bolt-problems-complaints-lemon-400x282.png | 02/25/2021 08:10:20 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-063-067**

**Effective Date of Registration:**
August 17, 2017

## Title

**Title of Work:** VIF12164 2018 Alfa Romeo Stelvio Vesuvio Gray Metallic/AWD-Package 22M/8.8-Inch AM/FM HD Bluetooth Radio/Sirius XM Sat Radio w/ 1-Yr Radio Subscription/19-Inch X 8-Inch Dark 5-Hole Aluminum Wheels/Aluminum Interior Accents 4 Door CUV (134 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12164_cc0640_001_EVOX01.jpg; 12164_cc0640_001_PAD.jpg; 12164_cc0640_001_PAH.jpg; 12164_cc0640_001_PBS.jpg; 12164_cc0640_001_PG1.jpg; 12164_cc0640_001_PNM.jpg; 12164_cc0640_001_PRR.jpg; 12164_cc0640_001_PRZ.jpg; 12164_cc0640_001_PUH.jpg; 12164_cc0640_001_PWP.jpg; 12164_cc0640_001_PXL.jpg; 12164_cc0640_014_EVOX01.jpg

12164_cc0640_014_PAD.jpg; 12164_cc0640_014_PAH.jpg; 12164_cc0640_014_PBS.jpg; 12164_cc0640_014_PG1.jpg; 12164_cc0640_014_PNM.jpg; 12164_cc0640_014_PRR.jpg; 12164_cc0640_014_PRZ.jpg; 12164_cc0640_014_PUH.jpg; 12164_cc0640_014_PWP.jpg; 12164_cc0640_014_PXL.jpg; 12164_cc0640_032_EVOX01.jpg; 12164_cc0640_032_PAD.jpg

12164_cc0640_032_PAH.jpg; 12164_cc0640_032_PBS.jpg; 12164_cc0640_032_PG1.jpg; 12164_cc0640_032_PNM.jpg; 12164_cc0640_032_PRR.jpg; 12164_cc0640_032_PRZ.jpg; 12164_cc0640_032_PUH.jpg; 12164_cc0640_032_PWP.jpg; 12164_cc0640_032_PXL.jpg; 12164_ex036_480.mov; 12164_flyaround02_15_mp4-0320.mp4; 12164_hdspin_mp4-0320.mp4

12164_inzm_480.mov; 12164_S24_001_mp4-0320.mp4; 12164_S57_001_mp4-0320.mp4; 12164_S58_001_mp4-0320.mp4; 12164_S59_001_mp4-0320.mp4; 12164_S60_001_mp4-0320.mp4; 12164_S61_001_mp4-0320.mp4; 12164_S62_001_mp4-0320.mp4; 12164_S63_001_mp4-0320.mp4; 12164_S64_001_mp4-0320.mp4; 12164_S65_001_mp4-0320.mp4; 12164_S66_001_mp4-0320.mp4

12164_S68_001_mp4-0320.mp4; 12164_S70_001_mp4-0320.mp4; 12164_S71_001_mp4-0320.mp4; 12164_S72_001_mp4-0320.mp4; 12164_S75_001_mp4-0320.mp4; 12164_S76_001_mp4-0320.mp4; 12164_S77_001_mp4-0320.mp4; 12164_S78_001_mp4-0320.mp4; 12164_S80_001_mp4-0320.mp4; 12164_S81_001_mp4-0320.mp4; 12164_S82_001_mp4-0320.mp4

12164_sl0640_abs_001.jpg; 12164_sl0640_rea_001.jpg; 12164_sp0640_001.jpg; 12164_sp0640_002.jpg; 12164_sp0640_003.jpg; 12164_sp0640_004.jpg; 12164_sp0640_005.jpg; 12164_sp0640_006.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/10/2019-Alfa-Romeo-Stelvio-problems-complaints-issues-lemon.png




12164_st0640_046.jpg

**Project: Lemberglaw Item #246006.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Alfa Romeo Stelvio | https://www.lemberglaw.com/2019-alfa-romeo-stelvio-problems-complaints-lemon/ | 92.png | 92.png | 92.png | 92.jpeg | 92.png | 92.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/10/2019-Alfa-Romeo-Stelvio-problems-complaints-issues-lemon.png | 02/25/2021 08:50:48 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**VA 2-063-629**
Effective Date of Registration:
August 08, 2017

## Title

**Title of Work:** V1F12139 2018 Toyota Avalon XLE Plus EF. Rear Bumper Applique/CF Carpet/Trunk Mat Set 4 Door sedan (125 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12139_cc0640_001_070.jpg; 12139_cc0640_001_1G3.jpg; 12139_cc0640_001_1H2.jpg; 12139_cc0640_001_1J9.jpg; 12139_cc0640_001_218.jpg; 12139_cc0640_001_3R0.jpg; 12139_cc0640_001_3T0.jpg; 12139_cc0640_001_5B2.jpg; 12139_cc0640_001_8W6.jpg; 12139_cc0640_014_070.jpg; 12139_cc0640_014_1G3.jpg; 12139_cc0640_014_1H2.jpg

12139_cc0640_014_1J9.jpg; 12139_cc0640_014_218.jpg; 12139_cc0640_014_3R0.jpg; 12139_cc0640_014_3T0.jpg; 12139_cc0640_014_5B2.jpg; 12139_cc0640_014_8W6.jpg; 12139_cc0640_032_070.jpg; 12139_cc0640_032_1G3.jpg; 12139_cc0640_032_1H2.jpg; 12139_cc0640_032_1J9.jpg; 12139_cc0640_032_218.jpg; 12139_cc0640_032_3R0.jpg

12139_cc0640_032_3T0.jpg; 12139_cc0640_032_5B2.jpg; 12139_cc0640_032_8W6.jpg; 12139_ex036_480.mov; 12139_hdspin_mp4-0320.mp4; 12139_inzm_480.mov; 12139_S24_001_mp4-0320.mp4; 12139_S57_001_mp4-0320.mp4; 12139_S58_001_mp4-0320.mp4; 12139_S59_001_mp4-0320.mp4; 12139_S60_001_mp4-0320.mp4; 12139_S61_001_mp4-0320.mp4

12139_S62_001_mp4-0320.mp4; 12139_S63_001_mp4-0320.mp4; 12139_S64_001_mp4-0320.mp4; 12139_S65_001_mp4-0320.mp4; 12139_S66_001_mp4-0320.mp4; 12139_S67_001_mp4-0320.mp4; 12139_S68_001_mp4-0320.mp4; 12139_S70_001_mp4-0320.mp4; 12139_S71_001_mp4-0320.mp4; 12139_S72_001_mp4-0320.mp4; 12139_S75_001_mp4-0320.mp4

12139_S76_001_mp4-0320.mp4; 12139_S77_001_mp4-0320.mp4; 12139_S78_001_mp4-0320.mp4; 12139_S80_001_mp4-0320.mp4; 12139_S81_001_mp4-0320.mp4; 12139_S82_001_mp4-0320.mp4; 12139_sl0640_ahs_001.jpg; 12139_sl0640_ma_001.jpg; 12139_sp0640_001.jpg; 12139_sp0640_002.jpg; 12139_sp0640_003.jpg; 12139_sp0640_004.jpg

12139_sp0640_005.jpg; 12139_sp0640_006.jpg; 12139_sp0640_007.jpg; 12139_sp0640_008.jpg; 12139_sp0640_009.jpg; 12139_sp0640_010.jpg; 12139_sp0640_011.jpg; 12139_sp0640_012.jpg; 12139_sp0640_013.jpg; 12139_sp0640_014.jpg; 12139_sp0640_015.jpg; 12139_sp0640_016.jpg; 12139_sp0640_017.jpg; 12139_sp0640_018.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/11/2018-Toyota-Avalon-problems-complaints-issues-lemon-400x212.png




12139_st0640_089.jpg

**Project: Lemberglaw Item #245995.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Camry | https://www.lemberglaw.com/2018-toyota-avalon-problems-complaints-lemon/ | | 81.png | 81.png | 81.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/11/2018-Toyota-Avalon-problems-complaints-issues-lemon-400x212.png | 02/25/2021 08:45:28 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-063-699**
**Effective Date of Registration:**
August 22, 2017

## Title

**Title of Work:** VIP12178 2018 GMC Terrain SLE 2.0L Turbo DOHC 4-Cylinder Engine 4 Door CUV (127 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12178_cc0640_001_G35.jpg; 12178_cc0640_001_G7Q.jpg; 12178_cc0640_001_G8K.jpg; 12178_cc0640_001_G9K.jpg; 12178_cc0640_001_GAN.jpg; 12178_cc0640_001_GAZ.jpg; 12178_cc0640_001_GB8.jpg; 12178_cc0640_001_GJB.jpg; 12178_cc0640_001_GPJ.jpg; 12178_cc0640_014_G35.jpg; 12178_cc0640_014_G7Q.jpg; 12178_cc0640_014_G8K.jpg

12178_cc0640_014_G9K.jpg; 12178_cc0640_014_GAN.jpg; 12178_cc0640_014_GAZ.jpg; 12178_cc0640_014_GB8.jpg; 12178_cc0640_014_GJB.jpg; 12178_cc0640_014_GPJ.jpg; 12178_cc0640_032_G35.jpg; 12178_cc0640_032_G7Q.jpg; 12178_cc0640_032_G8K.jpg; 12178_cc0640_032_G9K.jpg; 12178_cc0640_032_GAN.jpg; 12178_cc0640_032_GAZ.jpg

12178_cc0640_032_GB8.jpg; 12178_cc0640_032_GJB.jpg; 12178_cc0640_032_GPJ.jpg; 12178_ex036_480.mov; 12178_flyaround02_15_mp4-0320.mp4; 12178_fdspin_mp4-0320.mp4; 12178_intm_480.mov; 12178_S24_001_mp4-0320.mp4; 12178_S57_001_mp4-0320.mp4; 12178_S58_001_mp4-0320.mp4; 12178_S59_001_mp4-0320.mp4; 12178_S60_001_mp4-0320.mp4

12178_S61_001_mp4-0320.mp4; 12178_S62_001_mp4-0320.mp4; 12178_S63_001_mp4-0320.mp4; 12178_S64_001_mp4-0320.mp4; 12178_S65_001_mp4-0320.mp4; 12178_S66_001_mp4-0320.mp4; 12178_S68_001_mp4-0320.mp4; 12178_S70_001_mp4-0320.mp4; 12178_S71_001_mp4-0320.mp4; 12178_S72_001_mp4-0320.mp4; 12178_S75_001_mp4-0320.mp4

12178_S76_001_mp4-0320.mp4; 12178_S77_001_mp4-0320.mp4; 12178_S78_001_mp4-0320.mp4; 12178_S80_001_mp4-0320.mp4; 12178_S81_001_mp4-0320.mp4; 12178_S82_001_mp4-0320.mp4; 12178_sl0640_abs_001.jpg; 12178_sl0640_rea_001.jpg; 12178_sp0640_001.jpg; 12178_sp0640_002.jpg; 12178_sp0640_003.jpg; 12178_sp0640_004.jpg

12178_sp0640_005.jpg; 12178_sp0640_006.jpg; 12178_sp0640_007.jpg; 12178_sp0640_008.jpg; 12178_sp0640_009.jpg; 12178_sp0640_010.jpg; 12178_sp0640_011.jpg; 12178_sp0640_012.jpg; 12178_sp0640_013.jpg; 12178_sp0640_014.jpg; 12178_sp0640_015.jpg; 12178_sp0640_016.jpg; 12178_sp0640_017.jpg; 12178_sp0640_018.jpg




https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-GMC-Terrain-problems-complaints-lemon.png




12178_st0640_046.jpg

**Project: Lemberglaw Item #245962.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | GMC Terrain | https://www.lemberglaw.com/2018-gmc-terrain-problems-complaints-lemon/ | 48.png | 48.png | 48.png | 48.jpeg | 48.png | 48.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-GMC-Terrain-problems-complaints-lemon.png | 02/25/2021 08:30:16 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-064-727**

**Effective Date of Registration:**
August 28, 2017

## Title

**Title of Work:** VIF12191 2018 Volvo XC60 T5 Momentum Convenience Package/Vision Package/Linear Lime Deco Inlay With Interior High Level Illumination/Navigation Pro w/ 12.3 in. Full Digital Display/Heated Front Seats & Heated Steering Wheel/Metallic Paint/Load Bars/Protection Package Premier/20 in. Momentum Wheel 4 Door CUV (128 photographs and 28 audio visual works in a single unit of publication)

**Content Title:** 12191_cc0640_001_477.jpg; 12191_cc0640_001_612.jpg; 12191_cc0640_001_614.jpg; 12191_cc0640_001_707.jpg; 12191_cc0640_001_714.jpg; 12191_cc0640_001_717.jpg; 12191_cc0640_001_720.jpg; 12191_cc0640_001_723.jpg; 12191_cc0640_001_724.jpg; 12191_cc0640_014_477.jpg; 12191_cc0640_014_612.jpg; 12191_cc0640_014_614.jpg

12191_cc0640_014_707.jpg; 12191_cc0640_014_714.jpg; 12191_cc0640_014_717.jpg; 12191_cc0640_014_720.jpg; 12191_cc0640_014_723.jpg; 12191_cc0640_014_724.jpg; 12191_cc0640_032_477.jpg; 12191_cc0640_032_612.jpg; 12191_cc0640_032_614.jpg; 12191_cc0640_032_707.jpg; 12191_cc0640_032_714.jpg; 12191_cc0640_032_717.jpg

12191_cc0640_032_720.jpg; 12191_cc0640_032_723.jpg; 12191_cc0640_032_724.jpg; 12191_ex036_480.mov; 12191_flyaround02_15_mp4-0320.mp4; 12191_hdspin_mp4-0320.mp4; 12191_inzm_480.mov; 12191_S24_001_mp4-0320.mp4; 12191_S57_001_mp4-0320.mp4; 12191_S58_001_mp4-0320.mp4; 12191_S59_001_mp4-0320.mp4; 12191_S60_001_mp4-0320.mp4

12191_S61_001_mp4-0320.mp4; 12191_S62_001_mp4-0320.mp4; 12191_S63_001_mp4-0320.mp4; 12191_S64_001_mp4-0320.mp4; 12191_S65_001_mp4-0320.mp4; 12191_S66_001_mp4-0320.mp4; 12191_S67_001_mp4-0320.mp4; 12191_S68_001_mp4-0320.mp4; 12191_S69_001_mp4-0320.mp4; 12191_S70_001_mp4-0320.mp4; 12191_S71_001_mp4-0320.mp4

12191_S72_001_mp4-0320.mp4; 12191_S75_001_mp4-0320.mp4; 12191_S76_001_mp4-0320.mp4; 12191_S77_001_mp4-0320.mp4; 12191_S78_001_mp4-0320.mp4; 12191_S80_001_mp4-0320.mp4; 12191_S81_001_mp4-0320.mp4; 12191_S82_001_mp4-0320.mp4; 12191_sl0640_abs_001.jpg; 12191_sl0640_rca_001.jpg; 12191_sp0640_001.jpg; 12191_sp0640_002.jpg

12191_sp0640_003.jpg; 12191_sp0640_004.jpg; 12191_sp0640_005.jpg; 12191_sp0640_006.jpg; 12191_sp0640_007.jpg; 12191_sp0640_008.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Volvo-XC60-problems-complaints-lemon.png




12191_st0640_046.jpg

**Project: Lemberglaw Item #246004.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Volvo XC60 | https://www.lemberglaw.com/2018-volvo-xc60-problems-complaints-lemon/ | 90.png | 90.png | 90.png | 90.jpeg | 90.png | 90.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Volvo-XC60-problems-complaints-lemon.png | 02/25/2021 08:49:53 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-065-003**
**Effective Date of Registration:**
June 30, 2017

## Title

**Title of Work:** VIF12037 2018 Genesis G80 3.8 RWD Premium Package/First Aid Kit/Mud Guards 4 Door sedan (128 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 12037_cc0640_001_N5M.jpg; 12037_cc0640_001_TR5.jpg; 12037_cc0640_001_V6S.jpg; 12037_cc0640_001_Y6S.jpg; 12037_cc0640_001_YB6.jpg; 12037_cc0640_001_YG6.jpg; 12037_cc0640_001_YN6.jpg; 12037_cc0640_001_YW6.jpg; 12037_cc0640_001_Z5E.jpg; 12037_cc0640_014_N5M.jpg; 12037_cc0640_014_TR5.jpg; 12037_cc0640_014_V6S.jpg

12037_cc0640_014_Y6S.jpg; 12037_cc0640_014_YB6.jpg; 12037_cc0640_014_YG6.jpg; 12037_cc0640_014_YN6.jpg; 12037_cc0640_014_YW6.jpg; 12037_cc0640_014_Z5E.jpg; 12037_cc0640_032_N5M.jpg; 12037_cc0640_032_TR5.jpg; 12037_cc0640_032_V6S.jpg; 12037_cc0640_032_Y6S.jpg; 12037_cc0640_032_YB6.jpg; 12037_cc0640_032_YG6.jpg

12037_cc0640_032_YN6.jpg; 12037_cc0640_032_YW6.jpg; 12037_cc0640_032_Z5E.jpg; 12037_ex036_480.mov; 12037_lulspin_mp4-0320.mp4; 12037_inzm_480.mov; 12037_S24_001_mp4-0320.mp4; 12037_S57_001_mp4-0320.mp4; 12037_S58_001_mp4-0320.mp4; 12037_S59_001_mp4-0320.mp4; 12037_S60_001_mp4-0320.mp4; 12037_S61_001_mp4-0320.mp4

12037_S62_001_mp4-0320.mp4, 12037_S63_001_mp4-0320.mp4; 12037_S64_001_mp4-0320.mp4, 12037_S65_001_mp4-0320.mp4; 12037_S66_001_mp4-0320.mp4; 12037_S67_001_mp4-0320.mp4; 12037_S68_001_mp4-0320.mp4, 12037_S69_001_mp4-0320.mp4; 12037_S70_001_mp4-0320.mp4; 12037_S71_001_mp4-0320.mp4; 12037_S72_001_mp4-0320.mp4

12037_S75_001_mp4-0320.mp4; 12037_S76_001_mp4-0320.mp4; 12037_S77_001_mp4-0320.mp4; 12037_S78_001_mp4-0320.mp4; 12037_S80_001_mp4-0320.mp4; 12037_S81_001_mp4-0320.mp4; 12037_S82_001_mp4-0320.mp4; 12037_sl0640_abs_001.jpg; 12037_sl0640_ren_001.jpg; 12037_sp0640_001.jpg; 12037_sp0640_002.jpg; 12037_sp0640_003.jpg

12037_sp0640_004.jpg; 12037_sp0640_005.jpg; 12037_sp0640_006.jpg; 12037_sp0640_007.jpg; 12037_sp0640_008.jpg; 12037_sp0640_009.jpg; 12037_sp0640_010.jpg; 12037_sp0640_011.jpg; 12037_sp0640_012.jpg; 12037_sp0640_013.jpg; 12037_sp0640_014.jpg; 12037_sp0640_015.jpg; 12037_sp0640_016.jpg; 12037_sp0640_017.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Genesis-G80-problems-complaints-lemon-400x239.png




12037_cc0640_032_N5M.jpg

**Project: Lemberglaw Item #245957.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Genesis G80 | https://www.lemberglaw.com/2018-genesis-g80-problems-complaints-lemon/ | 43.png | 43.png | 43.png | 43.jpeg | 43.png | 43.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Genesis-G80-problems-complaints-lemon-400x239.png | 02/25/2021 08:27:55 |










https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Genesis-G80-problems-complaints-lemon.png




12037_cc0640_032_V6S.jpg

**Project: Lemberglaw Item #245958.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Hyundai Genesis | https://www.lemberglaw.com/2018-genesis-g80-problems-complaints-lemon/ | 44.png | 44.png | 44.png | 44.jpeg | 44.png | 44.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Genesis-G80-problems-complaints-lemon.png | 02/25/2021 08:28:23 |








| VA 2-065-012 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Chrysler-Pacifica-problems-complaints-lemon.png | 12019_cc0640_032_PAU.jp |
| **VA 2-065-111** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/12/2018-Land-Rover-Discovery-problems-complaints-lemon.png | 12080_cc0640_032_1BL.jpg |
| **VA 2-065-123** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Honda-Odyssey-problems-complaints-lemon.png | 12090_st0640_046.jpg |
| **VA 2-065-145** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2018/10/2018-Volkswagen-VW-Atlas-problems-complaints-lemon.png | 12056_st0640_046.jpg |
| **VA 2-065-150** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-M4-problems-complaints-lemon-400x200.png | 12051_st0640_159.jpg |
| **VA 2-065-153** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Honda-Odyssey-problems-complaints-lemon.png | 12070_st0640_046.jpg |
| **VA 2-065-155** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Audi-Q3-problems-complaints-lemon-400x230.png | 12046_cc0640_032_L5.jpg |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Audi-Q3-problems-complaints-lemon.png | 12046_cc0640_032_0D.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-065-012**
**Effective Date of Registration:**
June 20, 2017

## Title

**Title of Work:** VIF12019 2017 Chrysler Pacifica Hybrid Platinum Customer Preferred Package 2EC/Tri-Pane Panoramic Sunroof 5 Door minivan (139 photographs and 27 audio visual works in a single unit of publication)VIF12019 2017 Chrysler Pacifica Hybrid Platinum Customer Preferred Package 2EC/Tri-Pane Panoramic Sunroof 5 Door minivan (139 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 12019_cc0640_001_PAU.jpg; 12019_cc0640_001_PBX.jpg; 12019_cc0640_001_PQA.jpg; 12019_cc0640_001_PRV.jpg; 12019_cc0640_001_PSC.jpg; 12019_cc0640_001_PTE.jpg; 12019_cc0640_001_PUV.jpg; 12019_cc0640_001_PW2.jpg; 12019_cc0640_001_PW7.jpg; 12019_cc0640_001_PXR.jpg; 12019_cc0640_014_PAU.jpg; 12019_cc0640_014_PBX.jpg

12019_cc0640_014_PQA.jpg; 12019_cc0640_014_PRV.jpg; 12019_cc0640_014_PSC.jpg; 12019_cc0640_014_PTE.jpg; 12019_cc0640_014_PUV.jpg; 12019_cc0640_014_PW2.jpg; 12019_cc0640_014_PW7.jpg; 12019_cc0640_014_PXR.jpg; 12019_cc0640_032_PAU.jpg; 12019_cc0640_032_PBX.jpg; 12019_cc0640_032_PQA.jpg; 12019_cc0640_032_PRV.jpg

12019_cc0640_032_PSC.jpg; 12019_cc0640_032_PTE.jpg; 12019_cc0640_032_PUV.jpg; 12019_cc0640_032_PW2.jpg; 12019_cc0640_032_PW7.jpg; 12019_cc0640_032_PXR.jpg; 12019_ex036_480.mov; 12019_hdspin_mp4-0320.mp4; 12019_inzm_480.mov; 12019_S24_001_mp4-0320.mp4; 12019_S57_001_mp4-0320.mp4; 12019_S58_001_mp4-0320.mp4

12019_S59_001_mp4-0320.mp4; 12019_S60_001_mp4-0320.mp4; 12019_S61_001_mp4-0320.mp4; 12019_S62_001_mp4-0320.mp4; 12019_S63_001_mp4-0320.mp4; 12019_S65_001_mp4-0320.mp4; 12019_S66_001_mp4-0320.mp4; 12019_S67_001_mp4-0320.mp4; 12019_S68_001_mp4-0320.mp4; 12019_S69_001_mp4-0320.mp4; 12019_S70_001_mp4-0320.mp4

12019_S71_001_mp4-0320.mp4; 12019_S72_001_mp4-0320.mp4; 12019_S74_001_mp4-0320.mp4; 12019_S75_001_mp4-0320.mp4; 12019_S76_001_mp4-0320.mp4; 12019_S77_001_mp4-0320.mp4; 12019_S78_001_mp4-0320.mp4; 12019_S80_001_mp4-0320.mp4; 12019_S81_001_mp4-0320.mp4; 12019_S82_001_mp4-0320.mp4; 12019_sl0640_abs_001.jpg

12019_sl0640_rea_001.jpg; 12019_sp0640_001.jpg; 12019_sp0640_002.jpg; 12019_sp0640_003.jpg; 12019_sp0640_004.jpg; 12019_sp0640_005.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Chrysler-Pacifica-problems-complaints-lemon.png




12019_cc0640_032_PAU.jpg

**Project: Lemberglaw Item #246064.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2020-chrysler-pacifica-problems-complaints-lemon/ | | 150.png | 150.png | 150.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Chrysler-Pacifica-problems-complaints-lemon.png | 02/25/2021 09:18:04 |






# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-065-111**

**Effective Date of Registration:**
July 19, 2017

## Title

**Title of Work:** VIF12080 2017 Land Rover Discovery HSE Luxury Two 12V Power Sockets In Second Row/Ebony Headliner/21 in. 10 Split-Spoke Style 1012/Autonomous Emergency Braking/Rear Seat Entertainment/Indus Silver Metallic Paint 4 Door SUV (158 photographs and 28 audio visual works in a single unit of publication)

**Content Title:** 12080_cc0640_001_1AA.jpg; 12080_cc0640_001_1AB.jpg; 12080_cc0640_001_1AC.jpg; 12080_cc0640_001_1AF.jpg; 12080_cc0640_001_1AG.jpg; 12080_cc0640_001_1AH.jpg; 12080_cc0640_001_1AJ.jpg; 12080_cc0640_001_1AL.jpg; 12080_cc0640_001_1AM.jpg; 12080_cc0640_001_1AP.jpg; 12080_cc0640_001_1AQ.jpg; 12080_cc0640_001_1AR.jpg

12080_cc0640_001_1AT.jpg; 12080_cc0640_001_1AU.jpg; 12080_cc0640_001_1BC.jpg; 12080_cc0640_001_1BF.jpg; 12080_cc0640_001_1BL.jpg; 12080_cc0640_001_1BN.jpg; 12080_cc0640_014_1AA.jpg; 12080_cc0640_014_1AB.jpg; 12080_cc0640_014_1AC.jpg; 12080_cc0640_014_1AF.jpg; 12080_cc0640_014_1AG.jpg; 12080_cc0640_014_1AH.jpg

12080_cc0640_014_1AJ.jpg; 12080_cc0640_014_1AL.jpg; 12080_cc0640_014_1AM.jpg; 12080_cc0640_014_1AP.jpg; 12080_cc0640_014_1AQ.jpg; 12080_cc0640_014_1AR.jpg; 12080_cc0640_014_1AT.jpg; 12080_cc0640_014_1AU.jpg; 12080_cc0640_014_1BC.jpg; 12080_cc0640_014_1BF.jpg; 12080_cc0640_014_1BL.jpg; 12080_cc0640_014_1BN.jpg

12080_cc0640_032_1AA.jpg; 12080_cc0640_032_1AB.jpg; 12080_cc0640_032_1AC.jpg; 12080_cc0640_032_1AF.jpg; 12080_cc0640_032_1AG.jpg; 12080_cc0640_032_1AH.jpg; 12080_cc0640_032_1AJ.jpg; 12080_cc0640_032_1AL.jpg; 12080_cc0640_032_1AM.jpg; 12080_cc0640_032_1AP.jpg; 12080_cc0640_032_1AQ.jpg; 12080_cc0640_032_1AR.jpg

12080_cc0640_032_1AT.jpg; 12080_cc0640_032_1AU.jpg; 12080_cc0640_032_1BC.jpg; 12080_cc0640_032_1BF.jpg; 12080_cc0640_032_1BL.jpg; 12080_cc0640_032_1BN.jpg; 12080_ex036_480.mov; 12080_hdspin_mp4-0320.mp4; 12080_inzm_480.mov; 12080_S24_001_mp4-0320.mp4; 12080_S57_001_mp4-0320.mp4; 12080_S58_001_mp4-0320.mp4

12080_S59_001_mp4-0320.mp4; 12080_S60_001_mp4-0320.mp4; 12080_S61_001_mp4-0320.mp4; 12080_S62_001_mp4-0320.mp4; 12080_S63_001_mp4-0320.mp4; 12080_S64_001_mp4-0320.mp4;




https://www.lemberglaw.com/wp-content/uploads/2019/12/2018-Land-Rover-Discovery-problems-complaints-lemon.png




12080_cc0640_032_1BL.jpg

**Project: Lemberglaw Item #245970.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Land Rover Discovery Series II | https://www.lemberglaw.com/2018-land-rover-discovery-problems-complaints-lemon/ | 56.png | 56.png | 56.png | 56.jpeg | 56.png | 56.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/12/2018-Land-Rover-Discovery-problems-complaints-lemon.png | 02/25/2021 08:34:00 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-065-123**
**Effective Date of Registration:**
July 21, 2017

## Title

**Title of Work:** VIF12090 2018 Honda Odyssey LX 5 Door minivan (135 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 12090_cc0640_001_BK.jpg; 12090_cc0640_001_BR.jpg; 12090_cc0640_001_BS.jpg; 12090_cc0640_001_BX.jpg; 12090_cc0640_001_GN.jpg; 12090_cc0640_001_GO.jpg; 12090_cc0640_001_GY.jpg; 12090_cc0640_001_RE.jpg; 12090_cc0640_001_SI.jpg; 12090_cc0640_001_SX.jpg; 12090_cc0640_001_WA.jpg; 12090_cc0640_001_WB.jpg; 12090_cc0640_014_BK.jpg

12090_cc0640_014_BR.jpg; 12090_cc0640_014_BS.jpg; 12090_cc0640_014_BX.jpg; 12090_cc0640_014_GN.jpg; 12090_cc0640_014_GO.jpg; 12090_cc0640_014_GY.jpg; 12090_cc0640_014_RE.jpg; 12090_cc0640_014_SI.jpg; 12090_cc0640_014_SX.jpg; 12090_cc0640_014_WA.jpg; 12090_cc0640_014_WB.jpg; 12090_cc0640_032_BK.jpg; 12090_cc0640_032_BR.jpg

12090_cc0640_032_BS.jpg; 12090_cc0640_032_BX.jpg; 12090_cc0640_032_GN.jpg; 12090_cc0640_032_GO.jpg; 12090_cc0640_032_GY.jpg; 12090_cc0640_032_RE.jpg; 12090_cc0640_032_SI.jpg; 12090_cc0640_032_SX.jpg; 12090_cc0640_032_WA.jpg; 12090_cc0640_032_WB.jpg; 12090_ex036_480.mov; 12090_hdspin_mp4-0320.mp4; 12090_inzm_480.mov

12090_S24_001_mp4-0320.mp4; 12090_S57_001_mp4-0320.mp4; 12090_S58_001_mp4-0320.mp4; 12090_S59_001_mp4-0320.mp4; 12090_S60_001_mp4-0320.mp4; 12090_S61_001_mp4-0320.mp4; 12090_S62_001_mp4-0320.mp4; 12090_S63_001_mp4-0320.mp4; 12090_S64_001_mp4-0320.mp4; 12090_S65_001_mp4-0320.mp4; 12090_S66_001_mp4-0320.mp4

12090_S68_001_mp4-0320.mp4; 12090_S70_001_mp4-0320.mp4; 12090_S71_001_mp4-0320.mp4; 12090_S72_001_mp4-0320.mp4; 12090_S75_001_mp4-0320.mp4; 12090_S76_001_mp4-0320.mp4; 12090_S77_001_mp4-0320.mp4; 12090_S78_001_mp4-0320.mp4; 12090_S80_001_mp4-0320.mp4; 12090_S81_001_mp4-0320.mp4; 12090_S82_001_mp4-0320.mp4

12090_sl0640_abs_001.jpg; 12090_sl0640_rea_001.jpg; 12090_sp0640_001.jpg; 12090_sp0640_002.jpg; 12090_sp0640_003.jpg; 12090_sp0640_004.jpg; 12090_sp0640_005.jpg; 12090_sp0640_006.jpg; 12090_sp0640_007.jpg; 12090_sp0640_008.jpg; 12090_sp0640_009.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Honda-Odyssey-problems-complaints-lemon.png




12090_st0640_046.jpg

**Project: Lemberglaw Item #245963.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Dodge Journey | https://www.lemberglaw.com/2018-honda-odyssey-problems-complaints-lemon/ | 49.png | 49.png | 49.png | 49.jpeg | 49.png | 49.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Honda-Odyssey-problems-complaints-lemon.png | 02/25/2021 08:30:45 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-065-145**
**Effective Date of Registration:**
July 13, 2017

## Title

**Title of Work:** VII/12056 2018 Volkswagen Atlas SE w/Technology Monster Mats w/ Heavy Duty Trunk Liner & VW CarGo Blocks/Roadside Assistance Kit/Wheel Locks & Dust Caps (4 each) w/ Coded Key 4 Door SUV (151 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 12056_cc0640_001_0N0N.jpg; 12056_cc0640_001_0Q0Q.jpg; 12056_cc0640_001_2R2R.jpg; 12056_cc0640_001_2T2T.jpg; 12056_cc0640_001_6T6T.jpg; 12056_cc0640_001_8E8E.jpg; 12056_cc0640_001_I9I9.jpg; 12056_cc0640_001_P2P2.jpg; 12056_cc0640_014_0N0N.jpg; 12056_cc0640_014_0Q0Q.jpg; 12056_cc0640_014_2R2R.jpg; 12056_cc0640_014_2T2T.jpg

12056_cc0640_014_6T6T.jpg; 12056_cc0640_014_8E8E.jpg; 12056_cc0640_014_I9I9.jpg; 12056_cc0640_014_P2P2.jpg; 12056_cc0640_032_0N0N.jpg; 12056_cc0640_032_0Q0Q.jpg; 12056_cc0640_032_2R2R.jpg; 12056_cc0640_032_2T2T.jpg; 12056_cc0640_032_6T6T.jpg; 12056_cc0640_032_8E8E.jpg; 12056_cc0640_032_I9I9.jpg; 12056_cc0640_032_P2P2.jpg

12056_ex036_480.mov; 12056_adspin_mp4-0320.mp4; 12056_inzm_480.mov; 12056_S24_001_mp4-0320.mp4; 12056_S57_001_mp4-0320.mp4; 12056_S58_001_mp4-0320.mp4; 12056_S59_001_mp4-0320.mp4; 12056_S60_001_mp4-0320.mp4; 12056_S61_001_mp4-0320.mp4; 12056_S62_001_mp4-0320.mp4; 12056_S63_001_mp4-0320.mp4; 12056_S64_001_mp4-0320.mp4

12056_S65_001_mp4-0320.mp4; 12056_S66_001_mp4-0320.mp4; 12056_S68_001_mp4-0320.mp4; 12056_S70_001_mp4-0320.mp4; 12056_S71_001_mp4-0320.mp4; 12056_S72_001_mp4-0320.mp4; 12056_S75_001_mp4-0320.mp4; 12056_S76_001_mp4-0320.mp4; 12056_S77_001_mp4-0320.mp4; 12056_S78_001_mp4-0320.mp4; 12056_S80_001_mp4-0320.mp4

12056_S81_001_mp4-0320.mp4; 12056_S82_001_mp4-0320.mp4; 12056_sl0640_abs_001.jpg; 12056_sl0640_rea_001.jpg; 12056_sp0640_001.jpg; 12056_sp0640_002.jpg; 12056_sp0640_003.jpg; 12056_sp0640_004.jpg; 12056_sp0640_005.jpg; 12056_sp0640_006.jpg; 12056_sp0640_007.jpg; 12056_sp0640_008.jpg; 12056_sp0640_009.jpg; 12056_sp0640_010.jpg

12056_sp0640_011.jpg; 12056_sp0640_012.jpg; 12056_sp0640_013.jpg; 12056_sp0640_014.jpg; 12056_sp0640_015.jpg; 12056_sp0640_016.jpg; 12056_sp0640_017.jpg; 12056_sp0640_018.jpg; 12056_sp0640_019.jpg; 12056_sp0640_020.jpg; 12056_sp0640_021.jpg; 12056_sp0640_022.jpg;



https://www.lemberglaw.com/wp-content/uploads/2018/10/2018-Volkswagen-VW-Atlas-problems-complaints-lemon.png




12056_st0640_046.jpg

**Project: Lemberglaw Item #246002.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Smart Fortwo Electric Drive | https://www.lemberglaw.com/2018-volkswagen-atlas-problems-complaints-lemon/ | 88.png | 88.png | 88.png | 88.jpeg | 88.png | 88.jpeg | https://www.lemberglaw.com/wp-content/uploads/2018/10/2018-Volkswagen-VW-Atlas-problems-complaints-lemon.png | 02/25/2021 08:48:54 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-065-150**
**Effective Date of Registration:**
June 30, 2017

## Title

**Title of Work:** VIF12051 2018 BMW 4-series M4 Yas Marina Blue Metallic/Competition Package/Executive Package/M Competition Package/M Double-Clutch Transmission/Heated Steering Wheel/Active Blind Spot Detection/Active Driving Assistant/Park Distance Control/Apple CarPlay Compatibility/Wireless Charging 2 Door coupe (135 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12051_cc0640_001_300.jpg; 12051_cc0640_001_475.jpg; 12051_cc0640_001_A29.jpg; 12051_cc0640_001_A96.jpg; 12051_cc0640_001_B39.jpg; 12051_cc0640_001_B67.jpg; 12051_cc0640_001_B68.jpg; 12051_cc0640_001_C1H.jpg; 12051_cc0640_001_S34.jpg; 12051_cc0640_001_X08.jpg; 12051_cc0640_001_X10.jpg, 12051_cc0640_001_X12.jpg

12051_cc0640_014_300.jpg; 12051_cc0640_014_475.jpg; 12051_cc0640_014_A29.jpg; 12051_cc0640_014_A96.jpg; 12051_cc0640_014_B39.jpg; 12051_cc0640_014_B67.jpg; 12051_cc0640_014_B68.jpg; 12051_cc0640_014_C1H.jpg; 12051_cc0640_014_S34.jpg; 12051_cc0640_014_X08.jpg; 12051_cc0640_014_X10.jpg; 12051_cc0640_014_X12.jpg

12051_cc0640_032_300.jpg; 12051_cc0640_032_475.jpg; 12051_cc0640_032_A29.jpg; 12051_cc0640_032_A96.jpg; 12051_cc0640_032_B39.jpg; 12051_cc0640_032_B67.jpg; 12051_cc0640_032_B68.jpg; 12051_cc0640_032_C1H.jpg; 12051_cc0640_032_S34.jpg; 12051_cc0640_032_X08.jpg; 12051_cc0640_032_X10.jpg; 12051_cc0640_032_X12.jpg

12051_cc036_480.mov; 12051_hdspin_mp4-0320.mp4; 12051_inzm_480.mov; 12051_S24_001_mp4-0320.mp4; 12051_S57_001_mp4-0320.mp4; 12051_S58_001_mp4-0320.mp4; 12051_S59_001_mp4-0320.mp4; 12051_S60_001_mp4-0320.mp4; 12051_S61_001_mp4-0320.mp4; 12051_S62_001_mp4-0320.mp4; 12051_S63_001_mp4-0320.mp4; 12051_S64_001_mp4-0320.mp4

12051_S65_001_mp4-0320.mp4; 12051_S66_001_mp4-0320.mp4; 12051_S68_001_mp4-0320.mp4; 12051_S69_001_mp4-0320.mp4; 12051_S70_001_mp4-0320.mp4; 12051_S71_001_mp4-0320.mp4; 12051_S72_001_mp4-0320.mp4; 12051_S75_001_mp4-0320.mp4; 12051_S76_001_mp4-0320.mp4; 12051_S77_001_mp4-0320.mp4; 12051_S78_001_mp4-0320.mp4

12051_S80_001_mp4-0320.mp4; 12051_S81_001_mp4-0320.mp4; 12051_S82_001_mp4-0320.mp4; 12051_sl0640_abs_001.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-M4-problems-complaints-lemon-400x200.png




12051_st0640_159.jpg

**Project: Lemberglaw Item #245941.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | BMW M Coupe | https://www.lemberglaw.com/2018-bmw-m4-problems-complaints-lemon/ | 27.png | 27.png | 27.png | 27.jpeg | 27.png | 27.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-M4-problems-complaints-lemon-400x200.png | 02/25/2021 08:20:32 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-065-153**
**Effective Date of Registration:**
July 13, 2017

## Title

**Title of Work:** VIF12070 2018 Honda Odyssey Touring 5 Door minivan (141 photographs and 28 audio visual works in a single unit of publication)

**Content Title:** 12070_cc0640_001_BK.jpg; 12070_cc0640_001_BS.jpg; 12070_cc0640_001_BX.jpg; 12070_cc0640_001_EVOX01.jpg; 12070_cc0640_001_GN.jpg; 12070_cc0640_001_GO.jpg; 12070_cc0640_001_GY.jpg; 12070_cc0640_001_RE.jpg; 12070_cc0640_001_SI.jpg; 12070_cc0640_001_SX.jpg; 12070_cc0640_001_WA.jpg; 12070_cc0640_001_WB.jpg; 12070_cc0640_014_BK.jpg

12070_cc0640_014_BS.jpg; 12070_cc0640_014_BX.jpg; 12070_cc0640_014_EVOX01.jpg; 12070_cc0640_014_GN.jpg; 12070_cc0640_014_GO.jpg; 12070_cc0640_014_GY.jpg; 12070_cc0640_014_RE.jpg; 12070_cc0640_014_SI.jpg; 12070_cc0640_014_SX.jpg; 12070_cc0640_014_WA.jpg; 12070_cc0640_014_WB.jpg; 12070_cc0640_032_BK.jpg; 12070_cc0640_032_BS.jpg

12070_cc0640_032_BX.jpg; 12070_cc0640_032_EVOX01.jpg; 12070_cc0640_032_GN.jpg; 12070_cc0640_032_GO.jpg; 12070_cc0640_032_GY.jpg; 12070_cc0640_032_RE.jpg; 12070_cc0640_032_SI.jpg; 12070_cc0640_032_SX.jpg; 12070_cc0640_032_WA.jpg; 12070_cc0640_032_WB.jpg; 12070_ex036_480.mov; 12070_fxispin_mp4-0320.mp4; 12070_intm_480.mov

12070_S24_001_mp4-0320.mp4; 12070_S57_001_mp4-0320.mp4; 12070_S58_001_mp4-0320.mp4; 12070_S59_001_mp4-0320.mp4; 12070_S60_001_mp4-0320.mp4; 12070_S61_001_mp4-0320.mp4; 12070_S62_001_mp4-0320.mp4; 12070_S63_001_mp4-0320.mp4; 12070_S64_001_mp4-0320.mp4; 12070_S65_001_mp4-0320.mp4; 12070_S66_001_mp4-0320.mp4

12070_S67_001_mp4-0320.mp4; 12070_S68_001_mp4-0320.mp4; 12070_S69_001_mp4-0320.mp4; 12070_S70_001_mp4-0320.mp4; 12070_S71_001_mp4-0320.mp4; 12070_S72_001_mp4-0320.mp4; 12070_S74_001_mp4-0320.mp4; 12070_S75_001_mp4-0320.mp4; 12070_S76_001_mp4-0320.mp4; 12070_S77_001_mp4-0320.mp4; 12070_S78_001_mp4-0320.mp4

12070_S80_001_mp4-0320.mp4; 12070_S81_001_mp4-0320.mp4; 12070_S82_001_mp4-0320.mp4; 12070_sl0640_abs_001.jpg; 12070_sl0640_rea_001.jpg; 12070_sp0640_001.jpg; 12070_sp0640_002.jpg; 12070_sp0640_003.jpg; 12070_sp0640_004.jpg; 12070_sp0640_005.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Honda-Odyssey-problems-complaints-lemon.png




12070_st0640_046.jpg

**Project: Lemberglaw Item #246043.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Honda Odyssey | https://www.lemberglaw.com/2020-honda-odyssey-problems-complaints-lemon/ | 129.png | 129.png | 129.png | 129.jpeg | 129.png | 129.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Honda-Odyssey-problems-complaints-lemon.png | 02/25/2021 09:08:21 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-065-155**
**Effective Date of Registration:**
July 07, 2017

## Title

**Title of Work:** VIP12046 2018 Audi Q3 Premium Plus 2.0 TFSI Daytona Gray Pearl Effect/Premium Plus Package/Audi MMI Navigation Plus Package/Sport Package/Sport Plus Package/HomeLink Garage Door Opener/Audi Guard Wheel Lock Kit/Audi First Aid Kit 4 Door CUV (129 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 12046_cc0640_001_0D.jpg; 12046_cc0640_001_0E.jpg; 12046_cc0640_001_2Y.jpg; 12046_cc0640_001_6Y.jpg; 12046_cc0640_001_A2.jpg; 12046_cc0640_001_B4.jpg; 12046_cc0640_001_D2.jpg; 12046_cc0640_001_L5.jpg; 12046_cc0640_001_N9.jpg; 12046_cc0640_014_0D.jpg; 12046_cc0640_014_0E.jpg; 12046_cc0640_014_2Y.jpg; 12046_cc0640_014_6Y.jpg

12046_cc0640_014_A2.jpg; 12046_cc0640_014_B4.jpg; 12046_cc0640_014_D2.jpg; 12046_cc0640_014_L5.jpg; 12046_cc0640_014_N9.jpg; 12046_cc0640_032_0D.jpg; 12046_cc0640_032_0E.jpg; 12046_cc0640_032_2Y.jpg; 12046_cc0640_032_6Y.jpg; 12046_cc0640_032_A2.jpg; 12046_cc0640_032_B4.jpg; 12046_cc0640_032_D2.jpg; 12046_cc0640_032_L5.jpg

12046_cc0640_032_N9.jpg; 12046_ex036_480.mov; 12046_hdspin_mp4-0320.mp4; 12046_inzm_480.mov; 12046_S24_001_mp4-0320.mp4; 12046_S57_001_mp4-0320.mp4; 12046_S58_001_mp4-0320.mp4; 12046_S59_001_mp4-0320.mp4; 12046_S60_001_mp4-0320.mp4; 12046_S61_001_mp4-0320.mp4; 12046_S62_001_mp4-0320.mp4; 12046_S63_001_mp4-0320.mp4

12046_S64_001_mp4-0320.mp4; 12046_S65_001_mp4-0320.mp4; 12046_S66_001_mp4-0320.mp4; 12046_S67_001_mp4-0320.mp4; 12046_S68_001_mp4-0320.mp4; 12046_S69_001_mp4-0320.mp4; 12046_S70_001_mp4-0320.mp4; 12046_S71_001_mp4-0320.mp4; 12046_S72_001_mp4-0320.mp4; 12046_S75_001_mp4-0320.mp4; 12046_S76_001_mp4-0320.mp4

12046_S77_001_mp4-0320.mp4; 12046_S78_001_mp4-0320.mp4; 12046_S80_001_mp4-0320.mp4; 12046_S81_001_mp4-0320.mp4; 12046_S82_001_mp4-0320.mp4; 12046_sl0640_abs_001.jpg; 12046_sl0640_rea_001.jpg; 12046_sp0640_001.jpg; 12046_sp0640_002.jpg; 12046_sp0640_003.jpg; 12046_sp0640_004.jpg; 12046_sp0640_005.jpg; 12046_sp0640_006.jpg

12046_sp0640_007.jpg; 12046_sp0640_008.jpg; 12046_sp0640_009.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Audi-Q3-problems-complaints-lemon-400x230.png




12046_cc0640_032_L5.jpg

**Project: Lemberglaw Item #245936.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Audi Q5 | https://www.lemberglaw.com/2018-audi-q3-problems-complaints-lemon/ | 22.png | 22.png | 22.png | 22.jpeg | 22.png | 22.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Audi-Q3-problems-complaints-lemon-400x230.png | 02/25/2021 08:18:17 |








Page 1/1



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Audi-Q3-problems-complaints-lemon.png




12046_cc0640_032_0D.jpg

**Project: Lemberglaw Item #245937.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Audi Q3 | https://www.lemberglaw.com/2018-audi-q3-problems-complaints-lemon/ | 23.png | 23.png | 23.png | 23.jpeg | 23.png | 23.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Audi-Q3-problems-complaints-lemon.png | 02/25/2021 08:18:43 |








| VA 2-066-091 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/01/2018-Chevy-Chevrolet-Traverse-problems-complaints-lemon.png | 12193_cc0640_032_G1W.jp |
| **VA 2-066-098** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mazda-CX-3-problems-complaints-lemon.png | 12197_cc0640_032_34K.jpg |
| **VA 2-066-401** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/08/2018-Ford-F-150-problems-complaints-lemon-400x282.png | 12204_st0640_089.jpg |
| **VA 2-066-403** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/11/2018-Kia-Sportage-problems-complaints-lemon.png | 12196_st0640_046.jpg |
| **VA 2-068-350** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Toyota-Corolla-problems-complaints-lemon.png | 12246_st0640_046.jpg |
| **VA 2-068-355** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/12/2018-Dodge-Challenger-problems-complaints-lemon.png | 12232_st0640_089.jpg |
| **VA 2-068-363** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/12/2018-Chrysler-300-problems-complaints-lemon.png | 12223_st0640_089.jpg |

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-066-091**

**Effective Date of Registration:**
September 06, 2017

## Title

**Title of Work:** VIF12193 2018 Chevrolet Traverse LT Cloth Roof Rack Cross Rails/Trailering Equipment/Convenience And Driver Confidence Package 4 Door CUV (134 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 12193_cc0640_001_G1W.jpg; 12193_cc0640_001_G2X.jpg; 12193_cc0640_001_G9K.jpg; 12193_cc0640_001_GAN.jpg; 12193_cc0640_001_GAZ.jpg; 12193_cc0640_001_GB8.jpg; 12193_cc0640_001_GGA.jpg; 12193_cc0640_001_GMU.jpg; 12193_cc0640_001_GPA.jpg; 12193_cc0640_001_GPJ.jpg; 12193_cc0640_014_G1W.jpg; 12193_cc0640_014_G2X.jpg

12193_cc0640_014_G9K.jpg; 12193_cc0640_014_GAN.jpg; 12193_cc0640_014_GAZ.jpg; 12193_cc0640_014_GB8.jpg; 12193_cc0640_014_GGA.jpg; 12193_cc0640_014_GMU.jpg; 12193_cc0640_014_GPA.jpg; 12193_cc0640_014_GPJ.jpg; 12193_cc0640_032_G1W.jpg; 12193_cc0640_032_G2X.jpg; 12193_cc0640_032_G9K.jpg; 12193_cc0640_032_GAN.jpg

12193_cc0640_032_GAZ.jpg; 12193_cc0640_032_GB8.jpg; 12193_cc0640_032_GGA.jpg; 12193_cc0640_032_GMU.jpg; 12193_cc0640_032_GPA.jpg; 12193_cc0640_032_GPJ.jpg; 12193_ex036_480.mov; 12193_flyaround02_15_mp4-0320.mp4; 12193_hdspin_mp4-0320.mp4; 12193_inzm_480.mov; 12193_S24_001_mp4-0320.mp4; 12193_S57_001_mp4-0320.mp4

12193_S58_001_mp4-0320.mp4; 12193_S59_001_mp4-0320.mp4; 12193_S60_001_mp4-0320.mp4; 12193_S61_001_mp4-0320.mp4; 12193_S62_001_mp4-0320.mp4; 12193_S63_001_mp4-0320.mp4; 12193_S64_001_mp4-0320.mp4; 12193_S65_001_mp4-0320.mp4; 12193_S66_001_mp4-0320.mp4; 12193_S68_001_mp4-0320.mp4; 12193_S70_001_mp4-0320.mp4

12193_S71_001_mp4-0320.mp4; 12193_S75_001_mp4-0320.mp4; 12193_S76_001_mp4-0320.mp4; 12193_S77_001_mp4-0320.mp4; 12193_S78_001_mp4-0320.mp4; 12193_S80_001_mp4-0320.mp4; 12193_S81_001_mp4-0320.mp4; 12193_S82_001_mp4-0320.mp4; 12193_sl0640_abs_001.jpg; 12193_sl0640_rea_001.jpg; 12193_sp0640_001.jpg; 12193_sp0640_002.jpg

12193_sp0640_003.jpg; 12193_sp0640_004.jpg; 12193_sp0640_005.jpg; 12193_sp0640_006.jpg; 12193_sp0640_007.jpg; 12193_sp0640_008.jpg; 12193_sp0640_009.jpg; 12193_sp0640_010.jpg; 12193_sp0640_011.jpg; 12193_sp0640_012.jpg; 12193_sp0640_013.jpg; 12193_sp0640_014.jpg; 12193_sp0640_015.jpg; 12193_sp0640_016.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/01/2018-Chevy-Chevrolet-Traverse-problems-complaints-lemon.png




12193_cc0640_032_G1W.jpg

**Project: Lemberglaw Item #245950.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Traverse | https://www.lemberglaw.com/2018-chevrolet-traverse-problems-complaints-lemon/ | 36.png | 36.png | 36.png | 36.jpeg | 36.png | 36.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/01/2018-Chevy-Chevrolet-Traverse-problems-complaints-lemon.png | 02/25/2021 08:24:36 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-066-098**

**Effective Date of Registration:**
September 06, 2017

## Title

**Title of Work:** VIF12197 2018 Mazda CX-3 Grand Touring JCR Soul Red Paint Charge/RCK Roof Rack Side Rails 4 Door CUV (120 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 12197_cc0640_001_34K.jpg; 12197_cc0640_001_41W.jpg; 12197_cc0640_001_42A.jpg; 12197_cc0640_001_42M.jpg; 12197_cc0640_001_42S.jpg; 12197_cc0640_001_44J.jpg; 12197_cc0640_001_46V.jpg; 12197_cc0640_014_34K.jpg; 12197_cc0640_014_41W.jpg; 12197_cc0640_014_42A.jpg; 12197_cc0640_014_42M.jpg; 12197_cc0640_014_42S.jpg

12197_cc0640_014_44J.jpg; 12197_cc0640_014_46V.jpg; 12197_cc0640_032_34K.jpg; 12197_cc0640_032_41W.jpg; 12197_cc0640_032_42A.jpg; 12197_cc0640_032_42M.jpg; 12197_cc0640_032_42S.jpg; 12197_cc0640_032_44J.jpg; 12197_cc0640_032_46V.jpg; 12197_ex036_480.mov; 12197_flyaround02_15_mp4-0320.mp4; 12197_hdspin_mp4-0320.mp4

12197_inzm_480.mov; 12197_S24_001_mp4-0320.mp4; 12197_S57_001_mp4-0320.mp4; 12197_S58_001_mp4-0320.mp4; 12197_S59_001_mp4-0320.mp4; 12197_S60_001_mp4-0320.mp4; 12197_S61_001_mp4-0320.mp4; 12197_S62_001_mp4-0320.mp4; 12197_S63_001_mp4-0320.mp4; 12197_S65_001_mp4-0320.mp4; 12197_S66_001_mp4-0320.mp4; 12197_S67_001_mp4-0320.mp4

12197_S68_001_mp4-0320.mp4; 12197_S69_001_mp4-0320.mp4; 12197_S70_001_mp4-0320.mp4; 12197_S71_001_mp4-0320.mp4; 12197_S72_001_mp4-0320.mp4; 12197_S75_001_mp4-0320.mp4; 12197_S76_001_mp4-0320.mp4; 12197_S77_001_mp4-0320.mp4; 12197_S78_001_mp4-0320.mp4; 12197_S80_001_mp4-0320.mp4; 12197_S81_001_mp4-0320.mp4

12197_S82_001_mp4-0320.mp4; 12197_sl0640_abs_001.jpg; 12197_sl0640_rca_001.jpg; 12197_sp0640_001.jpg; 12197_sp0640_002.jpg; 12197_sp0640_003.jpg; 12197_sp0640_004.jpg; 12197_sp0640_005.jpg; 12197_sp0640_006.jpg; 12197_sp0640_007.jpg; 12197_sp0640_008.jpg; 12197_sp0640_009.jpg; 12197_sp0640_010.jpg; 12197_sp0640_011.jpg

12197_sp0640_012.jpg; 12197_sp0640_013.jpg; 12197_sp0640_014.jpg; 12197_sp0640_015.jpg; 12197_sp0640_016.jpg; 12197_sp0640_017.jpg; 12197_sp0640_018.jpg; 12197_sp0640_019.jpg; 12197_sp0640_020.jpg; 12197_sp0640_021.jpg; 12197_sp0640_022.jpg; 12197_sp0640_023.jpg; 12197_sp0640_024.jpg; 12197_sp0640_025.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mazda-CX-3-problems-complaints-lemon.png




12197_cc0640_032_34K.jpg

**Project: Lemberglaw Item #245976.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mazda CX-3 | https://www.lemberglaw.com/2018-mazda-cx-3-problems-complaints-lemon/ | 62.png | 62.png | 62.png | 62.jpeg | 62.png | 62.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mazda-CX-3-problems-complaints-lemon.png | 02/25/2021 08:36:46 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-066-401**

**Effective Date of Registration:**
September 01, 2017

## Title

**Title of Work:** VIF12204 2018 Ford F-150 XLT Equipment Group 300A/Class IV Trailer Hitch crew cab 4 Door pickup (185 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 12204_cc0640_001_D1.jpg; 12204_cc0640_001_E2-D1.jpg; 12204_cc0640_001_E2.jpg; 12204_cc0640_001_G1-D1.jpg; 12204_cc0640_001_G1-J7.jpg; 12204_cc0640_001_G1.jpg; 12204_cc0640_001_GN-D1.jpg; 12204_cc0640_001_GN.jpg; 12204_cc0640_001_HN-D1.jpg; 12204_cc0640_001_HN-J7.jpg; 12204_cc0640_001_HN.jpg; 12204_cc0640_001_J7.jpg

12204_cc0640_001_JX.jpg; 12204_cc0640_001_N1-D1.jpg; 12204_cc0640_001_N1-J7.jpg; 12204_cc0640_001_N1.jpg; 12204_cc0640_001_N6-J7.jpg; 12204_cc0640_001_N6.jpg; 12204_cc0640_001_PQ-J7.jpg; 12204_cc0640_001_PQ.jpg; 12204_cc0640_001_RR-D1.jpg; 12204_cc0640_001_RR-J7.jpg; 12204_cc0640_001_RR.jpg; 12204_cc0640_001_UG-D1.jpg

12204_cc0640_001_UG.jpg; 12204_cc0640_001_UX-J7.jpg; 12204_cc0640_001_UX.jpg; 12204_cc0640_001_YZ-D1.jpg; 12204_cc0640_001_YZ-J7.jpg; 12204_cc0640_001_YZ.jpg; 12204_cc0640_014_D1.jpg; 12204_cc0640_014_E2-D1.jpg; 12204_cc0640_014_E2.jpg; 12204_cc0640_014_G1-D1.jpg; 12204_cc0640_014_G1-J7.jpg; 12204_cc0640_014_G1.jpg

12204_cc0640_014_GN-D1.jpg; 12204_cc0640_014_GN.jpg; 12204_cc0640_014_HN-D1.jpg; 12204_cc0640_014_HN-J7.jpg; 12204_cc0640_014_HN.jpg; 12204_cc0640_014_J7.jpg; 12204_cc0640_014_JX.jpg; 12204_cc0640_014_N1-D1.jpg; 12204_cc0640_014_N1-J7.jpg; 12204_cc0640_014_N1.jpg; 12204_cc0640_014_N6-J7.jpg; 12204_cc0640_014_N6.jpg

12204_cc0640_014_PQ-J7.jpg; 12204_cc0640_014_PQ.jpg; 12204_cc0640_014_RR-D1.jpg; 12204_cc0640_014_RR-J7.jpg; 12204_cc0640_014_RR.jpg; 12204_cc0640_014_UG-D1.jpg; 12204_cc0640_014_UG.jpg; 12204_cc0640_014_UX-J7.jpg; 12204_cc0640_014_UX.jpg; 12204_cc0640_014_YZ-D1.jpg; 12204_cc0640_014_YZ-J7.jpg; 12204_cc0640_014_YZ.jpg

12204_cc0640_032_D1.jpg; 12204_cc0640_032_E2-D1.jpg; 12204_cc0640_032_E2.jpg; 12204_cc0640_032_G1-D1.jpg; 12204_cc0640_032_G1-J7.jpg; 12204_cc0640_032_G1.jpg; 12204_cc0640_032_GN-D1.jpg; 12204_cc0640_032_GN.jpg; 12204_cc0640_032_HN-D1.jpg; 12204_cc0640_032_HN-J7.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/08/2018-Ford-F-150-problems-complaints-lemon-400x282.png




12204_st0640_089.jpg

**Project: Lemberglaw Item #245955.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Ford Think | https://www.lemberglaw.com/2018-ford-f150-problems-complaints-lemon/ | | 41.png | 41.png | 41.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/08/2018-Ford-F-150-problems-complaints-lemon-400x282.png | 02/25/2021 08:27:03 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-066-403**
**Effective Date of Registration:**
September 01, 2017

## Title

**Title of Work:** VIF12196 2018 Kia Sportage LX LX Popular Package/LX Technology Package/Cargo Mat/Carpeted Floor Mats/Cargo Net/Cargo Cover/Cargo Tray 4 Door CUV (123 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12196_cc0640_001_9P.jpg; 12196_cc0640_001_A3R.jpg; 12196_cc0640_001_BU2.jpg; 12196_cc0640_001_BY2.jpg; 12196_cc0640_001_E6S.jpg; 12196_cc0640_001_KCS.jpg; 12196_cc0640_001_SWP.jpg; 12196_cc0640_001_UD.jpg; 12196_cc0640_014_9P.jpg; 12196_cc0640_014_A3R.jpg; 12196_cc0640_014_BU2.jpg; 12196_cc0640_014_BY2.jpg

12196_cc0640_014_E6S.jpg; 12196_cc0640_014_KCS.jpg; 12196_cc0640_014_SWP.jpg; 12196_cc0640_014_UD.jpg; 12196_cc0640_032_9P.jpg; 12196_cc0640_032_A3R.jpg; 12196_cc0640_032_BU2.jpg; 12196_cc0640_032_BY2.jpg; 12196_cc0640_032_E6S.jpg; 12196_cc0640_032_KCS.jpg; 12196_cc0640_032_SWP.jpg; 12196_cc0640_032_UD.jpg

12196_cx036_480.mov; 12196_flyaround02_15_mp4-0320.mp4; 12196_hdspin_mp4-0320.mp4; 12196_inzm_480.mov; 12196_S24_001_mp4-0320.mp4; 12196_S57_001_mp4-0320.mp4; 12196_S58_001_mp4-0320.mp4; 12196_S59_001_mp4-0320.mp4; 12196_S60_001_mp4-0320.mp4; 12196_S61_001_mp4-0320.mp4; 12196_S62_001_mp4-0320.mp4; 12196_S63_001_mp4-0320.mp4

12196_S64_001_mp4-0320.mp4; 12196_S65_001_mp4-0320.mp4; 12196_S66_001_mp4-0320.mp4; 12196_S68_001_mp4-0320.mp4; 12196_S70_001_mp4-0320.mp4; 12196_S71_001_mp4-0320.mp4; 12196_S72_001_mp4-0320.mp4; 12196_S75_001_mp4-0320.mp4; 12196_S76_001_mp4-0320.mp4; 12196_S77_001_mp4-0320.mp4; 12196_S78_001_mp4-0320.mp4

12196_S80_001_mp4-0320.mp4; 12196_S81_001_mp4-0320.mp4; 12196_S82_001_mp4-0320.mp4; 12196_sl0640_ahs_001.jpg; 12196_sl0640_rca_001.jpg; 12196_sp0640_001.jpg; 12196_sp0640_002.jpg; 12196_sp0640_003.jpg; 12196_sp0640_004.jpg; 12196_sp0640_005.jpg; 12196_sp0640_006.jpg; 12196_sp0640_007.jpg; 12196_sp0640_008.jpg

12196_sp0640_009.jpg; 12196_sp0640_010.jpg; 12196_sp0640_011.jpg; 12196_sp0640_012.jpg; 12196_sp0640_013.jpg; 12196_sp0640_014.jpg; 12196_sp0640_015.jpg; 12196_sp0640_016.jpg; 12196_sp0640_017.jpg; 12196_sp0640_018.jpg; 12196_sp0640_019.jpg; 12196_sp0640_020.jpg; 12196_sp0640_021.jpg; 12196_sp0640_022.jpg




https://www.lemberglaw.com/wp-content/uploads/2019/11/2018-Kia-Sportage-problems-complaints-lemon.png




12196_st0640_046.jpg

**Project: Lemberglaw Item #246060.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2018-kia-sportage-problems-complaints-lemon/ | | 146.png | 146.png | 146.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/11/2018-Kia-Sportage-problems-complaints-lemon.png | 02/25/2021 09:16:08 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-068-350**
**Effective Date of Registration:**
September 21, 2017

## Title

**Title of Work:** VIF12246 2018 Toyota Corolla SE 4 Door sedan (123 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12246_cc0640_001_040.jpg; 12246_cc0640_001_070.jpg; 12246_cc0640_001_1F7.jpg; 12246_cc0640_001_1F9.jpg; 12246_cc0640_001_1G2.jpg; 12246_cc0640_001_209.jpg; 12246_cc0640_001_221.jpg; 12246_cc0640_001_3R3.jpg; 12246_cc0640_001_8W7.jpg; 12246_cc0640_014_040.jpg; 12246_cc0640_014_070.jpg; 12246_cc0640_014_1F7.jpg

12246_cc0640_014_1F9.jpg; 12246_cc0640_014_1G2.jpg; 12246_cc0640_014_209.jpg; 12246_cc0640_014_221.jpg; 12246_cc0640_014_3R3.jpg; 12246_cc0640_014_8W7.jpg; 12246_cc0640_032_040.jpg; 12246_cc0640_032_070.jpg; 12246_cc0640_032_1F7.jpg; 12246_cc0640_032_1F9.jpg; 12246_cc0640_032_1G2.jpg; 12246_cc0640_032_209.jpg

12246_cc0640_032_221.jpg; 12246_cc0640_032_3R3.jpg; 12246_cc0640_032_8W7.jpg; 12246_ex036_480.mov; 12246_flyaround02_15_mp4-0320.mp4; 12246_hdspin_mp4-0320.mp4; 12246_inzm_480.mov; 12246_S24_001_mp4-0320.mp4; 12246_S57_001_mp4-0320.mp4; 12246_S58_001_mp4-0320.mp4; 12246_S59_001_mp4-0320.mp4; 12246_S60_001_mp4-0320.mp4

12246_S61_001_mp4-0320.mp4; 12246_S62_001_mp4-0320.mp4; 12246_S63_001_mp4-0320.mp4; 12246_S64_001_mp4-0320.mp4; 12246_S65_001_mp4-0320.mp4; 12246_S66_001_mp4-0320.mp4; 12246_S68_001_mp4-0320.mp4; 12246_S70_001_mp4-0320.mp4; 12246_S71_001_mp4-0320.mp4; 12246_S72_001_mp4-0320.mp4; 12246_S75_001_mp4-0320.mp4

12246_S76_001_mp4-0320.mp4; 12246_S77_001_mp4-0320.mp4; 12246_S78_001_mp4-0320.mp4; 12246_S80_001_mp4-0320.mp4; 12246_S81_001_mp4-0320.mp4; 12246_S82_001_mp4-0320.mp4; 12246_sl0640_abs_001.jpg; 12246_sl0640_rea_001.jpg; 12246_sp0640_001.jpg; 12246_sp0640_002.jpg; 12246_sp0640_003.jpg; 12246_sp0640_004.jpg

12246_sp0640_005.jpg; 12246_sp0640_006.jpg; 12246_sp0640_007.jpg; 12246_sp0640_008.jpg; 12246_sp0640_009.jpg; 12246_sp0640_010.jpg; 12246_sp0640_011.jpg; 12246_sp0640_012.jpg; 12246_sp0640_013.jpg; 12246_sp0640_014.jpg; 12246_sp0640_015.jpg; 12246_sp0640_016.jpg; 12246_sp0640_017.jpg; 12246_sp0640_018.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Toyota-Corolla-problems-complaints-lemon.png




12246_st0640_046.jpg

**Project: Lemberglaw Item #245997.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Corolla Hatchback | https://www.lemberglaw.com/2018-toyota-corolla-problems-complaints-lemon/ | 83.png | 83.png | 83.png | 83.jpeg | 83.png | 83.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Toyota-Corolla-problems-complaints-lemon.png | 02/25/2021 08:46:18 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-068-355**
**Effective Date of Registration:**
September 20, 2017

## Title

**Title of Work:** VIP12232 2018 Dodge Challenger SXT SXT 3.6L V6 Package 21A/Blacktop Package/Compact Spare Tire 2 Door coupe (143 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12232_cc0640_001_PAR.jpg; 12232_cc0640_001_PAU.jpg; 12232_cc0640_001_PBM.jpg; 12232_cc0640_001_PDN.jpg; 12232_cc0640_001_PFQ.jpg; 12232_cc0640_001_PHG.jpg; 12232_cc0640_001_PQD.jpg; 12232_cc0640_001_PR3.jpg; 12232_cc0640_001_PRV.jpg; 12232_cc0640_001_PRY.jpg; 12232_cc0640_001_PSC.jpg; 12232_cc0640_001_PVP.jpg

12232_cc0640_001_PW7.jpg; 12232_cc0640_001_PX8.jpg; 12232_cc0640_001_PY4.jpg; 12232_cc0640_014_PAR.jpg; 12232_cc0640_014_PAU.jpg; 12232_cc0640_014_PBM.jpg; 12232_cc0640_014_PDN.jpg; 12232_cc0640_014_PFQ.jpg; 12232_cc0640_014_PHG.jpg; 12232_cc0640_014_PQD.jpg; 12232_cc0640_014_PR3.jpg; 12232_cc0640_014_PRV.jpg

12232_cc0640_014_PRY.jpg; 12232_cc0640_014_PSC.jpg; 12232_cc0640_014_PVP.jpg; 12232_cc0640_014_PW7.jpg; 12232_cc0640_014_PX8.jpg; 12232_cc0640_014_PY4.jpg; 12232_cc0640_032_PAR.jpg; 12232_cc0640_032_PAU.jpg; 12232_cc0640_032_PBM.jpg; 12232_cc0640_032_PDN.jpg; 12232_cc0640_032_PFQ.jpg; 12232_cc0640_032_PHG.jpg

12232_cc0640_032_PQD.jpg; 12232_cc0640_032_PR3.jpg; 12232_cc0640_032_PRV.jpg; 12232_cc0640_032_PRY.jpg; 12232_cc0640_032_PSC.jpg; 12232_cc0640_032_PVP.jpg; 12232_cc0640_032_PW7.jpg; 12232_cc0640_032_PX8.jpg; 12232_cc0640_032_PY4.jpg; 12232_cc036_480.mov; 12232_flyaround02_15_mp4-0320.mp4; 12232_hdspin_mp4-0320.mp4

12232_inzm_480.mov; 12232_S24_001_mp4-0320.mp4; 12232_S57_001_mp4-0320.mp4; 12232_S58_001_mp4-0320.mp4; 12232_S59_001_mp4-0320.mp4; 12232_S60_001_mp4-0320.mp4; 12232_S61_001_mp4-0320.mp4; 12232_S62_001_mp4-0320.mp4; 12232_S63_001_mp4-0320.mp4; 12232_S64_001_mp4-0320.mp4; 12232_S65_001_mp4-0320.mp4; 12232_S66_001_mp4-0320.mp4

12232_S68_001_mp4-0320.mp4; 12232_S70_001_mp4-0320.mp4; 12232_S71_001_mp4-0320.mp4; 12232_S72_001_mp4-0320.mp4; 12232_S75_001_mp4-0320.mp4; 12232_S76_001_mp4-0320.mp4; 12232_S77_001_mp4-0320.mp4; 12232_S78_001_mp4-0320.mp4; 12232_S80_001_mp4-0320.mp4; 12232_S81_001_mp4-0320.mp4;



https://www.lemberglaw.com/wp-content/uploads/2019/12/2018-Dodge-Challenger-problems-complaints-lemon.png




12232_st0640_089.jpg

**Project: Lemberglaw Item #245953.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chrysler 200 | https://www.lemberglaw.com/2018-dodge-challenger-problems-complaints-lemon/ | 39.png | 39.png | 39.png | 39.jpeg | 39.png | 39.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/12/2018-Dodge-Challenger-problems-complaints-lemon.png | 02/25/2021 08:26:05 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-068-363**

**Effective Date of Registration:**
September 15, 2017

## Title

**Title of Work:** VIF12223 2018 Chrysler 300 Touring L 300 Touring Package 22P/Value Package: 4 Door sedan (123 photographs and 28 audio visual works in a single unit of publication)

**Content Title:** 12223_cc0640_001_PAR.jpg; 12223_cc0640_001_PAU.jpg; 12223_cc0640_001_PDN.jpg; 12223_cc0640_001_PRV.jpg; 12223_cc0640_001_PSC.jpg; 12223_cc0640_001_PW7.jpg; 12223_cc0640_001_PX8.jpg; 12223_cc0640_014_PAR.jpg; 12223_cc0640_014_PAU.jpg; 12223_cc0640_014_PDN.jpg; 12223_cc0640_014_PRV.jpg; 12223_cc0640_014_PSC.jpg

12223_cc0640_014_PW7.jpg; 12223_cc0640_014_PX8.jpg; 12223_cc0640_032_PAR.jpg; 12223_cc0640_032_PAU.jpg; 12223_cc0640_032_PDN.jpg; 12223_cc0640_032_PRV.jpg; 12223_cc0640_032_PSC.jpg; 12223_cc0640_032_PW7.jpg; 12223_cc0640_032_PX8.jpg; 12223_ex036_480.mov; 12223_flyaround02_15_mp4-0320.mp4; 12223_hdspin_mp4-0320.mp4

12223_inzm_480.mov; 12223_S24_001_mp4-0320.mp4; 12223_S57_001_mp4-0320.mp4; 12223_S58_001_mp4-0320.mp4; 12223_S59_001_mp4-0320.mp4; 12223_S60_001_mp4-0320.mp4; 12223_S61_001_mp4-0320.mp4; 12223_S62_001_mp4-0320.mp4; 12223_S63_001_mp4-0320.mp4; 12223_S64_001_mp4-0320.mp4; 12223_S65_001_mp4-0320.mp4; 12223_S66_001_mp4-0320.mp4

12223_S67_001_mp4-0320.mp4; 12223_S68_001_mp4-0320.mp4; 12223_S69_001_mp4-0320.mp4; 12223_S70_001_mp4-0320.mp4; 12223_S71_001_mp4-0320.mp4; 12223_S72_001_mp4-0320.mp4; 12223_S75_001_mp4-0320.mp4; 12223_S76_001_mp4-0320.mp4; 12223_S77_001_mp4-0320.mp4; 12223_S78_001_mp4-0320.mp4; 12223_S80_001_mp4-0320.mp4

12223_S81_001_mp4-0320.mp4; 12223_S82_001_mp4-0320.mp4; 12223_sl0640_abs_001.jpg; 12223_sl0640_rea_001.jpg; 12223_sp0640_001.jpg; 12223_sp0640_002.jpg; 12223_sp0640_003.jpg; 12223_sp0640_004.jpg; 12223_sp0640_005.jpg; 12223_sp0640_006.jpg; 12223_sp0640_007.jpg; 12223_sp0640_008.jpg; 12223_sp0640_009.jpg; 12223_sp0640_010.jpg

12223_sp0640_011.jpg; 12223_sp0640_012.jpg; 12223_sp0640_013.jpg; 12223_sp0640_014.jpg; 12223_sp0640_015.jpg; 12223_sp0640_016.jpg; 12223_sp0640_017.jpg; 12223_sp0640_018.jpg; 12223_sp0640_019.jpg; 12223_sp0640_020.jpg; 12223_sp0640_021.jpg; 12223_sp0640_022.jpg; 12223_sp0640_023.jpg; 12223_sp0640_024.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/12/2018-Chrysler-300-problems-complaints-lemon.png




12223_st0640_089.jpg

**Project: Lemberglaw Item #245952.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chrysler 300 | https://www.lemberglaw.com/2018-chrysler-300-problems-complaints-lemon/ | 38.png | 38.png | 38.png | 38.jpeg | 38.png | 38.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/12/2018-Chrysler-300-problems-complaints-lemon.png | 02/25/2021 08:25:33 |








| VA 2-069-792 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-M3-problems-complaints-lemon-400x229.png | 12255_cc0640_032_B68.jpg |
| **VA 2-071-828** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mazda-CX-9-problems-complaints-lemon.png | 12291_st0640_046.jpg |
| **VA 2-072-479** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-GMC-Yukon-problems-complaints-issues-lemon-400x257.png | 12280_st0640_046.jpg |
| **VA 2-072-489** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-GMC-Acadia-problems-complaints-lemon-400x282.png | 12294_st0640_089.jpg |
| **VA 2-075-242** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Pathfinder-problems-complaints-lemon.png | 12363_st0640_089.jpg |
| **VA 2-081-812** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-Sienna-problems-complaints-lemon.png | 12512_cc0640_032_1D6.jp |
| **VA 2-082-136** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Volkswagen-VW-Beetle-problems-complaints-lemon-400x276.png | 12552_st0640_046.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-069-792**
**Effective Date of Registration:**
September 28, 2017

## Title

**Title of Work:** VIP12255 2018 BMW 3-series M3 Yas Marina Blue Metallic/Driving Assistance Package/Executive Package/M Double-Clutch Transmission/19 in. Black Wheel 437 M Mix Tire/Apple CarPlay Compatibility/Black Kidney Grilles/M Performance Side Sill Decals/Carbon Fiber Rear Diffuser/LED Door Projector 4 Door sedan (135 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 12255_cc0640_001_300.jpg; 12255_cc0640_001_475.jpg; 12255_cc0640_001_A29.jpg; 12255_cc0640_001_A96.jpg; 12255_cc0640_001_B39.jpg; 12255_cc0640_001_B67.jpg; 12255_cc0640_001_B68.jpg; 12255_cc0640_001_C1H.jpg; 12255_cc0640_001_S34.jpg; 12255_cc0640_001_X08.jpg; 12255_cc0640_001_X10.jpg; 12255_cc0640_001_X12.jpg

12255_cc0640_014_300.jpg; 12255_cc0640_014_475.jpg; 12255_cc0640_014_A29.jpg; 12255_cc0640_014_A96.jpg; 12255_cc0640_014_B39.jpg; 12255_cc0640_014_B67.jpg; 12255_cc0640_014_B68.jpg; 12255_cc0640_014_C1H.jpg; 12255_cc0640_014_S34.jpg; 12255_cc0640_014_X08.jpg; 12255_cc0640_014_X10.jpg; 12255_cc0640_014_X12.jpg

12255_cc0640_032_300.jpg; 12255_cc0640_032_475.jpg; 12255_cc0640_032_A29.jpg; 12255_cc0640_032_A96.jpg; 12255_cc0640_032_B39.jpg; 12255_cc0640_032_B67.jpg; 12255_cc0640_032_B68.jpg; 12255_cc0640_032_C1H.jpg; 12255_cc0640_032_S34.jpg; 12255_cc0640_032_X08.jpg; 12255_cc0640_032_X10.jpg; 12255_cc0640_032_X12.jpg

12255_cx036_480.mov; 12255_flyaround02_15_mp4-0320.mp4; 12255_hdspin_mp4-0320.mp4; 12255_inzm_480.mov; 12255_S21_001_mp4-0320.mp4; 12255_S57_001_mp4-0320.mp4; 12255_S58_001_mp4-0320.mp4; 12255_S59_001_mp4-0320.mp4; 12255_S60_001_mp4-0320.mp4; 12255_S61_001_mp4-0320.mp4; 12255_S62_001_mp4-0320.mp4; 12255_S63_001_mp4-0320.mp4

12255_S64_001_mp4-0320.mp4; 12255_S65_001_mp4-0320.mp4; 12255_S66_001_mp4-0320.mp4; 12255_S68_001_mp4-0320.mp4; 12255_S69_001_mp4-0320.mp4; 12255_S70_001_mp4-0320.mp4; 12255_S71_001_mp4-0320.mp4; 12255_S72_001_mp4-0320.mp4; 12255_S75_001_mp4-0320.mp4; 12255_S76_001_mp4-0320.mp4; 12255_S77_001_mp4-0320.mp4

12255_S78_001_mp4-0320.mp4; 12255_S80_001_mp4-0320.mp4; 12255_S81_001_mp4-0320.mp4; 12255_S82_001_mp4-0320.mp4;



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-M3-problems-complaints-lemon-400x229.png




12255_cc0640_032_B68.jpg

**Project: Lemberglaw Item #245940.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | BMW M Coupe | https://www.lemberglaw.com/2018-bmw-m3-problems-complaints-lemon/ | 26.png | 26.png | 26.png | 26.jpeg | 26.png | 26.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-M3-problems-complaints-lemon-400x229.png | 02/25/2021 08:20:04 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

Registration Number
**VA 2-071-828**
Effective Date of Registration:
October 16, 2017

## Title

**Title of Work:** VIF12291 2018 Mazda CX-9 Grand Touring BTS Front/Rear Bumper Trim/JCG Machine Gray Paint Charge 4 Door CUV (130 photographs and 28 audio visual works in a single unit of publication)

**Content Title:** 12291_cc0640_001_25D.jpg; 12291_cc0640_001_41V.jpg; 12291_cc0640_001_41W.jpg; 12291_cc0640_001_42M.jpg; 12291_cc0640_001_42S.jpg; 12291_cc0640_001_45P.jpg; 12291_cc0640_001_46G.jpg; 12291_cc0640_014_25D.jpg; 12291_cc0640_014_41V.jpg; 12291_cc0640_014_41W.jpg; 12291_cc0640_014_42M.jpg; 12291_cc0640_014_42S.jpg

12291_cc0640_014_45P.jpg; 12291_cc0640_014_46G.jpg; 12291_cc0640_032_25D.jpg; 12291_cc0640_032_41V.jpg; 12291_cc0640_032_41W.jpg; 12291_cc0640_032_42M.jpg; 12291_cc0640_032_42S.jpg; 12291_cc0640_032_45P.jpg; 12291_cc0640_032_46G.jpg; 12291_ex036_480.mov; 12291_flyaround02_15_mp4-0320.mp4; 12291_hdspin_mp4-0320.mp4

12291_S81_001_mp4-0320.mp4; 12291_S82_001_mp4-0320.mp4; 12291_sl0640_abs_001.jpg; 12291_sl0640_rea_001.jpg; 12291_sp0640_001.jpg; 12291_sp0640_002.jpg; 12291_sp0640_003.jpg; 12291_sp0640_004.jpg; 12291_sp0640_005.jpg; 12291_sp0640_006.jpg; 12291_sp0640_007.jpg; 12291_sp0640_008.jpg; 12291_sp0640_009.jpg; 12291_sp0640_010.jpg

12291_inzm_480.mov; 12291_S24_001_mp4-0320.mp4; 12291_S57_001_mp4-0320.mp4; 12291_S58_001_mp4-0320.mp4; 12291_S59_001_mp4-0320.mp4; 12291_S60_001_mp4-0320.mp4; 12291_S61_001_mp4-0320.mp4; 12291_S62_001_mp4-0320.mp4; 12291_S63_001_mp4-0320.mp4; 12291_S64_001_mp4-0320.mp4; 12291_S65_001_mp4-0320.mp4; 12291_S66_001_mp4-0320.mp4

12291_S67_001_mp4-0320.mp4; 12291_S68_001_mp4-0320.mp4; 12291_S69_001_mp4-0320.mp4; 12291_S70_001_mp4-0320.mp4; 12291_S71_001_mp4-0320.mp4; 12291_S72_001_mp4-0320.mp4; 12291_S75_001_mp4-0320.mp4; 12291_S76_001_mp4-0320.mp4; 12291_S77_001_mp4-0320.mp4; 12291_S78_001_mp4-0320.mp4; 12291_S80_001_mp4-0320.mp4

12291_sp0640_011.jpg; 12291_sp0640_012.jpg; 12291_sp0640_013.jpg; 12291_sp0640_014.jpg; 12291_sp0640_015.jpg; 12291_sp0640_016.jpg; 12291_sp0640_017.jpg; 12291_sp0640_018.jpg; 12291_sp0640_019.jpg; 12291_sp0640_020.jpg; 12291_sp0640_021.jpg; 12291_sp0640_022.jpg; 12291_sp0640_023.jpg; 12291_sp0640_024.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mazda-CX-9-problems-complaints-lemon.png




12291_st0640_046.jpg

**Project: Lemberglaw Item #245978.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mazda CX-3 | https://www.lemberglaw.com/2018-mazda-cx-9-problems-complaints-lemon/ | 64.png | 64.png | 64.png | 64.jpeg | 64.png | 64.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mazda-CX-9-problems-complaints-lemon.png | 02/25/2021 08:37:39 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-072-479**
**Effective Date of Registration:**
October 05, 2017

## Title

**Title of Work:** VIP12280 2018 GMC Yukon Denali Denali Ultimate Package/Iridium Metallic/Interior Protection Package 4 Door SUV (134 photographs and 29 audio visual works in a single unit of publication)

**Content Title:** 12280_cc0640_001_G1E.jpg; 12280_cc0640_001_G1M.jpg; 12280_cc0640_001_G1W.jpg; 12280_cc0640_001_G9K.jpg; 12280_cc0640_001_GAN.jpg; 12280_cc0640_001_GAZ.jpg; 12280_cc0640_001_GBA.jpg; 12280_cc0640_001_GJB.jpg; 12280_cc0640_001_GXG.jpg; 12280_cc0640_014_G1E.jpg; 12280_cc0640_014_G1M.jpg; 12280_cc0640_014_G1W.jpg

12280_cc0640_014_G9K.jpg; 12280_cc0640_014_GAN.jpg; 12280_cc0640_014_GAZ.jpg; 12280_cc0640_014_GBA.jpg; 12280_cc0640_014_GJB.jpg; 12280_cc0640_014_GXG.jpg; 12280_cc0640_032_G1E.jpg; 12280_cc0640_032_G1M.jpg; 12280_cc0640_032_G1W.jpg; 12280_cc0640_032_G9K.jpg; 12280_cc0640_032_GAN.jpg; 12280_cc0640_032_GAZ.jpg

12280_cc0640_032_GBA.jpg; 12280_cc0640_032_GJB.jpg; 12280_cc0640_032_GXG.jpg; 12280_ex036_480.mov; 12280_flyaround02_15_mp4-0320.mp4; 12280_hdspin_mp4-0320.mp4; 12280_inzm_480.mov; 12280_S24_001_mp4-0320.mp4; 12280_S57_001_mp4-0320.mp4; 12280_S58_001_mp4-0320.mp4; 12280_S59_001_mp4-0320.mp4; 12280_S60_001_mp4-0320.mp4

12280_S61_001_mp4-0320.mp4; 12280_S62_001_mp4-0320.mp4; 12280_S63_001_mp4-0320.mp4; 12280_S64_001_mp4-0320.mp4; 12280_S65_001_mp4-0320.mp4; 12280_S66_001_mp4-0320.mp4; 12280_S67_001_mp4-0320.mp4; 12280_S68_001_mp4-0320.mp4; 12280_S69_001_mp4-0320.mp4; 12280_S70_001_mp4-0320.mp4; 12280_S71_001_mp4-0320.mp4

12280_S72_001_mp4-0320.mp4; 12280_S74_001_mp4-0320.mp4; 12280_S75_001_mp4-0320.mp4; 12280_S76_001_mp4-0320.mp4; 12280_S77_001_mp4-0320.mp4; 12280_S78_001_mp4-0320.mp4; 12280_S80_001_mp4-0320.mp4; 12280_S81_001_mp4-0320.mp4; 12280_S82_001_mp4-0320.mp4; 12280_sl0640_abs_001.jpg; 12280_sl0640_rea_001.jpg; 12280_sp0640_001.jpg

12280_sp0640_002.jpg; 12280_sp0640_003.jpg; 12280_sp0640_004.jpg; 12280_sp0640_005.jpg; 12280_sp0640_006.jpg; 12280_sp0640_007.jpg; 12280_sp0640_008.jpg; 12280_sp0640_009.jpg; 12280_sp0640_010.jpg; 12280_sp0640_011.jpg; 12280_sp0640_012.jpg; 12280_sp0640_013.jpg; 12280_sp0640_014.jpg; 12280_sp0640_015.jpg




https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-GMC-Yukon-problems-complaints-issues-lemon-400x257.png




12280_st0640_046.jpg

**Project: Lemberglaw Item #246041.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | GMC Acadia | https://www.lemberglaw.com/2020-gmc-yukon-problems-complaints-lemon/ | | 127.png | 127.png | 127.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-GMC-Yukon-problems-complaints-issues-lemon-400x257.png | 02/25/2021 09:07:23 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-072-489**
**Effective Date of Registration:**
October 11, 2017

## Title

**Title of Work:** VIF12294 2018 GMC Acadia SLE 1 Iridium Metallic 4 Door CUV (130 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12294_cc0640_001_G1E.jpg; 12294_cc0640_001_G1W.jpg; 12294_cc0640_001_G35.jpg; 12294_cc0640_001_GAN.jpg; 12294_cc0640_001_GAZ.jpg; 12294_cc0640_001_GB8.jpg; 12294_cc0640_001_GGA.jpg; 12294_cc0640_001_GJB.jpg; 12294_cc0640_001_GXG.jpg; 12294_cc0640_014_G1E.jpg; 12294_cc0640_014_G1W.jpg; 12294_cc0640_014_G35.jpg

12294_cc0640_014_GAN.jpg; 12294_cc0640_014_GAZ.jpg; 12294_cc0640_014_GB8.jpg; 12294_cc0640_014_GGA.jpg; 12294_cc0640_014_GJB.jpg; 12294_cc0640_014_GXG.jpg; 12294_cc0640_032_G1E.jpg; 12294_cc0640_032_G1W.jpg; 12294_cc0640_032_G35.jpg; 12294_cc0640_032_GAN.jpg; 12294_cc0640_032_GAZ.jpg; 12294_cc0640_032_GB8.jpg

12294_cc0640_032_GGA.jpg; 12294_cc0640_032_GJB.jpg; 12294_cc0640_032_GXG.jpg; 12294_ex036_480.mov; 12294_flyaround02_15_mp4-0320.mp4; 12294_hdspin_mp4-0320.mp4; 12294_inzm_480.mov; 12294_S24_001_mp4-0320.mp4; 12294_S57_001_mp4-0320.mp4; 12294_S58_001_mp4-0320.mp4; 12294_S59_001_mp4-0320.mp4; 12294_S60_001_mp4-0320.mp4

12294_S61_001_mp4-0320.mp4; 12294_S62_001_mp4-0320.mp4; 12294_S63_001_mp4-0320.mp4; 12294_S64_001_mp4-0320.mp4; 12294_S65_001_mp4-0320.mp4; 12294_S66_001_mp4-0320.mp4; 12294_S68_001_mp4-0320.mp4; 12294_S70_001_mp4-0320.mp4; 12294_S71_001_mp4-0320.mp4; 12294_S72_001_mp4-0320.mp4; 12294_S75_001_mp4-0320.mp4

12294_S76_001_mp4-0320.mp4; 12294_S77_001_mp4-0320.mp4; 12294_S78_001_mp4-0320.mp4; 12294_S80_001_mp4-0320.mp4; 12294_S81_001_mp4-0320.mp4; 12294_S82_001_mp4-0320.mp4; 12294_si0640_abs_001.jpg; 12294_si0640_rea_001.jpg; 12294_sp0640_001.jpg; 12294_sp0640_002.jpg; 12294_sp0640_003.jpg; 12294_sp0640_004.jpg

12294_sp0640_005.jpg; 12294_sp0640_006.jpg; 12294_sp0640_007.jpg; 12294_sp0640_008.jpg; 12294_sp0640_009.jpg; 12294_sp0640_010.jpg; 12294_sp0640_011.jpg; 12294_sp0640_012.jpg; 12294_sp0640_013.jpg; 12294_sp0640_014.jpg; 12294_sp0640_015.jpg; 12294_sp0640_016.jpg; 12294_sp0640_017.jpg; 12294_sp0640_018.jpg




https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-GMC-Acadia-problems-complaints-lemon-400x282.png




12294_st0640_089.jpg

**Project: Lemberglaw Item #245959.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | GMC Acadia | https://www.lemberglaw.com/2018-gmc-acadia-problems-complaints-lemon/ | | 45.png | 45.png | 45.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-GMC-Acadia-problems-complaints-lemon-400x282.png | 02/25/2021 08:28:47 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-075-242**
**Effective Date of Registration:**
November 15, 2017

## Title

**Title of Work:** VIP12363 2018 Nissan Pathfinder SL Splash Guards/Rear Bumper Protector/Premium Paint/Carpeted Floor Mats/SL Premium Package 4 Door SUV (133 photographs and 28 audio visual works in a single unit of publication)

**Content Title:** 12363_cc0640_001_DAL.jpg; 12363_cc0640_001_G41.jpg; 12363_cc0640_001_K23.jpg; 12363_cc0640_001_KAD.jpg; 12363_cc0640_001_NBL.jpg; 12363_cc0640_001_QAB.jpg; 12363_cc0640_001_QAK.jpg; 12363_cc0640_001_RBY.jpg; 12363_cc0640_014_DAL.jpg; 12363_cc0640_014_G41.jpg; 12363_cc0640_014_K23.jpg; 12363_cc0640_014_KAD.jpg

12363_cc0640_014_NBL.jpg; 12363_cc0640_014_QAB.jpg; 12363_cc0640_014_QAK.jpg; 12363_cc0640_014_RBY.jpg; 12363_cc0640_032_DAL.jpg; 12363_cc0640_032_G41.jpg; 12363_cc0640_032_K23.jpg; 12363_cc0640_032_KAD.jpg; 12363_cc0640_032_NBL.jpg; 12363_cc0640_032_QAB.jpg; 12363_cc0640_032_QAK.jpg; 12363_cc0640_032_RBY.jpg

12363_ex036_480.mov; 12363_flyaround02_15_mp4-0320.mp4; 12363_hdspin_mp4-0320.mp4; 12363_inzm_480.mov; 12363_S24_001_mp4-0320.mp4; 12363_S57_001_mp4-0320.mp4; 12363_S58_001_mp4-0320.mp4; 12363_S59_001_mp4-0320.mp4; 12363_S60_001_mp4-0320.mp4; 12363_S61_001_mp4-0320.mp4; 12363_S62_001_mp4-0320.mp4; 12363_S63_001_mp4-0320.mp4

12363_S64_001_mp4-0320.mp4; 12363_S65_001_mp4-0320.mp4; 12363_S66_001_mp4-0320.mp4; 12363_S67_001_mp4-0320.mp4; 12363_S68_001_mp4-0320.mp4; 12363_S69_001_mp4-0320.mp4; 12363_S70_001_mp4-0320.mp4; 12363_S71_001_mp4-0320.mp4; 12363_S72_001_mp4-0320.mp4; 12363_S75_001_mp4-0320.mp4; 12363_S76_001_mp4-0320.mp4

12363_S77_001_mp4-0320.mp4; 12363_S78_001_mp4-0320.mp4; 12363_S80_001_mp4-0320.mp4; 12363_S81_001_mp4-0320.mp4; 12363_S82_001_mp4-0320.mp4; 12363_sl0640_abs_001.jpg; 12363_sl0640_rea_001.jpg; 12363_sp0640_001.jpg; 12363_sp0640_002.jpg; 12363_sp0640_003.jpg; 12363_sp0640_004.jpg; 12363_sp0640_005.jpg; 12363_sp0640_006.jpg

12363_sp0640_007.jpg; 12363_sp0640_008.jpg; 12363_sp0640_009.jpg; 12363_sp0640_010.jpg; 12363_sp0640_011.jpg; 12363_sp0640_012.jpg; 12363_sp0640_013.jpg; 12363_sp0640_014.jpg; 12363_sp0640_015.jpg; 12363_sp0640_016.jpg; 12363_sp0640_017.jpg; 12363_sp0640_018.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Pathfinder-problems-complaints-lemon.png




12363_st0640_089.jpg

**Project: Lemberglaw Item #245984.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Kicks | https://www.lemberglaw.com/2018-nissan-pathfinder-problems-complaints-lemon/ | 70.png | 70.png | 70.png | 70.jpeg | 70.png | 70.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Pathfinder-problems-complaints-lemon.png | 02/25/2021 08:40:35 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-081-812**

**Effective Date of Registration:**
December 26, 2017

## Title

**Title of Work:** VIF12512 2018 Toyota Sienna LE 5 Door minivan (123 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 12512_cc0640_001_040.jpg; 12512_cc0640_001_070.jpg;
12512_cc0640_001_1D6.jpg; 12512_cc0640_001_1H1.jpg;
12512_cc0640_001_218.jpg; 12512_cc0640_001_3Q3.jpg;
12512_cc0640_001_4W4.jpg; 12512_cc0640_001_6W4.jpg;
12512_cc0640_001_8W6.jpg; 12512_cc0640_014_040.jpg;
12512_cc0640_014_070.jpg; 12512_cc0640_014_1D6.jpg

12512_cc0640_014_1H1.jpg; 12512_cc0640_014_218.jpg;
12512_cc0640_014_3Q3.jpg; 12512_cc0640_014_4W4.jpg;
12512_cc0640_014_6W4.jpg; 12512_cc0640_014_8W6.jpg;
12512_cc0640_032_040.jpg; 12512_cc0640_032_070.jpg;
12512_cc0640_032_1D6.jpg; 12512_cc0640_032_1H1.jpg;
12512_cc0640_032_218.jpg; 12512_cc0640_032_3Q3.jpg

12512_cc0640_032_4W4.jpg; 12512_cc0640_032_6W4.jpg;
12512_cc0640_032_8W6.jpg; 12512_ex036_480.mov;
12512_flyaround02_15_mp4-0320.mp4; 12512_hdspin_mp4-0320.mp4;
12512_inzm_480.mov; 12512_S24_001_mp4-0320.mp4;
12512_S57_001_mp4-0320.mp4; 12512_S58_001_mp4-0320.mp4;
12512_S59_001_mp4-0320.mp4; 12512_S60_001_mp4-0320.mp4

12512_S61_001_mp4-0320.mp4; 12512_S62_001_mp4-0320.mp4;
12512_S63_001_mp4-0320.mp4; 12512_S64_001_mp4-0320.mp4;
12512_S65_001_mp4-0320.mp4; 12512_S66_001_mp4-0320.mp4;
12512_S68_001_mp4-0320.mp4; 12512_S70_001_mp4-0320.mp4;
12512_S71_001_mp4-0320.mp4; 12512_S75_001_mp4-0320.mp4;
12512_S76_001_mp4-0320.mp4

12512_S77_001_mp4-0320.mp4; 12512_S78_001_mp4-0320.mp4;
12512_S80_001_mp4-0320.mp4; 12512_S81_001_mp4-0320.mp4;
12512_S82_001_mp4-0320.mp4; 12512_sl0640_abs_001.jpg;
12512_sl0640_rea_001.jpg; 12512_sp0640_001.jpg; 12512_sp0640_002.jpg;
12512_sp0640_003.jpg; 12512_sp0640_004.jpg; 12512_sp0640_005.jpg;
12512_sp0640_006.jpg

12512_sp0640_007.jpg; 12512_sp0640_008.jpg; 12512_sp0640_009.jpg;
12512_sp0640_010.jpg; 12512_sp0640_011.jpg; 12512_sp0640_012.jpg;
12512_sp0640_013.jpg; 12512_sp0640_014.jpg; 12512_sp0640_015.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-Sienna-problems-complaints-lemon.png




12512_cc0640_032_1D6.jpg

**Project: Lemberglaw Item #246000.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Sienna | https://www.lemberglaw.com/2018-toyota-sienna-problems-complaints-lemon/ | 86.png | 86.png | 86.png | 86.jpeg | 86.png | 86.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-Sienna-problems-complaints-lemon.png | 02/25/2021 08:47:50 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-082-136**
**Effective Date of Registration:**
January 10, 2018

## Title

**Title of Work:** VIF12552 2018 Volkswagen Beetle 2.0T Coast 2 Door coupe (125 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 12552_cc0640_001_0Q0Q.jpg; 12552_cc0640_001_2B2B.jpg; 12552_cc0640_001_2R2R.jpg; 12552_cc0640_001_2T2T.jpg; 12552_cc0640_001_3T3T.jpg; 12552_cc0640_001_8V8V.jpg; 12552_cc0640_001_9U9U.jpg; 12552_cc0640_001_G2G2.jpg; 12552_cc0640_001_K8K8.jpg; 12552_cc0640_001_V9V9.jpg; 12552_cc0640_014_0Q0Q.jpg; 12552_cc0640_014_2B2B.jpg

12552_cc0640_014_2R2R.jpg; 12552_cc0640_014_2T2T.jpg; 12552_cc0640_014_3T3T.jpg; 12552_cc0640_014_8V8V.jpg; 12552_cc0640_014_9U9U.jpg; 12552_cc0640_014_G2G2.jpg; 12552_cc0640_014_K8K8.jpg; 12552_cc0640_014_V9V9.jpg; 12552_cc0640_032_0Q0Q.jpg; 12552_cc0640_032_2B2B.jpg; 12552_cc0640_032_2R2R.jpg; 12552_cc0640_032_2T2T.jpg

12552_cc0640_032_3T3T.jpg; 12552_cc0640_032_8V8V.jpg; 12552_cc0640_032_9U9U.jpg; 12552_cc0640_032_G2G2.jpg; 12552_cc0640_032_K8K8.jpg; 12552_cc0640_032_V9V9.jpg; 12552_ex036_480.mov; 12552_flyaround02_15_mp4-0320.mp4; 12552_hdspin_mp4-0320.mp4, 12552_inzm_480.mov; 12552_S24_001_mp4-0320.mp4; 12552_S57_001_mp4-0320.mp4

12552_S58_001_mp4-0320.mp4; 12552_S59_001_mp4-0320.mp4; 12552_S60_001_mp4-0320.mp4; 12552_S61_001_mp4-0320.mp4; 12552_S62_001_mp4-0320.mp4; 12552_S63_001_mp4-0320.mp4; 12552_S64_001_mp4-0320.mp4; 12552_S65_001_mp4-0320.mp4; 12552_S66_001_mp4-0320.mp4; 12552_S67_001_mp4-0320.mp4; 12552_S68_001_mp4-0320.mp4

12552_S70_001_mp4-0320.mp4; 12552_S71_001_mp4-0320.mp4; 12552_S72_001_mp4-0320.mp4; 12552_S75_001_mp4-0320.mp4; 12552_S76_001_mp4-0320.mp4; 12552_S77_001_mp4-0320.mp4; 12552_S78_001_mp4-0320.mp4; 12552_S80_001_mp4-0320.mp4; 12552_S81_001_mp4-0320.mp4; 12552_S82_001_mp4-0320.mp4; 12552_sl0640_abs_001.jpg

12552_sl0640_rea_001.jpg; 12552_sp0640_001.jpg; 12552_sp0640_002.jpg; 12552_sp0640_003.jpg; 12552_sp0640_004.jpg; 12552_sp0640_005.jpg; 12552_sp0640_006.jpg; 12552_sp0640_007.jpg; 12552_sp0640_008.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Volkswagen-VW-Beetle-problems-complaints-lemon-400x276.png




12552_st0640_046.jpg

**Project: Lemberglaw Item #246003.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Volkswagen Jetta GLI | https://www.lemberglaw.com/2018-volkswagen-beetle-vw-problems-complaints-lemon/ | | 89.png | 89.png | 89.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Volkswagen-VW-Beetle-problems-complaints-lemon-400x276.png | 02/25/2021 08:49:21 |






| VA 2-082-138 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Kia-Sedona-problems-complaints-lemon.png | 12548_cc0640_032_4SS.jpg |
| **VA 2-082-276** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-Sequoia-problems-complaints-lemon.png | 12529_st0640_089.jpg |
| **VA 2-082-310** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Nissan-Rogue-problems-complaints-lemon.png | 12496_st0640_089.jpg |
| **VA 2-082-311** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Lexus-NX300H-problems-complaints-lemon-400x278.png | 12497_st0640_046.jpg |
| **VA 2-082-316** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/08/2018-Ford-Focus-problems-complaints-lemon-400x282.png | 12502_st0640_089.jpg |
| **VA 2-105-107** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Sentra-problems-complaints-lemon.png | 12426_st0640_046.jpg |
| **VA 2-105-114** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Versa-problems-complaints-lemon.png | 12402_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-082-138**
**Effective Date of Registration:**
January 10, 2018

## Title

**Title of Work:** VIP12548 2018 Kia Sedona LX Carpeted Floor Mats 5 Door minivan (129 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12548_cc0640_001_1D.jpg; 12548_cc0640_001_4SS.jpg; 12548_cc0640_001_ABP.jpg; 12548_cc0640_001_ABT.jpg; 12548_cc0640_001_BGD.jpg; 12548_cc0640_001_DB9.jpg; 12548_cc0640_001_MBN.jpg; 12548_cc0640_001_SWP.jpg; 12548_cc0640_001_UD.jpg; 12548_cc0640_014_1D.jpg; 12548_cc0640_014_4SS.jpg; 12548_cc0640_014_ABP.jpg

12548_cc0640_014_ABT.jpg; 12548_cc0640_014_BGD.jpg; 12548_cc0640_014_DB9.jpg; 12548_cc0640_014_MBN.jpg; 12548_cc0640_014_SWP.jpg; 12548_cc0640_014_UD.jpg; 12548_cc0640_032_1D.jpg; 12548_cc0640_032_4SS.jpg; 12548_cc0640_032_ABP.jpg; 12548_cc0640_032_ABT.jpg; 12548_cc0640_032_BGD.jpg; 12548_cc0640_032_DB9.jpg

12548_cc0640_032_MBN.jpg; 12548_cc0640_032_SWP.jpg; 12548_cc0640_032_UD.jpg; 12548_cx036_480.mov; 12548_flyaround02_15_mp4-0320.mp4; 12548_hdspin_mp4-0320.mp4; 12548_inam_480.mov; 12548_S24_001_mp4-0320.mp4; 12548_S57_001_mp4-0320.mp4; 12548_S58_001_mp4-0320.mp4; 12548_S59_001_mp4-0320.mp4; 12548_S60_001_mp4-0320.mp4

12548_S61_001_mp4-0320.mp4; 12548_S62_001_mp4-0320.mp4; 12548_S63_001_mp4-0320.mp4; 12548_S64_001_mp4-0320.mp4; 12548_S65_001_mp4-0320.mp4; 12548_S66_001_mp4-0320.mp4; 12548_S68_001_mp4-0320.mp4; 12548_S70_001_mp4-0320.mp4; 12548_S71_001_mp4-0320.mp4; 12548_S72_001_mp4-0320.mp4; 12548_S73_001_mp4-0320.mp4

12548_S76_001_mp4-0320.mp4; 12548_S77_001_mp4-0320.mp4; 12548_S78_001_mp4-0320.mp4; 12548_S80_001_mp4-0320.mp4; 12548_S81_001_mp4-0320.mp4; 12548_S82_001_mp4-0320.mp4; 12548_sl0640_abs_001.jpg; 12548_sl0640_rea_001.jpg; 12548_sp0640_001.jpg; 12548_sp0640_002.jpg; 12548_sp0640_003.jpg; 12548_sp0640_004.jpg

12548_sp0640_005.jpg; 12548_sp0640_006.jpg; 12548_sp0640_007.jpg; 12548_sp0640_008.jpg; 12548_sp0640_009.jpg; 12548_sp0640_010.jpg; 12548_sp0640_011.jpg; 12548_sp0640_012.jpg; 12548_sp0640_013.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Kia-Sedona-problems-complaints-lemon.png




12548_cc0640_032_4SS.jpg

**Project: Lemberglaw Item #245969.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Kia Sedona | https://www.lemberglaw.com/2018-kia-sedona-problems-complaints-lemon/ | 55.png | 55.png | 55.png | 55.jpeg | 55.png | 55.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Kia-Sedona-problems-complaints-lemon.png | 02/25/2021 08:33:32 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-082-276**

**Effective Date of Registration:**
December 27, 2017

## Title

**Title of Work:** VIP 12529 2018 Toyota Sequoia TRD Sport PP TRD Sport Premium Package/C9: All-Weather Floor Liners 4 Door SUV (129 photographs and 27 audio visual works in a single unit of publication)

**Content Title:** 12529_cc0640_001_040.jpg; 12529_cc0640_001_070.jpg; 12529_cc0640_001_1D6.jpg; 12529_cc0640_001_1G3.jpg; 12529_cc0640_001_218.jpg; 12529_cc0640_001_3R0.jpg; 12529_cc0640_001_4W4.jpg; 12529_cc0640_001_8V5.jpg; 12529_cc0640_014_040.jpg; 12529_cc0640_014_070.jpg; 12529_cc0640_014_1D6.jpg; 12529_cc0640_014_1G3.jpg

12529_cc0640_014_218.jpg; 12529_cc0640_014_3R0.jpg; 12529_cc0640_014_4W4.jpg; 12529_cc0640_014_8V5.jpg; 12529_cc0640_032_040.jpg; 12529_cc0640_032_070.jpg; 12529_cc0640_032_1D6.jpg; 12529_cc0640_032_1G3.jpg; 12529_cc0640_032_218.jpg; 12529_cc0640_032_3R0.jpg; 12529_cc0640_032_4W4.jpg; 12529_cc0640_032_8V5.jpg

12529_ex036_480.mov; 12529_flyaround02_15_mp4-0320.mp4; 12529_hdspin_mp4-0320.mp4; 12529_inzm_480.mov; 12529_S24_001_mp4-0320.mp4; 12529_S57_001_mp4-0320.mp4; 12529_S58_001_mp4-0320.mp4; 12529_S59_001_mp4-0320.mp4; 12529_S60_001_mp4-0320.mp4; 12529_S61_001_mp4-0320.mp4; 12529_S62_001_mp4-0320.mp4; 12529_S63_001_mp4-0320.mp4

12529_S64_001_mp4-0320.mp4; 12529_S65_001_mp4-0320.mp4; 12529_S66_001_mp4-0320.mp4; 12529_S67_001_mp4-0320.mp4; 12529_S68_001_mp4-0320.mp4; 12529_S69_001_mp4-0320.mp4; 12529_S70_001_mp4-0320.mp4; 12529_S71_001_mp4-0320.mp4; 12529_S75_001_mp4-0320.mp4; 12529_S76_001_mp4-0320.mp4; 12529_S77_001_mp4-0320.mp4

12529_S78_001_mp4-0320.mp4; 12529_S80_001_mp4-0320.mp4; 12529_S81_001_mp4-0320.mp4; 12529_S82_001_mp4-0320.mp4; 12529_sl0640_abs_001.jpg; 12529_sl0640_rea_001.jpg; 12529_sp0640_001.jpg; 12529_sp0640_002.jpg; 12529_sp0640_003.jpg; 12529_sp0640_004.jpg; 12579_sp0640_005.jpg; 12529_sp0640_006.jpg; 12529_sp0640_007.jpg

12529_sp0640_008.jpg; 12529_sp0640_009.jpg; 12529_sp0640_010.jpg; 12529_sp0640_011.jpg; 12529_sp0640_012.jpg; 12529_sp0640_013.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-Sequoia-problems-complaints-lemon.png




12529_st0640_089.jpg

**Project: Lemberglaw Item #245999.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Sequoia | https://www.lemberglaw.com/2018-toyota-sequoia-problems-complaints-lemon/ | 85.png | 85.png | 85.png | 85.jpeg | 85.png | 85.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Toyota-Sequoia-problems-complaints-lemon.png | 02/25/2021 08:47:18 |








Page 1/1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Karyn Temple Claggett

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-082-310**
**Effective Date of Registration:**
December 21, 2017

## Title

**Title of Work:** VIF12496 2018 Nissan Rogue S Splash Guards/Chrome Rear Bumper Protector/Floor Mats with Cargo Area Protector & First Aid Kit 4 Door CUV (67 photographs and 5 audio visual works in a single unit of publication)

**Content Title:** 12496_cc0640_001_EBB.jpg; 12496_cc0640_001_NBL.jpg; 12496_cc0640_014_DAL.jpg; 12496_cc0640_014_EBB.jpg; 12496_cc0640_014_NBL.jpg; 12496_cc0640_014_QAB.jpg; 12496_cc0640_014_QAK.jpg; 12496_cc0640_014_RBY.jpg; 12496_cc0640_032_DAL.jpg; 12496_cc0640_032_EBB.jpg; 12496_cc0640_032_G41.jpg; 12496_cc0640_032_K23.jpg

12496_cc0640_032_KAD.jpg; 12496_cc0640_032_NBL.jpg; 12496_cc0640_032_QAB.jpg; 12496_cc0640_032_QAK.jpg; 12496_cc0640_032_RBY.jpg; 12496_ex036_480.mov; 12496_flyaround02_15_mp4-0320.mp4; 12496_hdspin_mp4-0320.mp4; 12496_inzm_480.mov; 12496_S82_001_mp4-0320.mp4; 12496_sp0640_001.jpg; 12496_sp0640_002.jpg; 12496_sp0640_003.jpg

12496_sp0640_004.jpg; 12496_sp0640_005.jpg; 12496_sp0640_006.jpg; 12496_sp0640_007.jpg; 12496_sp0640_008.jpg; 12496_sp0640_009.jpg; 12496_sp0640_010.jpg; 12496_sp0640_011.jpg; 12496_sp0640_012.jpg; 12496_sp0640_013.jpg; 12496_sp0640_014.jpg; 12496_sp0640_015.jpg; 12496_sp0640_016.jpg; 12496_sp0640_017.jpg

12496_sp0640_018.jpg; 12496_sp0640_019.jpg; 12496_sp0640_020.jpg; 12496_sp0640_021.jpg; 12496_sp0640_022.jpg; 12496_sp0640_023.jpg; 12496_sp0640_024.jpg; 12496_sp0640_025.jpg; 12496_sp0640_026.jpg; 12496_sp0640_027.jpg; 12496_sp0640_028.jpg; 12496_sp0640_029.jpg; 12496_sp0640_030.jpg; 12496_sp0640_031.jpg

12496_sp0640_032.jpg; 12496_sp0640_033.jpg; 12496_sp0640_034.jpg; 12496_sp0640_035.jpg; 12496_sp0640_036.jpg; 12496_st0640_043.jpg; 12496_st0640_062.jpg; 12496_st0640_089.jpg; 12496_st0640_126.jpg; 12496_st0640_135.jpg; 12496_st0640_145.jpg; 12496_st0640_147.jpg; 12496_st0640_148.jpg; 12496_st0640_150.jpg

12496_st0640_173.jpg; 12496_st0640_175.jpg; 12496_st0640_176.jpg; 12496_st0640_177.jpg; 12496_st0640_192.jpg (67 photographs and 5 audio visual works in a single unit of publication)



https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Nissan-Rogue-problems-complaints-lemon.png




12496_st0640_089.jpg

**Project: Lemberglaw Item #245985.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Rogue | https://www.lemberglaw.com/2018-nissan-rogue-problems-complaints-lemon/ | 71.png | 71.png | 71.png | 71.jpeg | 71.png | 71.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Nissan-Rogue-problems-complaints-lemon.png | 02/25/2021 08:41:02 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-082-311**
**Effective Date of Registration:**
December 21, 2017

## Title

**Title of Work:** VIF12497 2018 Lexus NX Hybrid NX 300h Electrochromic (Auto Dimming) Inside Rear View Mirror; and Lexus HomeLink Garage Door Opener/Navigation Package/Intuitive Parking Assist with Auto Brake/Power Back Door with Kick Sensor/Premium Package/Leather Heated Steering Wheel/All Weather Floor Mats with Cargo Mat/Door Edge Guards/Illuminated Door Sills/Cargo Net/Cargo Mat/Wheel Locks/Rear Bumper Applique/Key Glove 4 Door CUV (131 photographs and 28 audio visual works in a single unit of publication)

**Content Title:** 12497_cc0640_001_085.jpg; 12497_cc0640_001_1H9.jpg; 12497_cc0640_001_1J4.jpg; 12497_cc0640_001_1J7.jpg; 12497_cc0640_001_212.jpg; 12497_cc0640_001_223.jpg; 12497_cc0640_001_3R1.jpg; 12497_cc0640_001_4X2.jpg; 12497_cc0640_001_8X9.jpg; 12497_cc0640_014_085.jpg; 12497_cc0640_014_1H9.jpg; 12497_cc0640_014_1J4.jpg

12497_cc0640_014_1J7.jpg; 12497_cc0640_014_212.jpg; 12497_cc0640_014_223.jpg; 12497_cc0640_014_3R1.jpg; 12497_cc0640_014_4X2.jpg; 12497_cc0640_014_8X9.jpg; 12497_cc0640_032_085.jpg; 12497_cc0640_032_1H9.jpg; 12497_cc0640_032_1J4.jpg; 12497_cc0640_032_1J7.jpg; 12497_cc0640_032_212.jpg; 12497_cc0640_032_223.jpg

12497_cc0640_032_3R1.jpg; 12497_cc0640_032_4X2.jpg; 12497_cc0640_032_8X9.jpg; 12497_ex036_480.mov; 12497_flyaround02_15_mp4-0320.mp4; 12497_hdspin_mp4-0320.mp4; 12497_inzm_480.mov; 12497_S24_001_mp4-0320.mp4; 12497_S57_001_mp4-0320.mp4; 12497_S58_001_mp4-0320.mp4; 12497_S59_001_mp4-0320.mp4; 12497_S60_001_mp4-0320.mp4

12497_S61_001_mp4-0320.mp4; 12497_S62_001_mp4-0320.mp4; 12497_S63_001_mp4-0320.mp4; 12497_S64_001_mp4-0320.mp4; 12497_S65_001_mp4-0320.mp4; 12497_S66_001_mp4-0320.mp4; 12497_S67_001_mp4-0320.mp4; 12497_S68_001_mp4-0320.mp4; 12497_S69_001_mp4-0320.mp4; 12497_S70_001_mp4-0320.mp4; 12497_S71_001_mp4-0320.mp4

12497_S72_001_mp4-0320.mp4; 12497_S75_001_mp4-0320.mp4; 12497_S76_001_mp4-0320.mp4; 12497_S77_001_mp4-0320.mp4; 12497_S78_001_mp4-0320.mp4; 12497_S80_001_mp4-0320.mp4; 12497_S81_001_mp4-0320.mp4; 12497_S82_001_mp4-0320.mp4; 12497_sl0640_abs_001.jpg; 12497_sl0640_rea_001.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Lexus-NX300H-problems-complaints-lemon-400x278.png




12497_st0640_046.jpg

**Project: Lemberglaw Item #245971.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Lexus CT Hybrid | https://www.lemberglaw.com/2018-lexus-nx300h-problems-complaints-lemon/ | | 57.png | 57.png | 57.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Lexus-NX300H-problems-complaints-lemon-400x278.png | 02/25/2021 08:34:22 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-082-316**

**Effective Date of Registration:**
December 21, 2017

## Title

**Title of Work:** VIP12502 2018 Ford Focus SE Equipment Group 200A 5 Door hatchback (133 photographs and 25 audio visual works in a single unit of publication)

**Content Title:** 12502_cc0640_001_B8.jpg; 12502_cc0640_001_DW.jpg; 12502_cc0640_001_EA.jpg; 12502_cc0640_001_FT.jpg; 12502_cc0640_001_G1.jpg; 12502_cc0640_001_GN.jpg; 12502_cc0640_001_H3.jpg; 12502_cc0640_001_J7.jpg; 12502_cc0640_001_N6.jpg; 12502_cc0640_001_PQ.jpg; 12502_cc0640_001_UG.jpg; 12502_cc0640_001_UX.jpg; 12502_cc0640_001_YZ.jpg

12502_cc0640_014_B8.jpg; 12502_cc0640_014_DW.jpg; 12502_cc0640_014_EA.jpg; 12502_cc0640_014_FT.jpg; 12502_cc0640_014_G1.jpg; 12502_cc0640_014_GN.jpg; 12502_cc0640_014_H3.jpg; 12502_cc0640_014_J7.jpg; 12502_cc0640_014_N6.jpg; 12502_cc0640_014_PQ.jpg; 12502_cc0640_014_UG.jpg; 12502_cc0640_014_UX.jpg; 12502_cc0640_014_YZ.jpg

12502_cc0640_032_B8.jpg; 12502_cc0640_032_DW.jpg; 12502_cc0640_032_EA.jpg; 12502_cc0640_032_FT.jpg; 12502_cc0640_032_G1.jpg; 12502_cc0640_032_GN.jpg; 12502_cc0640_032_H3.jpg; 12502_cc0640_032_J7.jpg; 12502_cc0640_032_N6.jpg; 12502_cc0640_032_PQ.jpg; 12502_cc0640_032_UG.jpg; 12502_cc0640_032_UX.jpg; 12502_cc0640_032_YZ.jpg

12502_ex036_480.mov; 12502_flyaround02_15_mp4-0320.mp4; 12502_hdspin_mp4-0320.mp4; 12502_inzm_480.mov; 12502_S24_001_mp4-0320.mp4; 12502_S57_001_mp4-0320.mp4; 12502_S58_001_mp4-0320.mp4; 12502_S59_001_mp4-0320.mp4; 12502_S60_001_mp4-0320.mp4; 12502_S61_001_mp4-0320.mp4; 12502_S62_001_mp4-0320.mp4; 12502_S63_001_mp4-0320.mp4

12502_S64_001_mp4-0320.mp4; 12502_S66_001_mp4-0320.mp4; 12502_S68_001_mp4-0320.mp4; 12502_S70_001_mp4-0320.mp4; 12502_S71_001_mp4-0320.mp4; 12502_S72_001_mp4-0320.mp4; 12502_S75_001_mp4-0320.mp4; 12502_S76_001_mp4-0320.mp4; 12502_S77_001_mp4-0320.mp4; 12502_S78_001_mp4-0320.mp4; 12502_S80_001_mp4-0320.mp4



https://www.lemberglaw.com/wp-content/uploads/2019/08/2018-Ford-Focus-problems-complaints-lemon-400x282.png




12502_st0640_089.jpg

**Project: Lemberglaw Item #245956.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Ford Focus Electric | https://www.lemberglaw.com/2018-ford-focus-problems-complaints-lemon/ | | 42.png | 42.png | 42.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/08/2018-Ford-Focus-problems-complaints-lemon-400x282.png | 02/25/2021 08:27:27 |







Page 1/1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-105-107**

**Effective Date of Registration:**
December 04, 2017

## Title

**Title of Work:** VIF12426 2018 Nissan Sentra SR Carpeted Floor Mats with Trunk Mat 4 Door sedan (137 photographs and 26 audio visual works in a single unit of publication)

**Content Title:** 12426_cc0640_001_A20.jpg; 12426_cc0640_001_K23.jpg; 12426_cc0640_001_KAC.jpg; 12426_cc0640_001_KAD.jpg; 12426_cc0640_001_KH3.jpg; 12426_cc0640_001_NAH.jpg; 12426_cc0640_001_NBF.jpg; 12426_cc0640_001_NBL.jpg; 12426_cc0640_001_QAC.jpg; 12426_cc0640_001_QM1.jpg; 12426_cc0640_001_RAQ.jpg; 12426_cc0640_001_RAY.jpg

12426_cc0640_014_A20.jpg; 12426_cc0640_014_K23.jpg; 12426_cc0640_014_KAC.jpg; 12426_cc0640_014_KAD.jpg; 12426_cc0640_014_KH3.jpg; 12426_cc0640_014_NAH.jpg; 12426_cc0640_014_NBF.jpg; 12426_cc0640_014_NBL.jpg; 12426_cc0640_014_QAC.jpg; 12426_cc0640_014_QM1.jpg; 12426_cc0640_014_RAQ.jpg; 12426_cc0640_014_RAY.jpg

12426_cc0640_032_A20.jpg; 12426_cc0640_032_K23.jpg; 12426_cc0640_032_KAC.jpg; 12426_cc0640_032_KAD.jpg; 12426_cc0640_032_KH3.jpg; 12426_cc0640_032_NAH.jpg; 12426_cc0640_032_NBF.jpg; 12426_cc0640_032_NBL.jpg; 12426_cc0640_032_QAC.jpg; 12426_cc0640_032_QM1.jpg; 12426_cc0640_032_RAQ.jpg; 12426_cc0640_032_RAY.jpg

12426_ex036_480.mov; 12426_flyaround02_15_mp4-0320.mp4; 12426_hdspin_mp4-0320.mp4; 12426_inzm_480.mov; 12426_S24_001_mp4-0320.mp4; 12426_S57_001_mp4-0320.mp4; 12426_S58_001_mp4-0320.mp4; 12426_S59_001_mp4-0320.mp4; 12426_S60_001_mp4-0320.mp4; 12426_S61_001_mp4-0320.mp4; 12426_S62_001_mp4-0320.mp4; 12426_S63_001_mp4-0320.mp4

12426_S64_001_mp4-0320.mp4; 12426_S65_001_mp4-0320.mp4; 12426_S66_001_mp4-0320.mp4; 12426_S68_001_mp4-0320.mp4; 12426_S70_001_mp4-0320.mp4; 12426_S71_001_mp4-0320.mp4; 12426_S72_001_mp4-0320.mp4; 12426_S75_001_mp4-0320.mp4; 12426_S76_001_mp4-0320.mp4; 12426_S77_001_mp4-0320.mp4; 12426_S78_001_mp4-0320.mp4

12426_S80_001_mp4-0320.mp4; 12426_S81_001_mp4-0320.mp4; 12426_S82_001_mp4-0320.mp4; 12426_sl0640_abs_001.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Sentra-problems-complaints-lemon.png




12426_st0640_046.jpg

**Project: Lemberglaw Item #245986.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Sentra | https://www.lemberglaw.com/2018-nissan-sentra-problems-complaints-lemon/ | 72.png | 72.png | 72.png | 72.jpeg | 72.png | 72.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Sentra-problems-complaints-lemon.png | 02/25/2021 08:41:30 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-105-114**
**Effective Date of Registration:**
December 01, 2017

## Title

**Title of Work:** VSF12402 2018 Nissan Versa S Plus Splash Guards/Carpeted Floor Mats & Trunk Mat 4 Door sedan (107 photographs and 23 audio visual works in a single unit of publication)

**Content Title:** 12402_cc0640_001_K23.jpg; 12402_cc0640_001_KAD.jpg; 12402_cc0640_001_KH3.jpg; 12402_cc0640_001_NAH.jpg; 12402_cc0640_001_QM1.jpg; 12402_cc0640_001_RAY.jpg; 12402_cc0640_014_K23.jpg; 12402_cc0640_014_KAD.jpg; 12402_cc0640_014_KH3.jpg; 12402_cc0640_014_NAH.jpg; 12402_cc0640_014_QM1.jpg; 12402_cc0640_014_RAY.jpg

12402_cc0640_032_K23.jpg; 12402_cc0640_032_KAD.jpg; 12402_cc0640_032_KH3.jpg; 12402_cc0640_032_NAH.jpg; 12402_cc0640_032_QM1.jpg; 12402_cc0640_032_RAY.jpg; 12402_ex036_480.mov; 12402_flyaround02_15_mp4-0320.mp4; 12402_hdspin_mp4-0320.mp4; 12402_inzm_480.mov; 12402_S24_001_mp4-0320.mp4; 12402_S57_001_mp4-0320.mp4

12402_S58_001_mp4-0320.mp4; 12402_S59_001_mp4-0320.mp4; 12402_S60_001_mp4-0320.mp4; 12402_S61_001_mp4-0320.mp4; 12402_S62_001_mp4-0320.mp4; 12402_S63_001_mp4-0320.mp4; 12402_S65_001_mp4-0320.mp4; 12402_S68_001_mp4-0320.mp4; 12402_S70_001_mp4-0320.mp4; 12402_S71_001_mp4-0320.mp4; 12402_S75_001_mp4-0320.mp4

12402_S76_001_mp4-0320.mp4; 12402_S77_001_mp4-0320.mp4; 12402_S78_001_mp4-0320.mp4; 12402_S80_001_mp4-0320.mp4; 12402_S81_001_mp4-0320.mp4; 12402_S82_001_mp4-0320.mp4; 12402_sl0640_abs_001.jpg; 12402_sl0640_rea_001.jpg; 12402_sp0640_001.jpg; 12402_sp0640_002.jpg; 12402_sp0640_003.jpg; 12402_sp0640_004.jpg

12402_sp0640_005.jpg; 12402_sp0640_006.jpg; 12402_sp0640_007.jpg; 12402_sp0640_008.jpg; 12402_sp0640_009.jpg; 12402_sp0640_010.jpg; 12402_sp0640_011.jpg; 12402_sp0640_012.jpg; 12402_sp0640_013.jpg; 12402_sp0640_014.jpg; 12402_sp0640_015.jpg; 12402_sp0640_016.jpg; 12402_sp0640_017.jpg; 12402_sp0640_018.jpg

12402_sp0640_019.jpg; 12402_sp0640_020.jpg; 12402_sp0640_021.jpg; 12402_sp0640_022.jpg; 12402_sp0640_023.jpg; 12402_sp0640_024.jpg; 12402_sp0640_025.jpg; 12402_sp0640_026.jpg; 12402_sp0640_027.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Versa-problems-complaints-lemon.png




12402_st0640_089.jpg

**Project: Lemberglaw Item #245987.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Versa Note | https://www.lemberglaw.com/2018-nissan-versa-problems-complaints-lemon/ | 73.png | 73.png | 73.png | 73.jpeg | 73.png | 73.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Nissan-Versa-problems-complaints-lemon.png | 02/25/2021 08:41:59 |








| VA 2-105-138 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Nissan-Armada-problems-complaints-lemon.png | 12427_st0640_089.jpg |
| **VA 2-105-908** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-X5-problems-complaints-lemon.png | 12463_st0640_116.jpg |
| **VA 2-105-911** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Buick-Enclave-problems-complaints-lemon.png | 12477_st0640_089.jpg |
| **VA 2-106-082** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Kia-Sorento-problems-complaints-lemon.png | 12749_st0640_089.jpg |
| **VA 2-106-118** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Hyundai-Tucson-problems-complaints-lemon- | 12661_st0640_046.jpg |
| **VA 2-106-132** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Hyundai-Kona-problems-complaints-lemon.png | 12745_st0640_089.jpg |
| **VA 2-106-149** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Maserati-Quattroporte-problems-complaints-lemon-400x181.png | 12635_sp0640_031.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-105-138**
**Effective Date of Registration:**
December 04, 2017

## Title

**Title of Work:** VH12427 2018 Nissan Armada Platinum Captain's Chairs Package 4 Door SUV (132 photographs and 29 audio visual works in a single unit of publication)

**Content Title:** 12427_cc0640_001_BW5.jpg; 12427_cc0640_001_CAS.jpg; 12427_cc0640_001_CAU.jpg; 12427_cc0640_001_K23.jpg; 12427_cc0640_001_KAD.jpg; 12427_cc0640_001_KH3.jpg; 12427_cc0640_001_QAB.jpg; 12427_cc0640_014_BW5.jpg; 12427_cc0640_014_CAS.jpg; 12427_cc0640_014_CAU.jpg; 12427_cc0640_014_K23.jpg; 12427_cc0640_014_KAD.jpg

12427_cc0640_014_KH3.jpg; 12427_cc0640_014_QAB.jpg; 12427_cc0640_032_BW5.jpg; 12427_cc0640_032_CAS.jpg; 12427_cc0640_032_CAU.jpg; 12427_cc0640_032_K23.jpg; 12427_cc0640_032_KAD.jpg; 12427_cc0640_032_KH3.jpg; 12427_cc0640_032_QAB.jpg; 12427_ex036_480.mov; 12427_flyaround02_15_mp4-0320.mp4; 12427_hdspin_mp4-0320.mp4

12427_inzm_480.mov; 12427_S24_001_mp4-0320.mp4; 12427_S57_001_mp4-0320.mp4; 12427_S58_001_mp4-0320.mp4; 12427_S59_001_mp4-0320.mp4; 12427_S60_001_mp4-0320.mp4; 12427_S61_001_mp4-0320.mp4; 12427_S62_001_mp4-0320.mp4; 12427_S63_001_mp4-0320.mp4; 12427_S64_001_mp4-0320.mp4; 12427_S65_001_mp4-0320.mp4; 12427_S66_001_mp4-0320.mp4

12427_S67_001_mp4-0320.mp4; 12427_S68_001_mp4-0320.mp4; 12427_S69_001_mp4-0320.mp4; 12427_S70_001_mp4-0320.mp4; 12427_S71_001_mp4-0320.mp4; 12427_S72_001_mp4-0320.mp4; 12427_S74_001_mp4-0320.mp4; 12427_S75_001_mp4-0320.mp4; 12427_S76_001_mp4-0320.mp4; 12427_S77_001_mp4-0320.mp4; 12427_S78_001_mp4-0320.mp4

12427_S80_001_mp4-0320.mp4; 12427_S81_001_mp4-0320.mp4; 12427_S82_001_mp4-0320.mp4; 12427_sl0640_abs_001.jpg; 12427_sl0640_rea_001.jpg; 12427_sp0640_001.jpg; 12427_sp0640_002.jpg; 12427_sp0640_003.jpg; 12427_sp0640_004.jpg; 12427_sp0640_005.jpg; 12427_sp0640_006.jpg; 12427_sp0640_007.jpg; 12427_sp0640_008.jpg

12427_sp0640_009.jpg; 12427_sp0640_010.jpg; 12427_sp0640_011.jpg; 12427_sp0640_012.jpg; 12427_sp0640_013.jpg; 12427_sp0640_014.jpg; 12427_sp0640_015.jpg; 12427_sp0640_016.jpg; 12427_sp0640_017.jpg;




https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Nissan-Armada-problems-complaints-lemon.png




12427_st0640_089.jpg

**Project: Lemberglaw Item #246027.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Armada | https://www.lemberglaw.com/2019-nissan-armada-problems-complaints-lemon/ | | 113.png | 113.png | 113.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Nissan-Armada-problems-complaints-lemon.png | 02/25/2021 09:00:56 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-105-908**
**Effective Date of Registration:**
December 14, 2017

## Title

**Title of Work:** Group Registration of Published Photographs. Published December 14, 2017, VIF12463 2018 BMW X5 sDrive35i Glacier Silver Metallic/Premium Package 4 Door SUV (149 photographs)

**Content Title:** 12463_cc0640_001_300.jpg; 12463_cc0640_001_416.jpg; 12463_cc0640_001_475.jpg; 12463_cc0640_001_668.jpg; 12463_cc0640_001_A52.jpg; 12463_cc0640_001_A83.jpg; 12463_cc0640_001_A89.jpg; 12463_cc0640_001_A90.jpg; 12463_cc0640_001_A96.jpg; 12463_cc0640_001_B53.jpg; 12463_cc0640_001_C2P.jpg; 12463_cc0640_001_S34.jpg

12463_cc0640_001_X01.jpg; 12463_cc0640_001_X03.jpg; 12463_cc0640_014_300.jpg; 12463_cc0640_014_416.jpg; 12463_cc0640_014_475.jpg; 12463_cc0640_014_668.jpg; 12463_cc0640_014_A52.jpg; 12463_cc0640_014_A83.jpg; 12463_cc0640_014_A89.jpg; 12463_cc0640_014_A90.jpg; 12463_cc0640_014_A96.jpg; 12463_cc0640_014_B53.jpg

12463_cc0640_014_C2P.jpg; 12463_cc0640_014_S34.jpg; 12463_cc0640_014_X01.jpg; 12463_cc0640_014_X03.jpg; 12463_cc0640_032_300.jpg; 12463_cc0640_032_416.jpg; 12463_cc0640_032_475.jpg; 12463_cc0640_032_668.jpg; 12463_cc0640_032_A52.jpg; 12463_cc0640_032_A83.jpg; 12463_cc0640_032_A89.jpg; 12463_cc0640_032_A90.jpg

12463_cc0640_032_A96.jpg; 12463_cc0640_032_B53.jpg; 12463_cc0640_032_C2P.jpg; 12463_cc0640_032_S34.jpg; 12463_cc0640_032_X01.jpg; 12463_cc0640_032_X03.jpg;

12463_sl0640_abs_001.jpg; 12463_sl0640_rea_001.jpg; 12463_sp0640_001.jpg; 12463_sp0640_002.jpg; 12463_sp0640_003.jpg; 12463_sp0640_004.jpg; 12463_sp0640_005.jpg; 12463_sp0640_006.jpg; 12463_sp0640_007.jpg; 12463_sp0640_008.jpg; 12463_sp0640_009.jpg; 12463_sp0640_010.jpg; 12463_sp0640_011.jpg; 12463_sp0640_012.jpg

12463_sp0640_013.jpg; 12463_sp0640_014.jpg; 12463_sp0640_015.jpg; 12463_sp0640_016.jpg; 12463_sp0640_017.jpg; 12463_sp0640_018.jpg; 12463_sp0640_019.jpg; 12463_sp0640_020.jpg; 12463_sp0640_021.jpg; 12463_sp0640_022.jpg; 12463_sp0640_023.jpg; 12463_sp0640_024.jpg; 12463_sp0640_025.jpg; 12463_sp0640_026.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-X5-problems-complaints-lemon.png




12463_st0640_116.jpg

**Project: Lemberglaw Item #245943.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | BMW X5 | https://www.lemberglaw.com/2018-bmw-x5-problems-complaints-lemon/ | 29.png | 29.png | 29.png | 29.jpeg | 29.png | 29.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-X5-problems-complaints-lemon.png | 02/25/2021 08:21:28 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-105-911**
**Effective Date of Registration:**
December 14, 2017

## Title

**Title of Work:** Group Registration of Published Photographs, Published December 14, 2017, VIF12477 2018 Buick Enclave Essence White Frost Tricoat/Navigation & 120V Outlet 4 Door CUV (134 photographs)

**Content Title:** 12477_cc0640_001_G1W.jpg; 12477_cc0640_001_G2X.jpg; 12477_cc0640_001_G9K.jpg; 12477_cc0640_001_GAN.jpg; 12477_cc0640_001_GAZ.jpg; 12477_cc0640_001_GB8.jpg; 12477_cc0640_001_GGA.jpg; 12477_cc0640_001_GMU.jpg; 12477_cc0640_001_GPA.jpg; 12477_cc0640_001_GPJ.jpg; 12477_cc0640_014_G1W.jpg; 12477_cc0640_014_G2X.jpg

12477_cc0640_014_G9K.jpg; 12477_cc0640_014_GAN.jpg; 12477_cc0640_014_GAZ.jpg; 12477_cc0640_014_GB8.jpg; 12477_cc0640_014_GGA.jpg; 12477_cc0640_014_GMU.jpg; 12477_cc0640_014_GPA.jpg; 12477_cc0640_014_GPJ.jpg; 12477_cc0640_032_G1W.jpg; 12477_cc0640_032_G2X.jpg; 12477_cc0640_032_G9K.jpg; 12477_cc0640_032_GAN.jpg

12477_cc0640_032_GAZ.jpg; 12477_cc0640_032_GB8.jpg; 12477_cc0640_032_GGA.jpg; 12477_cc0640_032_GMU.jpg; 12477_cc0640_032_GPA.jpg; 12477_cc0640_032_GPJ.jpg;

12477_sl0640_abs_001.jpg

12477_sl0640_rea_001.jpg; 12477_sp0640_001.jpg; 12477_sp0640_002.jpg; 12477_sp0640_003.jpg; 12477_sp0640_004.jpg; 12477_sp0640_005.jpg; 12477_sp0640_006.jpg; 12477_sp0640_007.jpg; 12477_sp0640_008.jpg; 12477_sp0640_009.jpg; 12477_sp0640_010.jpg; 12477_sp0640_011.jpg; 12477_sp0640_012.jpg; 12477_sp0640_013.jpg

12477_sl0640_rea_001.jpg; 12477_sp0640_001.jpg; 12477_sp0640_002.jpg; 12477_sp0640_003.jpg; 12477_sp0640_004.jpg; 12477_sp0640_005.jpg; 12477_sp0640_006.jpg; 12477_sp0640_007.jpg; 12477_sp0640_008.jpg; 12477_sp0640_009.jpg; 12477_sp0640_010.jpg; 12477_sp0640_011.jpg; 12477_sp0640_012.jpg; 12477_sp0640_013.jpg

12477_sp0640_014.jpg; 12477_sp0640_015.jpg; 12477_sp0640_016.jpg; 12477_sp0640_017.jpg; 12477_sp0640_018.jpg; 12477_sp0640_019.jpg; 12477_sp0640_020.jpg; 12477_sp0640_021.jpg; 12477_sp0640_022.jpg; 12477_sp0640_023.jpg; 12477_sp0640_024.jpg; 12477_sp0640_025.jpg; 12477_sp0640_026.jpg; 12477_sp0640_027.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Buick-Enclave-problems-complaints-lemon.png




12477_st0640_089.jpg

**Project: Lemberglaw Item #245944.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Buick Enclave | https://www.lemberglaw.com/2018-buick-enclave-problems-complaints-lemon/ | 30.png | 30.png | 30.png | 30.jpeg | 30.png | 30.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Buick-Enclave-problems-complaints-lemon.png | 02/25/2021 08:21:57 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-106-082**

**Effective Date of Registration:**
May 31, 2018

## Title

**Title of Work:** Group Registration of Photos, VIP12749 2019 Kia Sorento EX Carpeted Floor Mats 4 Door SUV, 134 photographs

**Content Title:** 12749_cc0640_001_ABT.jpg; 12749_cc0640_001_EB.jpg; 12749_cc0640_001_EVOX01.jpg; 12749_cc0640_001_EVOX02.jpg; 12749_cc0640_001_IM.jpg; 12749_cc0640_001_KCS.jpg; 12749_cc0640_001_M2R.jpg; 12749_cc0640_001_MU1.jpg; 12749_cc0640_001_SWP.jpg; 12749_cc0640_014_ABT.jpg; 12749_cc0640_014_EB.jpg; 12749_cc0640_014_EVOX01.jpg

12749_cc0640_014_EVOX02.jpg; 12749_cc0640_014_IM.jpg; 12749_cc0640_014_KCS.jpg; 12749_cc0640_014_M2R.jpg; 12749_cc0640_014_MU1.jpg; 12749_cc0640_014_SWP.jpg; 12749_cc0640_032_ABT.jpg; 12749_cc0640_032_EB.jpg; 12749_cc0640_032_EVOX01.jpg; 12749_cc0640_032_EVOX02.jpg; 12749_cc0640_032_IM.jpg; 12749_cc0640_032_KCS.jpg

12749_cc0640_032_M2R.jpg; 12749_cc0640_032_MU1.jpg; 12749_cc0640_032_SWP.jpg;

12749_sl0640_abs_001.jpg; 12749_sl0640_rea_001.jpg; 12749_sp0640_001.jpg; 12749_sp0640_002.jpg; 12749_sp0640_003.jpg; 12749_sp0640_004.jpg

12749_sp0640_005.jpg; 12749_sp0640_006.jpg; 12749_sp0640_007.jpg; 12749_sp0640_008.jpg; 12749_sp0640_009.jpg; 12749_sp0640_010.jpg; 12749_sp0640_011.jpg; 12749_sp0640_012.jpg; 12749_sp0640_013.jpg; 12749_sp0640_014.jpg; 12749_sp0640_015.jpg; 12749_sp0640_016.jpg; 12749_sp0640_017.jpg; 12749_sp0640_018.jpg

12749_sp0640_019.jpg; 12749_sp0640_020.jpg; 12749_sp0640_021.jpg; 12749_sp0640_022.jpg; 12749_sp0640_023.jpg; 12749_sp0640_024.jpg; 12749_sp0640_025.jpg; 12749_sp0640_026.jpg; 12749_sp0640_027.jpg; 12749_sp0640_028.jpg; 12749_sp0640_029.jpg; 12749_sp0640_030.jpg; 12749_sp0640_031.jpg; 12749_sp0640_032.jpg

12749_sp0640_033.jpg; 12749_sp0640_034.jpg; 12749_sp0640_035.jpg; 12749_sp0640_036.jpg; 12749_st0640_037.jpg; 12749_st0640_039.jpg; 12749_st0640_040.jpg; 12749_st0640_042.jpg; 12749_st0640_043.jpg; 12749_st0640_044.jpg; 12749_st0640_045.jpg; 12749_st0640_046.jpg; 12749_st0640_049.jpg; 12749_st0640_050.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Kia-Sorento-problems-complaints-lemon.png




12749_st0640_089.jpg

**Project: Lemberglaw Item #246022.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Ford Edge | https://www.lemberglaw.com/2019-kia-sorento-problems-complaints-lemon/ | 108.png | 108.png | 108.png | 108.jpeg | 108.png | 108.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Kia-Sorento-problems-complaints-lemon.png | 02/25/2021 08:58:32 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-106-118**

**Effective Date of Registration:**
May 17, 2018

## Title

**Title of Work:** Group Registraton of Published Photographs, Published March 6, 2018, VIF12661 2018 Hyundai Tucson SE Carpeted Floor Mats/Cargo Net/Reversible Cargo Tray/Cargo Cover/First Aid Kit/Rear Bumper Applique 4 Door CUV (124 photographs)

**Content Title:** 12661_cc0640_001_NKA.jpg; 12661_cc0640_001_PDW.jpg; 12661_cc0640_001_R5U.jpg; 12661_cc0640_001_S5W.jpg; 12661_cc0640_001_SA5.jpg; 12661_cc0640_001_T8T.jpg; 12661_cc0640_001_XB3.jpg; 12661_cc0640_001_Z5G.jpg; 12661_cc0640_014_NKA.jpg; 12661_cc0640_014_PDW.jpg; 12661_cc0640_014_R5U.jpg; 12661_cc0640_014_S5W.jpg

12661_cc0640_014_SA5.jpg; 12661_cc0640_014_T8T.jpg; 12661_cc0640_014_XB3.jpg; 12661_cc0640_014_Z5G.jpg; 12661_cc0640_032_NKA.jpg; 12661_cc0640_032_PDW.jpg; 12661_cc0640_032_R5U.jpg; 12661_cc0640_032_S5W.jpg; 12661_cc0640_032_SA5.jpg; 12661_cc0640_032_T8T.jpg; 12661_cc0640_032_XB3.jpg; 12661_cc0640_032_Z5G.jpg12661_cc0640_014_SA5.jpg; 12661_cc0640_014_T8T.jpg; 12661_cc0640_014_XB3.jpg; 12661_cc0640_014_Z5G.jpg; 12661_cc0640_032_NKA.jpg; 12661_cc0640_032_PDW.jpg; 12661_cc0640_032_R5U.jpg; 12661_cc0640_032_S5W.jpg; 12661_cc0640_032_SA5.jpg; 12661_cc0640_032_T8T.jpg; 12661_cc0640_032_XB3.jpg; 12661_cc0640_032_Z5G.jpg

12661_sl0640_abs_001.jpg; 12661_sl0640_rea_001.jpg; 12661_sp0640_001.jpg; 12661_sp0640_002.jpg; 12661_sp0640_003.jpg; 12661_sp0640_004.jpg; 12661_sp0640_005.jpg; 12661_sp0640_006.jpg; 12661_sp0640_007.jpg; 12661_sp0640_008.jpg

12661_sp0640_009.jpg; 12661_sp0640_010.jpg; 12661_sp0640_011.jpg; 12661_sp0640_012.jpg; 12661_sp0640_013.jpg; 12661_sp0640_014.jpg; 12661_sp0640_015.jpg; 12661_sp0640_016.jpg; 12661_sp0640_017.jpg; 12661_sp0640_018.jpg; 12661_sp0640_019.jpg; 12661_sp0640_020.jpg; 12661_sp0640_021.jpg; 12661_sp0640_022.jpg

12661_sp0640_023.jpg; 12661_sp0640_024.jpg; 12661_sp0640_025.jpg; 12661_sp0640_026.jpg; 12661_sp0640_027.jpg; 12661_sp0640_028.jpg; 12661_sp0640_029.jpg; 12661_sp0640_030.jpg; 12661_sp0640_031.jpg; 12661_sp0640_032.jpg; 12661_sp0640_033.jpg; 12661_sp0640_034.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Hyundai-Tucson-problems-complaints-lemon-e1571669599210.png




12661_st0640_046.jpg

**Project: Lemberglaw Item #245966.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Hyundai Tucson | https://www.lemberglaw.com/2018-hyundai-tucson-problems-complaints-lemon/ | 52.png | 52.png | 52.png | 52.jpeg | 52.png | 52.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Hyundai-Tucson-problems-complaints-lemon-e1571669599210.png | 02/25/2021 08:32:06 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-106-132**
**Effective Date of Registration:**
May 31, 2018

## Title

**Title of Work:** Group of Published Photos, VIF12745 2018 Hyundai Kona Ultimate Carpeted Floor Mats 4 Door CUV, 133 photographs

**Content Title:** 12745_cc0640_001_MZH.jpg; 12745_cc0640_001_P6W.jpg; 12745_cc0640_001_SS1.jpg; 12745_cc0640_001_SS7.jpg; 12745_cc0640_001_W9Y.jpg; 12745_cc0640_001_Y21.jpg; 12745_cc0640_001_Y2R.jpg; 12745_cc0640_001_YG7.jpg; 12745_cc0640_001_Z32.jpg; 12745_cc0640_001_Z3U.jpg; 12745_cc0640_014_MZH.jpg; 12745_cc0640_014_P6W.jpg

12745_cc0640_014_SS1.jpg; 12745_cc0640_014_SS7.jpg; 12745_cc0640_014_W9Y.jpg; 12745_cc0640_014_Y21.jpg; 12745_cc0640_014_Y2R.jpg; 12745_cc0640_014_YG7.jpg; 12745_cc0640_014_Z32.jpg; 12745_cc0640_014_Z3U.jpg; 12745_cc0640_032_MZH.jpg; 12745_cc0640_032_P6W.jpg; 12745_cc0640_032_SS1.jpg; 12745_cc0640_032_SS7.jpg

12745_cc0640_032_W9Y.jpg; 12745_cc0640_032_Y21.jpg; 12745_cc0640_032_Y2R.jpg; 12745_cc0640_032_YG7.jpg; 12745_cc0640_032_Z32.jpg; 12745_cc0640_032_Z3U.jpg;

12745_sl0640_abs_001.jpg

12745_sl0640_rea_001.jpg; 12745_sp0640_001.jpg; 12745_sp0640_002.jpg; 12745_sp0640_003.jpg; 12745_sp0640_004.jpg; 12745_sp0640_005.jpg; 12745_sp0640_006.jpg; 12745_sp0640_007.jpg; 12745_sp0640_008.jpg; 12745_sp0640_009.jpg; 12745_sp0640_010.jpg; 12745_sp0640_011.jpg; 12745_sp0640_012.jpg; 12745_sp0640_013.jpg

12745_sp0640_014.jpg; 12745_sp0640_015.jpg; 12745_sp0640_016.jpg; 12745_sp0640_017.jpg; 12745_sp0640_018.jpg; 12745_sp0640_019.jpg; 12745_sp0640_020.jpg; 12745_sp0640_021.jpg; 12745_sp0640_022.jpg; 12745_sp0640_023.jpg; 12745_sp0640_024.jpg; 12745_sp0640_025.jpg; 12745_sp0640_026.jpg; 12745_sp0640_027.jpg

12745_sp0640_028.jpg; 12745_sp0640_029.jpg; 12745_sp0640_030.jpg; 12745_sp0640_031.jpg; 12745_sp0640_032.jpg; 12745_sp0640_033.jpg; 12745_sp0640_034.jpg; 12745_sp0640_035.jpg; 12745_sp0640_036.jpg; 12745_st0640_037.jpg; 12745_st0640_039.jpg; 12745_st0640_040.jpg; 12745_st0640_042.jpg; 12745_st0640_043.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Hyundai-Kona-problems-complaints-lemon.png




12745_st0640_089.jpg

**Project: Lemberglaw Item #246017.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Hyundai Kona Electric | https://www.lemberglaw.com/2019-hyundai-kona-problems-complaints-lemon/ | 103.png | 103.png | 103.png | 103.jpeg | 103.png | 103.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Hyundai-Kona-problems-complaints-lemon.png | 02/25/2021 08:56:05 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-106-149**
**Effective Date of Registration:**
February 21, 2018

## Title

**Title of Work:** Group of Published Photographs VIF12635 2018 Maserati Quattroporte S Metallescent Paint/Black Piano Wood Trim 4 Door sedan (133 photographs)

**Content Title:** 12635_cc0640_001_BAM.jpg; 12635_cc0640_001_BIA.jpg; 12635_cc0640_001_BLM.jpg; 12635_cc0640_001_BRM.jpg; 12635_cc0640_001_CHM.jpg; 12635_cc0640_001_GMM.jpg; 12635_cc0640_001_GRI.jpg; 12635_cc0640_001_GRM.jpg; 12635_cc0640_001_NER.jpg; 12635_cc0640_001_NMI.jpg; 12635_cc0640_001_RFM.jpg; 12635_cc0640_014_BAM.jpg

12635_cc0640_014_BIA.jpg; 12635_cc0640_014_BLM.jpg; 12635_cc0640_014_BRM.jpg; 12635_cc0640_014_CHM.jpg; 12635_cc0640_014_GMM.jpg; 12635_cc0640_014_GRI.jpg; 12635_cc0640_014_GRM.jpg; 12635_cc0640_014_NER.jpg; 12635_cc0640_014_NMI.jpg; 12635_cc0640_014_RFM.jpg; 12635_cc0640_032_BAM.jpg; 12635_cc0640_032_BIA.jpg

12635_cc0640_032_BLM.jpg; 12635_cc0640_032_BRM.jpg; 12635_cc0640_032_CHM.jpg; 12635_cc0640_032_GMM.jpg; 12635_cc0640_032_GRI.jpg; 12635_cc0640_032_GRM.jpg; 12635_cc0640_032_NER.jpg; 12635_cc0640_032_NMI.jpg; 12635_cc0640_032_RFM.jpg

12635_sl0640_abs_001.jpg; 12635_sl0640_rea_001.jpg; 12635_sp0640_001.jpg; 12635_sp0640_002.jpg; 12635_sp0640_003.jpg; 12635_sp0640_004.jpg; 12635_sp0640_005.jpg; 12635_sp0640_006.jpg; 12635_sp0640_007.jpg; 12635_sp0640_008.jpg; 12635_sp0640_009.jpg; 12635_sp0640_010.jpg

12635_sp0640_011.jpg; 12635_sp0640_012.jpg; 12635_sp0640_013.jpg; 12635_sp0640_014.jpg; 12635_sp0640_015.jpg; 12635_sp0640_016.jpg; 12635_sp0640_017.jpg; 12635_sp0640_018.jpg; 12635_sp0640_019.jpg; 12635_sp0640_020.jpg; 12635_sp0640_021.jpg; 12635_sp0640_022.jpg; 12635_sp0640_023.jpg; 12635_sp0640_024.jpg

12635_sp0640_025.jpg; 12635_sp0640_026.jpg; 12635_sp0640_027.jpg; 12635_sp0640_028.jpg; 12635_sp0640_029.jpg; 12635_sp0640_030.jpg; 12635_sp0640_031.jpg; 12635_sp0640_032.jpg; 12635_sp0640_033.jpg; 12635_sp0640_034.jpg; 12635_sp0640_035.jpg; 12635_sp0640_036.jpg; 12635_st0640_037.jpg; 12635_st0640_039.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Maserati-Quattroporte-problems-complaints-lemon-400x181.png




12635_sp0640_031.jpg

**Project: Lemberglaw Item #245975.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Maserati Quattroporte | https://www.lemberglaw.com/2018-maserati-quattroporte-problems-complaints-lemon/ | 61.png | 61.png | 61.png | 61.jpeg | 61.png | 61.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Maserati-Quattroporte-problems-complaints-lemon-400x181.png | 02/25/2021 08:36:17 |








Page 1/1

| VA 2-106-355 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Honda-Accord-problems-complaints-lemon-400x200.png | 12415_st0640_046.jpg |
| **VA 2-106-791** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2019-Volkswagen-Golf-VW-GTI-problems-complaints-lemon-400x209.png | 12601_cc0640_032_K8K8.jpg |
| **VA 2-106-798** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-X3-problems-complaints-lemon.png | 12597_sp0640_032.jpg |
| **VA 2-106-800** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mitsubishi-Outlander-problems-complaints-lemon.png | 12593_cc0640_032_C06.jpg |
| **VA 2-106-802** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mitsubishi-Outlander-PHEV-problems-complaints-lemon-400x236.png | 12594_cc0640_032_C06.jpg |
| **VA 2-107-198** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mazda-MX-5-problems-complaints-lemon.png | 12690_st0640_089.jpg |
| **VA 2-113-229** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Mazda-CX-5-problems-complaints-lemon.png | 12583_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-106-355**
**Effective Date of Registration:**
December 06, 2017

## Title

**Title of Work:** Group of Published Photographs, VIP12415 2018 Honda Accord LX 4 Door sedan (132 photographs)

**Content Title:** 12415_cc0640_001_BK.jpg; 12415_cc0640_001_BL.jpg; 12415_cc0640_001_BN.jpg; 12415_cc0640_001_BS.jpg; 12415_cc0640_001_BU.jpg; 12415_cc0640_001_BX.jpg; 12415_cc0640_001_GX.jpg; 12415_cc0640_001_GY.jpg; 12415_cc0640_001_RE.jpg; 12415_cc0640_001_RX.jpg; 12415_cc0640_001_SI.jpg; 12415_cc0640_001_SX.jpg; 12415_cc0640_014_BK.jpg

12415_cc0640_014_BL.jpg; 12415_cc0640_014_BN.jpg; 12415_cc0640_014_BS.jpg; 12415_cc0640_014_BU.jpg; 12415_cc0640_014_BX.jpg; 12415_cc0640_014_GX.jpg; 12415_cc0640_014_GY.jpg; 12415_cc0640_014_RE.jpg; 12415_cc0640_014_RX.jpg; 12415_cc0640_014_SI.jpg; 12415_cc0640_014_SX.jpg; 12415_cc0640_032_BK.jpg; 12415_cc0640_032_BL.jpg

12415_cc0640_032_BN.jpg; 12415_cc0640_032_BS.jpg; 12415_cc0640_032_BU.jpg; 12415_cc0640_032_BX.jpg; 12415_cc0640_032_GX.jpg; 12415_cc0640_032_GY.jpg; 12415_cc0640_032_RE.jpg; 12415_cc0640_032_RX.jpg; 12415_cc0640_032_SI.jpg; 12415_cc0640_032_SX.jpg;

~~12415_sl0640_abs_001.jpg; 12415_sl0640_rea_001.jpg;~~
12415_sp0640_001.jpg; 12415_sp0640_002.jpg; 12415_sp0640_003.jpg; 12415_sp0640_004.jpg; 12415_sp0640_005.jpg; 12415_sp0640_006.jpg; 12415_sp0640_007.jpg; 12415_sp0640_008.jpg; 12415_sp0640_009.jpg; 12415_sp0640_010.jpg; 12415_sp0640_011.jpg

12415_sp0640_012.jpg; 12415_sp0640_013.jpg; 12415_sp0640_014.jpg; 12415_sp0640_015.jpg; 12415_sp0640_016.jpg; 12415_sp0640_017.jpg; 12415_sp0640_018.jpg; 12415_sp0640_019.jpg; 12415_sp0640_020.jpg; 12415_sp0640_021.jpg; 12415_sp0640_022.jpg; 12415_sp0640_023.jpg; 12415_sp0640_024.jpg; 12415_sp0640_025.jpg

12415_sp0640_026.jpg; 12415_sp0640_027.jpg; 12415_sp0640_028.jpg; 12415_sp0640_029.jpg; 12415_sp0640_030.jpg; 12415_sp0640_031.jpg; 12415_sp0640_032.jpg; 12415_sp0640_033.jpg; 12415_sp0640_034.jpg; 12415_sp0640_035.jpg; 12415_sp0640_036.jpg; 12415_st0640_037.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Honda-Accord-problems-complaints-lemon-400x200.png




12415_st0640_046.jpg

**Project: Lemberglaw Item #246016.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Honda Insight | https://www.lemberglaw.com/2019-honda-accord-problems-complaints-lemon/ | 102.png | 102.png | 102.png | 102.jpeg | 102.png | 102.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Honda-Accord-problems-complaints-lemon-400x200.png | 02/25/2021 08:55:33 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-106-791**
**Effective Date of Registration:**
January 30, 2018

## Title

**Title of Work:** Group of Published Photographs, VIF12601 2018 Volkswagen Golf GTI 2.0T S Monster Mats w/ Logo (set of 4) & Heavy Duty Trunk Liner w/ VW CarGo Blocks/Roadside Assistance Kit 5 Door hatchback; 118 photographs

**Content Title:** 12601_cc0640_001_0Q0Q.jpg; 12601_cc0640_001_2T2T.jpg; 12601_cc0640_001_EVOX01.jpg; 12601_cc0640_001_EVOX02.jpg; 12601_cc0640_001_G2G2.jpg; 12601_cc0640_001_K8K8.jpg; 12601_cc0640_001_Z2Z2.jpg; 12601_cc0640_014_0Q0Q.jpg; 12601_cc0640_014_2T2T.jpg; 12601_cc0640_014_EVOX01.jpg; 12601_cc0640_014_EVOX02.jpg

12601_cc0640_014_G2G2.jpg; 12601_cc0640_014_K8K8.jpg; 12601_cc0640_014_Z2Z2.jpg; 12601_cc0640_032_0Q0Q.jpg; 12601_cc0640_032_2T2T.jpg; 12601_cc0640_032_EVOX01.jpg; 12601_cc0640_032_EVOX02.jpg; 12601_cc0640_032_G2G2.jpg; 12601_cc0640_032_K8K8.jpg; 12601_cc0640_032_Z2Z2.jpg;

12601_sl0640_abs_001.jpg; 12601_sl0640_rea_001.jpg; 12601_sp0640_001.jpg; 12601_sp0640_002.jpg; 12601_sp0640_003.jpg; 12601_sp0640_004.jpg; 12601_sp0640_005.jpg; 12601_sp0640_006.jpg; 12601_sp0640_007.jpg; 12601_sp0640_008.jpg; 12601_sp0640_009.jpg; 12601_sp0640_010.jpg

12601_sp0640_011.jpg; 12601_sp0640_012.jpg; 12601_sp0640_013.jpg; 12601_sp0640_014.jpg; 12601_sp0640_015.jpg; 12601_sp0640_016.jpg; 12601_sp0640_017.jpg; 12601_sp0640_018.jpg; 12601_sp0640_019.jpg; 12601_sp0640_020.jpg; 12601_sp0640_021.jpg; 12601_sp0640_022.jpg; 12601_sp0640_023.jpg; 12601_sp0640_024.jpg

12601_sp0640_025.jpg; 12601_sp0640_026.jpg; 12601_sp0640_027.jpg; 12601_sp0640_028.jpg; 12601_sp0640_029.jpg; 12601_sp0640_030.jpg; 12601_sp0640_031.jpg; 12601_sp0640_032.jpg; 12601_sp0640_033.jpg; 12601_sp0640_034.jpg; 12601_sp0640_035.jpg; 12601_sp0640_036.jpg; 12601_st0640_037.jpg; 12601_st0640_039.jpg

12601_st0640_040.jpg; 12601_st0640_042.jpg; 12601_st0640_043.jpg; 12601_st0640_044.jpg; 12601_st0640_045.jpg; 12601_st0640_046.jpg; 12601_st0640_049.jpg; 12601_st0640_050.jpg; 12601_st0640_051.jpg; 12601_st0640_052.jpg; 12601_st0640_057.jpg; 12601_st0640_059.jpg; 12601_st0640_061.jpg; 12601_st0640_062.jpg



https://www.lemberglaw.com/wp-content/uploads/2019/07/2019-Volkswagen-Golf-VW-GTI-problems-complaints-lemon-400x209.png




12601_cc0640_032_K8K8.jpg

**Project: Lemberglaw Item #246036.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Volkswagen Golf R | https://www.lemberglaw.com/2019-vw-volkswagen-gti-problems-complaints-lemon/ | | 122.png | 122.png | 122.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/07/2019-Volkswagen-Golf-VW-GTI-problems-complaints-lemon-400x209.png | 02/25/2021 09:05:02 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-106-798**
**Effective Date of Registration:**
January 30, 2018

## Title

**Title of Work:** Group of Published Photographs. VIF12597 2018 BMW X3 xDrive30i Dark Graphite Metallic/Canberra Beige Vernasca Leather/Convenience Package/Driving Assistance Package/Premium Package/Park Distance Control 4 Door CUV; 135 photographs

**Content Title:** 12597_cc0640_001_300.jpg; 12597_cc0640_001_416.jpg; 12597_cc0640_001_475.jpg; 12597_cc0640_001_668.jpg; 12597_cc0640_001_A83.jpg; 12597_cc0640_001_A90.jpg; 12597_cc0640_001_A96.jpg; 12597_cc0640_001_C07.jpg; 12597_cc0640_001_C1L.jpg; 12597_cc0640_001_C1M.jpg; 12597_cc0640_014_300.jpg; 12597_cc0640_014_416.jpg

12597_cc0640_014_475.jpg; 12597_cc0640_014_668.jpg; 12597_cc0640_014_A83.jpg; 12597_cc0640_014_A90.jpg; 12597_cc0640_014_A96.jpg; 12597_cc0640_014_C07.jpg; 12597_cc0640_014_C1L.jpg; 12597_cc0640_014_C1M.jpg; 12597_cc0640_032_300.jpg; 12597_cc0640_032_416.jpg; 12597_cc0640_032_475.jpg; 12597_cc0640_032_668.jpg

12597_cc0640_032_A83.jpg; 12597_cc0640_032_A90.jpg; 12597_cc0640_032_A96.jpg; 12597_cc0640_032_C07.jpg; 12597_cc0640_032_C1L.jpg; 12597_cc0640_032_C1M.jpg;

12597_sl0640_abs_001.jpg; 12597_sl0640_rea_001.jpg; 12597_sp0640_001.jpg; 12597_sp0640_002.jpg; 12597_sp0640_003.jpg; 12597_sp0640_004.jpg; 12597_sp0640_005.jpg; 12597_sp0640_006.jpg; 12597_sp0640_007.jpg; 12597_sp0640_008.jpg; 12597_sp0640_009.jpg; 12597_sp0640_010.jpg; 12597_sp0640_011.jpg; 12597_sp0640_012.jpg

12597_sp0640_013.jpg; 12597_sp0640_014.jpg; 12597_sp0640_015.jpg; 12597_sp0640_016.jpg; 12597_sp0640_017.jpg; 12597_sp0640_018.jpg; 12597_sp0640_019.jpg; 12597_sp0640_020.jpg; 12597_sp0640_021.jpg; 12597_sp0640_022.jpg; 12597_sp0640_023.jpg; 12597_sp0640_024.jpg; 12597_sp0640_025.jpg; 12597_sp0640_026.jpg

12597_sp0640_027.jpg; 12597_sp0640_028.jpg; 12597_sp0640_029.jpg; 12597_sp0640_030.jpg; 12597_sp0640_031.jpg; 12597_sp0640_032.jpg; 12597_sp0640_033.jpg; 12597_sp0640_034.jpg; 12597_sp0640_035.jpg; 12597_sp0640_036.jpg; 12597_st0640_037.jpg; 12597_st0640_039.jpg; 12597_st0640_040.jpg; 12597_st0640_042.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-X3-problems-complaints-lemon.png




12597_sp0640_032.jpg

**Project: Lemberglaw Item #246061.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2018-bmw-x3-problems-complaints-lemon/ | 147.png | 147.png | 147.png | 147.jpeg | 147.png | 147.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-BMW-X3-problems-complaints-lemon.png | 02/25/2021 09:16:41 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-106-800**

**Effective Date of Registration:**
January 29, 2018

## Title

**Title of Work:** Group of Published Photographs, VH-12593 2018 Mitsubishi Outlander SE 2.4 S-AWC Sunroof Package/Accy Carpeted Floormats And Portfolio 4 Door CUV; 126 photographs

**Content Title:** 12593_cc0640_001_C06.jpg; 12593_cc0640_001_D14.jpg; 12593_cc0640_001_P26.jpg; 12593_cc0640_001_U17.jpg; 12593_cc0640_001_U25.jpg; 12593_cc0640_001_W13.jpg; 12593_cc0640_001_X42.jpg; 12593_cc0640_014_C06.jpg; 12593_cc0640_014_D14.jpg; 12593_cc0640_014_P26.jpg; 12593_cc0640_014_U17.jpg; 12593_cc0640_014_U25.jpg

12593_cc0640_014_W13.jpg; 12593_cc0640_014_X42.jpg; 12593_cc0640_032_C06.jpg; 12593_cc0640_032_D14.jpg; 12593_cc0640_032_P26.jpg; 12593_cc0640_032_U17.jpg; 12593_cc0640_032_U25.jpg; 12593_cc0640_032_W13.jpg; 12593_cc0640_032_X42.jpg; 412593_cc0640_014_W13.jpg; 12593_cc0640_014_X42.jpg; 12593_cc0640_032_C06.jpg; 12593_cc0640_032_D14.jpg; 12593_cc0640_032_P26.jpg; 12593_cc0640_032_U17.jpg; 12593_cc0640_032_U25.jpg; 12593_cc0640_032_W13.jpg; 12593_cc0640_032_X42.jpg;

12593_sl0640_abs_001.jpg; 12593_sl0640_rea_001.jpg; 12593_sp0640_001.jpg; 12593_sp0640_002.jpg; 12593_sp0640_003.jpg; 12593_sp0640_004.jpg; 12593_sp0640_005.jpg; 12593_sp0640_006.jpg; 12593_sp0640_007.jpg; 12593_sp0640_008.jpg; 12593_sp0640_009.jpg; 12593_sp0640_010.jpg; 12593_sp0640_011.jpg

12593_sp0640_012.jpg; 12593_sp0640_013.jpg; 12593_sp0640_014.jpg; 12593_sp0640_015.jpg; 12593_sp0640_016.jpg; 12593_sp0640_017.jpg; 12593_sp0640_018.jpg; 12593_sp0640_019.jpg; 12593_sp0640_020.jpg; 12593_sp0640_021.jpg; 12593_sp0640_022.jpg; 12593_sp0640_023.jpg; 12593_sp0640_024.jpg; 12593_sp0640_025.jpg

12593_sp0640_026.jpg; 12593_sp0640_027.jpg; 12593_sp0640_028.jpg; 12593_sp0640_029.jpg; 12593_sp0640_030.jpg; 12593_sp0640_031.jpg; 12593_sp0640_032.jpg; 12593_sp0640_033.jpg; 12593_sp0640_034.jpg; 12593_sp0640_035.jpg; 12593_sp0640_036.jpg; 12593_st0640_037.jpg; 12593_st0640_039.jpg; 12593_st0640_040.jpg

12593_st0640_042.jpg; 12593_st0640_043.jpg; 12593_st0640_044.jpg; 12593_st0640_045.jpg; 12593_st0640_046.jpg; 12593_st0640_049.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mitsubishi-Outlander-problems-complaints-lemon.png




12593_cc0640_032_C06.jpg

**Project: Lemberglaw Item #245981.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mitsubishi Outlander | https://www.lemberglaw.com/2018-mitsubishi-outlander-problems-complaints-lemon/ | 67.png | 67.png | 67.png | 67.jpeg | 67.png | 67.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mitsubishi-Outlander-problems-complaints-lemon.png | 02/25/2021 08:39:09 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-106-802**

**Effective Date of Registration:**
January 29, 2018

## Title

**Title of Work:** Group of Published Photographs, VIF12594 2018 Mitsubishi Outlander PHEV SEL S-AWC Ruby Black Pearl/Accy Tonneau Cover/Accy Carpeted Floormats And Portfolio 4 Door CUV; 121 photographs

**Content Title:** 12594_cc0640_001_C06.jpg; 12594_cc0640_001_P26.jpg; 12594_cc0640_001_U17.jpg; 12594_cc0640_001_U25.jpg; 12594_cc0640_001_W13.jpg; 12594_cc0640_001_X40.jpg; 12594_cc0640_014_C06.jpg; 12594_cc0640_014_P26.jpg; 12594_cc0640_014_U17.jpg; 12594_cc0640_014_U25.jpg; 12594_cc0640_014_W13.jpg; 12594_cc0640_014_X40.jpg

12594_cc0640_032_C06.jpg; 12594_cc0640_032_P26.jpg; 12594_cc0640_032_U17.jpg; 12594_cc0640_032_U25.jpg; 12594_cc0640_032_W13.jpg; 12594_cc0640_032_X40.jpg;

12594_sl0640_abs_001.jpg; 12594_sl0640_rea_001.jpg; 12594_sp0640_001.jpg

12594_sp0640_002.jpg; 12594_sp0640_003.jpg; 12594_sp0640_004.jpg; 12594_sp0640_005.jpg; 12594_sp0640_006.jpg; 12594_sp0640_007.jpg; 12594_sp0640_008.jpg; 12594_sp0640_009.jpg; 12594_sp0640_010.jpg; 12594_sp0640_011.jpg; 12594_sp0640_012.jpg; 12594_sp0640_013.jpg; 12594_sp0640_014.jpg; 12594_sp0640_015.jpg

12594_sp0640_016.jpg; 12594_sp0640_017.jpg; 12594_sp0640_018.jpg; 12594_sp0640_019.jpg; 12594_sp0640_020.jpg; 12594_sp0640_021.jpg; 12594_sp0640_022.jpg; 12594_sp0640_023.jpg; 12594_sp0640_024.jpg; 12594_sp0640_025.jpg; 12594_sp0640_026.jpg; 12594_sp0640_027.jpg; 12594_sp0640_028.jpg; 12594_sp0640_029.jpg

12594_sp0640_030.jpg; 12594_sp0640_031.jpg; 12594_sp0640_032.jpg; 12594_sp0640_033.jpg; 12594_sp0640_034.jpg; 12594_sp0640_035.jpg; 12594_sp0640_036.jpg; 12594_st0640_037.jpg; 12594_st0640_039.jpg; 12594_st0640_040.jpg; 12594_st0640_042.jpg; 12594_st0640_043.jpg; 12594_st0640_044.jpg; 12594_st0640_045.jpg

12594_st0640_046.jpg; 12594_st0640_049.jpg; 12594_st0640_050.jpg; 12594_st0640_051.jpg; 12594_st0640_052.jpg; 12594_st0640_057.jpg; 12594_st0640_059.jpg; 12594_st0640_061.jpg; 12594_st0640_062.jpg; 12594_st0640_063.jpg; 12594_st0640_064.jpg; 12594_st0640_065.jpg; 12594_st0640_066.jpg; 12594_st0640_077.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mitsubishi-Outlander-PHEV-problems-complaints-lemon-400x236.png




12594_cc0640_032_C06.jpg

**Project: Lemberglaw Item #245980.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mitsubishi Outlander PHEV | https://www.lemberglaw.com/2018-mitsubishi-outlander-phev-problems-complaints-lemon/ | 66.png | 66.png | 66.png | 66.jpeg | 66.png | 66.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mitsubishi-Outlander-PHEV-problems-complaints-lemon-400x236.png | 02/25/2021 08:38:40 |








Page 1/1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-107-198**

**Effective Date of Registration:**
May 21, 2018

## Title

**Title of Work:** GROUPS REGISTRATION OF PUBLISHED PHOTOGRAPHS june 21,2018 VIF12690 2018 Mazda MX-5 Miata RF Grand Touring JCR Special Paint Charge 2 Door coupe (115 photographs)

**Content Title:** 12690_cc0640_001_25D.jpg; 12690_cc0640_001_41W.jpg; 12690_cc0640_001_45B.jpg; 12690_cc0640_001_46G.jpg; 12690_cc0640_001_46V.jpg; 12690_cc0640_001_47A.jpg; 12690_cc0640_001_A4D.jpg; 12690_cc0640_014_25D.jpg; 12690_cc0640_014_41W.jpg; 12690_cc0640_014_45B.jpg; 12690_cc0640_014_46G.jpg; 12690_cc0640_014_46V.jpg

12690_cc0640_014_47A.jpg; 12690_cc0640_014_A4D.jpg; 12690_cc0640_032_25D.jpg; 12690_cc0640_032_41W.jpg; 12690_cc0640_032_45B.jpg; 12690_cc0640_032_46G.jpg; 12690_cc0640_032_46V.jpg; 12690_cc0640_032_47A.jpg; 12690_cc0640_032_A4D.jpg;

12690_st0640_abs_001.jpg; 12690_st0640_rea_001.jpg; 12690_sp0640_001.jpg; 12690_sp0640_002.jpg; 12690_sp0640_003.jpg; 12690_sp0640_004.jpg; 12690_sp0640_005.jpg; 12690_sp0640_006.jpg; 12690_sp0640_007.jpg; 12690_sp0640_008.jpg; 12690_sp0640_009.jpg; 12690_sp0640_010.jpg; 12690_sp0640_011.jpg

12690_sp0640_012.jpg; 12690_sp0640_013.jpg; 12690_sp0640_014.jpg; 12690_sp0640_015.jpg; 12690_sp0640_016.jpg; 12690_sp0640_017.jpg; 12690_sp0640_018.jpg; 12690_sp0640_019.jpg; 12690_sp0640_020.jpg; 12690_sp0640_021.jpg; 12690_sp0640_022.jpg; 12690_sp0640_023.jpg; 12690_sp0640_024.jpg; 12690_sp0640_025.jpg

12690_sp0640_026.jpg; 12690_sp0640_027.jpg; 12690_sp0640_028.jpg; 12690_sp0640_029.jpg; 12690_sp0640_030.jpg; 12690_sp0640_031.jpg; 12690_sp0640_032.jpg; 12690_sp0640_033.jpg; 12690_sp0640_034.jpg; 12690_sp0640_035.jpg; 12690_sp0640_036.jpg; 12690_st0640_037.jpg; 12690_st0640_039.jpg; 12690_st0640_040.jpg

12690_st0640_041.jpg; 12690_st0640_042.jpg; 12690_st0640_043.jpg; 12690_st0640_044.jpg; 12690_st0640_045.jpg; 12690_st0640_046.jpg; 12690_st0640_049.jpg; 12690_st0640_050.jpg; 12690_st0640_051.jpg; 12690_st0640_057.jpg; 12690_st0640_059.jpg; 12690_st0640_061.jpg; 12690_st0640_062.jpg; 12690_st0640_064.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mazda-MX-5-problems-complaints-lemon.png




12690_st0640_089.jpg

**Project: Lemberglaw Item #245979.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mazda MX-5 Miata | https://www.lemberglaw.com/2018-mazda-mx-5-problems-complaints-lemon/ | 65.png | 65.png | 65.png | 65.jpeg | 65.png | 65.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Mazda-MX-5-problems-complaints-lemon.png | 02/25/2021 08:38:08 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-113-229**

**Effective Date of Registration:**
January 29, 2018

## Title

**Title of Work:** Group of Published Photographs VIF12583 2018 Mazda CX-5 Sport JCR Soul Red Crystal Paint Charge 4 Door CUV

**Content Title:** 12583_cc0640_001_25D.jpg; 12583_cc0640_001_41W.jpg; 12583_cc0640_001_42M.jpg; 12583_cc0640_001_45B.jpg; 12583_cc0640_001_45P.jpg; 12583_cc0640_001_46G.jpg; 12583_cc0640_001_46V.jpg; 12583_cc0640_014_25D.jpg; 12583_cc0640_014_41W.jpg; 12583_cc0640_014_42M.jpg; 12583_cc0640_014_45B.jpg; 12583_cc0640_014_45P.jpg

12583_cc0640_014_46G.jpg; 12583_cc0640_014_46V.jpg; 12583_cc0640_032_25D.jpg; 12583_cc0640_032_41W.jpg; 12583_cc0640_032_42M.jpg; 12583_cc0640_032_45B.jpg; 12583_cc0640_032_45P.jpg; 12583_cc0640_032_46G.jpg; 12583_cc0640_032_46V.jpg;

12583_sl0640_abs_001.jpg; 12583_sl0640_rea_001.jpg; 12583_sp0640_001.jpg; 12583_sp0640_002.jpg; 12583_sp0640_003.jpg; 12583_sp0640_004.jpg; 12583_sp0640_005.jpg; 12583_sp0640_006.jpg; 12583_sp0640_007.jpg; 12583_sp0640_008.jpg; 12583_sp0640_009.jpg; 12583_sp0640_010.jpg; 12583_sp0640_011.jpg; 12583_sp0640_012.jpg

12583_sp0640_013.jpg; 12583_sp0640_014.jpg; 12583_sp0640_015.jpg; 12583_sp0640_016.jpg; 12583_sp0640_017.jpg; 12583_sp0640_018.jpg; 12583_sp0640_019.jpg; 12583_sp0640_020.jpg; 12583_sp0640_021.jpg; 12583_sp0640_022.jpg; 12583_sp0640_023.jpg; 12583_sp0640_024.jpg; 12583_sp0640_025.jpg; 12583_sp0640_026.jpg

12583_sp0640_027.jpg; 12583_sp0640_028.jpg; 12583_sp0640_029.jpg; 12583_sp0640_030.jpg; 12583_sp0640_031.jpg; 12583_sp0640_032.jpg; 12583_sp0640_033.jpg; 12583_sp0640_034.jpg; 12583_sp0640_035.jpg; 12583_sp0640_036.jpg; 12583_st0640_037.jpg; 12583_st0640_039.jpg; 12583_st0640_040.jpg; 12583_st0640_042.jpg

12583_st0640_043.jpg; 12583_st0640_044.jpg; 12583_st0640_045.jpg; 12583_st0640_046.jpg; 12583_st0640_049.jpg; 12583_st0640_050.jpg; 12583_st0640_051.jpg; 12583_st0640_052.jpg; 12583_st0640_057.jpg; 12583_st0640_059.jpg; 12583_st0640_061.jpg; 12583_st0640_062.jpg; 12583_st0640_063.jpg; 12583_st0640_064.jpg

12583_st0640_065.jpg; 12583_st0640_066.jpg; 12583_st0640_076.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Mazda-CX-5-problems-complaints-lemon.png




12583_st0640_089.jpg

**Project: Lemberglaw Item #245977.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mazda CX-3 | https://www.lemberglaw.com/2018-mazda-cx-5-problems-complaints-lemon/ | 63.png | 63.png | 63.png | 63.jpeg | 63.png | 63.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Mazda-CX-5-problems-complaints-lemon.png | 02/25/2021 08:37:12 |








| VA 2-117-253 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/11/2020-VW-Volkswagen-Passat-problems-complaints-issues-lemon.png | 12841_cc0640_032_G2G2.j |
| **VA 2-117-335** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/08/2019-Subaru-Forester-problems-complaints-lemon.png | 12846_st0640_046.jpg |
| **VA 2-117-524** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Hyundai-Veloster-problems-complaints-lemon.png | 12865_st0640_089.jpg |
| **VA 2-117-542** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-INFINITI-QX60-problems-complaints-issues-lemon.png | 12886_st0640_089.jpg |
| **VA 2-118-310** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Subaru-Crosstrek-problems-complaints-lemon.png | 12828_st0640_089.jpg |
| **VA 2-118-337** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Toyota-Tundra-problems-complaints-lemon.png | 12827_sp0640_032.jpg |
| **VA 2-118-621** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Subaru-Impreza-problems-complaints-lemon.png | 12877_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-117-253**
**Effective Date of Registration:**
August 27, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** June 12, 2018 to June 12, 2018

### Title

**Title of Group:** VIF12841 2019 Volkswagen Jetta 1.4T SE Monster Mats w/ Logo (set of 4) & Heavy Duty Trunk Liner w/ VW CarGo Blocks/Roadside Assistance Kit 4Dr sedan (246 photographs)

**Number of Photographs in Group:** 246

- **Individual Photographs:** 12841_sp0320_L_001.jpg; 12841_sp0320_L_002.jpg; 12841_sp0320_L_003.jpg; 12841_sp0320_L_004.jpg; 12841_sp0320_L_005.jpg; 12841_sp0320_L_006.jpg; 12841_sp0320_L_007.jpg; 12841_sp0320_L_008.jpg; 12841_sp0320_L_009.jpg; 12841_sp0320_L_010.jpg; 12841_sp0320_L_011.jpg; 12841_sp0320_L_012.jpg; 12841_sp0320_L_013.jpg

  **Published:** June 2018

- **Individual Photographs:** 12841_sp0320_L_014.jpg; 12841_sp0320_L_015.jpg; 12841_sp0320_L_016.jpg; 12841_sp0320_L_017.jpg; 12841_sp0320_L_018.jpg; 12841_sp0320_L_019.jpg; 12841_sp0320_L_020.jpg; 12841_sp0320_L_021.jpg; 12841_sp0320_L_022.jpg; 12841_sp0320_L_023.jpg; 12841_sp0320_L_024.jpg; 12841_sp0320_L_025.jpg; 12841_sp0320_L_026.jpg

  **Published:** June 2018

- **Individual Photographs:** 12841_sp0320_L_027.jpg; 12841_sp0320_L_028.jpg; 12841_sp0320_L_029.jpg; 12841_sp0320_L_030.jpg; 12841_sp0320_L_031.jpg; 12841_sp0320_L_032.jpg; 12841_sp0320_L_033.jpg; 12841_sp0320_L_034.jpg; 12841_sp0320_L_035.jpg; 12841_sp0320_L_036.jpg; 12841_cc0640_001_0Q0Q.jpg; 12841_cc0640_001_2B2B.jpg; 12841_cc0640_001_2R2R.jpg

  **Published:** June 2018

- **Individual Photographs:** 12841_cc0640_001_2T2T.jpg; 12841_cc0640_001_3X3X.jpg; 12841_cc0640_001_A1A1.jpg; 12841_cc0640_001_G2G2.jpg; 12841_cc0640_001_K8K8.jpg; 12841_cc0640_001_V9V9.jpg; 12841_cc0640_014_0Q0Q.jpg; 12841_cc0640_014_2B2B.jpg; 12841_cc0640_014_2R2R.jpg; 12841_cc0640_014_2T2T.jpg; 12841_cc0640_014_3X3X.jpg; 12841_cc0640_014_A1A1.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/11/2020-VW-Volkswagen-Passat-problems-complaints-issues-lemon.png




12841_cc0640_032_G2G2.jpg

**Project: Lemberglaw Item #246056.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Volkswagen Jetta GLI | https://www.lemberglaw.com/2020-volkswagen-passat-vw-problems-complaints-lemon/ | 142.png | 142.png | 142.png | 142.jpeg | 142.png | 142.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/11/2020-VW-Volkswagen-Passat-problems-complaints-issues-lemon.png | 02/25/2021 09:14:16 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-117-335**
**Effective Date of Registration:**
August 29, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** June 25, 2018 to June 25, 2018

### Title

**Title of Group:** VIF12846 2019 Subaru Forester 2.5i Limited Moon Roof/Navigation System/Eyesight System 4Dr CUV (252 photographs)

**Number of Photographs in Group:** 252

- **Individual Photographs:** 12846_cc0640_001_61K.jpg; 12846_cc0640_001_D4S.jpg; 12846_cc0640_001_G1U.jpg; 12846_cc0640_001_K1X.jpg; 12846_cc0640_001_M1Y.jpg; 12846_cc0640_001_M2Y.jpg; 12846_cc0640_001_M4Y.jpg; 12846_cc0640_001_SAZ.jpg; 12846_cc0640_001_SBC.jpg; 12846_cc0640_014_61K.jpg; 12846_cc0640_014_D4S.jpg; 12846_cc0640_014_G1U.jpg

  **Published:** June 2018

- **Individual Photographs:** 12846_cc0640_014_K1X.jpg; 12846_cc0640_014_M1Y.jpg; 12846_cc0640_014_M2Y.jpg; 12846_cc0640_014_M4Y.jpg; 12846_cc0640_014_SAZ.jpg; 12846_cc0640_014_SBC.jpg; 12846_cc0640_032_61K.jpg; 12846_cc0640_032_D4S.jpg; 12846_cc0640_032_G1U.jpg; 12846_cc0640_032_K1X.jpg; 12846_cc0640_032_M1Y.jpg; 12846_cc0640_032_M2Y.jpg

  **Published:** June 2018

- **Individual Photographs:** 12846_cc0640_032_M4Y.jpg; 12846_cc0640_032_SAZ.jpg; 12846_cc0640_032_SBC.jpg; 12846_pacu_001.jpg; 12846_pacu_002.jpg; 12846_pacu_003.jpg; 12846_pacu_004.jpg; 12846_pacu_005.jpg; 12846_pacu_006.jpg; 12846_pacu_L_001.jpg; 12846_pacu_L_002.jpg; 12846_pacu_L_003.jpg; 12846_pacu_L_004.jpg; 12846_pacu_L_005.jpg

  **Published:** June 2018

- **Individual Photographs:** 12846_pacu_L_006.jpg; 12846_sl0640_abs_001.jpg; 12846_sl0640_rea_001.jpg; 12846_sp0320_L_001.jpg; 12846_sp0320_L_002.jpg; 12846_sp0320_L_003.jpg; 12846_sp0320_L_004.jpg; 12846_sp0320_L_005.jpg; 12846_sp0320_L_006.jpg; 12846_sp0320_L_007.jpg; 12846_sp0320_L_008.jpg; 12846_sp0320_L_009.jpg; 12846_sp0320_L_010.jpg

  **Published:** June 2018

- **Individual Photographs:** 12846_sp0320_L_011.jpg; 12846_sp0320_L_012.jpg; 12846_sp0320_L_013.jpg; 12846_sp0320_L_014.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/08/2019-Subaru-Forester-problems-complaints-lemon.png




12846_st0640_046.jpg

**Project: Lemberglaw Item #246031.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Subaru Forester | https://www.lemberglaw.com/2019-subaru-forester-problems-complaints-lemon/ | 117.png | 117.png | 117.png | 117.jpeg | 117.png | 117.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/08/2019-Subaru-Forester-problems-complaints-lemon.png | 02/25/2021 09:02:50 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-117-524**
**Effective Date of Registration:**
August 31, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** June 26, 2018 to June 26, 2018

## Title

**Title of Group:** VIF12865 2019 Hyundai Veloster Carpeted Floor Mats 4Dr hatchback (240 photographs)

**Number of Photographs in Group:** 240

- **Individual Photographs:** 12865_cc0640_001_EVOX01.jpg; 12865_cc0640_001_EVOX02.jpg; 12865_cc0640_001_EVOX03.jpg; 12865_cc0640_001_MZH.jpg; 12865_cc0640_001_P6W.jpg; 12865_cc0640_001_SS7.jpg; 12865_cc0640_001_YG7.jpg; 12865_cc0640_014_EVOX01.jpg; 12865_cc0640_014_EVOX02.jpg; 12865_cc0640_014_EVOX03.jpg; 12865_cc0640_014_MZH.jpg

  **Published:** June 2018

- **Individual Photographs:** 12865_cc0640_014_P6W.jpg; 12865_cc0640_014_SS7.jpg; 12865_cc0640_014_YG7.jpg; 12865_cc0640_032_EVOX01.jpg; 12865_cc0640_032_EVOX02.jpg; 12865_cc0640_032_EVOX03.jpg; 12865_cc0640_032_MZH.jpg; 12865_cc0640_032_P6W.jpg; 12865_cc0640_032_SS7.jpg; 12865_cc0640_032_YG7.jpg; 12865_pacu_001.jpg; 12865_pacu_002.jpg; 12865_pacu_003.jpg

  **Published:** June 2018

- **Individual Photographs:** 12865_pacu_004.jpg; 12865_pacu_005.jpg; 12865_pacu_006.jpg; 12865_pacu_L_001.jpg; 12865_pacu_L_002.jpg; 12865_pacu_L_003.jpg; 12865_pacu_L_004.jpg; 12865_pacu_L_005.jpg; 12865_pacu_L_006.jpg; 12865_sl0640_abs_001.jpg; 12865_sl0640_rea_001.jpg; 12865_sp0320_L_001.jpg; 12865_sp0320_L_002.jpg; 12865_sp0320_L_003.jpg

  **Published:** June 2018

- **Individual Photographs:** 12865_sp0320_L_004.jpg; 12865_sp0320_L_005.jpg; 12865_sp0320_L_006.jpg; 12865_sp0320_L_007.jpg; 12865_sp0320_L_008.jpg; 12865_sp0320_L_009.jpg; 12865_sp0320_L_010.jpg; 12865_sp0320_L_011.jpg; 12865_sp0320_L_012.jpg; 12865_sp0320_L_013.jpg; 12865_sp0320_L_014.jpg; 12865_sp0320_L_015.jpg; 12865_sp0320_L_016.jpg

  **Published:** June 2018

- **Individual Photographs:** 12865_sp0320_L_017.jpg; 12865_sp0320_L_018.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Hyundai-Veloster-problems-complaints-lemon.png




12865_st0640_089.jpg

**Project: Lemberglaw Item #246019.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Hyundai Veloster | https://www.lemberglaw.com/2019-hyundai-veloster-problems-complaints-lemon/ | 105.png | 105.png | 105.png | 105.jpeg | 105.png | 105.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Hyundai-Veloster-problems-complaints-lemon.png | 02/25/2021 08:57:06 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-117-542**

**Effective Date of Registration:**
August 31, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** July 02, 2018 to July 02, 2018

### Title

**Title of Group:** VIF12886 2019 Infiniti QX60 Luxe Sensory Package/Proactive Package/Theater Package/Essential Package/Splash Guards 4Dr CUV (222 photographs)

**Number of Photographs in Group:** 222

- **Individual Photographs:** 12886_cc0640_001_BW5.jpg; 12886_cc0640_001_CAS.jpg; 12886_cc0640_001_GAL.jpg; 12886_cc0640_001_K23.jpg; 12886_cc0640_001_KAD.jpg; 12886_cc0640_001_KH3.jpg; 12886_cc0640_001_NBM.jpg; 12886_cc0640_001_QAB.jpg; 12886_cc0640_001_RBP.jpg; 12886_cc0640_014_BW5.jpg; 12886_cc0640_014_CAS.jpg; 12886_cc0640_014_GAL.jpg

  **Published:** July 2018

- **Individual Photographs:** 12886_cc0640_014_K23.jpg; 12886_cc0640_014_KAD.jpg; 12886_cc0640_014_KH3.jpg; 12886_cc0640_014_NBM.jpg; 12886_cc0640_014_QAB.jpg; 12886_cc0640_014_RBP.jpg; 12886_cc0640_032_BW5.jpg; 12886_cc0640_032_CAS.jpg; 12886_cc0640_032_GAL.jpg; 12886_cc0640_032_K23.jpg; 12886_cc0640_032_KAD.jpg; 12886_cc0640_032_KH3.jpg

  **Published:** July 2018

- **Individual Photographs:** 12886_cc0640_032_NBM.jpg; 12886_cc0640_032_QAB.jpg; 12886_cc0640_032_RBP.jpg; 12886_pacu_001.jpg; 12886_pacu_002.jpg; 12886_pacu_003.jpg; 12886_pacu_004.jpg; 12886_pacu_005.jpg; 12886_pacu_006.jpg; 12886_pacu_L_001.jpg; 12886_pacu_L_002.jpg; 12886_pacu_L_003.jpg; 12886_pacu_L_004.jpg; 12886_pacu_L_005.jpg

  **Published:** July 2018

- **Individual Photographs:** 12886_pacu_L_006.jpg; 12886_sl0640_abs_001.jpg; 12886_sl0640_rea_001.jpg; 12886_sp0640_001.jpg; 12886_sp0640_002.jpg; 12886_sp0640_003.jpg; 12886_sp0640_004.jpg; 12886_sp0640_005.jpg; 12886_sp0640_006.jpg; 12886_sp0640_007.jpg; 12886_sp0640_008.jpg; 12886_sp0640_009.jpg; 12886_sp0640_010.jpg; 12886_sp0640_011.jpg

  **Published:** July 2018

- **Individual Photographs:** 12886_sp0640_012.jpg; 12886_sp0640_013.jpg; 12886_sp0640_014.jpg; 12886_sp0640_015.jpg; 12886_sp0640_016.jpg; 12886_sp0640_017.jpg; 12886_sp0640_018.jpg; 12886_sp0640_019.jpg; 12886_sp0640_020.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-INFINITI-QX60-problems-complaints-issues-lemon.png




12886_st0640_089.jpg

**Project: Lemberglaw Item #246047.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Infiniti I | https://www.lemberglaw.com/2020-infiniti-qx60-problems-complaints-lemon/ | 133.png | 133.png | 133.png | 133.jpeg | 133.png | 133.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-INFINITI-QX60-problems-complaints-issues-lemon.png | 02/25/2021 09:10:08 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-118-310**
**Effective Date of Registration:**
August 22, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** June 11, 2018 to June 11, 2018

### Title

**Title of Group:** VIF12828 2019 Subaru Crosstrek 2.0i 4Dr CUV (169 photographs)
**Number of Photographs in Group:** 169

- **Individual Photographs:** 12828_sp0320_L_001.jpg; 12828_sp0320_L_002.jpg; 12828_sp0320_L_003.jpg; 12828_sp0320_L_004.jpg; 12828_sp0320_L_005.jpg; 12828_sp0320_L_006.jpg; 12828_sp0320_L_007.jpg; 12828_sp0320_L_008.jpg; 12828_sp0320_L_009.jpg; 12828_sp0320_L_010.jpg; 12828_sp0320_L_011.jpg; 12828_sp0320_L_012.jpg; 12828_sp0320_L_013.jpg
  **Published:** June 2018

- **Individual Photographs:** 12828_sp0320_L_014.jpg; 12828_sp0320_L_015.jpg; 12828_sp0320_L_016.jpg; 12828_sp0320_L_017.jpg; 12828_sp0320_L_018.jpg; 12828_sp0320_L_019.jpg; 12828_sp0320_L_020.jpg; 12828_sp0320_L_021.jpg; 12828_sp0320_L_022.jpg; 12828_12828_sp0320_L_023.jpg; 12828_sp0320_L_024.jpg; 12828_sp0320_L_025.jpg; 12828_sp0320_L_026.jpg
  **Published:** June 2018

- **Individual Photographs:** 12828_sp0320_L_027.jpg; 12828_sp0320_L_028.jpg; 12828_sp0320_L_029.jpg; 12828_sp0320_L_030.jpg; 12828_sp0320_L_031.jpg;12828_sp0320_L_032.jpg; 12828_sp0320_L_033.jpg; 12828_sp0320_L_034.jpg; 12828_sp0320_L_035.jpg; 12828_sp0320_L_036.jpg
  **Published:** June 2018

- **Individual Photographs:** 12828_cc0640_001_61K.jpg; 12828_cc0640_001_D4S.jpg; 12828_cc0640_001_G1U.jpg; 12828_cc0640_001_H2Q.jpg; 12828_cc0640_001_J8U.jpg; 12828_cc0640_001_K1X.jpg
  **Published:** June 2018

- **Individual Photographs:** 12828_cc0640_001_PAF.jpg; 12828_cc0640_001_PAK.jpg; 12828_cc0640_014_61K.jpg; 12828_cc0640_014_D4S.jpg; 12828_cc0640_014_G1U.jpg; 12828_cc0640_014_H2Q.jpg; 12828_cc0640_014_J8U.jpg; 12828_cc0640_014_K1X.jpg; 12828_cc0640_014_PAF.jpg; 12828_cc0640_014_PAK.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Subaru-Crosstrek-problems-complaints-lemon.png




12828_st0640_089.jpg

**Project: Lemberglaw Item #245989.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Subaru Impreza | https://www.lemberglaw.com/2018-subaru-crosstrek-problems-complaints-lemon/ | 75.png | 75.png | 75.png | 75.jpeg | 75.png | 75.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/10/2018-Subaru-Crosstrek-problems-complaints-lemon.png | 02/25/2021 08:42:50 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-118-337**
**Effective Date of Registration:**
August 10, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** June 04, 2018 to June 04, 2018

### Title

**Title of Group:** VIF12827 2018 Toyota Tundra Limited Limited Premium Package/TRD Off-Road Package/All Weather Liners/Door Sill/Bedliner w/ Deck Rail/Exhaust Tip in.TUNDRA in. Tailga crew cab 4Dr pickup (71 photographs)

**Number of Photographs in Group:** 71

- **Individual Photographs:** 12827_cc0640_001_040.jpg; 12827_cc0640_001_1D6.jpg; 12827_cc0640_001_1G3.jpg; 12827_cc0640_001_1H5.jpg; 12827_cc0640_001_218.jpg; 12827_cc0640_001_3R3.jpg; 12827_cc0640_001_4V6.jpg; 12827_cc0640_001_4X0.jpg; 12827_cc0640_001_4X4.jpg; 12827_cc0640_001_8T0.jpg; 12827_cc0640_001_8W2.jpg; 12827_cc0640_014_040.jpg

  **Published:** June 2018

- **Individual Photographs:** 12827_cc0640_014_1D6.jpg; 12827_cc0640_014_1G3.jpg; 12827_cc0640_014_1H5.jpg; 12827_cc0640_014_218.jpg; 12827_cc0640_014_3R3.jpg; 12827_cc0640_014_4V6.jpg; 12827_cc0640_014_4X0.jpg; 12827_cc0640_014_4X4.jpg; 12827_cc0640_014_8T0.jpg; 12827_cc0640_014_8W2.jpg; 12827_cc0640_032_040.jpg; 12827_cc0640_032_1D6.jpg

  **Published:** June 2018

- **Individual Photographs:** 12827_cc0640_032_1G3.jpg; 12827_cc0640_032_1H5.jpg; 12827_cc0640_032_218.jpg; 12827_cc0640_032_3R3.jpg; 12827_cc0640_032_4V6.jpg; 12827_cc0640_032_4X0.jpg; 12827_cc0640_032_4X4.jpg; 12827_cc0640_032_8T0.jpg;

  **Published:** June 2018

- **Individual Photographs:** 12827_sl0640_abs_001.jpg; 12827_sl0640_rea_001.jpg; 12827_sp0640_001.jpg; 12827_sp0640_002.jpg; 12827_sp0640_003.jpg; 12827_sp0640_004.jpg; 12827_sp0640_005.jpg; 12827_sp0640_006.jpg; 12827_sp0640_007.jpg; 12827_sp0640_008.jpg; 12827_sp0640_009.jpg; 12827_sp0640_010.jpg; 12827_sp0640_011.jpg

  **Published:** June 2018

- **Individual Photographs:** 12827_sp0640_012.jpg; 12827_sp0640_013.jpg; 12827_sp0640_014.jpg; 12827_sp0640_015.jpg; 12827_sp0640_016.jpg; 12827_sp0640_017.jpg; 12827_sp0640_018.jpg; 12827_sp0640_019.jpg; 12827_sp0640_020.jpg; 12827_sp0640_021.jpg; 12827_sp0640_022.jpg; 12827_sp0640_023.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Toyota-Tundra-problems-complaints-lemon.png




12827_sp0640_032.jpg

**Project: Lemberglaw Item #246065.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2020-toyota-tundra-problems-complaints-lemon/ | | 151.png | 151.png | 151.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Toyota-Tundra-problems-complaints-lemon.png | 02/25/2021 09:18:30 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-118-621**
**Effective Date of Registration:**
September 05, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(l)

**For Photographs Published:** July 16, 2018 to July 16, 2018

### Title

**Title of Group:** VIF 12877 2019 Subaru Impreza 2.0i Sport Moonroof 4Dr sedan (134 photographs)

**Number of Photographs in Group:** 134

- **Individual Photographs:** 12877_cc0640_001_D4S.jpg; 12877_cc0640_001_G1U.jpg; 12877_cc0640_001_K1X.jpg; 12877_cc0640_001_M1Y.jpg; 12877_cc0640_001_M2Y.jpg; 12877_cc0640_001_NAA.jpg; 12877_cc0640_001_NAC.jpg; 12877_cc0640_001_P8Y.jpg; 12877_cc0640_014_D4S.jpg; 12877_cc0640_014_G1U.jpg; 12877_cc0640_014_K1X.jpg; 12877_cc0640_014_M1Y.jpg

  **Published:** July 2018

- **Individual Photographs:** 12877_cc0640_014_M2Y.jpg; 12877_cc0640_014_NAA.jpg; 12877_cc0640_014_NAC.jpg; 12877_cc0640_014_P8Y.jpg; 12877_cc0640_032_D4S.jpg; 12877_cc0640_032_G1U.jpg; 12877_cc0640_032_K1X.jpg; 12877_cc0640_032_M1Y.jpg; 12877_cc0640_032_M2Y.jpg; 12877_cc0640_032_NAA.jpg; 12877_cc0640_032_NAC.jpg; 12877_cc0640_032_P8Y.jpg

  **Published:** July 2018

- **Individual Photographs:** 12877_pacu_001.jpg; 12877_pacu_002.jpg; 12877_pacu_003.jpg; 12877_pacu_004.jpg; 12877_pacu_005.jpg; 12877_pacu_006.jpg; 12877_pacu_L_001.jpg; 12877_pacu_L_002.jpg; 12877_pacu_L_003.jpg; 12877_pacu_L_004.jpg; 12877_pacu_L_005.jpg; 12877_pacu_L_006.jpg; 12877_sl0640_abs_001.jpg; 12877_sl0640_rea_001.jpg; 12877_sp0640_001.jpg

  **Published:** July 2018

- **Individual Photographs:** 12877_sp0640_002.jpg; 12877_sp0640_003.jpg; 12877_sp0640_004.jpg; 12877_sp0640_005.jpg; 12877_sp0640_006.jpg; 12877_sp0640_007.jpg; 12877_sp0640_008.jpg; 12877_sp0640_009.jpg; 12877_sp0640_010.jpg; 12877_sp0640_011.jpg; 12877_sp0640_012.jpg; 12877_sp0640_013.jpg; 12877_sp0640_014.jpg; 12877_sp0640_015.jpg

  **Published:** July 2018

- **Individual Photographs:** 12877_sp0640_016.jpg; 12877_sp0640_017.jpg; 12877_sp0640_018.jpg; 12877_sp0640_019.jpg; 12877_sp0640_020.jpg; 12877_sp0640_021.jpg; 12877_sp0640_022.jpg; 12877_sp0640_023.jpg; 12877_sp0640_024.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Subaru-Impreza-problems-complaints-lemon.png




12877_st0640_089.jpg

**Project: Lemberglaw Item #245991.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Subaru Impreza | https://www.lemberglaw.com/2018-subaru-impreza-problems-complaints-lemon/ | 77.png | 77.png | 77.png | 77.jpeg | 77.png | 77.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/02/2018-Subaru-Impreza-problems-complaints-lemon.png | 02/25/2021 08:43:40 |








| VA 2-118-627 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/08/2019-Chevy-Chevrolet-Equinox-problems-complaints-lemon.png | 12930_st0640_089.jpg |
| **VA 2-121-581** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Chevrolet-Chevy-Colorado-problems-complaints-lemon.png | 12970_st0640_089.jpg |
| **VA 2-121-604** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/12/2019-Lexus-ES-300-problems-complaints-issues-lemon.png | 13039_cc0640_032_083.jpg |
| **VA 2-121-631** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/12/2019-Chevy-Chevrolet-Traverse-problems-complaints-lemon.png | 12960_st0640_159.jpg |
| **VA 2-121-643** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/11/2019-Toyota-Sienna-problems-complaints-issues-lemon.png | 13010_st0640_089.jpg |
| **VA 2-121-656** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Toyota-Tundra-problems-complaints-lemon.png | 13016_st0640_089.jpg |
| **VA 2-121-657** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Chevrolet-Chevy-Equinox-problems-complaints-lemon.png | 13020_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-118-627**
**Effective Date of Registration:**
September 10, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** July 30, 2018 to July 30, 2018

### Title

**Title of Group:** VIF12930 2019 Chevrolet Equinox Premier Cajun Red Tintcoat/Sun, Sound & Navigation Package/Confidence & Convenience II Package 4Dr CUV (231 photographs)

**Number of Photographs in Group:** 231

- **Individual Photographs:** 12930_cc0640_001_G1W.jpg; 12930_cc0640_001_G35.jpg; 12930_cc0640_001_G6O.jpg; 12930_cc0640_001_G7Q.jpg; 12930_cc0640_001_G8K.jpg; 12930_cc0640_001_G8U.jpg; 12930_cc0640_001_G9K.jpg; 12930_cc0640_001_GAN.jpg; 12930_cc0640_001_GAZ.jpg; 12930_cc0640_001_GB8.jpg; 12930_cc0640_001_GD1.jpg; 12930_cc0640_001_GGQ.jpg

  **Published:** July 2018

- **Individual Photographs:** 12930_cc0640_001_GMU.jpg; 12930_cc0640_001_GPJ.jpg; 12930_cc0640_014_G1W.jpg; 12930_cc0640_014_G35.jpg; 12930_cc0640_014_G6O.jpg; 12930_cc0640_014_G7Q.jpg; 12930_cc0640_014_G8K.jpg; 12930_cc0640_014_G8U.jpg; 12930_cc0640_014_G9K.jpg; 12930_cc0640_014_GAN.jpg; 12930_cc0640_014_GAZ.jpg; 12930_cc0640_014_GB8.jpg

  **Published:** July 2018

- **Individual Photographs:** 12930_cc0640_014_GD1.jpg; 12930_cc0640_014_GGQ.jpg; 12930_cc0640_014_GMU.jpg; 12930_cc0640_014_GPJ.jpg; 12930_cc0640_032_G1W.jpg; 12930_cc0640_032_G35.jpg; 12930_cc0640_032_G6O.jpg; 12930_cc0640_032_G7Q.jpg; 12930_cc0640_032_G8K.jpg; 12930_cc0640_032_G8U.jpg; 12930_cc0640_032_G9K.jpg; 12930_cc0640_032_GAN.jpg

  **Published:** July 2018

- **Individual Photographs:** 12930_cc0640_032_GAZ.jpg; 12930_cc0640_032_GB8.jpg; 12930_cc0640_032_GD1.jpg; 12930_cc0640_032_GGQ.jpg; 12930_cc0640_032_GMU.jpg; 12930_cc0640_032_GPJ.jpg; 12930_pacu_001.jpg; 12930_pacu_002.jpg; 12930_pacu_003.jpg; 12930_pacu_004.jpg; 12930_pacu_005.jpg; 12930_pacu_006.jpg; 12930_pacu_L_001.jpg; 12930_pacu_L_002.jpg

  **Published:** July 2018

- **Individual Photographs:** 12930_pacu_L_003.jpg; 12930_pacu_L_004.jpg; 12930_pacu_L_005.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/08/2019-Chevy-Chevrolet-Equinox-problems-complaints-lemon.png




12930_st0640_089.jpg

**Project: Lemberglaw Item #246011.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Equinox | https://www.lemberglaw.com/2019-chevrolet-equinox-problems-complaints-lemon/ | 97.png | 97.png | 97.png | 97.jpeg | 97.png | 97.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/08/2019-Chevy-Chevrolet-Equinox-problems-complaints-lemon.png | 02/25/2021 08:53:15 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-581**
**Effective Date of Registration:**
September 17, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** August 16, 2018 to August 16, 2018

### Title

| | |
|---|---|
| **Title of Group:** | VIF12970 2019 Chevrolet Colorado WT WT Convenience Package/Kinetic Blue Metallic crew cab 4Dr pickup (218 photographs) |
| **Number of Photographs in Group:** | 218 |
| • **Individual Photographs:** | 12970_cc0640_001_9V5.jpg; 12970_cc0640_001_9V9.jpg; 12970_cc0640_001_9W3.jpg; 12970_cc0640_001_9W4.jpg; 12970_cc0640_001_G16.jpg; 12970_cc0640_001_G6O.jpg; 12970_cc0640_001_G7C.jpg; 12970_cc0640_001_G9K.jpg; 12970_cc0640_001_GAN.jpg; 12970_cc0640_001_GAZ.jpg; 12970_cc0640_001_GBA.jpg; 12970_cc0640_001_GD1.jpg |
| **Published:** | August 2018 |
| • **Individual Photographs:** | 12970_cc0640_001_GJI.jpg; 12970_cc0640_001_GPJ.jpg; 12970_cc0640_014_9V5.jpg; 12970_cc0640_014_9V9.jpg; 12970_cc0640_014_9W3.jpg; 12970_cc0640_014_9W4.jpg; 12970_cc0640_014_G16.jpg; 12970_cc0640_014_G6O.jpg; 12970_cc0640_014_G7C.jpg; 12970_cc0640_014_G9K.jpg; 12970_cc0640_014_GAN.jpg; 12970_cc0640_014_GAZ.jpg |
| **Published:** | August 2018 |
| • **Individual Photographs:** | 12970_cc0640_014_GBA.jpg; 12970_cc0640_014_GD1.jpg; 12970_cc0640_014_GJI.jpg; 12970_cc0640_014_GPJ.jpg; 12970_cc0640_032_9V5.jpg; 12970_cc0640_032_9V9.jpg; 12970_cc0640_032_9W3.jpg; 12970_cc0640_032_9W4.jpg; 12970_cc0640_032_G16.jpg; 12970_cc0640_032_G6O.jpg; 12970_cc0640_032_G7C.jpg; 12970_cc0640_032_G9K.jpg |
| **Published:** | August 2018 |
| • **Individual Photographs:** | 12970_cc0640_032_GAN.jpg; 12970_cc0640_032_GAZ.jpg; 12970_cc0640_032_GBA.jpg; 12970_cc0640_032_GD1.jpg; 12970_cc0640_032_GJI.jpg; 12970_cc0640_032_GPJ.jpg; 12970_pacu_001.jpg; 12970_pacu_002.jpg; 12970_pacu_003.jpg; 12970_pacu_004.jpg; 12970_pacu_005.jpg; 12970_pacu_006.jpg; 12970_pacu_L_001.jpg; 12970_pacu_L_002.jpg |
| **Published:** | August 2018 |
| • **Individual Photographs:** | 12970_pacu_L_003.jpg; 12970_pacu_L_004.jpg; 12970_pacu_L_005.jpg; 12970_pacu_L_006.jpg; 12970_sl0640_abs_001.jpg; |



https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Chevrolet-Chevy-Colorado-problems-complaints-lemon.png




12970_st0640_089.jpg

**Project: Lemberglaw Item #246010.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Colorado | https://www.lemberglaw.com/2019-chevrolet-chevy-colorado-problems-complaints-lemon/ | 96.png | 96.png | 96.png | 96.jpeg | 96.png | 96.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Chevrolet-Chevy-Colorado-problems-complaints-lemon.png | 02/25/2021 08:52:46 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-604**
**Effective Date of Registration:**
October 05, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 05, 2018 to October 05, 2018

### Title

**Title of Group:** VIP13039 2019 Lexus ES ES 350 Blind Spot Monitor w/ Rear Cross Traffic Alert and Intuitive Parking Assist w/ Auto Braking/18-in Split 10-Spoke Alloy Wheels/Navigation Packa 4Dr sedan (221 photographs)

**Number of Photographs in Group:** 221

- **Individual Photographs:** 13039_cc0640_001_083.jpg; 13039_cc0640_001_085.jpg; 13039_cc0640_001_1H9.jpg; 13039_cc0640_001_1J4.jpg; 13039_cc0640_001_1J7.jpg; 13039_cc0640_001_212.jpg; 13039_cc0640_001_223.jpg; 13039_cc0640_001_3R1.jpg; 13039_cc0640_001_4X8.jpg; 13039_cc0640_001_6X0.jpg; 13039_cc0640_001_8X1.jpg; 13039_cc0640_001_8X5.jpg

  **Published:** October 2018

- **Individual Photographs:** 13039_cc0640_014_083.jpg; 13039_cc0640_014_085.jpg; 13039_cc0640_014_1H9.jpg; 13039_cc0640_014_1J4.jpg; 13039_cc0640_014_1J7.jpg; 13039_cc0640_014_212.jpg; 13039_cc0640_014_223.jpg; 13039_cc0640_014_3R1.jpg; 13039_cc0640_014_4X8.jpg; 13039_cc0640_014_6X0.jpg; 13039_cc0640_014_8X1.jpg; 13039_cc0640_014_8X5.jpg

  **Published:** October 2018

- **Individual Photographs:** 13039_cc0640_032_083.jpg; 13039_cc0640_032_085.jpg; 13039_cc0640_032_1H9.jpg; 13039_cc0640_032_1J4.jpg; 13039_cc0640_032_1J7.jpg; 13039_cc0640_032_212.jpg; 13039_cc0640_032_223.jpg; 13039_cc0640_032_3R1.jpg; 13039_cc0640_032_4X8.jpg; 13039_cc0640_032_6X0.jpg; 13039_cc0640_032_8X1.jpg; 13039_cc0640_032_8X5.jpg

  **Published:** October 2018

- **Individual Photographs:** 13039_pacu_001.jpg; 13039_pacu_002.jpg; 13039_pacu_003.jpg; 13039_pacu_004.jpg; 13039_pacu_005.jpg; 13039_pacu_006.jpg; 13039_pacu_L_001.jpg; 13039_pacu_L_002.jpg; 13039_pacu_L_003.jpg; 13039_pacu_L_004.jpg; 13039_pacu_L_005.jpg; 13039_pacu_L_006.jpg; 13039_sl0640_abs_001.jpg; 13039_sl0640_rea_001.jpg; 13039_sp0640_001.jpg

  **Published:** October 2018

- **Individual Photographs:** 13039_sp0640_002.jpg; 13039_sp0640_003.jpg; 13039_sp0640_004.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/12/2019-Lexus-ES-300-problems-complaints-issues-lemon.png




13039_cc0640_032_083.jpg

**Project: Lemberglaw Item #246023.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Lexus ES | https://www.lemberglaw.com/2019-lexus-es-350-problems-complaints-lemon/ | 109.png | 109.png | 109.png | 109.jpeg | 109.png | 109.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/12/2019-Lexus-ES-300-problems-complaints-issues-lemon.png | 02/25/2021 08:58:58 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-631**
**Effective Date of Registration:**
September 14, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** August 09, 2018 to August 09, 2018

## Title

| | |
|---|---|
| **Title of Group:** | VIF12960 2019 Chevrolet Traverse LS Cargo Net 4Dr CUV (214 photographs) |
| **Number of Photographs in Group:** | 214 |
| • **Individual Photographs:** | 12960_cc0640_001_G1W.jpg; 12960_cc0640_001_G2X.jpg; 12960_cc0640_001_G9K.jpg; 12960_cc0640_001_GAN.jpg; 12960_cc0640_001_GAZ.jpg; 12960_cc0640_001_GB8.jpg; 12960_cc0640_001_GGA.jpg; 12960_cc0640_001_GMU.jpg; 12960_cc0640_001_GPA.jpg; 12960_cc0640_001_GPJ.jpg; 12960_cc0640_014_G1W.jpg; 12960_cc0640_014_G2X.jpg |
| **Published:** | August 2018 |
| • **Individual Photographs:** | 12960_cc0640_014_G9K.jpg; 12960_cc0640_014_GAN.jpg; 12960_cc0640_014_GAZ.jpg; 12960_cc0640_014_GB8.jpg; 12960_cc0640_014_GGA.jpg; 12960_cc0640_014_GMU.jpg; 12960_cc0640_014_GPA.jpg; 12960_cc0640_014_GPJ.jpg; 12960_cc0640_032_G1W.jpg; 12960_cc0640_032_G2X.jpg; 12960_cc0640_032_G9K.jpg; 12960_cc0640_032_GAN.jpg |
| **Published:** | August 2018 |
| • **Individual Photographs:** | 12960_cc0640_032_GAZ.jpg; 12960_cc0640_032_GB8.jpg; 12960_cc0640_032_GGA.jpg; 12960_cc0640_032_GMU.jpg; 12960_cc0640_032_GPA.jpg; 12960_cc0640_032_GPJ.jpg; 12960_pacu_001.jpg; 12960_pacu_002.jpg; 12960_pacu_003.jpg; 12960_pacu_004.jpg; 12960_pacu_005.jpg; 12960_pacu_006.jpg; 12960_pacu_L_001.jpg; 12960_pacu_L_002.jpg |
| **Published:** | August 2018 |
| • **Individual Photographs:** | 12960_pacu_L_003.jpg; 12960_pacu_L_004.jpg; 12960_pacu_L_005.jpg; 12960_pacu_L_006.jpg; 12960_sl0640_abs_001.jpg; 12960_sl0640_rea_001.jpg; 12960_sp0640_001.jpg; 12960_sp0640_002.jpg; 12960_sp0640_003.jpg; 12960_sp0640_004.jpg; 12960_sp0640_005.jpg; 12960_sp0640_006.jpg; 12960_sp0640_007.jpg; 12960_sp0640_008.jpg |
| **Published:** | August 2018 |
| • **Individual Photographs:** | 12960_sp0640_009.jpg; 12960_sp0640_010.jpg; 12960_sp0640_011.jpg; 12960_sp0640_012.jpg; 12960_sp0640_013.jpg; 12960_sp0640_014.jpg; 12960_sp0640_015.jpg; 12960_sp0640_016.jpg; 12960_sp0640_017.jpg; |



https://www.lemberglaw.com/wp-content/uploads/2019/12/2019-Chevy-Chevrolet-Traverse-problems-complaints-lemon.png




12960_st0640_159.jpg

**Project: Lemberglaw Item #246012.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Equinox | https://www.lemberglaw.com/2019-chevrolet-traverse-problems-complaints-lemon/ | 98.png | 98.png | 98.png | 98.jpeg | 98.png | 98.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/12/2019-Chevy-Chevrolet-Traverse-problems-complaints-lemon.png | 02/25/2021 08:53:44 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-643**
**Effective Date of Registration:**
September 20, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 13, 2018 to September 13, 2018

### Title

**Title of Group:** VIF13010 2019 Toyota Sienna SE CF, Carpet Floor Mats/Door Sill Protector/MF, Mudguards 5Dr minivan (212 photographs)

**Number of Photographs in Group:** 212

- **Individual Photographs:** 13010_cc0640_001_040.jpg; 13010_cc0640_001_070.jpg; 13010_cc0640_001_1H1.jpg; 13010_cc0640_001_1J9.jpg; 13010_cc0640_001_218.jpg; 13010_cc0640_001_3Q3.jpg; 13010_cc0640_001_4W4.jpg; 13010_cc0640_001_6W4.jpg; 13010_cc0640_001_8W6.jpg; 13010_cc0640_014_040.jpg; 13010_cc0640_014_070.jpg; 13010_cc0640_014_1H1.jpg
  **Published:** September 2018

- **Individual Photographs:** 13010_cc0640_014_1J9.jpg; 13010_cc0640_014_218.jpg; 13010_cc0640_014_3Q3.jpg; 13010_cc0640_014_4W4.jpg; 13010_cc0640_014_6W4.jpg; 13010_cc0640_014_8W6.jpg; 13010_cc0640_032_040.jpg; 13010_cc0640_032_070.jpg; 13010_cc0640_032_1H1.jpg; 13010_cc0640_032_1J9.jpg; 13010_cc0640_032_218.jpg; 13010_cc0640_032_3Q3.jpg
  **Published:** September 2018

- **Individual Photographs:** 13010_cc0640_032_4W4.jpg; 13010_cc0640_032_6W4.jpg; 13010_cc0640_032_8W6.jpg; 13010_pacu_001.jpg; 13010_pacu_002.jpg; 13010_pacu_003.jpg; 13010_pacu_004.jpg; 13010_pacu_005.jpg; 13010_pacu_006.jpg; 13010_pacu_L_001.jpg; 13010_pacu_L_002.jpg; 13010_pacu_L_003.jpg; 13010_pacu_L_004.jpg; 13010_pacu_L_005.jpg
  **Published:** September 2018

- **Individual Photographs:** 13010_pacu_L_006.jpg; 13010_sl0640_abs_001.jpg; 13010_sl0640_rea_001.jpg; 13010_sp0640_001.jpg; 13010_sp0640_002.jpg; 13010_sp0640_003.jpg; 13010_sp0640_004.jpg; 13010_sp0640_005.jpg; 13010_sp0640_006.jpg; 13010_sp0640_007.jpg; 13010_sp0640_008.jpg; 13010_sp0640_009.jpg; 13010_sp0640_010.jpg; 13010_sp0640_011.jpg
  **Published:** September 2018

- **Individual Photographs:** 13010_sp0640_012.jpg; 13010_sp0640_013.jpg; 13010_sp0640_014.jpg; 13010_sp0640_015.jpg; 13010_sp0640_016.jpg; 13010_sp0640_017.jpg; 13010_sp0640_018.jpg; 13010_sp0640_019.jpg; 13010_sp0640_020.jpg; 13010_sp0640_021.jpg; 13010_sp0640_022.jpg; 13010_sp0640_023.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/11/2019-Toyota-Sienna-problems-complaints-issues-lemon.png




13010_st0640_089.jpg

**Project: Lemberglaw Item #246033.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Sienna | https://www.lemberglaw.com/2019-toyota-sienna-problems-complaints-lemon/ | 119.png | 119.png | 119.png | 119.jpeg | 119.png | 119.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/11/2019-Toyota-Sienna-problems-complaints-issues-lemon.png | 02/25/2021 09:03:44 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-121-656**

**Effective Date of Registration:**
September 21, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 19, 2018 to September 19, 2018

### Title

**Title of Group:** VIP13016 2019 Toyota Tundra Limited LX Limited Premium Package/OF TRD Off-Road Package/SR Power Tilt/Slide Moonroof with Sliding Sunshade/2T All Weather Liners/D crew cab 4Dr pickup (216 photographs)

**Number of Photographs in Group:** 216

- **Individual Photographs:** 13016_cc0640_001_040.jpg; 13016_cc0640_001_1D6.jpg; 13016_cc0640_001_1G3.jpg; 13016_cc0640_001_1H5.jpg; 13016_cc0640_001_218.jpg; 13016_cc0640_001_3R3.jpg; 13016_cc0640_001_4V6.jpg; 13016_cc0640_001_4X4.jpg; 13016_cc0640_001_8W2.jpg; 13016_cc0640_001_EVOX01.jpg; 13016_cc0640_014_040.jpg; 13016_cc0640_014_1D6.jpg

  **Published:** September 2018

- **Individual Photographs:** 13016_cc0640_014_1G3.jpg; 13016_cc0640_014_1H5.jpg; 13016_cc0640_014_218.jpg; 13016_cc0640_014_3R3.jpg; 13016_cc0640_014_4V6.jpg; 13016_cc0640_014_4X4.jpg; 13016_cc0640_014_8W2.jpg; 13016_cc0640_014_EVOX01.jpg; 13016_cc0640_032_040.jpg; 13016_cc0640_032_1D6.jpg; 13016_cc0640_032_1G3.jpg; 13016_cc0640_032_1H5.jpg

  **Published:** September 2018

- **Individual Photographs:** 13016_cc0640_032_218.jpg; 13016_cc0640_032_3R3.jpg; 13016_cc0640_032_4V6.jpg; 13016_cc0640_032_4X4.jpg; 13016_cc0640_032_8W2.jpg; 13016_cc0640_032_EVOX01.jpg; 13016_pacu_001.jpg; 13016_pacu_002.jpg; 13016_pacu_003.jpg; 13016_pacu_004.jpg; 13016_pacu_005.jpg; 13016_pacu_006.jpg; 13016_pacu_L_001.jpg; 13016_pacu_L_002.jpg

  **Published:** September 2018

- **Individual Photographs:** 13016_pacu_L_003.jpg; 13016_pacu_L_004.jpg; 13016_pacu_L_005.jpg; 13016_pacu_L_006.jpg; 13016_sl0640_abs_001.jpg; 13016_sl0640_rea_001.jpg; 13016_sp0640_001.jpg; 13016_sp0640_002.jpg; 13016_sp0640_003.jpg; 13016_sp0640_004.jpg; 13016_sp0640_005.jpg; 13016_sp0640_006.jpg; 13016_sp0640_007.jpg; 13016_sp0640_008.jpg

  **Published:** September 2018

- **Individual Photographs:** 13016_sp0640_009.jpg; 13016_sp0640_010.jpg; 13016_sp0640_011.jpg; 13016_sp0640_012.jpg; 13016_sp0640_013.jpg; 13016_sp0640_014.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Toyota-Tundra-problems-complaints-lemon.png




13016_st0640_089.jpg

**Project: Lemberglaw Item #246035.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Tundra | https://www.lemberglaw.com/2019-toyota-tundra-problems-complaints-lemon/ | 121.png | 121.png | 121.png | 121.jpeg | 121.png | 121.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Toyota-Tundra-problems-complaints-lemon.png | 02/25/2021 09:04:40 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-657**
**Effective Date of Registration:**
September 21, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 20, 2018 to September 20, 2018

### Title

**Title of Group:** VIF13020 2019 Chevrolet Equinox LT Black Bowtie Emblems 4Dr CUV (226 photographs)

**Number of Photographs in Group:** 226

- **Individual Photographs:** 13020_cc0640_001_G1W.jpg; 13020_cc0640_001_G35.jpg; 13020_cc0640_001_G6O.jpg; 13020_cc0640_001_G7Q.jpg; 13020_cc0640_001_G8K.jpg; 13020_cc0640_001_G8U.jpg; 13020_cc0640_001_G9K.jpg; 13020_cc0640_001_GAN.jpg; 13020_cc0640_001_GAZ.jpg; 13020_cc0640_001_GB8.jpg; 13020_cc0640_001_GD1.jpg; 13020_cc0640_001_GGQ.jpg

  **Published:** September 2018

- **Individual Photographs:** 13020_cc0640_001_GMU.jpg; 13020_cc0640_001_GPJ.jpg; 13020_cc0640_014_G1W.jpg; 13020_cc0640_014_G35.jpg; 13020_cc0640_014_G6O.jpg; 13020_cc0640_014_G7Q.jpg; 13020_cc0640_014_G8K.jpg; 13020_cc0640_014_G8U.jpg; 13020_cc0640_014_G9K.jpg; 13020_cc0640_014_GAN.jpg; 13020_cc0640_014_GAZ.jpg; 13020_cc0640_014_GB8.jpg

  **Published:** September 2018

- **Individual Photographs:** 13020_cc0640_014_GD1.jpg; 13020_cc0640_014_GGQ.jpg; 13020_cc0640_014_GMU.jpg; 13020_cc0640_014_GPJ.jpg; 13020_cc0640_032_G1W.jpg; 13020_cc0640_032_G35.jpg; 13020_cc0640_032_G6O.jpg; 13020_cc0640_032_G7Q.jpg; 13020_cc0640_032_G8K.jpg; 13020_cc0640_032_G8U.jpg; 13020_cc0640_032_G9K.jpg; 13020_cc0640_032_GAN.jpg

  **Published:** September 2018

- **Individual Photographs:** 13020_cc0640_032_GAZ.jpg; 13020_cc0640_032_GB8.jpg; 13020_cc0640_032_GD1.jpg; 13020_cc0640_032_GGQ.jpg; 13020_cc0640_032_GMU.jpg; 13020_cc0640_032_GPJ.jpg; 13020_pacu_001.jpg; 13020_pacu_002.jpg; 13020_pacu_003.jpg; 13020_pacu_004.jpg; 13020_pacu_005.jpg; 13020_pacu_006.jpg; 13020_pacu_L_001.jpg; 13020_pacu_L_002.jpg

  **Published:** September 2018

- **Individual Photographs:** 13020_pacu_L_003.jpg; 13020_pacu_L_004.jpg; 13020_pacu_L_005.jpg; 13020_pacu_L_006.jpg; 13020_sl0640_abs_001.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Chevrolet-Chevy-Equinox-problems-complaints-lemon.png




13020_st0640_089.jpg

**Project: Lemberglaw Item #246063.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2020-chevrolet-equinox-problems-complaints-lemon/ | | 149.png | 149.png | 149.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Chevrolet-Chevy-Equinox-problems-complaints-lemon.png | 02/25/2021 09:17:36 |






| VA 2-121-666 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/12/2019-Chevy-Chevrolet-Bolt-EV-problems-complaints-lemon.png | 13022_st0640_116.jpg |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Chevrolet-Chevy-Bolt-EV-problems-complaints-issues-lemon.png | 13022_cc0640_032_GAZ.jpg |
| **VA 2-121-672** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/09/2019-Mazda-CX-9-problems-complaints-lemon.png | 13019_st0640_089.jpg |
| **VA 2-121-682** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Toyota-Highlander-problems-complaints-lemon.png | 13037_st0640_046.jpg |
| **VA 2-121-738** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Toyota-Tacoma-problems-complaints-lemon.png | 13043_st0640_089.jpg |
| **VA 2-121-768** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/09/2020-Kia-Optima-problems-complaints-lemon.png | 12991_st0640_089.jpg |
| **VA 2-125-143** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-INFINITI-Q50-problems-complaints-lemon.png | 13057_cc0640_032_K23.jpg |
| **VA 2-125-628** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Nissan-Versa-problems-complaints-lemon-400x282.png | 13142_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-666**
**Effective Date of Registration:**
September 24, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 21, 2018 to September 21, 2018

### Title

**Title of Group:** VIF13022 2019 Chevrolet Bolt Ev LT IXC Fast Charging/Cajun Red Tintcoat/Floor Mats, All Weather Front And Rear/Cargo Net 5Dr hatchback (210 photographs)

**Number of Photographs in Group:** 210

- **Individual Photographs:** 13022_cc0640_001_G7Q.jpg; 13022_cc0640_001_G9A.jpg; 13022_cc0640_001_GAN.jpg; 13022_cc0640_001_GAZ.jpg; 13022_cc0640_001_GB0.jpg; 13022_cc0640_001_GB8.jpg; 13022_cc0640_001_GD1.jpg; 13022_cc0640_001_GKO.jpg; 13022_cc0640_001_GNO.jpg; 13022_cc0640_001_GPJ.jpg; 13022_cc0640_014_G7Q.jpg; 13022_cc0640_014_G9A.jpg
  **Published:** September 2018
- **Individual Photographs:** 13022_cc0640_014_GAN.jpg; 13022_cc0640_014_GAZ.jpg; 13022_cc0640_014_GB0.jpg; 13022_cc0640_014_GB8.jpg; 13022_cc0640_014_GD1.jpg; 13022_cc0640_014_GKO.jpg; 13022_cc0640_014_GNO.jpg; 13022_cc0640_014_GPJ.jpg; 13022_cc0640_032_G7Q.jpg; 13022_cc0640_032_G9A.jpg; 13022_cc0640_032_GAN.jpg; 13022_cc0640_032_GAZ.jpg
  **Published:** September 2018
- **Individual Photographs:** 13022_cc0640_032_GB0.jpg; 13022_cc0640_032_GB8.jpg; 13022_cc0640_032_GD1.jpg; 13022_cc0640_032_GKO.jpg; 13022_cc0640_032_GNO.jpg; 13022_cc0640_032_GPJ.jpg; 13022_pacu_001.jpg; 13022_pacu_002.jpg; 13022_pacu_003.jpg; 13022_pacu_004.jpg; 13022_pacu_005.jpg; 13022_pacu_006.jpg; 13022_pacu_L_001.jpg; 13022_pacu_L_002.jpg
  **Published:** September 2018
- **Individual Photographs:** 13022_pacu_L_003.jpg; 13022_pacu_L_004.jpg; 13022_pacu_L_005.jpg; 13022_pacu_L_006.jpg; 13022_sl0640_abs_001.jpg; 13022_sl0640_rec_001.jpg; 13022_sp0640_001.jpg; 13022_sp0640_002.jpg; 13022_sp0640_003.jpg; 13022_sp0640_004.jpg; 13022_sp0640_005.jpg; 13022_sp0640_006.jpg; 13022_sp0640_007.jpg; 13022_sp0640_008.jpg
  **Published:** September 2018
- **Individual Photographs:** 13022_sp0640_009.jpg; 13022_sp0640_010.jpg; 13022_sp0640_011.jpg; 13022_sp0640_012.jpg; 13022_sp0640_013.jpg; 13022_sp0640_014.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/12/2019-Chevy-Chevrolet-Bolt-EV-problems-complaints-lemon.png




13022_st0640_116.jpg

**Project: Lemberglaw Item #246008.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Bolt Ev | https://www.lemberglaw.com/2019-chevrolet-bolt-ev-problems-complaints-lemon/ | 94.png | 94.png | 94.png | 94.jpeg | 94.png | 94.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/12/2019-Chevy-Chevrolet-Bolt-EV-problems-complaints-lemon.png | 02/25/2021 08:51:46 |











https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Chevrolet-Chevy-Bolt-EV-problems-complaints-issues-lemon.png




13022_cc0640_032_GAZ.jpg

**Project: Lemberglaw Item #246040.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Bolt Ev | https://www.lemberglaw.com/2020-chevrolet-bolt-ev-problems-complaints-lemon/ | 126.png | 126.png | 126.png | 126.jpeg | 126.png | 126.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Chevrolet-Chevy-Bolt-EV-problems-complaints-issues-lemon.png | 02/25/2021 09:06:55 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-672**
**Effective Date of Registration:**
September 27, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 26, 2018 to September 26, 2018

### Title

**Title of Group:** VIF13019 2019 Mazda CX-9 Grand Touring JCP Snowflake White Pearl Mica Paint Charge 4Dr CUV (216 photographs)

**Number of Photographs in Group:** 216

- **Individual Photographs:** 13019_cc0640_001_25D.jpg; 13019_cc0640_001_41W.jpg; 13019_cc0640_001_42M.jpg; 13019_cc0640_001_42S.jpg; 13019_cc0640_001_45P.jpg; 13019_cc0640_001_46G.jpg; 13019_cc0640_001_46V.jpg; 13019_cc0640_014_25D.jpg; 13019_cc0640_014_41W.jpg; 13019_cc0640_014_42M.jpg; 13019_cc0640_014_42S.jpg; 13019_cc0640_014_45P.jpg
  **Published:** September 2018

- **Individual Photographs:** 13019_cc0640_014_46G.jpg; 13019_cc0640_014_46V.jpg; 13019_cc0640_032_25D.jpg; 13019_cc0640_032_41W.jpg; 13019_cc0640_032_42M.jpg; 13019_cc0640_032_42S.jpg; 13019_cc0640_032_45P.jpg; 13019_cc0640_032_46G.jpg; 13019_cc0640_032_46V.jpg; 13019_pacu_001.jpg; 13019_pacu_002.jpg; 13019_pacu_003.jpg; 13019_pacu_004.jpg
  **Published:** September 2018

- **Individual Photographs:** 13019_pacu_005.jpg; 13019_pacu_006.jpg; 13019_pacu_L_001.jpg; 13019_pacu_L_002.jpg; 13019_pacu_L_003.jpg; 13019_pacu_L_004.jpg; 13019_pacu_L_005.jpg; 13019_pacu_L_006.jpg; 13019_sl0640_abs_001.jpg; 13019_sl0640_rea_001.jpg; 13019_sp0640_001.jpg; 13019_sp0640_002.jpg; 13019_sp0640_003.jpg; 13019_sp0640_004.jpg
  **Published:** September 2018

- **Individual Photographs:** 13019_sp0640_005.jpg; 13019_sp0640_006.jpg; 13019_sp0640_007.jpg; 13019_sp0640_008.jpg; 13019_sp0640_009.jpg; 13019_sp0640_010.jpg; 13019_sp0640_011.jpg; 13019_sp0640_012.jpg; 13019_sp0640_013.jpg; 13019_sp0640_014.jpg; 13019_sp0640_015.jpg; 13019_sp0640_016.jpg; 13019_sp0640_017.jpg; 13019_sp0640_018.jpg
  **Published:** September 2018

- **Individual Photographs:** 13019_sp0640_019.jpg; 13019_sp0640_020.jpg; 13019_sp0640_021.jpg; 13019_sp0640_022.jpg; 13019_sp0640_023.jpg; 13019_sp0640_024.jpg; 13019_sp0640_025.jpg; 13019_sp0640_026.jpg; 13019_sp0640_027.jpg; 13019_sp0640_028.jpg; 13019_sp0640_029.jpg; 13019_sp0640_030.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/09/2019-Mazda-CX-9-problems-complaints-lemon.png




13019_st0640_089.jpg

**Project: Lemberglaw Item #246024.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mazda CX-3 | https://www.lemberglaw.com/2019-mazda-cx-9-problems-complaints-lemon/ | 110.png | 110.png | 110.png | 110.jpeg | 110.png | 110.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/09/2019-Mazda-CX-9-problems-complaints-lemon.png | 02/25/2021 08:59:31 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-682**
**Effective Date of Registration:**
October 05, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 04, 2018 to October 04, 2018

## Title

**Title of Group:** V1F13037 2019 Toyota Highlander XLE PC Special Color/CT. Carpet Floor Mats & Cargo Liner 4Dr CUV (211 photographs)

**Number of Photographs in Group:** 211

- **Individual Photographs:** 13037_cc0640_001_070.jpg; 13037_cc0640_001_139.jpg; 13037_cc0640_001_218.jpg; 13037_cc0640_001_3T0.jpg; 13037_cc0640_001_4W4.jpg; 13037_cc0640_001_6W4.jpg; 13037_cc0640_014_070.jpg; 13037_cc0640_014_139.jpg; 13037_cc0640_014_218.jpg; 13037_cc0640_014_3T0.jpg; 13037_cc0640_014_4W4.jpg; 13037_cc0640_014_6W4.jpg

  **Published:** October 2018

- **Individual Photographs:** 13037_cc0640_032_070.jpg; 13037_cc0640_032_139.jpg; 13037_cc0640_032_218.jpg; 13037_cc0640_032_3T0.jpg; 13037_cc0640_032_4W4.jpg; 13037_cc0640_032_6W4.jpg; 13037_pacu_001.jpg; 13037_pacu_002.jpg; 13037_pacu_003.jpg; 13037_pacu_004.jpg; 13037_pacu_005.jpg; 13037_pacu_006.jpg; 13037_pacu_L_001.jpg; 13037_pacu_L_002.jpg

  **Published:** October 2018

- **Individual Photographs:** 13037_pacu_L_003.jpg; 13037_pacu_L_004.jpg; 13037_pacu_L_005.jpg; 13037_pacu_L_006.jpg; 13037_sl0640_abs_001.jpg; 13037_sl0640_zon_001.jpg; 13037_sp0640_001.jpg; 13037_sp0640_002.jpg; 13037_sp0640_003.jpg; 13037_sp0640_004.jpg; 13037_sp0640_005.jpg; 13037_sp0640_006.jpg; 13037_sp0640_007.jpg; 13037_sp0640_008.jpg

  **Published:** October 2018

- **Individual Photographs:** 13037_sp0640_009.jpg; 13037_sp0640_010.jpg; 13037_sp0640_011.jpg; 13037_sp0640_012.jpg; 13037_sp0640_013.jpg; 13037_sp0640_014.jpg; 13037_sp0640_015.jpg; 13037_sp0640_016.jpg; 13037_sp0640_017.jpg; 13037_sp0640_018.jpg; 13037_sp0640_019.jpg; 13037_sp0640_020.jpg; 13037_sp0640_021.jpg; 13037_sp0640_022.jpg

  **Published:** October 2018

- **Individual Photographs:** 13037_sp0640_023.jpg; 13037_sp0640_024.jpg; 13037_sp0640_025.jpg; 13037_sp0640_026.jpg; 13037_sp0640_027.jpg; 13037_sp0640_028.jpg; 13037_sp0640_029.jpg; 13037_sp0640_030.jpg; 13037_sp0640_031.jpg; 13037_sp0640_032.jpg; 13037_sp0640_033.jpg; 13037_sp0640_034.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Toyota-Highlander-problems-complaints-lemon.png




13037_st0640_046.jpg

**Project: Lemberglaw Item #246032.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Lexus LC Hybrid | https://www.lemberglaw.com/2019-toyota-highlander-problems-complaints-lemon/ | | 118.png | 118.png | 118.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/10/2019-Toyota-Highlander-problems-complaints-lemon.png | 02/25/2021 09:03:15 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-738**
**Effective Date of Registration:**
October 08, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** October 05, 2018 to October 05, 2018

### Title

**Title of Group:** VIF13043 2019 Toyota Tacoma SR5 TG. D - Rings/CF. Carpet Floor Mats crew cab 4Dr pickup (207 photographs)
**Number of Photographs in Group:** 207

- **Individual Photographs:** 13043_cc0640_001_040.jpg; 13043_cc0640_001_1D6.jpg; 13043_cc0640_001_1G3.jpg; 13043_cc0640_001_1H5.jpg; 13043_cc0640_001_218.jpg; 13043_cc0640_001_3R3.jpg; 13043_cc0640_001_4V6.jpg; 13043_cc0640_001_8W2.jpg; 13043_cc0640_001_EVOX01.jpg; 13043_cc0640_014_040.jpg; 13043_cc0640_014_1D6.jpg; 13043_cc0640_014_1G3.jpg
  **Published:** October 2018

- **Individual Photographs:** 13043_cc0640_014_1H5.jpg; 13043_cc0640_014_218.jpg; 13043_cc0640_014_3R3.jpg; 13043_cc0640_014_4V6.jpg; 13043_cc0640_014_8W2.jpg; 13043_cc0640_014_EVOX01.jpg; 13043_cc0640_032_040.jpg; 13043_cc0640_032_1D6.jpg; 13043_cc0640_032_1G3.jpg; 13043_cc0640_032_1H5.jpg; 13043_cc0640_032_218.jpg; 13043_cc0640_032_3R3.jpg
  **Published:** October 2018

- **Individual Photographs:** 13043_cc0640_032_4V6.jpg; 13043_cc0640_032_8W2.jpg; 13043_cc0640_032_EVOX01.jpg; 13043_pacu_001.jpg; 13043_pacu_002.jpg; 13043_pacu_003.jpg; 13043_pacu_004.jpg; 13043_pacu_005.jpg; 13043_pacu_006.jpg; 13043_pacu_L_001.jpg; 13043_pacu_L_002.jpg; 13043_pacu_L_003.jpg; 13043_pacu_L_004.jpg; 13043_pacu_L_005.jpg
  **Published:** October 2018

- **Individual Photographs:** 13043_pacu_L_006.jpg; 13043_sl0640_abs_001.jpg; 13043_sl0640_rea_001.jpg; 13043_sp0640_001.jpg; 13043_sp0640_002.jpg; 13043_sp0640_003.jpg; 13043_sp0640_004.jpg; 13043_sp0640_005.jpg; 13043_sp0640_006.jpg; 13043_sp0640_007.jpg; 13043_sp0640_008.jpg; 13043_sp0640_009.jpg; 13043_sp0640_010.jpg; 13043_sp0640_011.jpg
  **Published:** October 2018

- **Individual Photographs:** 13043_sp0640_012.jpg; 13043_sp0640_013.jpg; 13043_sp0640_014.jpg; 13043_sp0640_015.jpg; 13043_sp0640_016.jpg; 13043_sp0640_017.jpg; 13043_sp0640_018.jpg; 13043_sp0640_019.jpg; 13043_sp0640_020.jpg; 13043_sp0640_021.jpg; 13043_sp0640_022.jpg; 13043_sp0640_023.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Toyota-Tacoma-problems-complaints-lemon.png




13043_st0640_089.jpg

**Project: Lemberglaw Item #246001.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Tacoma | https://www.lemberglaw.com/2018-toyota-tacoma-problems-complaints-lemon/ | 87.png | 87.png | 87.png | 87.jpeg | 87.png | 87.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/09/2018-Toyota-Tacoma-problems-complaints-lemon.png | 02/25/2021 08:48:22 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-121-768**
**Effective Date of Registration:**
September 19, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 12, 2018 to September 12, 2018

### Title

**Title of Group:** VIF12991 2019 Kia Optima EX Cargo Net 4Dr sedan (209 photographs)
**Number of Photographs in Group:** 209

- **Individual Photographs:** 12991_cc0640_001_ABT.jpg; 12991_cc0640_001_ADR.jpg; 12991_cc0640_001_EB.jpg; 12991_cc0640_001_IM.jpg; 12991_cc0640_001_KCS.jpg; 12991_cc0640_001_M2R.jpg; 12991_cc0640_001_M5U.jpg; 12991_cc0640_001_SWP.jpg; 12991_cc0640_014_ABT.jpg; 12991_cc0640_014_ADR.jpg; 12991_cc0640_014_EB.jpg; 12991_cc0640_014_IM.jpg
  **Published:** September 2018

- **Individual Photographs:** 12991_cc0640_014_KCS.jpg; 12991_cc0640_014_M2R.jpg; 12991_cc0640_014_M5U.jpg; 12991_cc0640_014_SWP.jpg; 12991_cc0640_032_ABT.jpg; 12991_cc0640_032_ADR.jpg; 12991_cc0640_032_EB.jpg; 12991_cc0640_032_IM.jpg; 12991_cc0640_032_KCS.jpg; 12991_cc0640_032_M2R.jpg; 12991_cc0640_032_M5U.jpg; 12991_cc0640_032_SWP.jpg
  **Published:** September 2018

- **Individual Photographs:** 12991_pacu_001.jpg; 12991_pacu_002.jpg; 12991_pacu_003.jpg; 12991_pacu_004.jpg; 12991_pacu_005.jpg; 12991_pacu_006.jpg; 12991_pacu_L_001.jpg; 12991_pacu_L_002.jpg; 12991_pacu_L_003.jpg; 12991_pacu_L_004.jpg; 12991_pacu_L_005.jpg; 12991_pacu_L_006.jpg; 12991_sl0640_abs_001.jpg; 12991_sl0640_rea_001.jpg; 12991_sp0640_001.jpg
  **Published:** September 2018

- **Individual Photographs:** 12991_sp0640_002.jpg; 12991_sp0640_003.jpg; 12991_sp0640_004.jpg; 12991_sp0640_005.jpg; 12991_sp0640_006.jpg; 12991_sp0640_007.jpg; 12991_sp0640_008.jpg; 12991_sp0640_009.jpg; 12991_sp0640_010.jpg; 12991_sp0640_011.jpg; 12991_sp0640_012.jpg; 12991_sp0640_013.jpg; 12991_sp0640_014.jpg; 12991_sp0640_015.jpg
  **Published:** September 2018

- **Individual Photographs:** 12991_sp0640_016.jpg; 12991_sp0640_017.jpg; 12991_sp0640_018.jpg; 12991_sp0640_019.jpg; 12991_sp0640_020.jpg; 12991_sp0640_021.jpg; 12991_sp0640_022.jpg; 12991_sp0640_023.jpg; 12991_sp0640_024.jpg; 12991_sp0640_025.jpg; 12991_sp0640_026.jpg; 12991_sp0640_027.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/09/2020-Kia-Optima-problems-complaints-lemon.png




12991_st0640_089.jpg

**Project: Lemberglaw Item #246049.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Kia Optima | https://www.lemberglaw.com/2020-kia-optima-problems-complaints-lemon/ | 135.png | 135.png | 135.png | 135.jpeg | 135.png | 135.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/09/2020-Kia-Optima-problems-complaints-lemon.png | 02/25/2021 09:10:57 |








Page 1/1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-125-143**
**Effective Date of Registration:**
October 12, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 11, 2018 to October 11, 2018

### Title

**Title of Group:** VIF13057 2019 Infiniti Q50 Luxe 4Dr sedan (213 photographs)
**Number of Photographs in Group:** 213

- **Individual Photographs:** 13057_cc0640_001_CAS.jpg; 13057_cc0640_001_GAG.jpg; 13057_cc0640_001_K23.jpg; 13057_cc0640_001_KAD.jpg; 13057_cc0640_001_KH3.jpg; 13057_cc0640_001_NBA.jpg; 13057_cc0640_001_QAB.jpg; 13057_cc0640_001_QAW.jpg; 13057_cc0640_001_RAY.jpg; 13057_cc0640_001_RBP.jpg; 13057_cc0640_014_CAS.jpg; 13057_cc0640_014_GAG.jpg
  **Published:** October 2018

- **Individual Photographs:** 13057_cc0640_014_K23.jpg; 13057_cc0640_014_KAD.jpg; 13057_cc0640_014_KH3.jpg; 13057_cc0640_014_NBA.jpg; 13057_cc0640_014_QAB.jpg; 13057_cc0640_014_QAW.jpg; 13057_cc0640_014_RAY.jpg; 13057_cc0640_014_RBP.jpg; 13057_cc0640_032_CAS.jpg; 13057_cc0640_032_GAG.jpg; 13057_cc0640_032_K23.jpg; 13057_cc0640_032_KAD.jpg
  **Published:** October 2018

- **Individual Photographs:** 13057_cc0640_032_KH3.jpg; 13057_cc0640_032_NBA.jpg; 13057_cc0640_032_QAB.jpg; 13057_cc0640_032_QAW.jpg; 13057_cc0640_032_RAY.jpg; 13057_cc0640_032_RBP.jpg; 13057_pacu_001.jpg; 13057_pacu_002.jpg; 13057_pacu_003.jpg; 13057_pacu_004.jpg; 13057_pacu_005.jpg; 13057_pacu_006.jpg; 13057_pacu_L_001.jpg; 13057_pacu_L_002.jpg
  **Published:** October 2018

- **Individual Photographs:** 13057_pacu_L_003.jpg; 13057_pacu_L_004.jpg; 13057_pacu_L_005.jpg; 13057_pacu_L_006.jpg; 13057_sl0640_abs_001.jpg; 13057_sl0640_rea_001.jpg; 13057_sp0640_001.jpg; 13057_sp0640_002.jpg; 13057_sp0640_003.jpg; 13057_sp0640_004.jpg; 13057_sp0640_005.jpg; 13057_sp0640_006.jpg; 13057_sp0640_007.jpg; 13057_sp0640_008.jpg
  **Published:** October 2018

- **Individual Photographs:** 13057_sp0640_009.jpg; 13057_sp0640_010.jpg; 13057_sp0640_011.jpg; 13057_sp0640_012.jpg; 13057_sp0640_013.jpg; 13057_sp0640_014.jpg; 13057_sp0640_015.jpg; 13057_sp0640_016.jpg; 13057_sp0640_017.jpg; 13057_sp0640_018.jpg; 13057_sp0640_019.jpg; 13057_sp0640_020.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-INFINITI-Q50-problems-complaints-lemon.png




13057_cc0640_032_K23.jpg

**Project: Lemberglaw Item #246069.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2019-infiniti-q50-problems-complaints-lemon/ | | 155.png | 155.png | 155.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-INFINITI-Q50-problems-complaints-lemon.png | 02/25/2021 09:20:18 |







Page 1/1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-125-628**
**Effective Date of Registration:**
November 05, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 02, 2018 to November 02, 2018

### Title

**Title of Group:** VIF13142 2019 Nissan Versa S Plus Splash Guards/Carpeted Floor Mats & Trunk Mat 4Dr sedan (192 photographs)

**Number of Photographs in Group:** 192

- **Individual Photographs:** 13142_cc0640_001_K23.jpg; 13142_cc0640_001_KAD.jpg; 13142_cc0640_001_KH3.jpg; 13142_cc0640_001_NAH.jpg; 13142_cc0640_001_QM1.jpg; 13142_cc0640_001_RAY.jpg; 13142_cc0640_014_K23.jpg; 13142_cc0640_014_KAD.jpg; 13142_cc0640_014_KH3.jpg; 13142_cc0640_014_NAH.jpg; 13142_cc0640_014_QM1.jpg; 13142_cc0640_014_RAY.jpg
  **Published:** November 2018
- **Individual Photographs:** 13142_cc0640_032_K23.jpg; 13142_cc0640_032_KAD.jpg; 13142_cc0640_032_KH3.jpg; 13142_cc0640_032_NAH.jpg; 13142_cc0640_032_QM1.jpg; 13142_cc0640_032_RAY.jpg; 13142_pacu_001.jpg; 13142_pacu_002.jpg; 13142_pacu_003.jpg; 13142_pacu_004.jpg; 13142_pacu_005.jpg; 13142_pacu_006.jpg; 13142_pacu_L_001.jpg; 13142_pacu_L_002.jpg
  **Published:** November 2018
- **Individual Photographs:** 13142_pacu_L_003.jpg; 13142_pacu_L_004.jpg; 13142_pacu_L_005.jpg; 13142_pacu_L_006.jpg; 13142_sl0640_abs_001.jpg; 13142_sl0640_rea_001.jpg; 13142_sp0640_001.jpg; 13142_sp0640_002.jpg; 13142_sp0640_003.jpg; 13142_sp0640_004.jpg; 13142_sp0640_005.jpg; 13142_sp0640_006.jpg; 13142_sp0640_007.jpg; 13142_sp0640_008.jpg
  **Published:** November 2018
- **Individual Photographs:** 13142_sp0640_009.jpg; 13142_sp0640_010.jpg; 13142_sp0640_011.jpg; 13142_sp0640_012.jpg; 13142_sp0640_013.jpg; 13142_sp0640_014.jpg; 13142_sp0640_015.jpg; 13142_sp0640_016.jpg; 13142_sp0640_017.jpg; 13142_sp0640_018.jpg; 13142_sp0640_019.jpg; 13142_sp0640_020.jpg; 13142_sp0640_021.jpg; 13142_sp0640_022.jpg
  **Published:** November 2018
- **Individual Photographs:** 13142_sp0640_023.jpg; 13142_sp0640_024.jpg; 13142_sp0640_025.jpg; 13142_sp0640_026.jpg; 13142_sp0640_027.jpg; 13142_sp0640_028.jpg; 13142_sp0640_029.jpg; 13142_sp0640_030.jpg; 13142_sp0640_031.jpg; 13142_sp0640_032.jpg; 13142_sp0640_033.jpg; 13142_sp0640_034.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Nissan-Versa-problems-complaints-lemon-400x282.png




13142_st0640_089.jpg

**Project: Lemberglaw Item #246029.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Versa Note | https://www.lemberglaw.com/2019-nissan-versa-problems-complaints-lemon/ | | 115.png | 115.png | 115.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Nissan-Versa-problems-complaints-lemon-400x282.png | 02/25/2021 09:01:54 |






| VA 2-126-611 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/11/2019-Hyundai-Sonata-problems-complaints-lemon.png | 13068_st0640_046.jpg |
| **VA 2-126-951** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/09/2019-Mercedes-Benz-C300-problems-complaints-lemon.png | 13159_cc0640_032_149.jpg |
| **VA 2-129-295** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Ford-Edge-problems-complaints-lemon.png | 13180_cc0640_032_RR.jpg |
| **VA 2-129-298** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Hyundai-Tucson-problems-complaints-issues-lemon-400x239.png | 13177_st0640_089.jpg |
| **VA 2-132-293** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/05/2019-VW-Volkswagen-Jetta-problems-complaints-lemon-1.png | 13242_st0640_089.jpg |
| **VA 2-132-338** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/09/2019-Toyota-Tacoma-problems-complaints-lemon-e1575517104876.png | 13237_st0640_046.jpg |
| **VA 2-134-671** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Kia-Rio-problems-complaints-lemon.png | 13290_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-126-611**
**Effective Date of Registration:**
October 22, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 19, 2018 to October 19, 2018

### Title

**Title of Group:** VIF13068 2019 Hyundai Sonata Sport Cargo Package/Carpeted Floor Mats/First Aid Kit 4Dr sedan (205 photographs)

**Number of Photographs in Group:** 205

- **Individual Photographs:** 13068_cc0640_001_2C.jpg; 13068_cc0640_001_PR.jpg; 13068_cc0640_001_S3.jpg; 13068_cc0640_001_US.jpg; 13068_cc0640_001_VU.jpg; 13068_cc0640_001_W8.jpg; 13068_cc0640_001_Y8.jpg; 13068_cc0640_014_2C.jpg; 13068_cc0640_014_PR.jpg; 13068_cc0640_014_S3.jpg; 13068_cc0640_014_US.jpg; 13068_cc0640_014_VU.jpg; 13068_cc0640_014_W8.jpg

  **Published:** October 2018

- **Individual Photographs:** 13068_cc0640_014_Y8.jpg; 13068_cc0640_032_2C.jpg; 13068_cc0640_032_PR.jpg; 13068_cc0640_032_S3.jpg; 13068_cc0640_032_US.jpg; 13068_cc0640_032_VU.jpg; 13068_cc0640_032_W8.jpg; 13068_cc0640_032_Y8.jpg; 13068_pacu_001.jpg; 13068_pacu_002.jpg; 13068_pacu_003.jpg; 13068_pacu_004.jpg; 13068_pacu_005.jpg; 13068_pacu_006.jpg

  **Published:** October 2018

- **Individual Photographs:** 13068_pacu_L_001.jpg; 13068_pacu_L_002.jpg; 13068_pacu_L_003.jpg; 13068_pacu_L_004.jpg; 13068_pacu_L_005.jpg; 13068_pacu_L_006.jpg; 13068_sl0640_abs_001.jpg; 13068_sl0640_rea_001.jpg; 13068_sp0640_001.jpg; 13068_sp0640_002.jpg; 13068_sp0640_003.jpg; 13068_sp0640_004.jpg; 13068_sp0640_005.jpg; 13068_sp0640_006.jpg

  **Published:** October 2018

- **Individual Photographs:** 13068_sp0640_007.jpg; 13068_sp0640_008.jpg; 13068_sp0640_009.jpg; 13068_sp0640_010.jpg; 13068_sp0640_011.jpg; 13068_sp0640_012.jpg; 13068_sp0640_013.jpg; 13068_sp0640_014.jpg; 13068_sp0640_015.jpg; 13068_sp0640_016.jpg; 13068_sp0640_017.jpg; 13068_sp0640_018.jpg; 13068_sp0640_019.jpg; 13068_sp0640_020.jpg

  **Published:** October 2018

- **Individual Photographs:** 13068_sp0640_021.jpg; 13068_sp0640_022.jpg; 13068_sp0640_023.jpg; 13068_sp0640_024.jpg; 13068_sp0640_025.jpg; 13068_sp0640_026.jpg; 13068_sp0640_027.jpg; 13068_sp0640_028.jpg; 13068_sp0640_029.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/11/2019-Hyundai-Sonata-problems-complaints-lemon.png




13068_st0640_046.jpg

**Project: Lemberglaw Item #246018.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Hyundai Sonata Hybrid | https://www.lemberglaw.com/2019-hyundai-sonata-problems-complaints-lemon/ | 104.png | 104.png | 104.png | 104.jpeg | 104.png | 104.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/11/2019-Hyundai-Sonata-problems-complaints-lemon.png | 02/25/2021 08:56:37 |








Page 1/1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-126-951**
**Effective Date of Registration:**
November 15, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 14, 2018 to November 14, 2018

### Title

**Title of Group:** VIFI3159 2019 Mercedes-Benz C Class C300 859 Mojave Silver Metallic/R86 18 in. Multispoke Wheels w/ Black Accents/234 Blind spot Assist/355 Pre-Installation for SD-Card 4Dr sedan (226 photographs)

**Number of Photographs in Group:** 226

- **Individual Photographs:** 13159_cc0640_001_040.jpg; 13159_cc0640_001_041.jpg; 13159_cc0640_001_149.jpg; 13159_cc0640_001_197.jpg; 13159_cc0640_001_297.jpg; 13159_cc0640_001_759.jpg; 13159_cc0640_001_775.jpg; 13159_cc0640_001_799.jpg; 13159_cc0640_001_890.jpg; 13159_cc0640_001_896.jpg; 13159_cc0640_001_982.jpg; 13159_cc0640_001_989.jpg

  **Published:** November 2018

- **Individual Photographs:** 13159_cc0640_001_992.jpg; 13159_cc0640_001_996.jpg; 13159_cc0640_001_EVOX01.jpg; 13159_cc0640_014_040.jpg; 13159_cc0640_014_041.jpg; 13159_cc0640_014_149.jpg; 13159_cc0640_014_197.jpg; 13159_cc0640_014_297.jpg; 13159_cc0640_014_759.jpg; 13159_cc0640_014_775.jpg; 13159_cc0640_014_799.jpg; 13159_cc0640_014_890.jpg

  **Published:** November 2018

- **Individual Photographs:** 13159_cc0640_014_896.jpg; 13159_cc0640_014_982.jpg; 13159_cc0640_014_989.jpg; 13159_cc0640_014_992.jpg; 13159_cc0640_014_996.jpg; 13159_cc0640_014_EVOX01.jpg; 13159_cc0640_032_040.jpg; 13159_cc0640_032_041.jpg; 13159_cc0640_032_149.jpg; 13159_cc0640_032_197.jpg; 13159_cc0640_032_297.jpg; 13159_cc0640_032_759.jpg

  **Published:** November 2018

- **Individual Photographs:** 13159_cc0640_032_775.jpg; 13159_cc0640_032_799.jpg; 13159_cc0640_032_890.jpg; 13159_cc0640_032_896.jpg; 13159_cc0640_032_982.jpg; 13159_cc0640_032_989.jpg; 13159_cc0640_032_992.jpg; 13159_cc0640_032_996.jpg; 13159_cc0640_032_EVOX01.jpg; 13159_pacu_001.jpg; 13159_pacu_002.jpg; 13159_pacu_003.jpg; 13159_pacu_004.jpg

  **Published:** November 2018

- **Individual Photographs:** 13159_pacu_005.jpg; 13159_pacu_006.jpg; 13159_pacu_1_001.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/09/2019-Mercedes-Benz-C300-problems-complaints-lemon.png




13159_cc0640_032_149.jpg

**Project: Lemberglaw Item #246026.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mercedes-Benz A-Class | https://www.lemberglaw.com/2019-mercedes-benz-c300-problems-complaints-lemon/ | 112.png | 112.png | 112.png | 112.jpeg | 112.png | 112.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/09/2019-Mercedes-Benz-C300-problems-complaints-lemon.png | 02/25/2021 09:00:30 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-129-295**
**Effective Date of Registration:**
November 20, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 19, 2018 to November 19, 2018

### Title

**Title of Group:** VIF13180 2019 Ford Edge ST Equipment Group 401A/Ruby Red Metallic Tinted CC/21 in. Prem Painted Alum Wheels 4Dr CUV (223 photographs)

**Number of Photographs in Group:** 223

- **Individual Photographs:** 13180_cc0640_001_BG.jpg; 13180_cc0640_001_D1.jpg; 13180_cc0640_001_FM.jpg; 13180_cc0640_001_FT.jpg; 13180_cc0640_001_J7.jpg; 13180_cc0640_001_R3.jpg; 13180_cc0640_001_RR.jpg; 13180_cc0640_001_UG.jpg; 13180_cc0640_001_UM.jpg; 13180_cc0640_001_UX.jpg; 13180_cc0640_001_YZ.jpg; 13180_cc0640_014_BG.jpg; 13180_cc0640_014_D1.jpg

  **Published:** November 2018

- **Individual Photographs:** 13180_cc0640_014_FM.jpg; 13180_cc0640_014_FT.jpg; 13180_cc0640_014_J7.jpg; 13180_cc0640_014_R3.jpg; 13180_cc0640_014_RR.jpg; 13180_cc0640_014_UG.jpg; 13180_cc0640_014_UM.jpg; 13180_cc0640_014_UX.jpg; 13180_cc0640_014_YZ.jpg; 13180_cc0640_032_BG.jpg; 13180_cc0640_032_D1.jpg; 13180_cc0640_032_FM.jpg; 13180_cc0640_032_FT.jpg

  **Published:** November 2018

- **Individual Photographs:** 13180_cc0640_032_J7.jpg; 13180_cc0640_032_R3.jpg; 13180_cc0640_032_RR.jpg; 13180_cc0640_032_UG.jpg; 13180_cc0640_032_UM.jpg; 13180_cc0640_032_UX.jpg; 13180_cc0640_032_YZ.jpg; 13180_pacu_001.jpg; 13180_pacu_002.jpg; 13180_pacu_003.jpg; 13180_pacu_004.jpg; 13180_pacu_005.jpg; 13180_pacu_006.jpg; 13180_pacu_L_001.jpg

  **Published:** November 2018

- **Individual Photographs:** 13180_pacu_L_002.jpg; 13180_pacu_L_003.jpg; 13180_pacu_L_004.jpg; 13180_pacu_L_005.jpg; 13180_pacu_L_006.jpg; 13180_sl0640_abs_001.jpg; 13180_sl0640_rea_001.jpg; 13180_sp0640_001.jpg; 13180_sp0640_002.jpg; 13180_sp0640_003.jpg; 13180_sp0640_004.jpg; 13180_sp0640_005.jpg; 13180_sp0640_006.jpg; 13180_sp0640_007.jpg

  **Published:** November 2018

- **Individual Photographs:** 13180_sp0640_008.jpg; 13180_sp0640_009.jpg; 13180_sp0640_010.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Ford-Edge-problems-complaints-lemon.png




13180_cc0640_032_RR.jpg

**Project: Lemberglaw Item #246014.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Buick Regal | https://www.lemberglaw.com/2019-ford-edge-problems-complaints-lemon/ | | 100.png | 100.png | 100.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Ford-Edge-problems-complaints-lemon.png | 02/25/2021 08:54:37 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-129-298**
**Effective Date of Registration:**
November 19, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 16, 2018 to November 16, 2018

## Title

**Title of Group:** VIF13177 2019 Hyundai Tucson Sport Carpeted Floor Mats/Cargo Net/Reversible Cargo Tray/Cargo Cover/First Aid Kit/Mud Guards/Wheel Locks 4Dr CUV (210 photographs)

**Number of Photographs in Group:** 210

- **Individual Photographs:** 13177_cc0640_001_JR.jpg; 13177_cc0640_001_M8N.jpg; 13177_cc0640_001_NKA.jpg; 13177_cc0640_001_PDW.jpg; 13177_cc0640_001_R2U.jpg; 13177_cc0640_001_R5R.jpg; 13177_cc0640_001_T8T.jpg; 13177_cc0640_001_XB3.jpg; 13177_cc0640_001_Z5G.jpg; 13177_cc0640_014_JR.jpg; 13177_cc0640_014_M8N.jpg; 13177_cc0640_014_NKA.jpg

  **Published:** November 2018

- **Individual Photographs:** 13177_cc0640_014_PDW.jpg; 13177_cc0640_014_R2U.jpg; 13177_cc0640_014_R5R.jpg; 13177_cc0640_014_T8T.jpg; 13177_cc0640_014_XB3.jpg; 13177_cc0640_014_Z5G.jpg; 13177_cc0640_032_JR.jpg; 13177_cc0640_032_M8N.jpg; 13177_cc0640_032_NKA.jpg; 13177_cc0640_032_PDW.jpg; 13177_cc0640_032_R2U.jpg; 13177_cc0640_032_R5R.jpg

  **Published:** November 2018

- **Individual Photographs:** 13177_cc0640_032_T8T.jpg; 13177_cc0640_032_XB3.jpg; 13177_cc0640_032_Z5G.jpg; 13177_pacu_001.jpg; 13177_pacu_002.jpg; 13177_pacu_003.jpg; 13177_pacu_004.jpg; 13177_pacu_005.jpg; 13177_pacu_006.jpg; 13177_pacu_L_001.jpg; 13177_pacu_L_002.jpg; 13177_pacu_L_003.jpg; 13177_pacu_L_004.jpg; 13177_pacu_L_005.jpg

  **Published:** November 2018

- **Individual Photographs:** 13177_pacu_L_006.jpg; 13177_sl0640_abs_001.jpg; 13177_sl0640_rca_001.jpg; 13177_sp0640_001.jpg; 13177_sp0640_002.jpg; 13177_sp0640_003.jpg; 13177_sp0640_004.jpg; 13177_sp0640_005.jpg; 13177_sp0640_006.jpg; 13177_sp0640_007.jpg; 13177_sp0640_008.jpg; 13177_sp0640_009.jpg; 13177_sp0640_010.jpg; 13177_sp0640_011.jpg

  **Published:** November 2018

- **Individual Photographs:** 13177_sp0640_012.jpg; 13177_sp0640_013.jpg; 13177_sp0640_014.jpg; 13177_sp0640_015.jpg; 13177_sp0640_016.jpg; 13177_sp0640_017.jpg; 13177_sp0640_018.jpg; 13177_sp0640_019.jpg; 13177_sp0640_020.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Hyundai-Tucson-problems-complaints-issues-lemon-400x239.png




13177_st0640_089.jpg

**Project: Lemberglaw Item #246045.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Hyundai Santa Fe Sport | https://www.lemberglaw.com/2020-hyundai-tucson-problems-complaints-lemon/ | 131.png | 131.png | 131.png | 131.jpeg | 131.png | 131.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Hyundai-Tucson-problems-complaints-issues-lemon-400x239.png | 02/25/2021 09:09:11 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-132-293**
**Effective Date of Registration:**
December 11, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 07, 2018 to December 07, 2018

### Title

**Title of Group:** VIF13242 2019 Volkswagen Passat 2.0T Wolfsburg Edition Wheels & Sunroof Package/Rearview Mirror w/ HomeLink, Auto-Dimming w/ Compass/Monster Mats (set of 4) & Heavy Duty T 4Dr sedan (205 photographs)

**Number of Photographs in Group:** 205

- **Individual Photographs:** 13242_cc0640_001_0Q0Q.jpg; 13242_cc0640_001_2R2R.jpg; 13242_cc0640_001_2T2T.jpg; 13242_cc0640_001_8E8E.jpg; 13242_cc0640_001_I9I9.jpg; 13242_cc0640_001_J1J1.jpg; 13242_cc0640_001_P2P2.jpg; 13242_cc0640_014_0Q0Q.jpg; 13242_cc0640_014_2R2R.jpg; 13242_cc0640_014_2T2T.jpg; 13242_cc0640_014_8E8E.jpg; 13242_cc0640_014_I9I9.jpg

  **Published:** December 2018

- **Individual Photographs:** 13242_cc0640_014_J1J1.jpg; 13242_cc0640_014_P2P2.jpg; 13242_cc0640_032_0Q0Q.jpg; 13242_cc0640_032_2R2R.jpg; 13242_cc0640_032_2T2T.jpg; 13242_cc0640_032_8E8E.jpg; 13242_cc0640_032_I9I9.jpg; 13242_cc0640_032_J1J1.jpg; 13242_cc0640_032_P2P2.jpg; 13242_pacu_001.jpg; 13242_pacu_002.jpg; 13242_pacu_003.jpg; 13242_pacu_004.jpg

  **Published:** December 2018

- **Individual Photographs:** 13242_pacu_005.jpg; 13242_pacu_006.jpg; 13242_pacu_L_001.jpg; 13242_pacu_L_002.jpg; 13242_pacu_L_003.jpg; 13242_pacu_L_004.jpg; 13242_pacu_L_005.jpg; 13242_pacu_L_006.jpg; 13242_sl0640_abs_001.jpg; 13242_sl0640_rea_001.jpg; 13242_sp0640_001.jpg; 13242_sp0640_002.jpg; 13242_sp0640_003.jpg; 13242_sp0640_004.jpg

  **Published:** December 2018

- **Individual Photographs:** 13242_sp0640_005.jpg; 13242_sp0640_006.jpg; 13242_sp0640_007.jpg; 13242_sp0640_008.jpg; 13242_sp0640_009.jpg; 13242_sp0640_010.jpg; 13242_sp0640_011.jpg; 13242_sp0640_012.jpg; 13242_sp0640_013.jpg; 13242_sp0640_014.jpg; 13242_sp0640_015.jpg; 13242_sp0640_016.jpg; 13242_sp0640_017.jpg; 13242_sp0640_018.jpg

  **Published:** December 2018

- **Individual Photographs:** 13242_sp0640_019.jpg; 13242_sp0640_020.jpg; 13242_sp0640_021.jpg; 13242_sp0640_022.jpg; 13242_sp0640_023.jpg; 13242_sp0640_024.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/05/2019-VW-Volkswagen-Jetta-problems-complaints-lemon-1.png




13242_st0640_089.jpg

**Project: Lemberglaw Item #246037.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Smart Fortwo Electric | https://www.lemberglaw.com/2019-vw-volkswagen-jetta-problems-complaints-lemon/ | | 123.png | 123.png | 123.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/05/2019-VW-Volkswagen-Jetta-problems-complaints-lemon-1.png | 02/25/2021 09:05:26 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-132-338**
**Effective Date of Registration:**
December 10, 2018

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 06, 2018 to December 06, 2018

### Title

**Title of Group:** VIF13237 2019 Toyota Tacoma SR5 D5. Door Edge Guard/E5. Exhaust Tip/MF. Mudguards/R2. 5 in. Oval Tube Step - Black/2T. All-Weather Floor Liner/Door Sill Protector ext cab 4Dr pickup (214 photographs)

**Number of Photographs in Group:** 214

- **Individual Photographs:** 13237_cc0640_001_040.jpg; 13237_cc0640_001_1D6.jpg; 13237_cc0640_001_1G3.jpg; 13237_cc0640_001_1H5.jpg; 13237_cc0640_001_218.jpg; 13237_cc0640_001_3R3.jpg; 13237_cc0640_001_4V6.jpg; 13237_cc0640_001_4X0.jpg; 13237_cc0640_001_8T0.jpg; 13237_cc0640_001_8T6.jpg; 13237_cc0640_001_8W2.jpg; 13237_cc0640_014_040.jpg

  **Published:** December 2018

- **Individual Photographs:** 13237_cc0640_014_1D6.jpg; 13237_cc0640_014_1G3.jpg; 13237_cc0640_014_1H5.jpg; 13237_cc0640_014_218.jpg; 13237_cc0640_014_3R3.jpg; 13237_cc0640_014_4V6.jpg; 13237_cc0640_014_4X0.jpg; 13237_cc0640_014_8T0.jpg; 13237_cc0640_014_8T6.jpg; 13237_cc0640_014_8W2.jpg; 13237_cc0640_032_040.jpg; 13237_cc0640_032_1D6.jpg

  **Published:** December 2018

- **Individual Photographs:** 13237_cc0640_032_1G3.jpg; 13237_cc0640_032_1H5.jpg; 13237_cc0640_032_218.jpg; 13237_cc0640_032_3R3.jpg; 13237_cc0640_032_4V6.jpg; 13237_cc0640_032_4X0.jpg; 13237_cc0640_032_8T0.jpg; 13237_cc0640_032_8T6.jpg; 13237_cc0640_032_8W2.jpg; 13237_pacu_001.jpg; 13237_pacu_002.jpg; 13237_pacu_003.jpg; 13237_pacu_004.jpg

  **Published:** December 2018

- **Individual Photographs:** 13237_pacu_005.jpg; 13237_pacu_006.jpg; 13237_pacu_L_001.jpg; 13237_pacu_L_002.jpg; 13237_pacu_L_003.jpg; 13237_pacu_L_004.jpg; 13237_pacu_L_005.jpg; 13237_pacu_L_006.jpg; 13237_sl0640_abs_001.jpg; 13237_sl0640_rea_001.jpg; 13237_sp0640_001.jpg; 13237_sp0640_002.jpg; 13237_sp0640_003.jpg; 13237_sp0640_004.jpg

  **Published:** December 2018

- **Individual Photographs:** 13237_sp0640_005.jpg; 13237_sp0640_006.jpg; 13237_sp0640_007.jpg; 13237_sp0640_008.jpg; 13237_sp0640_009.jpg; 13237_sp0640_010.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/09/2019-Toyota-Tacoma-problems-complaints-lemon-e1575517104876.png




13237_st0640_046.jpg

**Project: Lemberglaw Item #246034.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota Tacoma | https://www.lemberglaw.com/2019-toyota-tacoma-problems-complaints-lemon/ | 120.png | 120.png | 120.png | 120.jpeg | 120.png | 120.jpeg | https://www.lemberglaw.com/wp-content/uploads/2019/09/2019-Toyota-Tacoma-problems-complaints-lemon-e1575517104876.png | 02/25/2021 09:04:12 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-134-671**
**Effective Date of Registration:**
January 14, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** December 21, 2018 to December 21, 2018

## Title

**Title of Group:** VIP13290 2019 Kia Rio S 4Dr sedan (194 photographs)
**Number of Photographs in Group:** 194

- **Individual Photographs:** 13290_cc0640_001_4SS.jpg; 13290_cc0640_001_ABP.jpg; 13290_cc0640_001_B2R.jpg; 13290_cc0640_001_R4R.jpg; 13290_cc0640_001_U4G.jpg; 13290_cc0640_001_UD.jpg; 13290_cc0640_014_4SS.jpg; 13290_cc0640_014_ABP.jpg; 13290_cc0640_014_B2R.jpg; 13290_cc0640_014_R4R.jpg; 13290_cc0640_014_U4G.jpg; 13290_cc0640_014_UD.jpg
  **Published:** December 2018

- **Individual Photographs:** 13290_cc0640_032_4SS.jpg; 13290_cc0640_032_ABP.jpg; 13290_cc0640_032_B2R.jpg; 13290_cc0640_032_R4R.jpg; 13290_cc0640_032_U4G.jpg; 13290_cc0640_032_UD.jpg; 13290_pacu_001.jpg; 13290_pacu_002.jpg; 13290_pacu_003.jpg; 13290_pacu_004.jpg; 13290_pacu_005.jpg; 13290_pacu_006.jpg; 13290_pacu_L_001.jpg; 13290_pacu_L_002.jpg
  **Published:** December 2018

- **Individual Photographs:** 13290_pacu_L_003.jpg; 13290_pacu_L_004.jpg; 13290_pacu_L_005.jpg; 13290_pacu_L_006.jpg; 13290_sl0640_abs_001.jpg; 13290_sl0640_rca_001.jpg; 13290_sp0640_001.jpg; 13290_sp0640_002.jpg; 13290_sp0640_003.jpg; 13290_sp0640_004.jpg; 13290_sp0640_005.jpg; 13290_sp0640_006.jpg; 13290_sp0640_007.jpg; 13290_sp0640_008.jpg
  **Published:** December 2018

- **Individual Photographs:** 13290_sp0640_009.jpg; 13290_sp0640_010.jpg; 13290_sp0640_011.jpg; 13290_sp0640_012.jpg; 13290_sp0640_013.jpg; 13290_sp0640_014.jpg; 13290_sp0640_015.jpg; 13290_sp0640_016.jpg; 13290_sp0640_017.jpg; 13290_sp0640_018.jpg; 13290_sp0640_019.jpg; 13290_sp0640_020.jpg; 13290_sp0640_021.jpg; 13290_sp0640_022.jpg
  **Published:** December 2018

- **Individual Photographs:** 13290_sp0640_023.jpg; 13290_sp0640_024.jpg; 13290_sp0640_025.jpg; 13290_sp0640_026.jpg; 13290_sp0640_027.jpg; 13290_sp0640_028.jpg; 13290_sp0640_029.jpg; 13290_sp0640_030.jpg; 13290_sp0640_031.jpg; 13290_sp0640_032.jpg; 13290_sp0640_033.jpg; 13290_sp0640_034.jpg; 13290_sp0640_035.jpg; 13290_sp0640_036.jpg



https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Kia-Rio-problems-complaints-lemon.png




13290_st0640_089.jpg

**Project: Lemberglaw Item #246021.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Kia Rio 5-door | https://www.lemberglaw.com/2019-kia-rio-problems-complaints-lemon/ | 107.png | 107.png | 107.png | 107.jpeg | 107.png | 107.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Kia-Rio-problems-complaints-lemon.png | 02/25/2021 08:58:04 |








| VA 2-135-559 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Cruze-problems-complaints-lemon-400x200.png | 13354_st0640_046.jpg |
| **VA 2-135-620** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/03/2019-Cadillac-CT6-problems-complaints-lemon.png | 13365_cc0640_032_GBA.jp |
| **VA 2-139-585** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Honda-Passport-problems-complaints-lemon-400x282.png | 13440_st0640_089.jpg |
| **VA 2-139-607** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Nissan-Murano-problems-complaints-lemon.png | 13435_cc0640_032_K23.jpg |
| **VA 2-141-883** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/03/2019-Ford-Ranger-problems-complaints-lemon.png | 13459_st0640_089.jpg |
| **VA 2-144-182** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/07/2020-Kia-Soul-problems-complaints-lemon.png | 13512_st0640_089.jpg |
| **VA 2-144-524** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/09/2019-Mazda-Mazda3-problems-complaints-lemon.png | 13520_st0640_089.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-135-559**
**Effective Date of Registration:**
January 18, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 16, 2019 to January 16, 2019

### Title

**Title of Group:** VIF13354 2019 Chevrolet Cruze LT All-Weather Floor Liners/Cargo Net 4Dr sedan (224 photographs)

**Number of Photographs in Group:** 224

- **Individual Photographs:** 13354_cc0640_001_G16.jpg; 13354_cc0640_001_G6O.jpg; 13354_cc0640_001_G7C.jpg; 13354_cc0640_001_G7Q.jpg; 13354_cc0640_001_G9K.jpg; 13354_cc0640_001_GAN.jpg; 13354_cc0640_001_GAZ.jpg; 13354_cc0640_001_GB8.jpg; 13354_cc0640_001_GBA.jpg; 13354_cc0640_001_GD1.jpg; 13354_cc0640_001_GE0.jpg; 13354_cc0640_001_GGB.jpg
  **Published:** January 2019

- **Individual Photographs:** 13354_cc0640_001_GMU.jpg; 13354_cc0640_001_GPA.jpg; 13354_cc0640_001_GPJ.jpg; 13354_cc0640_014_G16.jpg; 13354_cc0640_014_G6O.jpg; 13354_cc0640_014_G7C.jpg; 13354_cc0640_014_G7Q.jpg; 13354_cc0640_014_G9K.jpg; 13354_cc0640_014_GAN.jpg; 13354_cc0640_014_GAZ.jpg; 13354_cc0640_014_GB8.jpg; 13354_cc0640_014_GBA.jpg
  **Published:** January 2019

- **Individual Photographs:** 13354_cc0640_014_GD1.jpg; 13354_cc0640_014_GE0.jpg; 13354_cc0640_014_GGB.jpg; 13354_cc0640_014_GMU.jpg; 13354_cc0640_014_GPA.jpg; 13354_cc0640_014_GPJ.jpg; 13354_cc0640_032_G16.jpg; 13354_cc0640_032_G6O.jpg; 13354_cc0640_032_G7C.jpg; 13354_cc0640_032_G7Q.jpg; 13354_cc0640_032_G9K.jpg; 13354_cc0640_032_GAN.jpg
  **Published:** January 2019

- **Individual Photographs:** 13354_cc0640_032_GAZ.jpg; 13354_cc0640_032_GB8.jpg; 13354_cc0640_032_GBA.jpg; 13354_cc0640_032_GD1.jpg; 13354_cc0640_032_GE0.jpg; 13354_cc0640_032_GGB.jpg; 13354_cc0640_032_GMU.jpg; 13354_cc0640_032_GPA.jpg; 13354_cc0640_032_GPJ.jpg; 13354_pacu_001.jpg; 13354_pacu_002.jpg; 13354_pacu_003.jpg; 13354_pacu_004.jpg
  **Published:** January 2019

- **Individual Photographs:** 13354_pacu_005.jpg; 13354_pacu_006.jpg; 13354_pacu_L_001.jpg; 13354_pacu_L_002.jpg; 13354_pacu_L_003.jpg; 13354_pacu_L_004.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Cruze-problems-complaints-lemon-400x200.png




13354_st0640_046.jpg

**Project: Lemberglaw Item #245948.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Volt | https://www.lemberglaw.com/2018-chevrolet-cruze-problems-complaints-lemon/ | | 34.png | 34.png | 34.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/07/2018-Chevrolet-Cruze-problems-complaints-lemon-400x200.png | 02/25/2021 08:23:44 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-135-620**
**Effective Date of Registration:**
January 25, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** January 23, 2019 to January 23, 2019

### Title

**Title of Group:** VIF13365 2019 Cadillac CT6 Luxury Driver Awareness And Convenience Package/Bronze Dune Metallic 4Dr sedan (211 photographs)

**Number of Photographs in Group:** 211

- **Individual Photographs:** 13365_cc0640_001_G1W.jpg; 13365_cc0640_001_G9K.jpg; 13365_cc0640_001_GAN.jpg; 13365_cc0640_001_GB8.jpg; 13365_cc0640_001_GBA.jpg; 13365_cc0640_001_GCI.jpg; 13365_cc0640_001_GJI.jpg; 13365_cc0640_001_GMU.jpg; 13365_cc0640_001_GPJ.jpg; 13365_cc0640_014_G1W.jpg; 13365_cc0640_014_G9K.jpg; 13365_cc0640_014_GAN.jpg

  **Published:** January 2019

- **Individual Photographs:** 13365_cc0640_014_GB8.jpg; 13365_cc0640_014_GBA.jpg; 13365_cc0640_014_GCI.jpg; 13365_cc0640_014_GJI.jpg; 13365_cc0640_014_GMU.jpg; 13365_cc0640_014_GPJ.jpg; 13365_cc0640_032_G1W.jpg; 13365_cc0640_032_G9K.jpg; 13365_cc0640_032_GAN.jpg; 13365_cc0640_032_GB8.jpg; 13365_cc0640_032_GBA.jpg; 13365_cc0640_032_GCI.jpg

  **Published:** January 2019

- **Individual Photographs:** 13365_cc0640_032_GJI.jpg; 13365_cc0640_032_GMU.jpg; 13365_cc0640_032_GPJ.jpg; 13365_pacu_001.jpg; 13365_pacu_002.jpg; 13365_pacu_003.jpg; 13365_pacu_004.jpg; 13365_pacu_005.jpg; 13365_pacu_006.jpg; 13365_pacu_L_001.jpg; 13365_pacu_L_002.jpg; 13365_pacu_L_003.jpg; 13365_pacu_L_004.jpg; 13365_pacu_L_005.jpg

  **Published:** January 2019

- **Individual Photographs:** 13365_pacu_L_006.jpg; 13365_sl0640_abs_001.jpg; 13365_sl0640_rea_001.jpg; 13365_sp0640_001.jpg; 13365_sp0640_002.jpg; 13365_sp0640_003.jpg; 13365_sp0640_004.jpg; 13365_sp0640_005.jpg; 13365_sp0640_006.jpg; 13365_sp0640_007.jpg; 13365_sp0640_008.jpg; 13365_sp0640_009.jpg; 13365_sp0640_010.jpg; 13365_sp0640_011.jpg

  **Published:** January 2019

- **Individual Photographs:** 13365_sp0640_012.jpg; 13365_sp0640_013.jpg; 13365_sp0640_014.jpg; 13365_sp0640_015.jpg; 13365_sp0640_016.jpg; 13365_sp0640_017.jpg; 13365_sp0640_018.jpg; 13365_sp0640_019.jpg; 13365_sp0640_020.jpg; 13365_sp0640_021.jpg; 13365_sp0640_022.jpg; 13365_sp0640_023.jpg,



https://www.lemberglaw.com/wp-content/uploads/2020/03/2019-Cadillac-CT6-problems-complaints-lemon.png




13365_cc0640_032_GBA.jpg

**Project: Lemberglaw Item #246007.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Cadillac CT6 | https://www.lemberglaw.com/2019-cadillac-ct6-problems-complaints-lemon/ | 93.png | 93.png | 93.png | 93.jpeg | 93.png | 93.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/03/2019-Cadillac-CT6-problems-complaints-lemon.png | 02/25/2021 08:51:17 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-139-585**
**Effective Date of Registration:**
February 19, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 15, 2019 to February 15, 2019

### Title

**Title of Group:** VIP13440 2019 Honda Passport EX-L 4Dr SUV (234 photographs)
**Number of Photographs in Group:** 234

- **Individual Photographs:** 13440_cc0640_001_BK.jpg; 13440_cc0640_001_BR.jpg; 13440_cc0640_001_BS.jpg; 13440_cc0640_001_BT.jpg; 13440_cc0640_001_BU.jpg; 13440_cc0640_001_BX.jpg; 13440_cc0640_001_GO.jpg; 13440_cc0640_001_GX.jpg; 13440_cc0640_001_GY.jpg; 13440_cc0640_001_RE.jpg; 13440_cc0640_001_RV.jpg; 13440_cc0640_001_RX.jpg; 13440_cc0640_001_SI.jpg
  **Published:** February 2019

- **Individual Photographs:** 13440_cc0640_001_SX.jpg; 13440_cc0640_001_WA.jpg; 13440_cc0640_001_WB.jpg; 13440_cc0640_014_BK.jpg; 13440_cc0640_014_BR.jpg; 13440_cc0640_014_BS.jpg; 13440_cc0640_014_BT.jpg; 13440_cc0640_014_BU.jpg; 13440_cc0640_014_BX.jpg; 13440_cc0640_014_GO.jpg; 13440_cc0640_014_GX.jpg; 13440_cc0640_014_GY.jpg; 13440_cc0640_014_RE.jpg
  **Published:** February 2019

- **Individual Photographs:** 13440_cc0640_014_RV.jpg; 13440_cc0640_014_RX.jpg; 13440_cc0640_014_SI.jpg; 13440_cc0640_014_SX.jpg; 13440_cc0640_014_WA.jpg; 13440_cc0640_014_WB.jpg; 13440_cc0640_032_BK.jpg; 13440_cc0640_032_BR.jpg; 13440_cc0640_032_BS.jpg; 13440_cc0640_032_BT.jpg; 13440_cc0640_032_BU.jpg; 13440_cc0640_032_BX.jpg; 13440_cc0640_032_GO.jpg
  **Published:** February 2019

- **Individual Photographs:** 13440_cc0640_032_GX.jpg; 13440_cc0640_032_GY.jpg; 13440_cc0640_032_RE.jpg; 13440_cc0640_032_RV.jpg; 13440_cc0640_032_RX.jpg; 13440_cc0640_032_SI.jpg; 13440_cc0640_032_SX.jpg; 13440_cc0640_032_WA.jpg; 13440_cc0640_032_WB.jpg; 13440_pacu_001.jpg; 13440_pacu_002.jpg; 13440_pacu_003.jpg; 13440_pacu_004.jpg; 13440_pacu_005.jpg
  **Published:** February 2019



https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Honda-Passport-problems-complaints-lemon-400x282.png




13440_st0640_089.jpg

**Project: Lemberglaw Item #246068.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | | https://www.lemberglaw.com/2019-honda-passport-problems-complaints-lemon/ | | 154.png | 154.png | 154.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/08/2019-Honda-Passport-problems-complaints-lemon-400x282.png | 02/25/2021 09:19:53 |






# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-139-607**
**Effective Date of Registration:**
February 19, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** February 15, 2019 to February 15, 2019

### Title

**Title of Group:** VIF 13435 2019 Nissan Murano Platinum Splash /Guards/Premium Paint/Carpeted Floor Mats & Cargo Mat/Cargo Package/Illuminated Kick Plates 4Dr CUV (215 photographs)

**Number of Photographs in Group:** 215

- **Individual Photographs:** 13435_cc0640_001_CAS.jpg; 13435_cc0640_001_EBL.jpg; 13435_cc0640_001_G41.jpg; 13435_cc0640_001_K23.jpg; 13435_cc0640_001_KAD.jpg; 13435_cc0640_001_NAH.jpg; 13435_cc0640_001_QAB.jpg; 13435_cc0640_001_RAY.jpg; 13435_cc0640_014_CAS.jpg; 13435_cc0640_014_EBL.jpg; 13435_cc0640_014_G41.jpg; 13435_cc0640_014_K23.jpg

  **Published:** February 2019

- **Individual Photographs:** 13435_cc0640_014_KAD.jpg; 13435_cc0640_014_NAH.jpg; 13435_cc0640_014_QAB.jpg; 13435_cc0640_014_RAY.jpg; 13435_cc0640_032_CAS.jpg; 13435_cc0640_032_EBL.jpg; 13435_cc0640_032_G41.jpg; 13435_cc0640_032_K23.jpg; 13435_cc0640_032_KAD.jpg; 13435_cc0640_032_NAH.jpg; 13435_cc0640_032_QAB.jpg; 13435_cc0640_032_RAY.jpg

  **Published:** February 2019

- **Individual Photographs:** 13435_pacu_001.jpg; 13435_pacu_002.jpg; 13435_pacu_003.jpg; 13435_pacu_004.jpg; 13435_pacu_005.jpg; 13435_pacu_006.jpg; 13435_pacu_L_001.jpg; 13435_pacu_L_002.jpg; 13435_pacu_L_003.jpg; 13435_pacu_L_004.jpg; 13435_pacu_L_005.jpg; 13435_pacu_L_006.jpg; 13435_sl0640_abs_001.jpg; 13435_sl0640_rea_001.jpg; 13435_sp0640_001.jpg

  **Published:** February 2019

- **Individual Photographs:** 13435_sp0640_002.jpg; 13435_sp0640_003.jpg; 13435_sp0640_004.jpg; 13435_sp0640_005.jpg; 13435_sp0640_006.jpg; 13435_sp0640_007.jpg; 13435_sp0640_008.jpg; 13435_sp0640_009.jpg; 13435_sp0640_010.jpg; 13435_sp0640_011.jpg; 13435_sp0640_012.jpg; 13435_sp0640_013.jpg; 13435_sp0640_014.jpg; 13435_sp0640_015.jpg

  **Published:** February 2019

- **Individual Photographs:** 13435_sp0640_016.jpg; 13435_sp0640_017.jpg; 13435_sp0640_018.jpg; 13435_sp0640_019.jpg; 13435_sp0640_020.jpg; 13435_sp0640_021.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Nissan-Murano-problems-complaints-lemon.png




13435_cc0640_032_K23.jpg

**Project: Lemberglaw Item #246028.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mercedes-Benz A-Class | https://www.lemberglaw.com/2019-nissan-murano-problems-complaints-lemon/ | 114.png | 114.png | 114.png | 114.jpeg | 114.png | 114.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/07/2019-Nissan-Murano-problems-complaints-lemon.png | 02/25/2021 09:01:26 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



Registration Number
**VA 2-141-883**
**Effective Date of Registration:**
March 07, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 06, 2019 to March 06, 2019

### Title

**Title of Group:** VIF13459 2019 Ford Ranger XLT Equipment Group 301A/Sport Appearance Package crew cab 4Dr pickup (203 photographs)

**Number of Photographs in Group:** 203

- **Individual Photographs:** 13459_cc0640_001_EA.jpg; 13459_cc0640_001_G1.jpg; 13459_cc0640_001_GU.jpg; 13459_cc0640_001_J7.jpg; 13459_cc0640_001_N6.jpg; 13459_cc0640_001_UG.jpg; 13459_cc0640_001_UX.jpg; 13459_cc0640_001_YZ.jpg; 13459_cc0640_014_EA.jpg; 13459_cc0640_014_G1.jpg; 13459_cc0640_014_GU.jpg; 13459_cc0640_014_J7.jpg; 13459_cc0640_014_N6.jpg

  **Published:** March 2019

- **Individual Photographs:** 13459_cc0640_014_UG.jpg; 13459_cc0640_014_UX.jpg; 13459_cc0640_014_YZ.jpg; 13459_cc0640_032_EA.jpg; 13459_cc0640_032_G1.jpg; 13459_cc0640_032_GU.jpg; 13459_cc0640_032_J7.jpg; 13459_cc0640_032_N6.jpg; 13459_cc0640_032_UG.jpg; 13459_cc0640_032_UX.jpg; 13459_cc0640_032_YZ.jpg; 13459_pacu_001.jpg; 13459_pacu_002.jpg

  **Published:** March 2019

- **Individual Photographs:** 13459_pacu_003.jpg; 13459_pacu_004.jpg; 13459_pacu_005.jpg; 13459_pacu_006.jpg; 13459_pacu_L_001.jpg; 13459_pacu_L_002.jpg; 13459_pacu_L_003.jpg; 13459_pacu_L_004.jpg; 13459_pacu_L_005.jpg; 13459_pacu_L_006.jpg; 13459_sl0640_abs_001.jpg; 13459_sl0640_rea_001.jpg; 13459_sp0640_001.jpg; 13459_sp0640_002.jpg

  **Published:** March 2019

- **Individual Photographs:** 13459_sp0640_003.jpg; 13459_sp0640_004.jpg; 13459_sp0640_005.jpg; 13459_sp0640_006.jpg; 13459_sp0640_007.jpg; 13459_sp0640_008.jpg; 13459_sp0640_009.jpg; 13459_sp0640_010.jpg; 13459_sp0640_011.jpg; 13459_sp0640_012.jpg; 13459_sp0640_013.jpg; 13459_sp0640_014.jpg; 13459_sp0640_015.jpg; 13459_sp0640_016.jpg

  **Published:** March 2019

- **Individual Photographs:** 13459_sp0640_017.jpg; 13459_sp0640_018.jpg; 13459_sp0640_019.jpg; 13459_sp0640_020.jpg; 13459_sp0640_021.jpg; 13459_sp0640_022.jpg; 13459_sp0640_023.jpg; 13459_sp0640_024.jpg; 13459_sp0640_025.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/03/2019-Ford-Ranger-problems-complaints-lemon.png




13459_st0640_089.jpg

**Project: Lemberglaw Item #246015.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Ford F-150 | https://www.lemberglaw.com/2019-ford-ranger-problems-complaints-lemon/ | 101.png | 101.png | 101.png | 101.jpeg | 101.png | 101.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/03/2019-Ford-Ranger-problems-complaints-lemon.png | 02/25/2021 08:55:05 |








Page 1/1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-144-182**

**Effective Date of Registration:**
March 21, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 19, 2019 to March 19, 2019

### Title

**Title of Group:** VIF13512 2020 Kia Soul EX Carpeted Floor Mats 5Dr wagon (231 photographs)

**Number of Photographs in Group:** 231

- **Individual Photographs:** 13512_cc0640_001_9P.jpg; 13512_cc0640_001_AH1.jpg; 13512_cc0640_001_AH4.jpg; 13512_cc0640_001_AJR.jpg; 13512_cc0640_001_AYE.jpg; 13512_cc0640_001_B3A.jpg; 13512_cc0640_001_DGF.jpg; 13512_cc0640_001_EVOX01.jpg; 13512_cc0640_001_EVOX02.jpg; 13512_cc0640_001_EVOX04.jpg; 13512_cc0640_001_EVOX05.jpg; 13512_cc0640_001_EVOX06.jpg

  **Published:** March 2019

- **Individual Photographs:** 13512_cc0640_001_EVOX07.jpg; 13512_cc0640_001_KCS.jpg; 13512_cc0640_001_SWP.jpg; 13512_cc0640_014_9P.jpg; 13512_cc0640_014_AH1.jpg; 13512_cc0640_014_AH4.jpg; 13512_cc0640_014_AJR.jpg; 13512_cc0640_014_AYE.jpg; 13512_cc0640_014_B3A.jpg; 13512_cc0640_014_DGF.jpg; 13512_cc0640_014_EVOX01.jpg; 13512_cc0640_014_EVOX02.jpg

  **Published:** March 2019

- **Individual Photographs:** 13512_cc0640_014_EVOX04.jpg; 13512_cc0640_014_EVOX05.jpg; 13512_cc0640_014_EVOX06.jpg; 13512_cc0640_014_EVOX07.jpg; 13512_cc0640_014_KCS.jpg; 13512_cc0640_014_SWP.jpg; 13512_cc0640_032_9P.jpg; 13512_cc0640_032_AH1.jpg; 13512_cc0640_032_AH4.jpg; 13512_cc0640_032_AJR.jpg; 13512_cc0640_032_AYE.jpg; 13512_cc0640_032_B3A.jpg

  **Published:** March 2019

- **Individual Photographs:** 13512_cc0640_032_DGF.jpg; 13512_cc0640_032_EVOX01.jpg; 13512_cc0640_032_EVOX02.jpg; 13512_cc0640_032_EVOX04.jpg; 13512_cc0640_032_EVOX05.jpg; 13512_cc0640_032_EVOX06.jpg; 13512_cc0640_032_EVOX07.jpg; 13512_cc0640_032_KCS.jpg; 13512_cc0640_032_SWP.jpg; 13512_pacu_001.jpg; 13512_pacu_002.jpg; 13512_pacu_003.jpg

  **Published:** March 2019

- **Individual Photographs:** 13512_pacu_004.jpg; 13512_pacu_005.jpg; 13512_pacu_006.jpg; 13512_pacu_L_001.jpg; 13512_pacu_L_002.jpg; 13512_pacu_L_003.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/07/2020-Kia-Soul-problems-complaints-lemon.png




13512_st0640_089.jpg

**Project: Lemberglaw Item #246050.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Kia Forte | https://www.lemberglaw.com/2020-kia-soul-problems-complaints-lemon/ | 136.png | 136.png | 136.png | 136.jpeg | 136.png | 136.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/07/2020-Kia-Soul-problems-complaints-lemon.png | 02/25/2021 09:11:23 |








# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-144-524**
**Effective Date of Registration:**
March 27, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** March 25, 2019 to March 25, 2019

### Title

**Title of Group:** VIF13520 2019 Mazda MAZDA3 w/ Preferred Package 1PF Preferred Package/ICR Soul Red Crystal Paint Charge 5Dr hatchback (208 photographs)

**Number of Photographs in Group:** 208

- **Individual Photographs:** 13520_cc0640_001_25D.jpg; 13520_cc0640_001_41V.jpg; 13520_cc0640_001_41W.jpg; 13520_cc0640_001_42M.jpg; 13520_cc0640_001_42S.jpg; 13520_cc0640_001_45B.jpg; 13520_cc0640_001_45P.jpg; 13520_cc0640_001_46G.jpg; 13520_cc0640_014_25D.jpg; 13520_cc0640_014_41V.jpg; 13520_cc0640_014_41W.jpg; 13520_cc0640_014_42M.jpg

  **Published:** March 2019

- **Individual Photographs:** 13520_cc0640_014_42S.jpg; 13520_cc0640_014_45B.jpg; 13520_cc0640_014_45P.jpg; 13520_cc0640_014_46G.jpg; 13520_cc0640_032_25D.jpg; 13520_cc0640_032_41V.jpg; 13520_cc0640_032_41W.jpg; 13520_cc0640_032_42M.jpg; 13520_cc0640_032_42S.jpg; 13520_cc0640_032_45B.jpg; 13520_cc0640_032_45P.jpg; 13520_cc0640_032_46G.jpg

  **Published:** March 2019

- **Individual Photographs:** 13520_pacu_001.jpg; 13520_pacu_002.jpg; 13520_pacu_003.jpg; 13520_pacu_004.jpg; 13520_pacu_005.jpg; 13520_pacu_006.jpg; 13520_pacu_L_001.jpg; 13520_pacu_L_002.jpg; 13520_pacu_L_003.jpg; 13520_pacu_L_004.jpg; 13520_pacu_L_005.jpg; 13520_pacu_L_006.jpg; 13520_sl0640_abs_001.jpg; 13520_sl0640_rea_001.jpg; 13520_sp0640_001.jpg

  **Published:** March 2019

- **Individual Photographs:** 13520_sp0640_002.jpg; 13520_sp0640_003.jpg; 13520_sp0640_004.jpg; 13520_sp0640_005.jpg; 13520_sp0640_006.jpg; 13520_sp0640_007.jpg; 13520_sp0640_008.jpg; 13520_sp0640_009.jpg; 13520_sp0640_010.jpg; 13520_sp0640_011.jpg; 13520_sp0640_012.jpg; 13520_sp0640_013.jpg; 13520_sp0640_014.jpg; 13520_sp0640_015.jpg

  **Published:** March 2019

- **Individual Photographs:** 13520_sp0640_016.jpg; 13520_sp0640_017.jpg; 13520_sp0640_018.jpg; 13520_sp0640_019.jpg; 13520_sp0640_020.jpg; 13520_sp0640_021.jpg; 13520_sp0640_022.jpg; 13520_sp0640_023.jpg; 13520_sp0640_024.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/09/2019-Mazda-Mazda3-problems-complaints-lemon.png




13520_st0640_089.jpg

**Project: Lemberglaw Item #246025.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mazda MAZDA3 | https://www.lemberglaw.com/2019-mazda-mazda3-problems-complaints-lemon/ | 111.png | 111.png | 111.png | 111.jpeg | 111.png | 111.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/09/2019-Mazda-Mazda3-problems-complaints-lemon.png | 02/25/2021 09:00:00 |








| VA 2-149-881 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Kia-Sportage-problems-complaints-lemon.png | 13606_st0640_089.jpg |
| **VA 2-150-358** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/03/2019-Chevrolet-Chevy-Blazer-problems-complaints-lemon-400x212.png | 13615_st0640_089.jpg |
| **VA 2-160-502** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2019/12/2020-Jeep-Gladiator-problems-complaints-lemon-400x282.png | 13682_st0640_089.jpg |
| **VA 2-164-038** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Honda-Passport-problems-complaints-issues-lemon.png | 13793_st0640_089.jpg |
| **VA 2-164-154** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Cadillac-XT6-problems-complaints-issues-lemon.png | 13749_cc0640_032_GAN.jp |
| **VA 2-169-848** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Volvo-XC90-problems-complaints-issues-lemon.png | 13754_cc0640_032_723.jpg |
| **VA 2-172-059** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Honda-Civic-problems-complaints-lemon.png | 13948_st0640_089.jpg |

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.





United States Register of Copyrights and Director

**Registration Number**
**VA 2-149-881**
**Effective Date of Registration:**
May 03, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 02, 2019 to May 02, 2019

### Title

**Title of Group:** VIF13606 2020 Kia Sportage EX EX Technology Package/Carpeted Floor Mats 4Dr CUV (211 photographs)

**Number of Photographs in Group:** 211

- **Individual Photographs:** 13606_cc0640_001_9P.jpg; 13606_cc0640_001_A3R.jpg; 13606_cc0640_001_BU2.jpg; 13606_cc0640_001_BY2.jpg; 13606_cc0640_001_E6S.jpg; 13606_cc0640_001_EVOX01.jpg; 13606_cc0640_001_KCS.jpg; 13606_cc0640_001_SWP.jpg; 13606_cc0640_014_9P.jpg; 13606_cc0640_014_A3R.jpg; 13606_cc0640_014_BU2.jpg; 13606_cc0640_014_BY2.jpg

  **Published:** May 2019

- **Individual Photographs:** 13606_cc0640_014_E6S.jpg; 13606_cc0640_014_EVOX01.jpg; 13606_cc0640_014_KCS.jpg; 13606_cc0640_014_SWP.jpg; 13606_cc0640_032_9P.jpg; 13606_cc0640_032_A3R.jpg; 13606_cc0640_032_BU2.jpg; 13606_cc0640_032_BY2.jpg; 13606_cc0640_032_E6S.jpg; 13606_cc0640_032_EVOX01.jpg; 13606_cc0640_032_KCS.jpg; 13606_cc0640_032_SWP.jpg

  **Published:** May 2019

- **Individual Photographs:** 13606_pacu_001.jpg; 13606_pacu_002.jpg; 13606_pacu_003.jpg; 13606_pacu_004.jpg; 13606_pacu_005.jpg; 13606_pacu_006.jpg; 13606_pacu_L_001.jpg; 13606_pacu_L_002.jpg; 13606_pacu_L_003.jpg; 13606_pacu_L_004.jpg; 13606_pacu_L_005.jpg; 13606_pacu_L_006.jpg; 13606_sl0640_abs_001.jpg; 13606_sl0640_rea_001.jpg; 13606_sp0640_001.jpg

  **Published:** May 2019

- **Individual Photographs:** 13606_sp0640_002.jpg; 13606_sp0640_003.jpg; 13606_sp0640_004.jpg; 13606_sp0640_005.jpg; 13606_sp0640_006.jpg; 13606_sp0640_007.jpg; 13606_sp0640_008.jpg; 13606_sp0640_009.jpg; 13606_sp0640_010.jpg; 13606_sp0640_011.jpg; 13606_sp0640_012.jpg; 13606_sp0640_013.jpg; 13606_sp0640_014.jpg; 13606_sp0640_015.jpg

  **Published:** May 2019

- **Individual Photographs:** 13606_sp0640_016.jpg; 13606_sp0640_017.jpg; 13606_sp0640_018.jpg; 13606_sp0640_019.jpg; 13606_sp0640_020.jpg; 13606_sp0640_021.jpg; 13606_sp0640_022.jpg; 13606_sp0640_023.jpg; 13606_sp0640_024.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Kia-Sportage-problems-complaints-lemon.png




13606_st0640_089.jpg

**Project: Lemberglaw Item #246051.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Kia Sportage | https://www.lemberglaw.com/2020-kia-sportage-problems-complaints-lemon/ | 137.png | 137.png | 137.png | 137.jpeg | 137.png | 137.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Kia-Sportage-problems-complaints-lemon.png | 02/25/2021 09:11:55 |








# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-150-358**
**Effective Date of Registration:**
May 09, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** May 06, 2019 to May 06, 2019

### Title

**Title of Group:** VIP13615 2019 Chevrolet Blazer Premier Sun And Wheels Package/Driver Confidence II Package/Cajun Red Tintcoat/Black Illuminated Front Bowtie Emblem/Black Non Illuminated Rear 4Dr CUV (219 photographs)

**Number of Photographs in Group:** 219

- **Individual Photographs:** 13615_cc0640_001_G10.jpg; 13615_cc0640_001_G7C.jpg; 13615_cc0640_001_G7Q.jpg; 13615_cc0640_001_GAN.jpg; 13615_cc0640_001_GAZ.jpg; 13615_cc0640_001_GBA.jpg; 13615_cc0640_001_GD1.jpg; 13615_cc0640_001_GE0.jpg; 13615_cc0640_001_GPA.jpg; 13615_cc0640_001_GPJ.jpg; 13615_cc0640_014_G10.jpg; 13615_cc0640_014_G7C.jpg

  **Published:** May 2019

- **Individual Photographs:** 13615_cc0640_014_G7Q.jpg; 13615_cc0640_014_GAN.jpg; 13615_cc0640_014_GAZ.jpg; 13615_cc0640_014_GBA.jpg; 13615_cc0640_014_GD1.jpg; 13615_cc0640_014_GE0.jpg; 13615_cc0640_014_GPA.jpg; 13615_cc0640_014_GPJ.jpg; 13615_cc0640_032_G10.jpg; 13615_cc0640_032_G7C.jpg; 13615_cc0640_032_G7Q.jpg; 13615_cc0640_032_GAN.jpg

  **Published:** May 2019

- **Individual Photographs:** 13615_cc0640_032_GAZ.jpg; 13615_cc0640_032_GBA.jpg; 13615_cc0640_032_GD1.jpg; 13615_cc0640_032_GE0.jpg; 13615_cc0640_032_GPA.jpg; 13615_cc0640_032_GPJ.jpg; 13615_pacu_001.jpg; 13615_pacu_002.jpg; 13615_pacu_003.jpg; 13615_pacu_004.jpg; 13615_pacu_005.jpg; 13615_pacu_006.jpg; 13615_pacu_L_001.jpg; 13615_pacu_L_002.jpg

  **Published:** May 2019

- **Individual Photographs:** 13615_pacu_L_003.jpg; 13615_pacu_L_004.jpg; 13615_pacu_L_005.jpg; 13615_pacu_L_006.jpg; 13615_sl0640_abs_001.jpg; 13615_sl0640_rea_001.jpg; 13615_sp0640_001.jpg; 13615_sp0640_002.jpg; 13615_sp0640_003.jpg; 13615_sp0640_004.jpg; 13615_sp0640_005.jpg; 13615_sp0640_006.jpg; 13615_sp0640_007.jpg; 13615_sp0640_008.jpg

  **Published:** May 2019

- **Individual Photographs:** 13615_sp0640_009.jpg; 13615_sp0640_010.jpg; 13615_sp0640_011.jpg; 13615_sp0640_012.jpg; 13615_sp0640_013.jpg; 13615_sp0640_014.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/03/2019-Chevrolet-Chevy-Blazer-problems-complaints-lemon-400x212.png




13615_st0640_089.jpg

**Project: Lemberglaw Item #246009.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Chevrolet Blazer | https://www.lemberglaw.com/2019-chevrolet-chevy-blazer-problems-complaints-lemon/ | 95.png | 95.png | 95.png | 95.jpeg | 95.png | 95.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/03/2019-Chevrolet-Chevy-Blazer-problems-complaints-lemon-400x212.png | 02/25/2021 08:52:17 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



Registration Number
**VA 2-160-502**
Effective Date of Registration:
June 19, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** June 05, 2019 to June 05, 2019

### Title

**Title of Group:** VIF13682 2020 Jeep Gladiator Overland Leather-Trimmed Bucket Seats/Customer Preferred Package 24G/Trailer Tow Package/Cold Weather Package/Premium LED Lighting Gr crew cab 4Dr pickup (214 photographs)

**Number of Photographs in Group:** 214

- **Individual Photographs:** 13682_cc0640_001_PAU.jpg; 13682_cc0640_001_PBJ.jpg; 13682_cc0640_001_PDN.jpg; 13682_cc0640_001_PE4.jpg; 13682_cc0640_001_PGV.jpg; 13682_cc0640_001_PRC.jpg; 13682_cc0640_001_PSC.jpg; 13682_cc0640_001_PUA.jpg; 13682_cc0640_001_PW7.jpg; 13682_cc0640_001_PX8.jpg; 13682_cc0640_014_PAU.jpg; 13682_cc0640_014_PBJ.jpg

  **Published:** June 2019

- **Individual Photographs:** 13682_cc0640_014_PDN.jpg; 13682_cc0640_014_PE4.jpg; 13682_cc0640_014_PGV.jpg; 13682_cc0640_014_PRC.jpg; 13682_cc0640_014_PSC.jpg; 13682_cc0640_014_PUA.jpg; 13682_cc0640_014_PW7.jpg; 13682_cc0640_014_PX8.jpg; 13682_cc0640_032_PAU.jpg; 13682_cc0640_032_PBJ.jpg; 13682_cc0640_032_PDN.jpg; 13682_cc0640_032_PE4.jpg

  **Published:** June 2019

- **Individual Photographs:** 13682_cc0640_032_PGV.jpg; 13682_cc0640_032_PRC.jpg; 13682_cc0640_032_PSC.jpg; 13682_cc0640_032_PUA.jpg; 13682_cc0640_032_PW7.jpg; 13682_cc0640_032_PX8.jpg; 13682_pacu_001.jpg; 13682_pacu_002.jpg; 13682_pacu_003.jpg; 13682_pacu_004.jpg; 13682_pacu_005.jpg; 13682_pacu_006.jpg; 13682_pacu_L_001.jpg; 13682_pacu_L_002.jpg

  **Published:** June 2019

- **Individual Photographs:** 13682_pacu_L_003.jpg; 13682_pacu_L_004.jpg; 13682_pacu_L_005.jpg; 13682_pacu_L_006.jpg; 13682_sl0640_abs_001.jpg; 13682_sl0640_tea_001.jpg; 13682_sp0640_001.jpg; 13682_sp0640_002.jpg; 13682_sp0640_003.jpg; 13682_sp0640_004.jpg; 13682_sp0640_005.jpg; 13682_sp0640_006.jpg; 13682_sp0640_007.jpg; 13682_sp0640_008.jpg

  **Published:** June 2019

- **Individual Photographs:** 13682_sp0640_009.jpg; 13682_sp0640_010.jpg; 13682_sp0640_011.jpg; 13682_sp0640_012.jpg; 13682_sp0640_013.jpg; 13682_sp0640_014.jpg;



https://www.lemberglaw.com/wp-content/uploads/2019/12/2020-Jeep-Gladiator-problems-complaints-lemon-400x282.png




13682_st0640_089.jpg

**Project: Lemberglaw Item #246048.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Jeep Wrangler Unlimited JK | https://www.lemberglaw.com/2020-jeep-gladiator-problems-complaints-lemon/ | | 134.png | 134.png | 134.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2019/12/2020-Jeep-Gladiator-problems-complaints-lemon-400x282.png | 02/25/2021 09:10:31 |






# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-164-038**
**Effective Date of Registration:**
August 07, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** August 06, 2019 to August 06, 2019

## Title

**Title of Group:** VIF13793 2019 Honda Passport Sport 4Dr SUV (233 photographs)

**Number of Photographs in Group:** 233

- **Individual Photographs:** 13793_cc0640_001_BK.jpg; 13793_cc0640_001_BR.jpg; 13793_cc0640_001_BS.jpg; 13793_cc0640_001_BT.jpg; 13793_cc0640_001_BU.jpg; 13793_cc0640_001_BX.jpg; 13793_cc0640_001_GO.jpg; 13793_cc0640_001_GX.jpg; 13793_cc0640_001_GY.jpg; 13793_cc0640_001_RE.jpg; 13793_cc0640_001_RV.jpg; 13793_cc0640_001_RX.jpg; 13793_cc0640_001_SI.jpg

  **Published:** August 2019

- **Individual Photographs:** 13793_cc0640_001_SX.jpg; 13793_cc0640_001_WA.jpg; 13793_cc0640_001_WB.jpg; 13793_cc0640_014_BK.jpg; 13793_cc0640_014_BR.jpg; 13793_cc0640_014_BS.jpg; 13793_cc0640_014_BT.jpg; 13793_cc0640_014_BU.jpg; 13793_cc0640_014_BX.jpg; 13793_cc0640_014_GO.jpg; 13793_cc0640_014_GX.jpg; 13793_cc0640_014_GY.jpg; 13793_cc0640_014_RE.jpg

  **Published:** August 2019

- **Individual Photographs:** 13793_cc0640_014_RV.jpg; 13793_cc0640_014_RX.jpg; 13793_cc0640_014_SI.jpg; 13793_cc0640_014_SX.jpg; 13793_cc0640_014_WA.jpg; 13793_cc0640_014_WB.jpg; 13793_cc0640_032_BK.jpg; 13793_cc0640_032_BR.jpg; 13793_cc0640_032_BS.jpg; 13793_cc0640_032_BT.jpg; 13793_cc0640_032_BU.jpg; 13793_cc0640_032_BX.jpg; 13793_cc0640_032_GO.jpg

  **Published:** August 2019

- **Individual Photographs:** 13793_cc0640_032_GX.jpg; 13793_cc0640_032_GY.jpg; 13793_cc0640_032_RE.jpg; 13793_cc0640_032_RV.jpg; 13793_cc0640_032_RX.jpg; 13793_cc0640_032_SI.jpg; 13793_cc0640_032_SX.jpg; 13793_cc0640_032_WA.jpg; 13793_cc0640_032_WB.jpg; 13793_pacu_001.jpg; 13793_pacu_002.jpg; 13793_pacu_003.jpg; 13793_pacu_004.jpg; 13793_pacu_005.jpg

  **Published:** August 2019



https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Honda-Passport-problems-complaints-issues-lemon.png




13793_st0640_089.jpg

**Project: Lemberglaw Item #246044.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Honda Passport | https://www.lemberglaw.com/2020-honda-passport-problems-complaints-lemon/ | | 130.png | 130.png | 130.jpeg | | | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Honda-Passport-problems-complaints-issues-lemon.png | 02/25/2021 09:08:42 |






Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



**Registration Number**
**VA 2-164-154**
**Effective Date of Registration:**
July 26, 2019

**Copyright Registration for a Group of Published Photographs**
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** July 25, 2019 to July 25, 2019

## Title

**Title of Group:** VIP13749 2020 Cadillac XT6 Premium Luxury Enhanced Visibility and Technology Package/Cadillac User Experience with Embedded Navigation/2nd Row Folding Captain Chairs/Premium 4Dr SUV (217 photographs)

**Number of Photographs in Group:** 217

- **Individual Photographs:** 13749_cc0640_001_G1W.jpg; 13749_cc0640_001_G9K.jpg; 13749_cc0640_001_GAN.jpg; 13749_cc0640_001_GB8.jpg; 13749_cc0640_001_GCI.jpg; 13749_cc0640_001_GJI.jpg; 13749_cc0640_001_GLR.jpg; 13749_cc0640_001_GPJ.jpg; 13749_cc0640_001_GS6.jpg; 13749_cc0640_014_G1W.jpg; 13749_cc0640_014_G9K.jpg; 13749_cc0640_014_GAN.jpg
  **Published:** July 2019
- **Individual Photographs:** 13749_cc0640_014_GB8.jpg; 13749_cc0640_014_GCI.jpg; 13749_cc0640_014_GJI.jpg; 13749_cc0640_014_GLR.jpg; 13749_cc0640_014_GPJ.jpg; 13749_cc0640_014_GS6.jpg; 13749_cc0640_032_G1W.jpg; 13749_cc0640_032_G9K.jpg; 13749_cc0640_032_GAN.jpg; 13749_cc0640_032_GB8.jpg; 13749_cc0640_032_GCI.jpg; 13749_cc0640_032_GJI.jpg
  **Published:** July 2019
- **Individual Photographs:** 13749_cc0640_032_GLR.jpg; 13749_cc0640_032_GPJ.jpg; 13749_cc0640_032_GS6.jpg; 13749_pacu_001.jpg; 13749_pacu_002.jpg; 13749_pacu_003.jpg; 13749_pacu_004.jpg; 13749_pacu_005.jpg; 13749_pacu_006.jpg; 13749_pacu_L_001.jpg; 13749_pacu_L_002.jpg; 13749_pacu_L_003.jpg; 13749_pacu_L_004.jpg; 13749_pacu_L_005.jpg
  **Published:** July 2019
- **Individual Photographs:** 13749_pacu_L_006.jpg; 13749_sl0640_abs_001.jpg; 13749_sl0640_nea_001.jpg; 13749_sp0640_001.jpg; 13749_sp0640_002.jpg; 13749_sp0640_003.jpg; 13749_sp0640_004.jpg; 13749_sp0640_005.jpg; 13749_sp0640_006.jpg; 13749_sp0640_007.jpg; 13749_sp0640_008.jpg; 13749_sp0640_009.jpg; 13749_sp0640_010.jpg; 13749_sp0640_011.jpg
  **Published:** July 2019
- **Individual Photographs:** 13749_sp0640_012.jpg; 13749_sp0640_013.jpg; 13749_sp0640_014.jpg; 13749_sp0640_015.jpg; 13749_sp0640_016.jpg; 13749_sp0640_017.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Cadillac-XT6-problems-complaints-issues-lemon.png




13749_cc0640_032_GAN.jpg

**Project: Lemberglaw Item #246039.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Cadillac XT6 | https://www.lemberglaw.com/2020-cadillac-xt6-problems-complaints-lemon/ | 125.png | 125.png | 125.png | 125.jpeg | 125.png | 125.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Cadillac-XT6-problems-complaints-issues-lemon.png | 02/25/2021 09:06:28 |








Page 1/1

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-169-848**
**Effective Date of Registration:**
July 29, 2019
**Registration Decision Date:**
September 19, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** July 26, 2019 to July 26, 2019

## Title

**Title of Group:** VIF13754 2020 Volvo XC90 T5 Momentum Advanced Package/Multimedia Package/Metallic Paint/Protection Package Premier/Integrated Center Booster Cushion/20 in. Wheels w/ All-Se 4Dr SUV (220 photographs)

**Number of Photographs in Group:** 220

- **Individual Photographs:** 13754_cc0640_001_467.jpg; 13754_cc0640_001_477.jpg; 13754_cc0640_001_612.jpg; 13754_cc0640_001_614.jpg; 13754_cc0640_001_707.jpg; 13754_cc0640_001_711.jpg; 13754_cc0640_001_714.jpg; 13754_cc0640_001_717.jpg; 13754_cc0640_001_723.jpg; 13754_cc0640_014_467.jpg; 13754_cc0640_014_477.jpg; 13754_cc0640_014_612.jpg
  **Published:** July 2019

- **Individual Photographs:** 13754_cc0640_014_614.jpg; 13754_cc0640_014_707.jpg; 13754_cc0640_014_711.jpg; 13754_cc0640_014_714.jpg; 13754_cc0640_014_717.jpg; 13754_cc0640_014_723.jpg; 13754_cc0640_032_467.jpg; 13754_cc0640_032_477.jpg; 13754_cc0640_032_612.jpg; 13754_cc0640_032_614.jpg; 13754_cc0640_032_707.jpg; 13754_cc0640_032_711.jpg
  **Published:** July 2019

- **Individual Photographs:** 13754_cc0640_032_714.jpg; 13754_cc0640_032_717.jpg; 13754_cc0640_032_723.jpg; 13754_pacu_001.jpg; 13754_pacu_002.jpg; 13754_pacu_003.jpg; 13754_pacu_004.jpg; 13754_pacu_005.jpg; 13754_pacu_006.jpg; 13754_pacu_L_001.jpg; 13754_pacu_L_002.jpg; 13754_pacu_L_003.jpg; 13754_pacu_L_004.jpg; 13754_pacu_L_005.jpg
  **Published:** July 2019

- **Individual Photographs:** 13754_pacu_L_006.jpg; 13754_sl0640_abs_001.jpg; 13754_sl0640_rea_001.jpg; 13754_sp0640_001.jpg; 13754_sp0640_002.jpg; 13754_sp0640_003.jpg; 13754_sp0640_004.jpg; 13754_sp0640_005.jpg; 13754_sp0640_006.jpg; 13754_sp0640_007.jpg; 13754_sp0640_008.jpg; 13754_sp0640_009.jpg; 13754_sp0640_010.jpg; 13754_sp0640_011.jpg
  **Published:** July 2019

- **Individual Photographs:** 13754_sp0640_012.jpg; 13754_sp0640_013.jpg; 13754_sp0640_014.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Volvo-XC90-problems-complaints-issues-lemon.png




13754_cc0640_032_723.jpg

**Project: Lemberglaw Item #246057.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Nissan Rogue | https://www.lemberglaw.com/2020-volvo-xc90-problems-complaints-lemon/ | 143.png | 143.png | 143.png | 143.jpeg | 143.png | 143.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Volvo-XC90-problems-complaints-issues-lemon.png | 02/25/2021 09:14:46 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director



Registration Number
**VA 2-172-059**

**Effective Date of Registration:**
September 23, 2019

**Registration Decision Date:**
October 02, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** September 20, 2019 to September 20, 2019

### Title

**Title of Group:** VIP 3948 2020 Honda Civic Hatchback EX 5Dr hatchback (212 photographs)

**Number of Photographs in Group:** 212

- **Individual Photographs:** 13948_cc0640_001_BK.jpg; 13948_cc0640_001_BS.jpg; 13948_cc0640_001_GA.jpg; 13948_cc0640_001_GB.jpg; 13948_cc0640_001_GC.jpg; 13948_cc0640_001_RE.jpg; 13948_cc0640_001_SI.jpg; 13948_cc0640_001_WX.jpg; 13948_cc0640_001_WY.jpg; 13948_cc0640_014_BK.jpg; 13948_cc0640_014_BS.jpg; 13948_cc0640_014_GA.jpg; 13948_cc0640_014_GB.jpg

  **Published:** September 2019

- **Individual Photographs:** 13948_cc0640_014_GC.jpg; 13948_cc0640_014_RE.jpg; 13948_cc0640_014_SI.jpg; 13948_cc0640_014_WX.jpg; 13948_cc0640_014_WY.jpg; 13948_cc0640_032_BK.jpg; 13948_cc0640_032_BS.jpg; 13948_cc0640_032_GA.jpg; 13948_cc0640_032_GB.jpg; 13948_cc0640_032_GC.jpg; 13948_cc0640_032_RE.jpg; 13948_cc0640_032_SI.jpg; 13948_cc0640_032_WX.jpg

  **Published:** September 2019

- **Individual Photographs:** 13948_cc0640_032_WY.jpg; 13948_pacu_001.jpg; 13948_pacu_002.jpg; 13948_pacu_003.jpg; 13948_pacu_004.jpg; 13948_pacu_005.jpg; 13948_pacu_006.jpg; 13948_pacu_L_001.jpg; 13948_pacu_L_002.jpg; 13948_pacu_L_003.jpg; 13948_pacu_L_004.jpg; 13948_pacu_L_005.jpg; 13948_pacu_L_006.jpg; 13948_sl0640_abs_001.jpg; 13948_sl0640_rea_001.jpg

  **Published:** September 2019

- **Individual Photographs:** 13948_sp0640_001.jpg; 13948_sp0640_002.jpg; 13948_sp0640_003.jpg; 13948_sp0640_004.jpg; 13948_sp0640_005.jpg; 13948_sp0640_006.jpg; 13948_sp0640_007.jpg; 13948_sp0640_008.jpg; 13948_sp0640_009.jpg; 13948_sp0640_010.jpg; 13948_sp0640_011.jpg; 13948_sp0640_012.jpg; 13948_sp0640_013.jpg; 13948_sp0640_014.jpg

  **Published:** September 2019



https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Honda-Civic-problems-complaints-lemon.png




13948_st0640_089.jpg

**Project: Lemberglaw Item #246042.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Honda Civic Hatchback | https://www.lemberglaw.com/2020-honda-civic-problems-complaints-lemon/ | 128.png | 128.png | 128.png | 128.jpeg | 128.png | 128.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Honda-Civic-problems-complaints-lemon.png | 02/25/2021 09:07:52 |








| VA 2-172-284 | |
|---|---|
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Mini-Cooper-problems-complaints-issues-lemon.png | 13941_cc0640_032_A62.jpg |
| **VA 2-176-252** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-INFINITI-Q50-problems-complaints-issues-lemon.png | 13992_sp0640_032.jpg |
| **VA 2-178-055** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-BMW-X5-problems-complaints-lemon.png | 13999_sp0640_032.jpg |
| **VA 2-178-067** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Subaru-Crosstrek-problems-complaints-lemon-400x282.png | 13994_st0640_089.jpg |
| **VA 2-178-822** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/09/2020-Toyota-RAV4-problems-complaints-lemon.png | 14077_st0640_089.jpg |
| **VA 2-190-835** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Mazda-CX-5-problems-complaints-issues-lemon.png | 14205_st0640_089.jpg |
| **VA 2-211-899** | |
| **Lemberg Filename** | **Evox Image** |
| https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Alfa-Romeo-Stelvio-problems-complaints-lemon.png | 14443_st0640_046.jpg |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-172-284**

**Effective Date of Registration:**
October 02, 2019

**Registration Decision Date:**
October 03, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 01, 2019 to October 01, 2019

## Title

**Title of Group:** VIF13941 2020 Mini Clubman Cooper S Signature Trim / Black Bonnet Stripes / Wheel Locks - Spline Style / Floating Hub Caps 5Dr hatchback (210 photographs)

**Number of Photographs in Group:** 210

- **Individual Photographs:** 13941_cc0640_001_850.jpg; 13941_cc0640_001_851.jpg; 13941_cc0640_001_A62.jpg; 13941_cc0640_001_A94.jpg; 13941_cc0640_001_B71.jpg; 13941_cc0640_001_C24.jpg; 13941_cc0640_001_C2C.jpg; 13941_cc0640_001_C2K.jpg; 13941_cc0640_014_850.jpg; 13941_cc0640_014_851.jpg; 13941_cc0640_014_A62.jpg; 13941_cc0640_014_A94.jpg

  **Published:** October 2019

- **Individual Photographs:** 13941_cc0640_014_B71.jpg; 13941_cc0640_014_C24.jpg; 13941_cc0640_014_C2C.jpg; 13941_cc0640_014_C2K.jpg; 13941_cc0640_032_850.jpg; 13941_cc0640_032_851.jpg; 13941_cc0640_032_A62.jpg; 13941_cc0640_032_A94.jpg; 13941_cc0640_032_B71.jpg; 13941_cc0640_032_C24.jpg; 13941_cc0640_032_C2C.jpg; 13941_cc0640_032_C2K.jpg

  **Published:** October 2019

- **Individual Photographs:** 13941_pacu_001.jpg; 13941_pacu_002.jpg; 13941_pacu_003.jpg; 13941_pacu_004.jpg; 13941_pacu_005.jpg; 13941_pacu_006.jpg; 13941_pacu_L_001.jpg; 13941_pacu_L_002.jpg; 13941_pacu_L_003.jpg; 13941_pacu_L_004.jpg; 13941_pacu_L_005.jpg; 13941_pacu_L_006.jpg; 13941_sl0640_ahs_001.jpg; 13941_sl0640_rea_001.jpg; 13941_sp0640_001.jpg

  **Published:** October 2019

- **Individual Photographs:** 13941_sp0640_002.jpg; 13941_sp0640_003.jpg; 13941_sp0640_004.jpg; 13941_sp0640_005.jpg; 13941_sp0640_006.jpg; 13941_sp0640_007.jpg; 13941_sp0640_008.jpg; 13941_sp0640_009.jpg; 13941_sp0640_010.jpg; 13941_sp0640_011.jpg; 13941_sp0640_012.jpg; 13941_sp0640_013.jpg; 13941_sp0640_014.jpg; 13941_sp0640_015.jpg

  **Published:** October 2019



https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Mini-Cooper-problems-complaints-issues-lemon.png




13941_cc0640_032_A62.jpg

**Project: Lemberglaw Item #246053.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mini Convertible | https://www.lemberglaw.com/2020-mini-cooper-s-problems-complaints-lemon/ | 139.png | 139.png | 139.png | 139.jpeg | 139.png | 139.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Mini-Cooper-problems-complaints-issues-lemon.png | 02/25/2021 09:12:50 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-176-252**

**Effective Date of Registration:**
October 17, 2019

**Registration Decision Date:**
November 04, 2019



## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 16, 2019 to October 16, 2019

### Title

**Title of Group:** VIF13992 2020 Infiniti Q50 3.0t LUXE 4Dr sedan (213 photographs)

**Number of Photographs in Group:** 213

- **Individual Photographs:** 13992_cc0640_001_CAS.jpg; 13992_cc0640_001_GAG.jpg; 13992_cc0640_001_K23.jpg; 13992_cc0640_001_KAD.jpg; 13992_cc0640_001_KH3.jpg; 13992_cc0640_001_NBA.jpg; 13992_cc0640_001_QAB.jpg; 13992_cc0640_001_QAW.jpg; 13992_cc0640_001_RAY.jpg; 13992_cc0640_001_RBP.jpg; 13992_cc0640_014_CAS.jpg; 13992_cc0640_014_GAG.jpg

  **Published:** October 2019

- **Individual Photographs:** 13992_cc0640_014_K23.jpg; 13992_cc0640_014_KAD.jpg; 13992_cc0640_014_KH3.jpg; 13992_cc0640_014_NBA.jpg; 13992_cc0640_014_QAB.jpg; 13992_cc0640_014_QAW.jpg; 13992_cc0640_014_RAY.jpg; 13992_cc0640_014_RBP.jpg; 13992_cc0640_032_CAS.jpg; 13992_cc0640_032_GAG.jpg; 13992_cc0640_032_K23.jpg; 13992_cc0640_032_KAD.jpg

  **Published:** October 2019

- **Individual Photographs:** 13992_cc0640_032_KH3.jpg; 13992_cc0640_032_NBA.jpg; 13992_cc0640_032_QAB.jpg; 13992_cc0640_032_QAW.jpg; 13992_cc0640_032_RAY.jpg; 13992_cc0640_032_RBP.jpg; 13992_pacu_001.jpg; 13992_pacu_002.jpg; 13992_pacu_003.jpg; 13992_pacu_004.jpg; 13992_pacu_005.jpg; 13992_pacu_006.jpg; 13992_pacu_L_001.jpg; 13992_pacu_L_002.jpg

  **Published:** October 2019

- **Individual Photographs:** 13992_pacu_L_003.jpg; 13992_pacu_L_004.jpg; 13992_pacu_L_005.jpg; 13992_pacu_L_006.jpg; 13992_sl0640_abs_001.jpg; 13992_sl0640_rea_001.jpg; 13992_sp0640_001.jpg; 13992_sp0640_002.jpg; 13992_sp0640_003.jpg; 13992_sp0640_004.jpg; 13992_sp0640_005.jpg; 13992_sp0640_006.jpg; 13992_sp0640_007.jpg; 13992_sp0640_008.jpg

  **Published:** October 2019

- **Individual Photographs:** 13992_sp0640_009.jpg; 13992_sp0640_010.jpg; 13992_sp0640_011.jpg; 13992_sp0640_012.jpg; 13992_sp0640_013.jpg; 13992_sp0640_014.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-INFINITI-Q50-problems-complaints-issues-lemon.png




13992_sp0640_032.jpg

**Project: Lemberglaw Item #246046.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Infiniti I | https://www.lemberglaw.com/2020-infiniti-q50-problems-complaints-lemon/ | 132.png | 132.png | 132.png | 132.jpeg | 132.png | 132.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-INFINITI-Q50-problems-complaints-issues-lemon.png | 02/25/2021 09:09:39 |








# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**

**VA 2-178-055**

**Effective Date of Registration:**
October 28, 2019

**Registration Decision Date:**
November 18, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 28, 2019 to October 28, 2019

## Title

**Title of Group:** VIF13999 2020 BMW X5 M50i Drivers Assistance Pro Package / Luxury Seating Package / Parking Assistance Package / Premium Package / 21 in. M Wheel 741M w/perf rft / Trailer Hi 4Dr SUV (225 photographs)

**Number of Photographs in Group:** 225

- **Individual Photographs:** 13999_cc0640_001_300.jpg; 13999_cc0640_001_416.jpg; 13999_cc0640_001_475.jpg; 13999_cc0640_001_668.jpg; 13999_cc0640_001_A90.jpg; 13999_cc0640_001_A96.jpg; 13999_cc0640_001_C1M.jpg; 13999_cc0640_001_C27.jpg; 13999_cc0640_001_C3D.jpg; 13999_cc0640_001_C3Z.jpg; 13999_cc0640_001_X18.jpg; 13999_cc0640_014_300.jpg

  **Published:** October 2019

- **Individual Photographs:** 13999_cc0640_014_416.jpg; 13999_cc0640_014_475.jpg; 13999_cc0640_014_668.jpg; 13999_cc0640_014_A90.jpg; 13999_cc0640_014_A96.jpg; 13999_cc0640_014_C1M.jpg; 13999_cc0640_014_C27.jpg; 13999_cc0640_014_C3D.jpg; 13999_cc0640_014_C3Z.jpg; 13999_cc0640_014_X18.jpg; 13999_cc0640_032_300.jpg; 13999_cc0640_032_416.jpg

  **Published:** October 2019

- **Individual Photographs:** 13999_cc0640_032_475.jpg; 13999_cc0640_032_668.jpg; 13999_cc0640_032_A90.jpg; 13999_cc0640_032_A96.jpg; 13999_cc0640_032_C1M.jpg; 13999_cc0640_032_C27.jpg; 13999_cc0640_032_C3D.jpg; 13999_cc0640_032_C3Z.jpg; 13999_cc0640_032_X18.jpg; 13999_pacu_001.jpg; 13999_pacu_002.jpg; 13999_pacu_003.jpg; 13999_pacu_004.jpg

  **Published:** October 2019

- **Individual Photographs:** 13999_pacu_005.jpg; 13999_pacu_006.jpg; 13999_pacu_L_001.jpg; 13999_pacu_L_002.jpg; 13999_pacu_L_003.jpg; 13999_pacu_L_004.jpg; 13999_pacu_L_005.jpg; 13999_pacu_L_006.jpg; 13999_sl0640_abs_001.jpg; 13999_sl0640_rei_001.jpg; 13999_sp0640_001.jpg; 13999_sp0640_002.jpg; 13999_sp0640_003.jpg; 13999_sp0640_004.jpg

  **Published:** October 2019



https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-BMW-X5-problems-complaints-lemon.png




13999_sp0640_032.jpg

**Project: Lemberglaw Item #246038.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | BMW 1-series | https://www.lemberglaw.com/2020-bmw-x5-problems-complaints-lemon/ | 124.png | 124.png | 124.png | 124.jpeg | 124.png | 124.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-BMW-X5-problems-complaints-lemon.png | 02/25/2021 09:05:56 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-178-067**
**Effective Date of Registration:** October 28, 2019
**Registration Decision Date:** November 18, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** October 28, 2019 to October 28, 2019

### Title

**Title of Group:** VIP13994 2020 Subaru Crosstrek 2.0i 4Dr CUV (206 photographs)

**Number of Photographs in Group:** 206

- **Individual Photographs:** 13994_cc0640_001_D4S.jpg; 13994_cc0640_001_G1U.jpg; 13994_cc0640_001_J8U.jpg; 13994_cc0640_001_K1X.jpg; 13994_cc0640_001_M7Y.jpg; 13994_cc0640_001_P8Y.jpg; 13994_cc0640_001_PAF.jpg; 13994_cc0640_001_PAK.jpg; 13994_cc0640_001_SCA.jpg; 13994_cc0640_014_D4S.jpg; 13994_cc0640_014_G1U.jpg; 13994_cc0640_014_J8U.jpg
  **Published:** October 2019
- **Individual Photographs:** 13994_cc0640_014_K1X.jpg; 13994_cc0640_014_M7Y.jpg; 13994_cc0640_014_P8Y.jpg; 13994_cc0640_014_PAF.jpg; 13994_cc0640_014_PAK.jpg; 13994_cc0640_014_SCA.jpg; 13994_cc0640_032_D4S.jpg; 13994_cc0640_032_G1U.jpg; 13994_cc0640_032_J8U.jpg; 13994_cc0640_032_K1X.jpg; 13994_cc0640_032_M7Y.jpg; 13994_cc0640_032_P8Y.jpg
  **Published:** October 2019
- **Individual Photographs:** 13994_cc0640_032_PAF.jpg; 13994_cc0640_032_PAK.jpg; 13994_cc0640_032_SCA.jpg; 13994_pacu_001.jpg; 13994_pacu_002.jpg; 13994_pacu_003.jpg; 13994_pacu_004.jpg; 13994_pacu_005.jpg; 13994_pacu_006.jpg; 13994_pacu_L_001.jpg; 13994_pacu_L_002.jpg; 13994_pacu_L_003.jpg; 13994_pacu_L_004.jpg; 13994_pacu_L_005.jpg
  **Published:** October 2019
- **Individual Photographs:** 13994_pacu_L_006.jpg; 13994_sl0640_abs_001.jpg; 13994_sl0640_ren_001.jpg; 13994_sp0640_001.jpg; 13994_sp0640_002.jpg; 13994_sp0640_003.jpg; 13994_sp0640_004.jpg; 13994_sp0640_005.jpg; 13994_sp0640_006.jpg; 13994_sp0640_007.jpg; 13994_sp0640_008.jpg; 13994_sp0640_009.jpg; 13994_sp0640_010.jpg; 13994_sp0640_011.jpg
  **Published:** October 2019
- **Individual Photographs:** 13994_sp0640_012.jpg; 13994_sp0640_013.jpg; 13994_sp0640_014.jpg; 13994_sp0640_015.jpg; 13994_sp0640_016.jpg; 13994_sp0640_017.jpg; 13994_sp0640_018.jpg; 13994_sp0640_019.jpg; 13994_sp0640_020.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Subaru-Crosstrek-problems-complaints-lemon-400x282.png




13994_st0640_089.jpg

**Project: Lemberglaw Item #246054.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Subaru Crosstrek Hybrid | https://www.lemberglaw.com/2020-subaru-crosstrek-problems-complaints-lemon/ | 140.png | 140.png | 140.png | 140.jpeg | 140.png | 140.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/08/2020-Subaru-Crosstrek-problems-complaints-lemon-400x282.png | 02/25/2021 09:13:19 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**
**VA 2-178-822**
**Effective Date of Registration:**
November 21, 2019
**Registration Decision Date:**
November 22, 2019

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** November 18, 2019 to November 18, 2019

## Title

**Title of Group:** VIF14077 2020 Toyota RAV4 Hybrid XLE CY XLE Weather Package / CP XLE Convenience Package / CF. Carpet Floor Mats/Cargo Mat / DS. Door Edge Guard / MF. Mudguard / 3J. Black Em 4Dr CUV (229 photographs)

**Number of Photographs in Group:** 229

- **Individual Photographs:** 14077_cc0640_001_040.jpg; 14077_cc0640_001_070.jpg; 14077_cc0640_001_1D6.jpg; 14077_cc0640_001_1G3.jpg; 14077_cc0640_001_218.jpg; 14077_cc0640_001_2QJ.jpg; 14077_cc0640_001_2QY.jpg; 14077_cc0640_001_2QZ.jpg; 14077_cc0640_001_2RA.jpg; 14077_cc0640_001_3T3.jpg; 14077_cc0640_001_6X3.jpg; 14077_cc0640_001_8W9.jpg

  **Published:** November 2019

- **Individual Photographs:** 14077_cc0640_001_8X8.jpg; 14077_cc0640_014_040.jpg; 14077_cc0640_014_070.jpg; 14077_cc0640_014_1D6.jpg; 14077_cc0640_014_1G3.jpg; 14077_cc0640_014_218.jpg; 14077_cc0640_014_2QJ.jpg; 14077_cc0640_014_2QY.jpg; 14077_cc0640_014_2QZ.jpg; 14077_cc0640_014_2RA.jpg; 14077_cc0640_014_3T3.jpg; 14077_cc0640_014_6X3.jpg

  **Published:** November 2019

- **Individual Photographs:** 14077_cc0640_014_8W9.jpg; 14077_cc0640_014_8X8.jpg; 14077_cc0640_032_040.jpg; 14077_cc0640_032_070.jpg; 14077_cc0640_032_1D6.jpg; 14077_cc0640_032_1G3.jpg; 14077_cc0640_032_218.jpg; 14077_cc0640_032_2QJ.jpg; 14077_cc0640_032_2QY.jpg; 14077_cc0640_032_2QZ.jpg; 14077_cc0640_032_2RA.jpg; 14077_cc0640_032_3T3.jpg

  **Published:** November 2019

- **Individual Photographs:** 14077_cc0640_032_6X3.jpg; 14077_cc0640_032_8W9.jpg; 14077_cc0640_032_8X8.jpg; 14077_pacu_001.jpg; 14077_pacu_002.jpg; 14077_pacu_003.jpg; 14077_pacu_004.jpg; 14077_pacu_005.jpg; 14077_pacu_006.jpg; 14077_pacu_L_001.jpg; 14077_pacu_L_002.jpg; 14077_pacu_L_003.jpg; 14077_pacu_L_004.jpg; 14077_pacu_L_005.jpg

  **Published:** November 2019



https://www.lemberglaw.com/wp-content/uploads/2020/09/2020-Toyota-RAV4-problems-complaints-lemon.png




14077_st0640_089.jpg

**Project: Lemberglaw Item #246055.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Toyota RAV4 Hybrid | https://www.lemberglaw.com/2020-toyota-rav4-hybrid-problems-complaints-lemon/ | 141.png | 141.png | 141.png | 141.jpeg | 141.png | 141.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/09/2020-Toyota-RAV4-problems-complaints-lemon.png | 02/25/2021 09:13:49 |








Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.





Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-190-835**
**Effective Date of Registration:**
January 06, 2020
**Registration Decision Date:**
February 13, 2020

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** December 23, 2019 to December 23, 2019

### Title

**Title of Group:** VIF14205 2020 Mazda CX-5 Grand Touring 1GT Premium Package 4Dr CUV (209 photographs)

**Number of Photographs in Group:** 209

- **Individual Photographs:** 14205_cc0640_001_25D.jpg; 14205_cc0640_001_41W.jpg; 14205_cc0640_001_42M.jpg; 14205_cc0640_001_45B.jpg; 14205_cc0640_001_45P.jpg; 14205_cc0640_001_46G.jpg; 14205_cc0640_001_46V.jpg; 14205_cc0640_014_25D.jpg; 14205_cc0640_014_41W.jpg; 14205_cc0640_014_42M.jpg; 14205_cc0640_014_45B.jpg; 14205_cc0640_014_45P.jpg
  **Published:** December 2019
- **Individual Photographs:** 14205_cc0640_014_46G.jpg; 14205_cc0640_014_46V.jpg; 14205_cc0640_032_25D.jpg; 14205_cc0640_032_41W.jpg; 14205_cc0640_032_42M.jpg; 14205_cc0640_032_45B.jpg; 14205_cc0640_032_45P.jpg; 14205_cc0640_032_46G.jpg; 14205_cc0640_032_46V.jpg; 14205_pacu_001.jpg; 14205_pacu_002.jpg; 14205_pacu_003.jpg; 14205_pacu_004.jpg
  **Published:** December 2019
- **Individual Photographs:** 14205_pacu_005.jpg; 14205_pacu_006.jpg; 14205_pacu_L_001.jpg; 14205_pacu_L_002.jpg; 14205_pacu_L_003.jpg; 14205_pacu_L_004.jpg; 14205_pacu_L_005.jpg; 14205_pacu_L_006.jpg; 14205_sl0640_abs_001.jpg; 14205_sl0640_rea_001.jpg; 14205_sp0640_001.jpg; 14205_sp0640_002.jpg; 14205_sp0640_003.jpg; 14205_sp0640_004.jpg
  **Published:** December 2019
- **Individual Photographs:** 14205_sp0640_005.jpg; 14205_sp0640_006.jpg; 14205_sp0640_007.jpg; 14205_sp0640_008.jpg; 14205_sp0640_009.jpg; 14205_sp0640_010.jpg; 14205_sp0640_011.jpg; 14205_sp0640_012.jpg; 14205_sp0640_013.jpg; 14205_sp0640_014.jpg; 14205_sp0640_015.jpg; 14205_sp0640_016.jpg; 14205_sp0640_017.jpg; 14205_sp0640_018.jpg
  **Published:** December 2019
- **Individual Photographs:** 14205_sp0640_019.jpg; 14205_sp0640_020.jpg; 14205_sp0640_021.jpg; 14205_sp0640_022.jpg; 14205_sp0640_023.jpg; 14205_sp0640_024.jpg;



https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Mazda-CX-5-problems-complaints-issues-lemon.png




14205_st0640_089.jpg

**Project: Lemberglaw Item #246052.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Mazda CX-30 | https://www.lemberglaw.com/2020-mazda-cx-5-problems-complaints-lemon/ | 138.png | 138.png | 138.png | 138.jpeg | 138.png | 138.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/10/2020-Mazda-CX-5-problems-complaints-issues-lemon.png | 02/25/2021 09:12:24 |








# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**
**VA 2-211-899**
**Effective Date of Registration:**
July 06, 2020
***Registration Decision Date:***
July 30, 2020

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** July 02, 2020 to July 02, 2020

## Title

**Title of Group:** VIF14443 2020 Alfa Romeo Stelvio Vesuvio Gray Metallic/AWD-Package 22M/8.8-Inch AM/FM-HD Bluetooth Radio/Sirius XM Sat Radio w/ 1-Yr Radio Subscription/19-Inch X 8-Inch Dark 4Dr CUV (152 photographs)

**Number of Photographs in Group:** 152

- **Individual Photographs:** 14443_cc0640_001_PAD.jpg; 14443_cc0640_001_PAH.jpg, 14443_cc0640_001_PBB.jpg; 14443_cc0640_001_PBS.jpg; 14443_cc0640_001_PBX.jpg; 14443_cc0640_001_PC9.jpg; 14443_cc0640_001_PG1.jpg; 14443_cc0640_001_PGB.jpg; 14443_cc0640_001_PNM.jpg; 14443_cc0640_001_PRR.jpg; 14443_cc0640_001_PWP.jpg; 14443_cc0640_001_PWX.jpg

  **Published:** July 2020

- **Individual Photographs:** 14443_cc0640_001_PXL.jpg; 14443_cc0640_014_PAD.jpg; 14443_cc0640_014_PAH.jpg; 14443_cc0640_014_PBB.jpg; 14443_cc0640_014_PBS.jpg; 14443_cc0640_014_PBX.jpg; 14443_cc0640_014_PC9.jpg; 14443_cc0640_014_PG1.jpg; 14443_cc0640_014_PGB.jpg; 14443_cc0640_014_PNM.jpg; 14443_cc0640_014_PRR.jpg; 14443_cc0640_014_PWP.jpg

  **Published:** July 2020

- **Individual Photographs:** 14443_cc0640_014_PWX.jpg; 14443_cc0640_014_PXL.jpg; 14443_cc0640_032_PAD.jpg; 14443_cc0640_032_PAH.jpg; 14443_cc0640_032_PBB.jpg; 14443_cc0640_032_PBS.jpg; 14443_cc0640_032_PBX.jpg; 14443_cc0640_032_PC9.jpg; 14443_cc0640_032_PG1.jpg; 14443_cc0640_032_PGB.jpg; 14443_cc0640_032_PNM.jpg; 14443_cc0640_032_PRR.jpg

  **Published:** July 2020

- **Individual Photographs:** 14443_cc0640_032_PWP.jpg; 14443_cc0640_032_PWX.jpg; 14443_cc0640_032_PXL.jpg; 14443_pacu_001.jpg; 14443_pacu_002.jpg; 14443_pacu_003.jpg; 14443_pacu_004.jpg; 14443_pacu_005.jpg; 14443_pacu_006.jpg; 14443_pacu_L_001.jpg; 14443_pacu_L_002.jpg; 14443_pacu_L_003.jpg; 14443_pacu_L_004.jpg; 14443_pacu_L_005.jpg

  **Published:** July 2020



https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Alfa-Romeo-Stelvio-problems-complaints-lemon.png




14443_st0640_046.jpg

**Project: Lemberglaw Item #245935.**

| Name | Keyword | Page URL | Focus pane screenshot | Reveal focus pane screenshot | Click thru | Image host | Google click thru | Google host | Image URL | Timestamp |
|---|---|---|---|---|---|---|---|---|---|---|
| lemberglaw | Dodge Grand Caravan Cargo | https://www.lemberglaw.com/2018-alfa-romeo-stelvio-problems-complaints-lemon/ | 21.png | 21.png | 21.png | 21.jpeg | 21.png | 21.jpeg | https://www.lemberglaw.com/wp-content/uploads/2020/01/2018-Alfa-Romeo-Stelvio-problems-complaints-lemon.png | 02/25/2021 08:17:49 |






