UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7875 PA (AGRx) | Date | March 7, 2022 |
|---|---|---|---|
| Title | Evox Productions, LLC v. Lemberg Law LLC, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     **Order to Show Cause Re: Personal Jurisdiction**

On February 15, 2022, the Court issued an Order deferring a ruling on the issue of personal jurisdiction, allowing for limited jurisdictional discovery and supplemental briefing. (Docket No. 27.)  Within defendants' filings, attorney Trinette G. Kent ("Kent") lists her address as Kent Law Offices, 3219 E Camelback Rd, #588, Phoenix, Arizona 85018.  However, the Court has become aware of several other cases within this district involving Kent wherein she lists her address as Lemberg Law, LLC, 1333 Stradella Road, Los Angeles, California 90077. See Heather A. Davis, et al. v. Toyota Motor Sales, U.S.A., Inc., No. 2:22-cv-00949-SVW-JEM (stating address is Lemberg Law, LLC, 1333 Stradella Road, Los Angeles, CA 90077); Yandery Sanchez v. Kia Motor America, Inc., No. 8:20-cv-01604-JLS-KES (same); Kathleen A. Cadena, et al. v. American Honda Motor Co., Inc., No. 2:18-cv-04007-MWF-MAA (same).  In fact, one such case is presently before this Court.  See Fred Wallin v. Naturelo Premium Supplements LLC, No. 2:22-cv-01261-PA-JC.  Within several cases, Kent served as local counsel, declaring under penalty of perjury to having an office in this district and that she is physically present therein "on a regular basis to conduct business," listing the same Lemberg Law, LLC Los Angeles address.  See Sanchez, No. 8:20-cv-01604-JLS-KES, Docket No. 30; Cadena, No. 2:18-cv-04007-MWF-MAA, Docket No. 24.  As such, it appears to the Court that Lemberg Law, LLC may maintain a presence in this district sufficient to confer personal jurisdiction.

Based on the foregoing, the Court orders defendant Lemberg Law LLC to show cause, in writing not to exceed 5 pages, on or before **March 16, 2022**, why the motion to dismiss for lack of personal jurisdiction should not be summarily denied in light of these jurisdictional facts. Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of defendants' response.

IT IS SO ORDERED.