UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVOX PRODUCTIONS, LLC,<br>a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>LEMBERG LAW LLC, a Connecticut limited liability company; and SERGEI LEMBERG, an individual,<br><br>Defendants. | Case No. 2:21-cv-07875 SSS (AGR)<br><br>**(PROPOSED) ORDER GRANTING JOINT STIPULATION TO EXTEND THE SCHEDULE OF PRETRIAL AND TRIAL DATES** |

On June 8, 2023, the Parties filed a Joint Stipulation to Extend the Schedule of Pretrial and Trial Dates in the above-captioned matter. Dkt. 132 ("Joint Stipulation").

The Parties request additional time to fulfill both sides' discovery requests and resolve outstanding discovery disputes, citing their diligence in continuing to pursue discovery and resolve discovery disputes. The parties seek an extension of the fact

discovery deadline in this case to September 8, 2023, with attendant extension of all subsequent dates as set forth in the Joint Stipulation.

  The Court, having considered the Parties' Joint Stipulation and finding good cause, hereby GRANTS the Joint Stipulation to Extend the Schedule of Pretrial and Trial Dates. The new deadlines are set forth in the Scheduling Order chart filed with this Order.

  All deadlines established by the prior Civil Trial Order, Dkt. 126, are hereby **VACATED.**

  **IT IS SO ORDERED.**

Dated:

                _____
                SUNSHINE S. SYKES
                United States District Judge

# DISTRICT JUDGE SUNSHINE SYKES
# AMENDED SCHEDULE OF PRETRIAL AND TRIAL DATES

| Case No.: 2:21-cv-07875 SSS (AGR) | | Case Name: | *Evox Productions, LLC v. Lemberg Law LLC et.al.* | |
|---|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** <br> **Note: Trial shall begin on Mondays at 9:00 a.m. Final Pretrial Conference shall be on Fridays at 1:00 p.m.** | | **Original Date** | **Time Computation**[1] | **Amended Date** |
| Trial | | Mar. 11, 2024 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 3 Days | **Monday at 9:00 a.m.** | April 1, 2024 <br> ☒ Jury Trial <br> ☐ Bench Trial <br> Estimated Duration: 3 Days |
| Final Pretrial Conference ("FPTC") [L.R. 16] | | Feb. 23, 2024 | **Friday at 1:00pm at least 17 days before trial** | March 15, 2024 |
| **Event** <br> **Note: All deadlines shall be on Fridays. Hearings shall be on Fridays at 2:00 p.m.** | | **Original Date** | **Time Computation** | **Amended Date** |
| Last Date to <u>Hear</u> Motion to Amend Pleadings or Add Parties | | | **6 weeks after Scheduling Conference** | |
| Fact Discovery Cut-Off <br> (no later than deadline for filing dispositive motions) | | July 7, 2023 | **27 weeks before FPTC** | September 8, 2023 |
| Expert Disclosure (Initial) | | July 14, 2023 | **26 weeks before FPTC** | September 15, 2023 |
| Expert Disclosure (Rebuttal) | | July 28, 2023 | **24 weeks before FPTC** | September 29, 2023 |
| Expert Discovery Cut-Off | | August 11, 2023 | **22 weeks before FPTC** | October 13, 2023 |
| Last Date to <u>Hear</u> Motions <br> • Rule 56 Motions are due at least 7 weeks before hearing; Rule 56 Opposition due at least 5 weeks before hearing; Rule 56 Reply due at least 4 weeks before hearing. <br> • Briefing deadlines for all other motions are pursuant to L.R. 6-1, 7-9, 7-10. | | October 27, 2023 | **11 weeks before FPTC** | December 29, 2023 |
| Deadline to Complete Settlement Conference [L.R. 16-15] | | November 17, 2023 <br> ☐ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☒ 3. Private Mediation | **8 weeks before FPTC** | January 19, 2024 <br> ☐ 1. Magistrate Judge <br> ☐ 2. Court Mediation Panel <br> ☒ 3. Private Mediation |

---

[1] Any date the parties propose, absent good cause, should be consistent with the Court's preferred timeline.

| Deadline to File Motions in Limine | Jan. 12, 2024 | **6 weeks before FPTC** | February 2, 2024 |
|---|---|---|---|
| Deadline for Oppositions to Motions in Limine | Jan. 26, 2024 | **4 weeks before FPTC** | February 16, 2024 |
| <u>Trial Filings</u> (first round)<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | Jan. 26, 2024 | **4 weeks before FPTC** | February 16, 2024 |
| <u>Trial Filings</u> (second round)<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | Feb. 9, 2024 | **2 weeks before FPTC** | March 1, 2024 |
| Hearing on Motions in Limine | Feb. 16, 2024 | **2 weeks before FPTC** | March 1, 2024 |