UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:21-cv-07875-SSS-AGRx | Date | January 26, 2024 |
| Title | *Evox Productions, LLC v. Lemberg Law, LLC et al.* | | |

Present: The Honorable   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER GRANTING PLAINTIFF'S APPLICATION FOR REDACTION [Dkt. 289]**

The Court is in receipt of Plaintiff's application for redaction in response to the Court's prior order [*see* Dkt. 288]. [Appl. (Dkt. 289]. Having reviewed the application, the Court hereby **REDACTS** from the public record in this case those materials currently at Dkt. 177-2; Dkt. 177-3; Dkt. 177-4; Dkt. 186-2; Dkt. 186-3; Dkt. 186-4; Dkt. 196-7; Dkt. 196-8.

The parties are advised that, should they seek to rely upon the materials contained in these docket entries when making any future motions before this Court, they must either (1) re-submit such materials in their unredacted form or (2) request leave of Court to file such materials under seal. The Court will grant leave to file under seal only if persuaded by the filing party that there is either good cause or compelling justification for the redactions sought. *See Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

**IT IS SO ORDERED.**