| | |
|---|---|
| Jennifer Estremera (SBN 251076)<br>  jestremera@reichmanjorgensen.com<br>Laura Carwile (SBN 291906)<br>  lcarwile@reichmanjorgensen.com<br>REICHMAN JORGENSEN<br>LEHMAN & FELDBERG LLP<br>100 Marine Parkway, Suite 300<br>Redwood Shores, CA 94065<br>Tel: (650) 623-1401<br>Fax: (650) 560-3501<br><br>Adam Adler (*pro hac vice*)<br>  aadler@reichmanjorgensen.com<br>1909 K Street, NW, Suite 800<br>Washington, DC 20006<br>Tel: (202) 894-7310<br>Fax: (650) 560-3501<br><br>Attorneys for Plaintiff<br>EVOX PRODUCTIONS, LLC | Sergei Lemberg, Esq., (*pro hac vice*)<br>slemberg@lemberglaw.com<br>Vlad Hirnyk, Esq., (*pro hac vice*)<br>vhirnyk@lemberglaw.com<br>Lemberg Law, LLC<br>43 Danbury Road<br>Wilton, Connecticut 06897<br>Tel.: (203) 653-2250<br>Fax: (203) 653-3424<br>*Attorneys for Defendants* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| EVOX PRODUCTIONS, LLC,<br>a Delaware limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>LEMBERG LAW, LLC, a<br>Connecticut limited liability company;<br>and SERGEI LEMBERG, an<br>individual,<br><br>    Defendants. | Case No. 2:21-cv-07875-SSS-AGRx<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Trial Date: July 29, 2024<br><br>Honorable Judge Sunshine S. Sykes<br>Honorable Magistrate Judge Alicia G. Rosenberg |

TO THE COURT, ALL PARTIES, AND COUNSEL FOR ALL PARTIES:

PLEASE TAKE NOTICE that Plaintiff EVOX Productions, LLC ("Plaintiff" or "EVOX") and Defendants Sergei Lemberg and Lemberg Law LLC ("Defendants") have reached an agreement in principle to resolve all claims between Plaintiff and Defendants pending in this action. Plaintiff and Defendants are in the process of drafting and executing the formal settlement agreement and related dismissal papers. The Parties expect that the final executed Joint Stipulation of Dismissal of all claims will be filed within 60 days.

Plaintiff and Defendants request an administrative stay of the docket pending the entry of the settlement terms. Plaintiff and Defendants will inform the Court once the settlement has been executed, in order to complete the appropriate filings with the Court. If the settlement is not executed, Plaintiff will file a motion to reopen the case within 60 days from today's date.

DATED: April 18, 2024            Respectfully Submitted,

/s/ *Laura Carwile*
Laura Carwile
Jennifer Estremera
Adam Adler
REICHMAN JORGENSEN
LEHMAN & FELDBERG LLP
Attorneys for Plaintiff

DATED: April 18, 2024            LEMBERG LAW LLC; SERGEI LEMBERG,

By: /s/ *Sergei Lemberg*
Sergei Lemberg (*pro hac vice*)
Lemberg Law, LLC

Attorneys for Defendants

# CERTIFICATE OF ATTESTATION

I hereby certify that I am the ECF user whose ID and password are being used to file the foregoing NOTICE OF SETTLEMENT IN PRINCIPLE. Pursuant to Local Rule 5-4.3(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  April 18, 2024                    Respectfully Submitted,

/s/ *Laura Carwile*
Laura Carwile
REICHMAN JORGENSEN LEHMAN & FELDBERG LLP

Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of April, 2024, I electronically served the foregoing NOTICE OF SETTLEMENT IN PRINCIPLE with the Clerk of Court using the CM/ECF system which will send notification of such filing to all listed parties, including to the person listed below:

| | |
|---|---|
| Sergei Lemberg, Esq., (*pro hac vice*)<br>slemberg@lemberglaw.com<br>Vlad Hirnyk, Esq., (*pro hac vice*)<br>vhirnyk@lemberglaw.com<br>Lemberg Law, LLC<br>43 Danbury Road<br>Wilton, Connecticut 06897<br>Tel.: (203) 653-2250<br>Fax: (203) 653-3424 | Attorneys for Defendants |

/s/ Laura Carwile
Laura Carwile